**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-27049-DAMIAN**

**EMORY ANDREW TATE,** and
**TRISTAN TATE,**
**Petitioners,**

**vs.**

**TODD BLANCHE,**
United States Attorney General,
**MARCO RUBIO,**
United States Secretary of State,
**PRISCILLA PEREZ LOPEZ,**
United States Marshal for the Southern District of Florida, and
**E.K. CARLTON,**
Warden, Federal Detention Center-Miami,

**Respondents.**
_______________________________________/

**NOTICE OF RECEIPT OF ORDER TO SHOW CAUSE**

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorneys and Trial Attorneys, in compliance with this Court's October 10, 2026 Order to Show Cause in the above captioned matter, and notices this Court as follows:

**Acknowledgement of Receipt**

The Government hereby notifies this Court of its receipt of the Court's October 10, 2026 Order.

**Attorneys Assigned to This Matter**

The Government further notifies this Court that the attorneys for the Government assigned to this matter on behalf of all respondents are as follows:

I. Assistant United States Attorneys – Southern District of Florida

a. AUSA Alejandra L. López

b. AUSA Abbie D. Waxman

II. Attorneys, Criminal Division – Department of Justice

a. Associate Director Kerry Monaco

b. Trial Attorney Rachel Yasser

**CONCLUSION**

WHEREFORE, the United States submits this Notice to the Court in compliance with the Court's October 10, 2026 Order to Show Cause.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Alejandra L. López*
Alejandra L. López
Assistant United States Attorney
Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

By: */s/ Abbie D. Waxman*
Abbie D. Waxman
Assistant United States Attorney
Fla. Bar No. 109315
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9240
Email: Abbie.Waxman@usdoj.gov

A. TYSEN DUVA
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

By: */s/ Kerry A. Monaco*

Kerry A. Monaco
Associate Director
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503560
1301 New York Avenue, NW
Washington, DC 20530
Telephone: (202) 616-4798
Email: Kerry.Monaco2@usdoj.gov

By: */s/ Rachel M. Yasser*
Rachel M. Yasser
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503561
1301 New York Avenue, NW
Washington, DC 20530
Telephone: (202) 674-5702
Email: Rachel.Yasser2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 14, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF, and which caused the same to be served on Howard Srebnick, Esquire, Jackie Perczek, Esquire, Alexa Klein, Esquire, Stephan Binhack, Esquire, Thomas Maniotis, Esquire and Joseph McBride, Esquire, counsel for the Petitioners.

*/s/ Alejandra L. López*
Alejandra L. López
Assistant United States Attorney