# EXHIBIT 4

VIDEO EXHIBIT