RESPONDENT'S EXHIBIT 5



**Tristan Tate** @TateThe... · 01/12/2024

When we purchased the Bugatti I posted a receipt on Instagram.

25% of the comments told me I was lying. Then it turned up and they all clapped.

Now I have purchased a **yacht** which takes 19 months to construct.

Given my record it's probably best to wait 19 months than look dumb.

