RESPONDENT'S EXHIBIT 6



**Andrew Tate**
@Cobratate

X.com

When my super yacht is finished Im joining the Flotilla.

14:33 · 02/10/2025 · **1.1M** Views