# EXHIBIT 7

VIDEO EXHIBIT