RESPONDENT'S EXHIBIT 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:26-MJ-03259; Case No. 1:26-MJ-03260

UNITED STATES OF AMERICA, Miami, Florida

Plaintiff, August 27, 2026

Vs. TRANSCRIPTION OF RECORDED PROCEEDING

TRISTAN TATE; EMORY ANDREW TATE

Defendants. Pages 1 to 318

---

DETENTION HEARING
BEFORE THE HONORABLE LAUREN FLEISCHER LOUIS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:

ABBIE D. WAXMAN, ESQ.
DOJ-USAO
99 NE 4th Street
Miami, FL 33132
Abbie.waxman@usdoj.gov

ALEJANDRA LOPEZ, ESQ.
United States Attorney's Office
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Alejandra.lopez@usdoj.gov

KERRY MONACO, ESQ.
U.s. Department of Justice
Criminal Division
Office of International Affairs
Miami, FL 33131
Kerry.monaco2@usdoj.gov

APPEARANCES (Cont'd):

FOR THE PLAINTIFF:

RACHEL YASSER, ESQ.
U.S. Department of Justice
Criminal Division
Office of International Affairs
Miami, FL 33131
Rachel.yasser2@usdoj.gov

FOR THE DEFENDANTS:

ALEXA K. KLEIN, ESQ.
Black Srebnick
201 S. Biscayne Boulevard
Suite 1300
Miami, FL 33131
Aklein@royblack.com

HOWARD MILTON SREBNICK, ESQ.
Black Srebnick
201 S. Biscayne Boulevard
Suite 1300
Miami, FL 33131
Hsrebnick@royblack.com

JACQUELINE PERCZEK, ESQ.
Black Srebnick
201 S. Biscayne Boulevard
Suite 1300
Miami, FL 33131
Jperczek@royblack.com

JAKE GOLDMAN, ESQ.
Black Srebnick
201 S. Biscayne Boulevard
Suite 1300
Miami, FL 33131
Jgoldman@royblack.com

JOSEPH D. MCBRIDE, ESQ.
The McBride Law Firm, PLLC
305 Broadway
Suite 700
New York, NY 10007
Jmcbride@mcbridelawnenyc.com

APPEARANCES (Cont'd)

STEPHEN JAMES BINHAK, ESQ.
Law Office of Stephen James Binhak
1 SE 3rd Avenue
Suite 1800
Miami, FL 33131
Binhaks@binhaklaw.com

THOMAS ALEXANDER MANIOTIS, ESQ.
Equity Legal PLLC
5201 Blue Lagoon Drive
Suite Floor 8
Miami, FL 33126
Tamaniotis@equitylegal.net

STENOGRAPHICALLY REPORTED BY:

SHARON VELAZCO, RPR, FPR
Official Court Reporter
United States District Court
400 North Miami Avenue
9th Floor
Miami, Florida 33128
Sharon_pellvelazco@flsd.uscourts.gov

I N D E X

| WITNESSES | Direct | Cross | Red. |
|---|---|---|---|
| ANDREW FORD | | | |
| By Mr. Srebnick | 33 | | 52 |
| By Ms. Lopez | | 44 | |
| NATASHA SESAY | | | |
| By Mr. Binhak | 70 | | 98 |
| By Ms. Waxman | | 87 | |
| TRISTAN TATE | | | |
| By Mr. McBride | 99 | | 134 |
| By Ms. Waxman | 124 | | |

I N D E X (Cont'd)


| WITNESS | Direct | Cross | Red. |
|---|---|---|---|
| EMORY ANDREW TATE, III | | | |
| By Mr. McBride | 137 | | 179 |
| By Ms. Lopez | | 164 | |

| EXHIBITS RECEIVED IN EVIDENCE | PAGE |
|---|---|
| Gov. Exhibit No 1, 2, 12-20 | 198 |
| 5 | 132 |
| Defendant's 2, 3 | 118 |


\- - -

(The following is a transcription of a recorded proceeding.)

THE COURT: Good morning, everyone.

Welcome to the United States District Court, Southern District of Florida. At this time, I'm going to review rules that apply to your appearance here in this courtroom.

There is no use of cellphones by anyone while court is in session for any reason.

There is no photography, video, or live streaming of any of the audio of any kind.

You may not go in and out of the courtroom once court is in session until there is a recess, absent an emergency.

Please exercise decorum while you are in the courtroom and in the courthouse.

And, please remain quiet while court is in session.

If you're found to have violated any of these rules, you will be asked to leave by the CSOs.

THE COURTROOM DEPUTY: Calling Case No. 26-3259, Magistrate Judge Louis, United States versus Tristan Tate in Case No. 26-3260; Magistrate Judge Louis, United States versus Emory Andrew Tate.

Counsel, would you please note your appearances for the record, beginning with the Government?

MS. LOPEZ: Good morning, your Honor. Alejandra Lopez on behalf of the United States.

MS. WAXMAN: Good morning, your Honor. Abbie Waxman on behalf of the United States.

MS. YASSER: Rachel Yasser on behalf of the United States.

MS. MONACO: Kerry Monaco on behalf of the United States.

MR. SREBNICK: Good morning, Judge. I am Howard Srebnick.

And I'm joined today by Mr. Steven Binhak, Thomas Maniotis, Andrew Ford from the UK, Joe McBride, Ben Goldman, Alexa Klein, and I'm sure Jackie is somewhere --

Oh, Jackie Perczek.

THE COURT: Thank you.

Mr. Srebnick, it's your motion.

MR. SREBNICK: Thank you, your Honor.

So we're here on the bail motion of the Tate brothers, who have been in custody now since July 17th based on a request by the UK that they be extradited for charges, presumably, that are pending there, or an investigation that is pending there, although we don't yet know any details about the nature of the accusation, other than it is sex related crimes, according to the provisional arrest warrant.

We have yet to see the extradition papers that support the request, the accusers have not yet been identified.

This follows years after the Tate brothers were

arrested in Romania for similar charges pending there.

In Romania, the brothers were initially detained. The Romanian courts entertained their request for release, pending trial in Romania, as I'm sure the Court knows.

The Romanian court granted them release, pending trial, charges similar to those in the UK, and for the next several years, the brothers have been fully compliant with their conditions of release.

In the interim, the UK sought extradition of the Tate brothers to be extradited from Romania to the UK. That matter was addressed by the Romanian courts in March of 2024.

At that time, the Romanian courts decided that the UK would simply have to wait until the Romanian proceedings concluded, after which the brothers would be surrendered or extradited to the UK for the charges presumably pending in the UK.

In the two years thereafter, the UK did not seek reconsideration of that request. In the interim, the Romanian courts determined that the brothers should remain not detained, released, including by March of 2025, permission to travel internationally, which the brothers did, 34 times, while on pretrial or pretrial release in Romania. And, each of the 34 times, they traveled with the permission of the Romanian courts. They returned to Romania. And, each time, they complied with the court orders to appear.

I lay that down as the background for the Court's determination here today as to whether the Court should follow the lead of the Romanian court that has determined that, notwithstanding a request by UK that the brothers be extradited to the UK, in the interim, the Romanian courts have determined that bail is appropriate.

THE COURT: Under a comparable legal paradigm?

MR. SREBNICK: Well, I don't say to know the exact laws of Romania, and I think what the Court is saying is under U.S. law dating back a hundred years, Wright versus Henkel, that bail is not presumed in an extradition case.

In fact, this Court has held that, as I recall from the Duarte decision, that bail is antithetical to the extradition process, and the courts have, in some measure, followed that lead.

We have objected to that presumption against bail, and, nevertheless, we believe that if the Court is going to apply, as it must, the so-called special circumstances test, this is the case, the case where there is an exceptional circumstance, which is you have before you a track record of brothers who are facing both charges in Romania, and, presumably, charges in the UK, and still a court in eastern Europe has granted them bail, and they have proven throughout that time that they would comply with the court orders to appear.

Each and every time they have been ordered to appear in

Romania, they have done so. The only time they have failed is because they were in custody today and could not report back as ordered, which was their intention to do, solely because of their detention here in Miami.

And so what I suggest to the Court -- you are being asked to do is essentially second guess or overrule the decisions of the Romanian judges who have addressed this, and I know that.

THE COURT: I think you have just acknowledged that neither of us in here with any knowledge of what the Romanian course actually decided under what standard. So that's not even close to what I'm being asked to do. I'm being asked to apply the law in the United States to the set of facts that are in front of me now.

MR. SREBNICK: So I will have Mr. Maniotis, who is going to address the Court on the Romanian proceedings, can give you more light about the standards of Romanian courts.

Of course, there is an international treaty between countries, and in that treaty between the Romanian court -- excuse me, the Romanian Government and the UK, the decision was made that the brothers could remain out on bail, pending that extradition, conclude the charges in Romania. And, while perhaps I'm being a bit hyperbolic -- and that may be a word you are hearing throughout the proceeding -- in saying that you are sitting, essentially, as an appellate court -- although we

understand you may be applying a much more stringent standard -- the ultimate question you're being asked to decide is will the brothers obey your court order to appear as scheduled, and not commit any additional crimes or present any danger to the client in the meantime?

THE COURT: That's not the factual --

MR. SREBNICK: Understanding that, understanding that under the current state of the law, we need to define for you some special circumstance, whatever that might be, ill-defined in the caselaw -- there has been no concrete explanation for what that means.

And, at the end of our presentation, I'm going to ask our colleague, Alexa Klein, to address for you the cases where defendants have been granted bail.

And so there is a history and precedent -- at least, 40, that we have found -- where defendants have been granted bail in extradition proceedings, of one most recently by Judge O'Sullivan, in a case where Colombia was seeking the extradition of one of its own from the United States. But, there was an open question whether there was an active treaty between Colombia and the United States. I think it is the Arias case. David Markus was the lawyer.

And, in that case, Judge O'Sullivan granted bail, even though he later concluded that the defendant needed to be extradited to Colombia.

And so I'm trying to define for you a special circumstance that makes this case different.

And, what you have here, unlike many other cases, is a track record of two defendants facing extradition, complying with the Court's orders, committing no crimes in the interim, being totally compliant with their conditions.

And the Court in Romania heard -- the Government of Romania indicate back in March of 2025 that these brothers rigorously complied with all obligations imposed, no plausible reasons to consider that they would have any intention of evading criminal prosecution and trial; fully complied with the obligations imposed upon them, appearing in response to all summonses.

THE COURT: Why doesn't this go to risk of flight?

MR. SREBNICK: It does.

THE COURT: Why isn't it solely the risk of flight?

MR. SREBNICK: So in several of the cases that we have seen, if there is an exceptional showing that the person is not a flight risk, that is a special circumstance, and some of the cases are cases where a defendant might be gravely ill, for example. There is no chance that the person is going to flee.

I don't know that any court has defined how this Court would determine what constitutes special circumstance.

THE COURT: But, nonetheless, every court has acknowledged separateness of the inquiry of risk of flight and

a danger to the community and the existence of special circumstances warranting their release.

My question to you is why isn't their track record of appearance something that factors into your risk of flight argument?

How do you parlay it into a special circumstance?

MR. SREBNICK: The special circumstance, in addition to no flight risk, is that the UK should have to, as they were required to do in Romania, wait; wait in line behind the Romanian government before these two defendants are extradited to England.

So this is a case raising a very significant question of international law about who comes first. And, UK tried to have the brothers extradited from Romania to England.

The Romanian courts rejected that request, and England did not take it to the Hague. It did not appeal up.

What, instead, they did is they waited until the brothers were in the United States, hoping they'd have a more friendly ear in the United States government to essentially cut the line that they're supposed to wait for Romania to finish its proceedings.

THE COURT: If all that is the next step, and thus?

MR. SREBNICK: And thus, while we are in the -- Romania has not asked for their extradition, for the brothers' extradition back to Romania because they are on pretrial

release. That proceeding could take a very long time. Proceedings in Europe, for trials, could take years, as some do here in the United States.

And, in the interim, that creates the special circumstance where the defendants should not be detained pending the Romanian proceedings when the Romanians aren't asking that they be detained, just so that they later can be surrendered by the Romanians to the English, once those Romanian proceedings are concluded.

Normally, we espouse a view in this country, with regard to immigration, you don't cut line. England is trying to cut the line with regard to the extradition proceedings by circumventing the Romanian orders. That is exactly what they're doing. So understanding --

THE COURT: But isn't the argument also to be made with the State Department?

MR. SREBNICK: It sure will be, but in the meantime, it is your decision whether they should have bail, pending the State Department's decision whether they are going to allow UK to cut the line.

THE COURT: But I'm trying to -- again, trying to fit this fact into my analysis. Is it your position that because you're going to prevail at the State Department level, that I should grant them a bond in between because they're not likely to be extradited?

I'm trying to get that --

MR. SREBNICK: That's what makes it a different exceptional case. Yes.

Whether we do prevail or not isn't the test. It is that we have a very different set of circumstances here than in most extradition proceedings.

We don't have to prove to you a likelihood of success in front of the political branch for you, a part of the judicial branch. It is your decision whether it creates such a special circumstance. And, I'm trying to stay away from the word "special" only because, for example, every federal agent is a special agent, so they lose their specialty, so to speak.

I think this is actually exceptional, a case where the country has already been told, "No, you have to wait," and they try to cut the line.

In the meantime, because of the celebrity of the Tate brothers, they're being detained in segregated housing under the most extreme conditions designed really for disciplinary inmates, and which the Tate brothers are not.

They have been fully compliant. They are model inmates, as much as they'd rather not be inmates. They are -- and I know you know the conditions there, Judge, but just to summarize, on lockdown 24/7, except five hours per week, they get moved from a small room to a less small room so they can walk around in circles.

Other than visits from their counsel -- and we admit there have been many to keep them from going insane -- they are left in isolation. They can't use a telephone but once every 30 days. I don't think they've had access to a telephone yet.

And, for example, Tristan has a child with special needs who counts on him to get on Face Time on a regular basis. He can't do that. The men have children who they've had no contact with in over a month, not even by telephone.

I don't have to get into the limitation like commissary. Those things, the Court knows about. They're being committed as if they've committed a crime or they violated rules in the jail, and it is something that shouldn't be tolerated.

And I know the Court might say to me, "File a petition for habeas corpus to get them out of the SHU."

I have been told it ain't happening. I've spoken to legal counsel there. They're not going anywhere until this proceeding is over. According to the SHU, for their own safety, that's the rationale, they shouldn't be in general population. If that's so, though, they are the ones suffering the consequence because others might present a risk of danger to them, not because they, themselves, present a risk of danger to others. And so, under those conditions, I think that, too, creates a special circumstance that the Court should consider.

And, third, for special circumstance -- and you'll hear

from Mr. McBride about the litigation that has been ongoing in Palm Beach, where the brothers have sued for defamation, one of the accusers from the Romanian case -- a judge, Judge Curley, has been handling the case there. It is in active litigation. That case is scheduled to be trial-ready by December.

The brothers, being in the SHU, would not be able to actively participate in the preparation and participation of that litigation while these proceedings are pending.

And so you add up those factors, you look at the case in its totality, and I submit to you, those factors make this case exceptional; one where the Court should feel confident they are not a flight risk, they are not a danger, and it is something different than most cases.

Now, let me just anticipate -- and I will address it later, and you will hear from -- Mr. Binhak will present a witness.

You will be watching some videos that the Government is going to present about the posts, the social media posts of Andrew Tate, who is an international personality, a social media personality, known in the internet community as "Top G", who uses sarcasm, he uses foul language, he uses words that most of us are taught in grade school we should not use.

He speaks in vulgarities. He advocates positions that are, in many ways, outrageous. But, that's the personality, the internet personality of Top G, or Andrew Tate. That is not

the real Andrew Tate, the person Andrew Tate. That is the character that Andrew Tate personifies on the internet.

It has drawn millions, if not tens of millions of followers, and it has given the Tate brothers a source of income as entertainers.

But, what the Government will try to convince you of is that when Top G or Andrew Tate is on video talking about nine passports and ten driver's licenses, and that's running from the French and Spanish authorities, and that the Germans are after him, that the suggestion is that he is someone who would flee and disobey the Court's order.

But, the Romanian courts are aware of all that internet entertainment, and still granted him bail.

And, more importantly, he has never fled.

And so I just wanted to prepare you, if you haven't already seen it, you should expect to see Andrew Tate advocating what the Government will contend to you are his feelings about fleeing from authorities. But, I ask the Court to put it in context, given that he is an international social media entertainer. Perhaps a comparison to Allie G, if you remember a character by Sacha Baron Cohen, although from the look on your face, you may not.

THE COURT: (Inaudible).

MR. SREBNICK: Okay, good enough. So it was a good example.

I was going to say --

THE COURT: Thank you, Mr. Srebnick.

MR. SREBNICK: I would have said, you know, a shock jock that we've heard throughout the '90s and 2000s, and speaking in vulgarities -- there are people who make a living entertaining millions of people. I was thinking the other day about how millions of people go to the movies to watch horror films, people committing atrocities on Friday the 13th number 30, and Halloween number 12, and people pay money to watch mutilation, decapitation. I can't handle it, myself.

But, the fact that a producer of that kind of material for consumption by the American public -- doesn't make the producer a violent person. And, it likewise doesn't make Andrew Tate a flight risk because of the words he uses when he's in character.

With that said, I'd like you to hear from Mr. Maniotis about the Romanian proceedings and be able to address your concerns about that.

THE COURT: I appreciate the preview that you intend to make your presentation. We do have a "one lawyer only" district, one lawyer per issue.

MR. SREBNICK: That's what we're doing.

THE COURT: But any overlap --

MR. SREBNICK: I'll describe it. Mr. Maniotis is going to deal with Romania. Mr. Ford from the UK will explain the UK

proceedings. Mr. McBride, the Palm Beach litigation, and Mr. Binhak will present the witness, one of Mr. Andrew Tate's partners, intimate partners who's here to testify.

THE COURT: Okay. I also appreciate -- you know that I've read everything.

MR. SREBNICK: Good.

THE COURT: I've seen every exhibit that has been filed, including those under seal.

And, it is not necessary or a good use of time -- I don't know where all the attorneys are -- to reiterate that which is in the papers. To the extent there is something that you think has to be sounded upon to drive home, the three things that I have to find, risk of flight, danger to community, and special circumstances that warrant release, as opposed to sound the clock into the proceedings that are not in front of me -- (Inaudible).

MR. SREBNICK: Understood.

Mr. Maniotis?

MR. MANIOTIS: Good morning, your Honor.

THE COURT: Good morning.

MR. MANIOTIS: The Romanian proceedings are the strongest real world evidence we have of how the Tate brothers will behave if your Honor were to grant them bail. They have spent over 1,000 days on judicial release in Romania. Every time they left, they returned to Romania to participate in

those proceedings.

I will walk you through, step by step, the Romanian case, the orders, and what the Romanians evaluated, because there's more than one order. There's more than one appeal. And, it might take a little bit of time, but it is very relevant on these proceedings.

So there's two Romanian file numbers throughout the record. They are not two unrelated episodes. So there's file number 1305, for brevity, and then file number 2557.

The relevant history is --

THE COURT: (Inaudible) -- for 25 --

MR. MANIOTIS: Yes, ma'am.

THE COURT: Remind me of your last name.

MR. MANIOTIS: Maniotis.

THE COURT: Mr. Maniotis, when you were referring to an exhibit, use the ECF numbers so that the record is clear.

MR. MANIOTIS: Yes, ma'am.

The relevant history is, therefor, continuous. The same Romanian authorities repeatedly evaluated custody, movement, contact restrictions and compliance over a multiyear period.

Romanian defense counsel Eugen Vidineac for both brothers explained the history in his sworn declarations. Those are ECF numbers 30-3 and 30-0 or 30-4.

From December 30th, 2022, through March 31, 2023, the

brothers were held in custody in file number 1305. On March 31st, 2023, the Bucharest Court of Appeal replaced detention with house arrest. So there is the first reduction of restriction.

The voluntary police -- which is the area where they were residing -- monitored the brothers and found no breach. The first test after custody, therefore, ended in compliance.

On June 15th, 2023, the prosecutor issued the first indictment in Romania, but severed some allegations into another file. That's file number 2557.

The indictment entered Romania's preliminary chamber, where judges reviewed the legality of referral, evidence, and investigative acts before trial. So they test to make sure everything is done right, and there's evidence supporting the allegations.

On August 4th, 2023, the Bucharest Court of Appeal replaced a house arrest with judicial control that required appearances, police reporting, notice of residence changes, and compliance with travel and contact restrictions.

In November 2023, the permitted area expanded from Bucharest and certain surrounding counties to all over Romania.

So then it went to the entire country of Romania from the house arrest, county, now all of Romania.

In the interim, on March 12th, 2024, the Bucharest Court of Appeal addressed the UK warrants alleging offenses

carrying a possible life imprisonment, as did the charges in Romania.

So really, the possibility of life in prison has not changed now. It's always been there, and they've always complied.

In order -- it ordered, eventually, execution, deferred surrender until Romanian proceedings concluded, and immediately released the brothers from warrant detention. So they were detained for 24 hours and then released again while they considered extradition to the UK, they, being the Romanian courts.

On August 21st, 2024 -- this is where they were detained and the prosecution sought pretrial detention. The Bucharest tribunal rejected that request as unfounded, placing Andrew under house arrest. So there was a reduced restriction with new allegations, and Tristan under the judicial control, which means the check-ins.

On September 5, 2024, the Court of Appeal rejected DIICOT -- they are a special investigative authority -- DIICOT's appeal and removed Andrew's communication restriction with one of the alleged victims. So these gentlemen were allowed to communicate with the alleged victims in the file, legally, under Romanian law, after the finding by the appeals court.

They also removed Tristan's 50-meter stay-away

restriction at the same time.

On December 19th, 2024, the Bucharest Court of Appeal upheld the brothers' preliminary chamber challenges and returned the first indictment to the prosecutor. It never proceeded to trial. There was no conviction or merits adjudication. The prosecution resumed its investigation in January 2025.

Then in February 2025, the Bucharest tribunal revoked Tristan's judicial control in file number 2557. On February 14th, 2025, the Bucharest Court of Appeal replaced Andrew's house arrest in that file with judicial control.

In the same month, additional witness contact restrictions imposed on Andrew were lifted. So what we see is a constant loosening of the restrictions, and their continuing to comply with whatever restrictions are imposed. And I'll give you the exact reference from the prosecutor, himself, in Romania, where he says -- the Romanian prosecutor found that "There are no plausible grounds for believing that they" -- meaning the brothers -- "intend to evade criminal prosecution and trial. On the contrary, they have consistently demonstrated an interest in the accurate establishment of the facts and resolution of the case."

This is from -- this is from my notes, and that would be the February order of 2025, ECF number 30-5.

THE COURT: That's what I thought. So Mr. Srebnick had

proffered that it would be your role on the team to explain the standard that is passed among these various decisions on release. And, it is my reading of those exhibits that the prosecutors either didn't object or advocated for release. So it doesn't seem analogous, the decision the Romanian court had in front of it.

Can you help me -- Mr. Srebnick said that you were going to be the one that was going to explain the Romanian procedure.

MR. MANIOTIS: Yes, ma'am. So essentially, the prosecutors did start with detention. So the brothers were in jail for three months when they were initially arrested in December 2022.

The prosecutor continued to ask for that to be the control of the brothers.

THE COURT: I can see that from the orders.

MR. MANIOTIS: Okay.

THE COURT: It describes that history, but it doesn't help me understand the procedure, that whether or not the court deferred to the prosecutor, whether or not the court has a different standard to apply than I did.

MR. MANIOTIS: The court takes into account both argument of defense counsel and the argument of the prosecutor. The -- what they're mainly looking at is whether they are a flight risk and whether they are a danger to the community.

THE COURT: The prosecutor does not propose release, and the Romanian court had no determination there to make?

MR. MANIOTIS: They do have a determination. They can ignore the prosecutor and they can impose their own restrictions if they find something different in the -- which they have an indictment at that time of when they were considering this, 300 pages containing almost all of the information you will probably see from the Government today.

THE COURT: I understand that that's helpful to what the Court can -- (Inaudible) meaning did the Romanian court say, "Notwithstanding representations of the prosecutor, I'm making an independent decision here"?

MR. MANIOTIS: I have no reading of that throughout the orders, and no knowledge of that. I would have to defer to Romanian counsel, who's not here --

THE COURT: Okay.

MR. MANIOTIS: -- today with us.

So then in February 2025, the restrictions were completely lifted, and they were able to travel throughout the world, subject to judicial check-in.

The prosecutor, I just told you, found there was no plausible grounds for believing they intend to evade. That was the ultimate consideration by the court, I think, to allow them to travel freely.

On November 27, 2025, the prosecutor lifted codefending

contact restriction, meaning the brothers could contact other -- the other defendants in the case.

After another extension on March 27th, 2026, the Bucharest tribunal granted the brothers' challenge on April 6, 2026, and removed the judicial control entirely for File 1305.

From February 12th, 2025, through July 3, 2026, Tristan had no preventative measure and filed 2557, although his separate File 1305 measure continued until April 6, 2026.

Andrew remained under noncustodial judicial control in File 2557, but without territorial travel prohibition after February 25, 2025.

On July 1, 2026, the two files were consolidated. So now there is a consolidated file on July 3, 2026. Romania continued Andrew's judicial control, and reimposed judicial control on Tristan. So they're both currently under judicial control in Romania. They were supposed to go check in at the end of last month. They were not able to do so because they were being held here in the United States.

On July 20th, 2026, the Romanian supervisory authority issued an assessment confirming the compliance with all of the restrictions imposed on Andrew and Tristan Tate.

On July 23, 2026, Romania informed the United States that the brothers had complied with imposed obligations, appeared in response to summonses, and complied with ordered measures. Mr. Vidineac, Romanian counsel, likewise confirmed

that in his declaration at ECF numbers 30-3 and 30-4.

Viewed in sequence, the direction never changed. Custody gave way to house arrest, then judicial control, then progressively fewer restrictions.

The first indictment was returned, DIICOT's later detention requests and appeal were rejected, and July 2026 charges still produced only noncustodial supervision without travel bar.

In Mr. Vidineac's affidavit, he states that detention here makes the brothers unable to report or appear in Romania when summoned, and prevents them from meaningfully communicating with Romanian counsel. They have yet to be able to contact the Romanian counsel in any meaningful way. He cannot travel to the United States to see them. And, their case is -- the investigation in their case is still ongoing there in Romania.

Release would not permit avoidance of Romania. It would facilitate compliance and helping in their own defense in a case that has been on going for almost four years now, or over four years now.

To briefly address the allegations of the Government related to influencing of witness statements, the July 2026 influencing statements charges do not concern new conduct. An investigation concerning Andrew existed by February 22nd, 2023, and broader investigation concerning the two brothers by

October 10, 2023.

The Government's 27th, 2026, submission states every alleged act between January 2023 and July 2024 with Tristan's alleged conduct ending in May 2024.

The Romanian authorities therefore knew the theory when courts rejected detention in August and September of 2024, and reduced restrictions in February of 2025, and ended File No. 1305 judicial control in April 2026.

After formal charges in July 2026, Romanian again selected judicial control rather than detention. The authorities closest to the evidence repeatedly found incarceration unnecessary.

Romania enforced, direct and indirect, no contact restrictions, and police found no breach. Mr. Vidineac, in his affidavit or declaration, reports full compliance in both files.

The July 2023 -- 2026 Romanian submission confirms the compliance and appearances. That is affirmative proof of performance under supervision. And I am citing the Vidineac declarations, ECF numbers 30-3 and 30-4, and government's exhibit ECF number 37-2.

Prosecutorial accusations are not judicial findings. There is no conviction, adjudicated threat, recorded instruction or lie, or finding that either brother violated a no contact order in Romania.

To the contrary. What they are talking about, as these allegations, is Romania wanted to interview some women there. They said they contacted the brothers and said, "I can't afford to go to DIICOT."

They put out what is the equivalent of a subpoena. So if you don't appear, they go there and kick in your door and get you down to the police station. The brothers say, "You know what, I will get you to travel there, and I'll give you lodging, and get you back so you can make your statement and go home. All just tell the truth."

That's all that happened. It is confirmed in Tristan Tate's deposition, in the Palm Beach case, which Mr. McBride will address, and then -- in his deposition, and most allegations show supported, tailored no contract -- contact controls, nonincarceration.

Romania has shown that such controls work.

As far as the flight calculus goes, it did not change upon July 18, 2026, when the United States arrested Andrew and Tristan Tate. Since March 12, 2024, the brothers have known of the possible life exposure and standing surrender order while possessing the same mobility resources in public profile.

The incentives the Government cites are not new. The brothers have repeated opportunities to flee and they did not.

After travel restrictions ended on February 25, 2025, the record shows at least 34 international flights across 12

countries, repeated returns to Bucharest, and continued appearances while investigations and surrender order remained pending.

They traveled without disappearing, and continued their judicial check-ins. That is demonstrated respect for the process.

Differences between Romania release law and extradition bail do not change those facts. The brothers returned, reported, appeared, and complied.

In the United States, they entered openly, they announced their presence, and then were arrested at a publicly advertised Miami boxing event. People attempting to disappear do not advertise where they'll be.

Your Honor, this Court does not need to predict in a vacuum. You have a track record of over 1,000 days, and that is an extremely rare circumstance for any court to have when considering bail. They have complied for three years with all of their restrictions. The Government has -- Romania has found no breaches, and I submit to you that those are very special circumstances.

Thank you.

MR. SREBNICK: Judge, next will be Andrew Ford from the UK.

MR. FORD: Good morning, ma'am. May I first thank you for allowing me to address you.

You asked one question of cocounsel, and I have the answer to that, if I may --

MS. LOPEZ: Your Honor, I'm sorry. I'm going to have to object to -- has Mr. Ford been admitted to practice as an attorney pro hac vice?

If not, then he's a witness.

MR. FORD: Happy to deliver this, my comments either way, ma'am.

THE COURT: We'll come back to hearing -- (Inaudible) are you a witness?

MR. FORD: I'm a UK lawyer, and if you require me to go into the witness box, I can do that and be direct reply to cocounsel.

THE COURT: What I am going to suggest, because I do insist on some formality in our proceedings, is a proffer from one of the admitted attorneys on what it is that you will cover, because it does sound like you are here as a witness. You want to provide me with information, not argument, right?

MR. FORD: Correct, on the UK proceedings.

THE COURT: Okay. So then well, why don't we do it that way. One of the admitted attorneys will make a proffer for me of what it is that you are going to say, if you're called to testify, and then they can evaluate -- we'll take a recess, most likely, in short measure on whether or not they want to take your statement. Okay?

MR. FORD: However you see, ma'am.

THE COURT: (Inaudible.)

MR. SREBNICK: So your Honor, would he be permitted -- if we just called him as a witness, does that make it simpler? Because he was prepared to address the Court.

THE COURT: Correct. So Mr. Srebnick, he's not an attorney. Then the -- his class here is as a witness, right?

MR. SREBNICK: So I will call Mr. Ford as a witness.

THE COURT: Then what I, again, am going to suggest is that you use one of our breaks to decide the best way to meaningfully get the information that you want out.

MR. SREBNICK: Got it.

THE COURT: And, since you weren't prepared to put him on the stand, you might need a minute to make a smooth presentation. So --

MR. SREBNICK: That's fine.

THE COURT: -- so let me have the next one up.

MR. SREBNICK: Sure.

THE COURT: And then we can take a break and you can meet with Mr. Ford.

MR. SREBNICK: That's fine.

THE COURT: Okay.

MR. SREBNICK: Judge, I can put him on now. I'm ready to put him on right now so we don't have to take a break. That will be fine.

THE COURT: All right.

So shall he take the witness stand?

Mr. Binhak is going to do the direct.

(Witness ANDREW FORD was duly sworn).

THE WITNESS: I do.

THE COURTROOM DEPUTY: Thank you, please be seated and speak into the microphone. Can you state your name?

THE WITNESS: My name is Andrew Ford, and I'm a solicitor from the UK.

THE COURTROOM DEPUTY: Can you spell your last name for the record?

THE WITNESS: F-O-R-D.

MR. BINHAK: Good morning, Judge.

THE COURT: Good morning.

MR. BINHAK: For the record, Steve Binhak.

DIRECT EXAMINATION

BY MR. BINHAK:

Q. Good morning, Mr. Ford. My name is Steve Binhak. I'd like to ask you a few questions, if you don't mind.

First, could you tell the judge your background quickly, your educational background and your employment and what your credentials are in the UK regarding being a lawyer?

A. Sure. I am a solicitor in the UK. I have -- I am a partner of the law firm, *Coot Holt and Adams(check) and I've been representing Andrew and Tristan Tate since 2002. Sorry,

2022.

Q. Now, I understand that the judge asked Mr. Maniotis a question about the standard that the Romanian court applied with regard to bail for the Tate brothers while they were at pretrial in Romania. I understand that you are aware of that standard?

A. I shan't pretend I knew this information, but that's right. Under Article 202, paragraph 1, the -- in essence, the test for bail and bail conditions in Romania is a preventative measure may be imposed only if evidence of reasonable and occasion giving rise to reasonable suspicion that they are necessary. So that's the test in Romania, as far as I understand it.

THE COURT: What are you reading from?

THE WITNESS: The legal research was presented to me prior to giving evidence.

THE COURT: Whose legal research?

THE WITNESS: Forgive me, ma'am?

THE COURT: Whose legal research are you reading from?

THE WITNESS: One of my colleagues prior to giving evidence --

THE COURT: (Inaudible) in order to read somebody else's research into the record?

MR. SREBNICK: Well, Judge, under the circumstances, it is a hearing that does not -- that allows for -- that allows for --

THE COURT: That's fine, Mr. Srebnick, if you're looking to answer my question and have somebody with superior knowledge of the proceeding that can meaningfully answer my question, but not -- is this the best way to do it?

MR. SREBNICK: Well, we had expected Mr. Ford to present to you, as -- not as a witness. If you do not want to accept that as testimony as a witness, we understand.

THE COURT: Mr. Srebnick (inaudible) as attorneys. I'm going to go ahead and take a break and ask defense to produce, marshal its many, many resources and figure out the best way to get this done.

If the point of Mr. Ford's testimony is to answer my questions about whether or not -- and again, he is only being questioned because of the defense's argument, which I'm not a hundred percent sure is even the right question -- the defense's argument is that the Government is asking me to sit as an appellate court for a Romanian court.

I don't think that that is accurate as a matter of fact or law. To the extent it's your intention to use Mr. Ford to address that question, do it in way that is meaningful and competent.

Okay? So we're going to take a quick break, and I'd like you to decide how you want to do this.

MR. SREBNICK: No problem. Thank you, Judge.

THE COURT: Ten minutes?

MR. SREBNICK: Ten minutes will be fine.

THE COURTROOM DEPUTY: All rise.

(Recess indicated in record).

THE COURTROOM DEPUTY: All rise. Court is back in session.

THE COURT: I know it is very hot in here.

(Inaudible.)

MR. SREBNICK: Thank you.

DIRECT EXAMINATION

By MR. SREBNICK:

Q. Andrew, I know you have a vest. So the judge has said if you're hot, you can take off your jacket.

A. I'm good.

Q. I can't change the formality either. I can't -- I just can't do it.

MR. SREBNICK: All right, Judge. We're ready to proceed if you are.

THE COURT: Yes, please.

MR. SREBNICK: Thank you.

BY MR. SREBNICK:

Q. All right, sir. Would you please share with the judge the chronology of the UK proceedings against the Tates, and those facts relative to Romanian proceedings?

A. The first Andrew and Tristan Tate heard of the relevant UK proceedings to, why we're here today is in 2024, when a TCA

warrant was issued by the UK, and executed by Romania in March of 2024.

A TCA warrant is what used to be called a European arrest warrant, which is a warrant issued to an EU state to request the detention of a suspect in relation to a UK offense.

Q. So what is the state of the pending proceedings in UK now, for the Tates?

A. The Tate brothers haven't officially been charged with any offense in the UK. We have been told by the UK Government that those charges will be forthcoming once they land on UK soil, but we have seen no charge sheet; we've seen no detailed summary of the allegations; and, most importantly, to proceedings that have been going on in the UK, we've seen no named accusers in relation to the offense.

Q. So is that because the TCA warrants do not have the names of the accusers on them?

A. Correct, which is abnormal.

Q. Okay. Have you -- well, first, can you explain to the judge why that's abnormal; and then, second, have you done anything -- have you had any communications with the UK Government regarding getting that information?

A. It is abnormal because the purpose of a TCA warrant is to identify the nature of the allegations of which you're accused. With the allegations of this nature, the accuser is clearly material to that.

So as a result, we -- there has been a protracted period of discourse between us and the UK Government to become aware of the names of those complainants. Not for the purpose of intimidation, as suggested by the government, but for the purpose of litigation, which is -- that will allow Andrew and Tristan Tate to be able to prepare their case, to prepare their defense, to preserve evidence, and to ensure that a fair trial happens in the UK.

Q. It is my understanding that the UK Government has suggested that Andrew and Tristan Tate did not -- have not participated and are not participating in the UK proceedings. Is that your experience?

A. No. We've offered, on many occasions, to participate. We offered the UK Government the opportunity to travel to Bucharest and to interview them both in Bucharest.

We offered them the opportunity to allow Andrew and Tristan to travel to the UK to be interviewed in the UK. We asked on that occasion for a caveat that they wouldn't be detained so that they weren't prevented from being able to carry on with their litigation in Romania.

Q. And what was the response?

A. That was denied.

Q. And were all those discussions prior to the time that the UK issued the provisional warrant for which we're here today?

A. Correct.

I should say, as well, that we have, as well as judicial review, which is high court proceedings in the UK, where we challenge the decision of the Government to not provide us with the names of the complainants, we've also offered an undertaking, backed by a bond of 20,000 per head, to be -- as basically a security that if the complainants were named on social media or otherwise, then that fee would be surrendered, having been held on a solicitor's account, and that was another offer which was refused by the Government.

Q. Have you had discussions with the UK Government about why the Tate brothers are not willing to just voluntarily and unconditionally return to the UK?

A. Yes, we have. Some of those have been touched on already, but, predominantly, the reason for that is if they travel to the UK, there would be a risk of them being either detained or a risk of them having bail conditions which prohibited them from being able to travel back to Romania to complete their litigation there.

Any individual, not just the Tate brothers, any individual would be keen to exonerate themselves when they face serious allegations. And, my understanding is that's what they're keen to do in Romania, and that's why it wasn't sufficient to not -- have a guarantee that they wouldn't be allowed to leave the UK once they provided that interview.

Q. Through your communications with UK Government, in

particularly the Crown Prosecution Services, the CPS, what is your understanding of the new allegations that have come up as of July 26th of this year?
A. The TCA warrant contained very little information to be able to identify anything material to the allegations. These contained even less. And it is not typical where I have been involved in proceedings representing Andrew and Tristan since 2022, for that, for the new charges to not be communicated to me in the first instance, rather than a press statement or a PR statement from the Crown Prosecution Services to say there are further charges on their way.
One would have expected the courtesy of being told that before it was made public knowledge.
Q. The -- what was the maximum sentence that the Tate brothers were facing prior to the 2026 charges? In the UK, please?
A. Life imprisonment.
Q. And has that maximum sentence exposure changed as a result of the 2026 charges?
A. No.
Q. Are you aware of whether Romanian courts understand and have heard of the circumstances of the 2026 UK -- sorry, the July 2026 UK charges?
In other words, do you know if the courts know about these new charges from the UK?
A. If Romania knows about the new charges in the UK?

Q. Yes, sorry.
A. Yes.
Q. Yes, they do know?
A. They do know, because I have spoken to the Romanian lawyer, and they're aware.
Q. The Romanian courts are aware?
A. Correct.
Q. And has the -- to your knowledge, has the -- have the Romanian courts changed or the Romanian prosecutors changed their position on the release conditions for the Tates in light of the July 2026 UK charges?
A. No.
Q. No, that you are not aware, or no, they haven't changed?
A. No. They -- to my knowledge, they haven't amended those conditions or sought those, that bail to be revoked in any way.
Q. Are you aware of whether the UK has notified the Romanian prosecutors and courts that the UK would like the Romanians to revoke the Tate brothers' conditions of release, in light of the July 2026 UK charges?
A. Andrew and Tristan were in Romania in -- on the 3rd of July, 2026. These charges were announced by the Crown Prosecution Services two weeks after that, and there was no attempt by the Romanians to revoke their bail when they were in Romania on the 3rd of July. So I'm not aware of any attempt the UK have sought of Romania to revoke that bail.

Q. Do you know when the Tate brothers were last physically present in Romania?
A. Third of July, 2026.
Q. What about the Tate brothers' compliance with UK orders? Are you aware of any circumstances where they have violated any, you know, orders, or they are not in compliance with the UK orders?
A. No. There were no circumstances where they are not in compliance. There are many examples of where they are in compliance, however. They are -- Andrew is currently subject to high court proceedings, and there have been orders made in those proceedings, confidentiality ring order, for example, which prohibits him from naming the claimants. There has been no found breach of that confidentiality ring order.
Andrew was also on bond in the UK from 2015 to 2019 for offenses which were subsequently "no further actioned."
It just didn't result in any criminal proceedings, and I'm not aware of any suggestion from the UK or the U.S. Government that that bail was ever breached over a four-year period of time.
Q. If either of the Tate brothers were arrested now in the UK on the charges that they appear to face in the July 26th charges, would they be entitled to bail, under UK law?
A. The offenses are all bailable offenses, so yes, they would be entitled to it. And, beyond that, the preference would be

in favor of bail unless circumstances dictated that they shouldn't have bail.

Q. Just to be clear and not to be a wiseguy, the preference would not be the Tates brothers' preference for jail. Would that be a presumption from the court?

A. It is a presumption of bail in the UK.

Q. Okay. Have there been calls for the Tate brothers' extradition to the -- among political circles in the UK?

A. Many.

Q. Could you explain those, briefly, to the judge?

A. It is -- my finding is that it is abnormal for members of Parliament to comment on live criminal investigations. There have been countless examples of comments in mainstream media, from MPs -- even MPs making comments in the House of Commons in relation to seeking the extradition of Andrew and Tristan Tate since the 2024 decision by Romania.

My finding is that that is unprecedented -- forgive me -- the decision by Romania to -- to grant extradition at the conclusion of Romanian proceedings.

MR. SREBNICK: Judge, if I could just have one second, please.

Thank you very much, Judge.

Oh, I apologize, Judge.

THE COURT: That's okay.

But, it is the decision to defer remand?

THE WITNESS: Correct.

THE COURT: Thank you. Sorry for interrupting.

MR. SREBNICK: No, not at all, Judge. Thank you. I apologize for interrupting you.

Judge, I'm going to pass the witness, if it's okay with you.

THE COURT: Yes.

MS. WAXMAN: May it please the Court.

CROSS-EXAMINATION

BY MS. LOPEZ:

Q. Good afternoon, Mr. Ford. You work for Holborn and Associates, isn't that correct?

A. No. Holborn Adams Solicitors.

Q. And that's the law firm that the Tate brothers have, I guess, employed in the UK for the various legal proceedings; correct?

A. Correct.

Q. How much do you get paid hourly in your many years of representation of them?

A. I don't get paid hourly.

Q. And so how do you get paid in your job?

A. Ma'am, I'm not sure if I'm obliged to answer this question, but we get paid set amounts for set periods of work, and I'm not going to divulge how much that is.

Q. But it is safe to say that they do pay you and your law

firm for the work you do for them?
A. Correct.
Q. You're not licensed to practice in Romania; correct?
A. Correct.
Q. And, you have never taken a bar exam or any other sort of exam to know the details and in-and-outs of Romanian law?
A. Correct.
Q. So what you've told the Court here today about what's going on in Romania is based on what other people have told you. You don't know that firsthand; correct?
A. Correct.
Q. Now, you mentioned on your direct that your clients first found out about the charges in the UK because of the TCA warrant, right, in 2024?
A. Correct.
Q. And since then, you stated that you've offered to produce them to the Crown Prosecution Service, CPS, for them to get statements from your clients; correct?
A. Yes, to be interviewed.
Q. Now, this TCA warrant was something that occurred after a magistrate court in the UK issued arrest warrants for your clients; correct?
A. Ex parte, yes.
Q. Because that's usually how arrest warrants work; correct?
A. Correct.

Q. Now, you mentioned that your offer to the CPS was to have the CPS attorneys fly to Bucharest to interview your clients; correct?

A. And vice versa.

Q. Do you recall a July 7th, 2025, letter from the CPS discussing this, with your particular email address on it, as well as Yasmin Osman?

A. You have to refresh my memory.

Q. Not a problem.

MS. LOPEZ: Your Honor, may I approach?

I'm showing counsel the letter before I approach the witness.

Counsel now having seen the letter, may I approach the witness, your Honor?

BY MS. LOPEZ:

Q. Mr. Ford, I'm showing you a copy of the letter sent to you and Ms. Osman on the 7th of July, 2025. Please read it silently, and when you are done with that -- (Inaudible).

A. I remember this letter.

Q. So your memory now having been refreshed, Mr. Ford, isn't it true that the CPS told you that there was nothing under the judicial control of Romania that precluded your clients from coming to the UK to give their statement?

A. That's right, yes.

Q. And yet, they still didn't go to Romania; correct?

A. To Romania?
Q. Excuse me, to the UK?
A. No, that's right.
Q. Because you testified on direct that if they traveled to the UK, they would be detained, right, because there is an arrest warrant?
A. Correct.
Q. And, they don't want to be arrested, do they?
A. Not prior to the conclusion of the Romanian proceedings.
Q. So your clients want the UK judicial process to go how they want it, not how the courts and the law want it. Is that right?
A. I can't answer that question.
Q. Now, you testified on direct that the charges in the UK, the information that you have is very sparse; correct?
A. Yes.
Q. You don't know the names or the identities of the complainants in the UK case; correct?
A. Yes.
Q. And, you attempted to get those through the judicial process, but were rebuffed; correct?
A. Correct.
Q. And that's because, and I'm reading, I will give counsel a copy of the decision by Mr. Justice Chamberlain, which is The King on the Application of Andrew Emory Tate and Tristan Tate,

and the Director of Public Prosecutions and the Chief Constable of -- Police.

Are you familiar with this particular decision by the court?

A. I am.

Q. And, on Page 11, paragraph 52, the court actually said that the claimants -- meaning your clients -- have been given some particulars of the case against them. They know the offenses in which they are accused, the date ranges in which the offenses are alleged to have been committed. Correct?

A. Yes, they were contained then the TCA warrants.

Q. And Mr. Justice Chamberlain went on to say that these particulars had been considered by judges, both in England and Romania, to be sufficient for the purposes of the law of extradition. Isn't that right?

A. Yes. Magistrate -- chief magistrate granted the application for the TCA warrant.

Q. So --

A. May I just help with that process --

Q. There's not a pending question.

The next thing that Mr. Justice Chamberlain stated was that the claimants will be provided with the identities at some point; correct?

A. Correct.

Q. Because the lack of, I guess, obtaining the identities of

the complainants or the specific facts is not a static situation; isn't that right?

A. The position that the CPS adopted was they would be told the names once they arrived in the UK. The chief magistrate didn't have the opportunity to consider any of the evidence other than a four code test being completed by the Crown Prosecution Service, when the TCA warrants were granted.

Q. Because Mr. Justice Chamberlain, who issued this order, said that your clients will get the identities of the complainants "If and when they are surrendered to and prosecuted in this jurisdiction."

Isn't that correct?

A. Yes.

Q. So they will get them when they submit themselves to the jurisdiction of the English court, isn't that right?

A. Yes.

Q. Okay.

A. That's --

Q. And, on top of that, Mr. Justice Chamberlain stated that the lay provision -- first of all, it is not obvious that they will get a lay provision of the identities of the complaints. This is paragraph 54. But, even if they do, it's not clear it will hamper the ability of your clients to gather and present evidence relevant to those charges because if they need more time, they can ask for it, and the court can grant it. Isn't

that right?
A. If they were to be remanded in custody, they wouldn't have the opportunity to have more time in the UK. It was -- there is custody time limits, 182 days. Within that time, the proceedings have to start. The trial has to start.
Q. Well, that's contradicted by Justice Chamberlain, who says, "If, however, the late provision of the complainants' identities does not cause them significant difficulties in preparing for the defense, they can, as I have already noted, apply to the court to stay the prosecution."
Isn't that a remedy that they have if they need more time?
A. It is.
Q. Now, you mentioned that the last time that you were aware of -- either personally or through other people -- of these defendants being in Romania was July 3rd; correct, of this year?
A. To my knowledge, yes.
Q. And, on direct, you mentioned that, to your knowledge, the Romanian court was aware of the UK charges, correct?
A. That's what I'm led to believe from the Romanian lawyer; correct.
Q. And, you were not aware of the Romanian court having done anything to, I guess, respond to that, put any other preventative measures as to your clients as a result of either the UK charges or the Romanian charges, correct?

A. Correct. To my knowledge, Romania or the UK have done nothing about the bail position in Romania.

Q. Well, were you ever shown Government's Exhibit 2 by your cocounsel?

A. No.

MS. LOPEZ: Okay. I want to approach, showing counsel first, the last page, the underlined portion.

May I approach the witness, your Honor?

Thank you, your Honor.

BY MS. LOPEZ:

Q. I'm showing you Government's Exhibit 2, which was already turned over in discovery, and I want to read a portion to you.

"Subsequently, by an order of the prosecutor dated 3rd July 2026, the preventative measure of judicial supervision has been imposed on defendant Tristan Tate for a period of 60 days, from 3rd July 2026 through 31st of August, 2026, inclusive, as a result of the new charges brought against him."

Did I read that correctly, Mr. Ford?

A. You did.

Q. So it is not accurate to say that the Romanian court has not done anything as a result of either the new charges in Romania or the UK; is that correct?

A. I think I said that they hadn't revoked bail.

Q. But, they've had preventative measures, haven't they?

A. They have done throughout the process.

Q. And, of course, you're aware that they've been charged with witness tampering and alienating of assets by Romania since the beginning of the year?
A. Not to my knowledge, but I'm not instructed for Romanian proceedings.
MS. LOPEZ: No further questions.
MR. SREBNICK: Judge, ready for me?
Thank you.

REDIRECT EXAMINATION

BY MR. SREBNICK:
Q. Mr. Ford, you just testified that any warrant that exists against the Tates in the UK was the product of an ex parte proceeding.
A. Correct. They would have no knowledge of the application.
Q. Forgive me for not knowing your country's laws as well as mine. Do the Tates enjoy a presumption of innocence in the British -- in the UK once they're charged with a crime?
A. Of course.
Q. Now, counsel for the United States read to you from this decision from Mr. Chamberlain, Justice Chamberlain, Mr. Justice Chamberlain, sorry. No disrespect to the Justice.
And she read to you from paragraph 52. If you don't mind, I'm going to read you the full paragraph.
A. Please do.
Q. It says, first, "The claimants" -- I take it that's the

Tates --
A. That's right.
Q. "Have been given some particulars of the case against them."
Are you familiar with that sentence?
A. I am.
Q. Okay. The one particular they were not given was the name of the accusers; correct?
A. Correct.
Q. In your -- I don't think we've marked this --
MS. WAXMAN: No, your Honor. This wasn't introduced, because I just refreshed recollection. So counsel can introduce it without objection, if he wishes.
MR. SREBNICK: I will introduce this as Defense 1.
THE COURT: And it's not already on the docket somewhere?
MS. WAXMAN: No, your Honor.
MR. SREBNICK: And we'll make a notice of filing, Judge, so it gets in ECF.
You know what, I don't think I have much more on this, and then I will give it to you immediately after, okay?
THE COURT: And how are you marking it?
MR. SREBNICK: I'm going to call it Defense Exhibit 1, if you don't mind. I guess, well, really not defense. We are the later ones. So R1.

THE COURT: So that's your -- (Inaudible) I agree with you that that's (Inaudible) in this area. (Inaudible.)

MR. SREBNICK: I mean, they are defendants in another country. They're not defendants here. So Judge, if you're okay with Defense 1, I will call it Defense 1.

THE COURT: Objection?

MS. WAXMAN: None, your Honor.

MR. SREBNICK: Thank you.

BY MR. SREBNICK:

Q. Now, I think, in response to the counsel for the United States's request, or question, you said that it's possible that the Tate brothers, or that because of the trial calendar rules of the UK, the Tate brothers would have to be charged within 180 days of being physically present in the UK; is that correct?

A. No, the trial would have to commence within 182 days of the case been sent to the crown court.

Q. And, according to the decision in Defense 1, referred to in Defense 1, that's described in Defense 1, the Tate brothers would be able to make an application to extend that period.

A. Correct, which would result in them spending more time in custody.

Q. Would it be guaranteed that they would -- their application would be granted and they would get more time, or, is it possible that they would get no further time?

A. It would be the judge's discretion, and my reasoning for requesting the information was that in my experience, 182 days is not sufficient to prepare for a case of that nature with that many complainants. And, the opportunity to preserve evidence, secure evidence, and obtain evidence could have been achieved by starting that work prior to their presence in the UK.

Q. And, one of the reasons that 180 days would not be sufficient for an investigation is because you don't have the names of the individuals who are the complaining witnesses; correct?

A. Correct.

Q. Mr. Ford, I'm going to just show you what's been marked as Government's Exhibit 2.

MR. SREBNICK: Judge, may I approach?

THE COURT: Okay.

BY MR. SREBNICK:

Q. Mr. Ford, do you know what Government Exhibit 2 is?

A. This is a letter to the U.S. Department of Justice.

Q. Okay. And from whom?

A. Chief Department Prosecutor Laura Cea.

Q. From what country?

A. Romania.

Q. Okay. Would you do me a favor and look at the last page. There is a sentence there that is highlighted in yellow?

A. Yes.
Q. Would you do me a favor and read that to the Court?
A. Regarding the obligations imposed as a result of the preventative measures ordered against Emory Andrew Tate, III, and Tristan Tate, we know that they have fully complied with the obligations imposed upon them, appearing in response to all summonses from the judicial authorities and complying with the measures ordered on each occasion.
Q. And is that what your understanding is of what the Romanian Government's position in this case is?
A. Throughout those proceedings, yes.
MR. SREBNICK: Judge, I have no further questions.
If you don't mind, I'll approach and give you a copy of Defense 1.
THE COURT: That is fine.
But I just want to -- Mr. Ford, you were just reading from something that was marked Government's Exhibit 2.
THE WITNESS: Yes, I -- yes, ma'am, sorry. Yes, ma'am.
THE COURT: I could not find that language on what was filed as Government's Exhibit 2. Have they changed?
MS. WAXMAN: No, your Honor, it's ECF 37-2.
MR. SREBNICK: Judge I can hand it up.
THE COURT: And it is on what page?
MS. WAXMAN: The very last page, your Honor.
MR. SREBNICK: The last page, third to last paragraph,

over "sincerely," starting "regarding the obligation."

THE COURT: Oh, thank you.

MR. SREBNICK: No problem.

THE COURT: Sorry, I heard you say that it was the last sentence, and that -- (Inaudible) thank you very much.

MR. SREBNICK: May I --

MS. WAXMAN: Can I get my --

MR. SREBNICK: I was just speaking to the judge.

MS. WAXMAN: She has it there.

MR. SREBNICK: Oh, she does, all right.

Your Honor, may I give to your clerk Defense 1?

THE COURT: (Inaudible) anything else?

MR. SREBNICK: Yes. (Inaudible).

THE COURT: Go ahead and have a seat with your people.

THE WITNESS: Thank you.

[Witness Excused]

MR. MCBRIDE: Your Honor, my assignment concerns four related subjects: The brothers' actual travel records, the password allegations, the Palm Beach litigation, and their present conditions of confinement.

I'm not going to talk too long about the 1,193 days of judicial supervision. I think that we've made our points with regard to how that speaks to a flight risk: Departed Romania 34 times, returned 34 times.

THE COURT: Indeed, Mr. McBride, I'm going to adhere to

the one lawyer rules. So that's been covered.

MR. MCBRIDE: So your Honor asked a question earlier about why should the return trips not just be limited to consideration for the flight risk analysis, and I want to touch a little bit on why we believe that they matter for special circumstances, as well.

The Government, itself, recognizes that special circumstances arises from a confluence of factors, rather not one fact standing alone.

Here, that includes the extraordinary history of compliance, not evading. But, what we're doing when we're limiting the travel is we're saying, okay. They're not fleeing. They're obeying a court order, and they're not fleeing. So therefor, they're not a flight risk. Sure, that makes sense. But, I want to talk about running to the fight. There is a difference between a guilty person, a person that has been accused, not compliant, or, compliant because they have to. And there is a difference between that versus two innocent men who have shown up in multiple jurisdictions across the world, both voluntary and involuntary, to face the music, to participate in investigations, and to go on the offense in multiple jurisdictions where they can assert their rights. So what am I talking about?

We've mentioned it in our papers, and it is public knowledge that when Andrew and Tristan Tate arrived in the

United States on the 27th of February, 2025, that shortly after touching down, the governor of this state made a big statement. He said, "You're not welcome here. I don't know how you got here. I don't know how it has come to this."

This is Government DeSantis. Widely publicized information. And he said that I'm going to assign my -- and I'm paraphrasing here -- my Attorney General, James Ruthemeyer, to look into, and I quote, "jurisdictional hooks, to see what jurisdictional hooks that we can get into these guys."

Immediately preceding that, the moment that they showed up on the border -- and this is in our papers -- they were searched and they were seized. Their items were seized at the border by border patrol, ice, customs. Their devices were taken into custody, phones, laptops. They were never, ever returned. Andrew and Tristan were showing up here after two years or three years of captivity in Romania to participate in the Palm Beach defamation case.

Why is the Palm Beach defamation case relevant?

Well, it's relevant because the person that they're suing for defamation in Palm Beach is also what I commonly refer to as patient zero. She is the first Romanian accuser to accuse them of sexual misconduct, rape, assault, human trafficking.

If this is the book of Genesis, she is the Eve in the Garden of Eden. This is where it starts.

So in Palm Beach, we have a case that we have been litigating since I think I entered my notice of appearance there sometime early in 2023 --

THE COURT: Mr. McBride, would it be helpful to know that I'm going to break at noon, and that I've read the pleadings, including your summary of the Palm Beach events?

MR. MCBRIDE: Okay. So does that mean I have until noon, or --

THE COURT: So I'm trying to make sure that your explanation for the Palm Beach events are with an eye towards one of the factors that we have to find here.

MR. MCBRIDE: Sure. It is with an eye towards the unusual nature of these circumstances, which speaks to special circumstances. It is with an eye to the veracity of the allegations against Andrew and Tristan Tate, starting in Romania. For instance --

THE COURT: Hold up. So make sure that we're focused on one of the legal findings I have to make. Are you -- I'm not going to certify probable cause in this extradition as a ground for granting a bond.

MR. MCBRIDE: I'm arguing against the strength of the allegations against them with regard to bond, that that should weigh in as a factor. If there is a scale of justice, if there is a scale of special circumstances --

THE COURT: Is it not premature when the UK proceedings

will not formally reach us until September 16th, so no matter how you characterize the status of the charges, it is in flux?

MR. MCBRIDE: It is in flux. I will just add this regarding Palm Beach. We survived motions to dismiss. There's a prima facie showing that our case is meritorious there. We're scheduled to go to trial. Our ready trial date of December 16th -- that is coming up very soon.

That leads me to talk about another special circumstance, which I fully, with my whole heart, believe is truly unique, truly egregious, and truly special, and that is the conditions of confinement.

Now, the Government has said in response, and I will paraphrase here, but I believe the quote was, it's not the Marriott. Deal with it.

Innocent people shouldn't have to deal with egregious conditions of confinement. Innocent people who are merely detainees being held for what we're calling, I guess, an administrative purpose, they're not accused of any crime, haven't committed any disciplinary offenses, yet, somehow, some way, they find themselves in restricted housing that is analogous to the ADX Supermax. They are 23 hours a day or more locked down in the cell. They have access to commissary twice a month.

Guys who are in regular detention, general population have regular access to commissary every day.

They have children they have not been able to speak to. When we go and we meet with them, they are routinely disheveled, they are routinely hurt, they are routinely hungry.

We're forced to meet with them in a room that has cameras in it. And, I'm not sure, I thought I lost the mic for a second. And, that's just not acceptable. It is not acceptable for an incarcerated person, and it's not acceptable for somebody who's innocent until proven guilty. Somebody who's being merely detained for administrative purposes.

We have a case in Palm Beach that we need to prepare for. They have a case in Romania that they need to prepare for. The idea that Romania is not a special circumstance, on its face, is a boldfaced lie. Romania is as special as it gets, because they are litigating their lives, they are litigating their freedoms. They are defending themselves against allegations of human trafficking and rape, and sexual assault.

These are horrible and disgusting allegations, and if true, your Honor, they deserve to go to jail. But, if not true, they deserve to be exonerated. They deserve to have their day in court. That is, it doesn't get more special than that.

It doesn't get more important than that. Your ability to fight for your freedom, your ability to exonerate your name, your reputation -- everything is staked on it. It doesn't

matter if it is Romania, if it is Uganda, if it is Australia, if it is Iceland, if it is Antarctica. If there is a court there and if you have been accused, you should be able to participate, and the United Kingdom shouldn't get to cut the line to rob you of your ability to defend yourself.

And, running concurrently to this situation in Romania is the fact that we've sued the wrongful accuser here in court.

We've also had other situations where they have been accused of a crime -- Andrew was accused of a crime at the tail-end of his trip in 2025, in Los Angeles. It was an allegation made against him that he assaulted a girlfriend. And we worked with the prosecutor there to say, "We're going to show up. If you need us to surrender, we'll surrender. If you need a statement from us, we'll give you a statement. Whatever it is that you need, we're going to show up and we're going to participate." Because innocent men don't run. They lean into the process. And, we got a declination letter from the prosecutor saying, no crime.

So what did we do? We turned around and we sued the wrongful accuser there because that's their right. That's not witness intimidation. Participating in the legal process -- we have been characterized as -- I have been characterized as somebody who interferes with witnesses.

Mr. Ford, somebody who interferes with witnesses, because they are saying that when you saw a wrongful accuser in

court, that that's somehow tantamount to witness intimidation. That's just not true. You can't be penalized for exercising your rights to make yourself whole again in court after someone has called you a human trafficker in front of the world. That's insanity. But, that's what we are dealing with.

I see over here on the screen -- it has been up all day -- there is a Power Point presentation that's coming. Death by PowerPoint.

They're going to present tweets. Maybe it belongs to Andrew, maybe it belongs to Tristan. He said this a long time ago. Where is the new allegations?

Where is the new allegations of rape?

Where is the new allegations of human trafficking?

THE COURT: Mr. McBride, I'm going to suggest again that if there is a part of your presentation that helps us on any of the three things that I have to make a finding on, will you advance that?

MR. MCBRIDE: Your Honor, everything that I'm speaking about weighs on the Court's consciousness of special circumstances. If these circumstances aren't what's special, then I don't know what are. The Government has said in its motion that it can't find, as indicia of flight, as indicia of disrespect, as indicia of why they should be locked up for bond. If the United States can't come up with a piece of paper saying here is Tristan Tate's or Andrew Tate's entries into the

United States, on their American passport -- these guys travel on their American passport or the UK passport. Primarily, on the American.

They haven't produced it. Why?

Because it is probably exculpatory. They didn't produce it. But, when they talked about some tweet with some fake ID from a James Bond villain, and they have the gall to bring it to you and to say that this is indicia of flight, or, this is indicia of criminality, it is insane.

I have their passports right here, all five of them: Two American, two United Kingdom, one Vanuatu, ready to surrender to the Court, because these are the only passports that exist.

What they want you to believe in some murder mystery story. It is just not true, and they want to prove it to you. They want to prove it to you by PowerPoint and tweets that these guys should be incarcerated when they have a case to fight in Romania, that they should be incarcerated when they have cases to fight in Palm Beach and in Los Angeles, that they should be incarcerated with tweets from ten years ago, and because of a James Bond villain character who we have the receipts, over a thousand days of compliance, leaning into the process everywhere we go, repeatedly coming to the United States to meet with lawyers.

And, last trip here, they posted themselves at the

capital after they met with members of Congress. These are not men who run.

Last year, on December 19th of 2025, Andrew Tate fought a boxing match in Dubai. He lost that match. But, he advertised it to the world for six months beforehand because his public persona requires drumming up his presence in order to generate some type of income. People from all over the world, millions of people watched that fight. Lots of people showed up. When he was arrested here, it was another boxing event that he pointed to, saying I'm going to be there. If you want to see the event, come watch me and John Jones, comment on this bare knuckle boxing match, because a zebra doesn't change its stripes.

Innocent men don't run from the law. Innocent men lean into the process. That's what these guys are doing. That's what these guys have done.

Your Honor, it is my belief that these circumstances should weigh heavily on the Court's conscience. There is no defined test in this District when it comes to special circumstances. And my pitch to you today for my clients, if this isn't a truly special circumstances, then by God, what is?

Thank you, your Honor.

MR. SREBNICK: I understand the Court's breaking in a few minutes?

THE COURT: Well, I'm inclined to try to finish this

hearing -- (Inaudible) -- I don't know how that strikes everyone else, but I've asked my colleagues if one of them would be willing to host us, and have (Inaudible). So it is my suggestion, and if everyone is perfectly comfortable in this 90-degree courtroom, so be it, but at least one of your clients is nodding. So I would suggest we take a break and -- (Inaudible) -- on the 10th floor, where Judge Lett has graciously agreed to let us -- now, I understand that we can't rearrange the audio-visual. I would say two things. Surely, there is a printed copy of the presentation that I could follow along. But -- or, you can get one during the break.

And, likewise, with respect to the videos, you can give me a thumb drive and I can look at them. (Inaudible) It's really going to get hot here.

MS. WAXMAN: How long would the court give us a break? Thanks. I have to go back to the office to print things out.

THE COURT: We usually have a lunch break, because I'm assuming you have two more attorneys who are going to present, and one special (Inaudible) agent?

MS. WAXMAN: Oh, I apologize. Our lit support person is saying that he can, in fact, move things down to the, or up to the 10th floor. So I think it won't be an issue.

THE COURT: No problem. But are you presenting any -- (Inaudible)?

MS. WAXMAN: No.

THE COURT: Okay. So I am going to, over and under, that you two collectively have at least another hour of presentation. So...

MR. SREBNICK: I go with the over.

MS. WAXMAN: Over.

THE COURT: Pardon?

MS. WAXMAN: I would say over, as well, your Honor.

THE COURT: Right. So my suggestion here would be for everyone's comfort, we can take a little lunch break, afford you the opportunity to set up on the 10th floor -- I will open (Inaudible.)

THE MARSHAL: Yes, they watered --

THE COURT: Yes. How long would you need in order to be able to do that and to eat, yourself, and come back to the 10th floor?

THE MARSHAL: About 30 minutes, 30, 35 minutes.

THE COURT: Okay. Come back to the courtroom before 1:00 o'clock so we can timely start at one. All right, everybody? (Inaudible).

THE COURTROOM DEPUTY: All rise.

(End of transcription of first recording.)

(Recess indicated in proceedings.)

(Beginning of transcription of second recording.)

THE COURT: How is this? Is this better?

MR. SREBNICK: It is actually a little cold, Judge.

THE COURT: That will change, Mr. Srebnick. Be patient.

THE COURTROOM DEPUTY: Recalling Case No. 26-2359, magistrate Judge Louis, United States versus Tristan Tate, and Case No. 26-3260, Magistrate Judge Louis, United States versus Emory Andrew Tate.

Appearances are as previously noted.

THE COURT: Okay. Mr. Srebnick, all right. Are you ready to continue?

MR. SREBNICK: Yes, your Honor. We're going to be calling the next witness.

MR. BINHAK: Good afternoon, Judge. Oh, wow, I'm not used to hearing myself so loud.

THE COURT: Different sound system in every courtroom, I guess.

MR. BINHAK: It's all good. I can adjust.

Judge, on behalf of the Tate brothers, (Unintelligible).

On behalf of the Tate brothers, we call Natasha Sesay.

(Witness NATASHA SESAY was duly sworn).

THE WITNESS: Yes.

THE COURTROOM DEPUTY: Thank you, please be seated. State your name, and spell your first and your last name for the record.

THE WITNESS: Natasha, and that's S-E-S-A-Y.

MR. BINHAK: Ready for us, Judge?

THE COURT: Yes.

DIRECT EXAMINATION

BY MR. BINHAK:

Q. Good afternoon, Ms. Sesay.

A. Good afternoon.

Q. Could you tell the Court where you're from?

A. I'm from England.

Q. Any particular place in England?

A. Brentwood.

Q. If you could, very briefly, tell the judge your educational background and your work background, please.

A. Yes. So I studied at St. Martin's school, and I also studied at Havering Sixth Form College. I studied Law and History, Philosophy. I didn't complete my studies because my father became ill, so I had to start working. And I went to the Ford Motor Company for around four years.

I then went from there and started working for a company called Bellway Homes, do property styles, negotiate (Unintelligible) for around six years, until I met Andrew, and I continued working for about a year and-a-half into that period.

MR. BINHAK: Judge, is that audio okay?

THE WITNESS: It sounds strange.

THE COURT: Yes. I don't disagree with you, but I can

hear, so --

MR. BINHAK: I can hear, I just didn't want to disrupt.

THE COURT: Well, actually, let me just double-check to confirm that we're on the DAR.

Alicia, is the DAR working?

All right. As long as the DAR is working.

I can make out what she's saying, and you know me well enough to know that if I can't hear, I'll interrupt you.

MR. BINHAK: Please do.

BY MR. BINHAK:

Q. I'm sorry. I -- did I interrupt part of your answer?

A. I think I'm done.

Q. All right. Good.

Do you know a fellow named Andrew Tate? Andrew Tate?

A. Yes. Yes. I know him.

Q. How long have you known Mr. Tate?

Or Andrew Tate, because there are two. So let's stick with Andrew. How long have you known Andrew Tate?

A. For around five and-a-half years now.

Q. And could you describe, generally, your relationship with Mr. Tate?

A. Yes. It is a romantic relationship.

Q. Do you have any children?

A. Yes, we do.

Q. How many, and give me a description, please?

A. We have one who is born already, he's now eight months old, and we have a second due next month.
Q. On the way now?
A. On the way.
Q. Got it.
Why don't you tell the judge, if you would, please, a little bit about the Andrew Tate that you know through your relationship with him?
A. Okay.
Good afternoon, Judge. So we've been together pretty much been inseparable since we met. So that's going to be just over five years now. We have a very loving relationship. He has always been there for me. Anything that I needed, he has -- he has my back, and I have his.
It has not been easy. I met him just before he became famous. So it is a very different character between the person that you see online and the person that I know. You know, individually.
We have a good relationship. I'm very excited to be in the future with him and raise the kids. I think he is a great father to his own children. I've witnessed him just being excited to make a family with me, and, yeah. It's -- I love him a lot. So...
Q. Do you consider him to be a loving person?
A. I do.

Q. Do you consider him to be a loving person towards your child?
A. I do.
Q. Do you expect him to be a loving person towards the children you are expecting?
A. Absolutely.
Q. How about how he behaves at home with you and the family?
A. I am sorry --
Q. Could you give the judge a sense of what it looks like, if he gets angry, or raises his voice, or threatens, or anything like that?
A. Surprisingly, no. He is very calm. So we very rarely argue. At home, he doesn't need to raise his voice to me. He is working a lot, you know, he is very -- how to explain -- being home with him -- it is hard, because he has been gone for so long. So think of him back at home, it just makes me feel a bit, I don't know. So thinking back, he's never been violent towards me. He has always been respectful. He doesn't raise his voice. It's nice having him in the home.
Q. What about your child?
Is he respectful to the child?
Has he ever raised his voice or been violent, lays hands on the child?
A. Never. He's very delicate.
Q. What are the kinds of things you talk about? What do you

like to do with him?
A. All sorts of things. We talk about religion, we talking about politics, he's -- the kind of man who's like an educator, is how he shows love. So he's always trying to teach me something. Even if I don't understand things that he knows about, he'll try and be very patient with me and educate me about the world around us, because I can be quite naive to it. We travel. We go to dinner. We are always doing different activities. It is quite normal.
Q. Are you familiar with whether Andrew Tate has other children through other --
A. Yes, I am.
Q. Can you tell the judge a little bit about that?
A. I can. Andrew's legacy is something that is very important to him. Raising children is one of the main focuses that he talks about. I've not been there physically with all of his children. I've met one of them, his oldest daughter, and he's just a wonderful father to her. Very patient. He's fun. Yeah, it's, it is a nice experience to see them together, and he is very present with his children, even when we're together, he'll make an effort to take them to school in the morning, put them to bed. We live quite close to Dubai, so it is quite easy for him to -- (Unintelligible) every morning. So I see him being a very present father.
Q. Is it your impression that he -- that he makes his children

a very high priority of his life?
A. Absolutely. They are paramount.
Q. What about Tristan Tate. Do you know Tristan?
A. I do know Tristan.
Q. How do you know Tristan?
A. He's Andrew's brother.
Q. Do you consider him a friend?
A. He's, well, he's more like family. He's Andrew's brother, so...
Q. What are -- why don't you do me a favor and describe to the judge how you would describe Tristan's character and behavior?
Well, put aside character. His behavior, when you are around him, and how you observe him on a daily basis?
A. Okay. So to describe Tristan, I would say he's more of a homebody. So he likes the comfort of his own home.
When he's not working superhard, he likes to sleep.
He's also very keen on raising his own children, spends a lot of time with the kids when he's at home. That's how I see him the most.
I think he's very funny. He's like the comedian of the house. And he is quite a calm person, as well.
Q. Have you ever seen Tristan yell or be violent or be aggressive to you, or --
A. No. Quite the opposite. More likely to see him sleep -- (Unintelligible) than screaming.

Q. Are you familiar with Tristan's -- well, first of all, do you know if Tristan has children?
A. Yes, I do.
Q. Are you familiar with -- have you seen the relationship that he has with his children?
A. I've seen -- I've seen most of them, yes.
Q. Can you describe to the Court how Tristan interacts with his children?
A. Yes. He's also a very present father. I probably witnessed, probably seen Tristan more with his children than I have seen Andrew. He's very present, patient, again, another fun father. I have seen him, like, playing with his daughters and making them laugh, and, yes, it is very nice to witness.
Q. Does Tristan make a priority of his children on a daily basis?
A. Absolutely. Most of the time, when I see, if I do see Tristan, usually, there would be a cute little baby around somewhere.
Q. Are you aware of the -- well, are you aware of other women that Tristan has a relationship with in his life?
A. Yes.
Q. Could you describe to the judge what you observe about how he treats those women in his life?
A. Yes. So he is -- I guess he's fun. So, I never hear anything negative.

Q. Describe what you've heard. What have you seen?
A. What have I seen?
Q. Yes, have you seen him act aggressively, or --
A. Never. Never. Sorry, I didn't understand the context. I have never seen him raise his voice. I have never seen him be violent. Never seen him even have an argument.
Q. Let's talk about Top G.
A. Okay.
Q. Are you familiar with that moniker, Top G?
A. Yes, I'm familiar.
Q. Would you do me a favor and explain to the judge what you know Top G to be?
A. Well, Top G is like Andrew's alter ego, if you could say. So it's a character that he kind of portrays online, says some provocative things, but it's really a gig of, you know, how he makes money. A lot of it is comedy. And so that is -- as it is a very different character to the one I know personally.
Q. Are you familiar with Tristan Tate's online personality and persona?
A. Yes. I suppose. Maybe not as much so. He is a bit more James Bond. You know, you've got Andrew, a bit more like Batman, and you've got Tristan, a bit more like James Bond.
Q. Is Top G, the character that you described that Andrew executes or plays, similar in any way to the Andrew, the physical Andrew that you know and have a relationship with?

A. Well, he is completely different. I mean, the Andrew that I know in real life is very -- he's like a businessman. You know, very calm. He is thoughtful, caring.

You know, people paint Andrew's online persona as being this crazy guy who is a misogynist and doesn't like women. I see myself as a woman who also respects other women, champions other women.

And, I'm treated very well by Andrew at home. If there's anything that he says that is a little bit polarizing and I see it, I'll call him out on that. I'll say, "What do you mean by this?"

You know, there's many comments that I'm sure you say online that you think that are, you know, maybe not necessarily things you'd agree with, but it is about the man's behavior and how he acts in real life. And so half of what I see online, I just wave it away like it's not real life.

Q. When you call him out, as you say --

A. Yes.

Q. -- on something that supposedly you don't like, how does he respond to you?

A. Well, I mean, it's like -- it is conversation that we have. He listens to me. Maybe he doesn't necessarily like what I say all the time, but, he'll hear me out, and I feel like he respects me. Even if he doesn't agree with me, you know, he listens, and I appreciate that.

Q. It doesn't offend you that Andrew says provocative things online that some people consider hateful towards women and other groups?

A. Well, I think it is about the man's behavior in real life. So he may say some things that are going to be provocative, but that's for a certain audience. I don't think that Andrew's content is geared towards me, or women. I think it's geared towards his own demographic of men that he's trying to make laugh, or provoke a reaction. I don't think it's geared at me.

Q. Has Andrew Tate ever committed any violent act against you?

A. No.

Q. Has Tristan Tate ever committed any violent act against you?

A. No.

Q. Are you familiar with what is known publicly as the belt video?

A. I'm familiar, yes.

Q. Could you describe to the judge what that is?

A. So there is a video that went pretty viral between Andrew and his ex-girlfriend, and it's a very, very old video. My understanding of it, from both of them, is that it is a role-play video, something personal between them, they enjoyed. It is not something for me, personally, that I enjoyed, but it is their business. And, from what I understand, it was fully consensual. And the fact that it was released was against both

of their wishes.

Q. And even in a consensual matter, have you had an interaction with Andrew that is anything like the so-called belt video?

A. Absolutely not.

Q. Do you have arguments with Andrew as part of your daily life? Does that ever happen?

A. Not as part of our daily life, but we are a long couple, so we all have disagreements sometimes. We all have arguments. That's normal.

Q. Have you ever texted, written, or said anything to anyone alleging that Andrew has portrayed violence on you?

A. No.

Q. Did you ever work for Andrew making images or videos of a sexual nature?

A. No.

Q. Have you ever done that with anybody?

A. No, I haven't.

Q. I understand that at one point, you did some modeling; is that correct?

A. Yes, that's correct.

Q. Can you just tell the judge the nature of your modeling?

A. Yes. So during COVID, of course, I had some time free in the summer, and I was approached by a modeling agency to do music videos, then some adverts, fashion promotion, these sorts

of things. So while I was still employed for Bellway Homes, I was also working as a model part-time.

Q. Would you agree with me that Andrew and Tristan travel a lot?

A. Yes.

Q. And would you agree with me that they travel all over the world?

A. Yes.

Q. Has that been the case since the beginning?

A. Since I met him. In fact, it slowed down a lot. He was busier in the past.

Q. During the most hectic time of travel, his most prolific time of travel --

A. Yes.

Q. -- have you ever had a problem locating him, or knowing where Andrew was?

A. Never. He checks in before every flight. We say a prayer together to make sure that he arrives to where he goes to safely, and then when he lands, he always checks in. This is part of our normal routine.

Q. I take it you don't talk to Tristan before every flight?

A. No.

Q. Have you ever had trouble tracking down Tristan, or trying to reach him, if there was something that you needed or wanted to know?

A. That's interesting. If ever when I couldn't get hold of Andrew for any reason, I could always check in with Tristan, if need be.
Q. Are you able to follow Andrew and Tristan online, as well, to find out where they are?
A. Yes. If, for any reason --
Q. Could you tell me --
A. Yes. If, for any reason, I couldn't locate Andrew on the phone, I'm sure that he's tweeted something. He's very active online. He's always posting something. He's always working, always filming, always, always streaming. So even if he hasn't posted, a friend would have, and they're all very active as a group.
Q. Can you use those tweets or texts or posts in social media posting -- I apologize for not knowing --
A. That's okay.
Q. I forget what they're called. But can you use those publications to identify where Andrew and Tristan are, their location?
A. Yes. Because --
Q. Tell us about that.
A. So you can usually locate them quite easily. Part of his work is a lot of influencing. So if he's going to a certain hotel restaurant, flying somewhere, he'll usually be promoting. So he'll be filming and promoting the companies that he works

in conjunction with. So he will always show where he is, because everything is promotion.
Q. Let me just come back to the children issue for just a second.
A. Okay.
Q. Does Andrew have any children in Romania?
A. As far as I know, no.
Q. What about Tristan?
A. Tristan does.
Q. And when Andrew and Tristan are in Romania, do they bring their family to be with them while they are in Romania?
A. Yes, they do.
Q. In your experience, do you think Andrew and Tristan would abandon their children?
A. Never.
Q. I understand in February of 2024, you had an interaction with the British police.
A. Yes, I did.
Q. Could you please explain that for the judge, or describe that to the judge?
A. Sure. Back in February 2024, the police service in England arrested me on some of the same crazy charges that the guys also here answered to. They arrested me for prostitution, money laundering, tax evasion, and human trafficking, and something else. Modern slavery. That was it. They raided my

house. I had to stand there for a few hours while they went through absolutely everything. They removed my belongings, I was then taken to the station around 30 miles from where I live, and I waited most of the day in a cell. It's like I was holding --

Q. Can I stop you there for a second?

I'd like to spend some time on it.

What time -- about what time did the police arrive at your home?

A. Around 6:00 A.M.

Q. And about what time did you leave your home to go to the police station?

A. Around 8, 8:00 o'clock to 8:30.

Q. About what time did you get to the police station?

A. I think maybe nine, ten, something.

Q. And what time were you actually questioned?

A. Late afternoon, from memory, around fourish.

Q. Where were you -- what were you doing in the police station between approximately nine, when you got there, and four?

A. Waiting in a holding cell, concrete right on the floor. You know.

Q. And, during the questioning, did you answer all of the questions that the police posed to you?

A. I answered the questions that I knew the answers to. I was questioned on and off record, sometimes in my holding cell and

sometimes in the office. Sometimes they were recorded, sometimes they didn't.

Q. And what became of that arrest for you?

Are the charges still pending against you?

A. So it was reduced down. Eventually, they released me to some investigation. I think at the moment, it's going through evidential testing.

Q. So are there any charges against you now in the UK, to your knowledge?

A. At the moment, no.

Q. Okay. Do you deny the allegations that you were engaged in prostitution, human trafficking, money laundering and tax evasion?

A. It was frankly offensive. I think it was (Unintelligible) for them to have to raid my home with three different riot vans, and I don't know how many different officers, ten, plus, men, in my home just to ask simple questions.

The allegations are completely ridiculous. It gives me an idea of what the guys are going through, even one percent, because the things they were accusing me of were absolutely impossible. Impossible.

Q. Let me ask you one last question, if you don't mind.

Oh, excuse me.

Did the police ever ask you, implicitly or explicitly, to be a witness against Andrew and Tristan during the time of your

questions?
A. It was -- it is complicated. So during the process, they were -- how to explain. They didn't ask in those obvious terms. It was more than the lines of questioning that they approached with me. So they were showing me consequences of my actions, and also, posing certain behaviors, like, for instance, Andrew getting me a gift or something. And saying, oh, and posing it as that, meaning that I was tantamount to proceed to then find women for him or something. Everything he did for me that was nice, that was positive, they would twist it and make it seem like he was doing it just to groom me into something bad, rather than just him being a good, generous man.
And, if I didn't give them the right answer, which it is yes, I'm a victim, I was groomed, yeah, that was what you say, then they were offering me ten years in jail for tax evasion and prostitution, and offering me all these different consequences for my actions, which never existed in the first place.
Q. And I take it you didn't give them any information that implicated Andrew or Tristan in any kind of crime?
A. Absolutely not. Anything I didn't know the answer to, I said I don't know. And with my own things, I understand.
Q. And did you mislead the police into thinking they didn't do something, Andrew and Tristan, when they actually had, or did you tell the truth?

A. No. I told them the truth. Anything they didn't do, I said so.

Q. One last question. I know I said that before, but lawyers do that.

Based on your personal experience with Andrew and Tristan Tate, do you have any concerns that they'll disappear or fail to appear or fail to defend against any charges anywhere in the world?

A. I have zero concerns of that. We've actually spoken about it personally, and one of the things that he told me, and has always held firm, is that he will never run from these charges because he's innocent. If he decides to just run away and not face it, then he's going to be looking over his shoulder for the rest of his life.

And, he's an innocent man. So it's not even logical to think that he's going to run from charges that are completely fabricated, and I have an experience with that because mine were fabricated, too.

MR. BINHAK: Judge, I have no further questions for this witness at this time. Thank you.

CROSS-EXAMINATION

BY MS. WAXMAN:

Q. Ms. Sesay, the charges that you were facing included money laundering for the arrest, right?

A. Yes. Good afternoon.

Yes, they did.
Q. And that's when you were attached to the guys, right?
A. Correct.
Q. As you testified to the Court, that you are always with them, right?
A. Sorry, what do you mean always?
Q. You testified to the Court that you were always with them, since you began your relationship with Andrew five and-a-half years, ago, right?
A. So I meant we have been constantly in a relationship since then.
Q. And that was after the UK charges were levied against them, right?
A. Before, during, and after.
Q. Five and-a-half years ago was before the UK charges were levied against them?
A. I believe the UK charges were levied. And the ones that I were connected to were 2022, weren't they?
Q. The ones that you were arrested for?
A. Um-hmm.
Q. Okay. Now, you started testifying that you were working for -- what was the name of the company, you said?
A. At the time I met Andrew, I was working for a company called Bellway Homes.
Q. And working for Bellway Homes, you also then began working

for the guys as a camera girl, isn't that right?
A. No, that's incorrect.
Q. And, as you were working for them as a camera girl, Ms. Sesay, they would travel away from you, isn't that right?
A. I'd like to correct you. I never worked for them as a camera girl.
Q. Certainly, Ms. Sesay, you're not going to come in here and say that you were, right?
A. It's not illegal if I was. So I have no problem to admit that.
Q. So Ms. Sesay, when you were working for the guys, they would travel away from you, right?
A. I would just like to correct you that I never worked for the guys.
Q. They would travel away from you, right?
A. They would travel away from me?
Q. Yes. They would travel away from you?
A. So as in travel when I'm not with them?
Q. Yes.
A. Sorry, could you just explain that?
I am -- don't really understand what you mean.
Q. They would travel away from you?
A. Yes. So where I'm not present, of course, yes.
Q. Okay. And when they would do that, they would travel commercially?

A. However they wished to travel.
Q. Would they travel commercially?
A. I don't know.
Q. I thought you checked in with them before every flight?
A. That's something that we do now. But I'm saying if they're not traveling with me, I may not always know what flights they are taking. They could take some commercial, they could take some private. I may not always know that detail.
Q. So they only traveled commercially and private, is that right?
A. Correct.
Q. Now, Ms. Sesay, you testified that you have Andrew's back and that Andrew has yours. Isn't that right?
A. Yes.
Q. Is that a yes?
A. Yes.
Q. So much so that you would come here from Dubai?
A. Yes, I came here from Dubai.
Q. And testify for him, right?
A. Correct.
Q. And that's because you have, you said, an eight-month old child with him?
A. I do.
Q. And that you are currently pregnant, waiting for another one to be delivered in one month?

A. We're expecting another child, yes.
Q. Are you expecting that child?
A. No.
Q. Who is?
A. Surrogacy.
Q. And Ms. Sesay, surrogacy -- how much does that cost in Dubai?
A. I don't know.
Q. Who's paying for the surrogacy?
A. Everything that I need, I have. If I need money for the children, if I need money for building our family, it is there. He does a very good job providing for his families.
Q. Andrew does a very good job providing financially for his families?
A. The father of my child does a very good job providing for the family. There is never any time I don't need something that I don't have it.
Q. And the father we're referring to is Andrew, right?
A. Correct.
Q. And how many families is it that Andrew provides for?
A. As far as I know, he has three other children in addition to mine.
Q. Okay. So is that four mothers?
A. That is, indeed.
Q. Now, you indicated that Andrew does a very good job

providing for all four of those families. When you say that you have everything you need, that he'll provide it, what is it that he provides for you?

A. He is a good man. He is a generous man, and he does a very good job in taking care of me. So if I need medical assistance, food, you know, he does his job. He's very good. He is generous, he is a good man.

Q. He provides housing?

A. He does.

Q. He provides bags? Purses, bags?

A. Okay, yes, if I need something, he'll provide it.

Q. Would you indicate that luxury bags are something that you need?

A. Luxury bags are not a necessity, but I think it's necessary to be stylish as a woman. I don't buy luxury bags every day of the week, every month. Sometimes not even one for a year. I don't think I have bought a luxury bag in probably a year, actually. So...

Q. But when you need them, he provides for them?

A. If I need it, maybe. Sometimes, it could be a gift. It is normal for a generous man to do nice things.

Q. Certainly. And he gives you luxury bags. And what about luxury shoes?

A. Sometimes shoes, depends.

Q. And what kind of luxury jewelry?

A. Jewelry, sometimes, not all the time.
Q. What about luxury cars?
A. Luxury cars, no.
Q. No luxury cars?
A. No.
Q. Just jewelry, bags, and shoes?
A. Occasionally, for a special occasion.
Q. The car or the other items for a special occasion?
A. There is no car.
Q. So Ms. Sesay, you indicated that you are not intimately involved with Tristan, but that you know him, as well, and that he, too, provides for his families, is that right?
A. He is a good man. He does what a good man does.
Q. And how many families does Tristan provide for?
A. From the top of my head, I think he may have eight families.
Q. Eight families. And he financially supports all eight of those families, as well, right?
A. I believe so.
Q. Okay. Well, you also testified, Ms. Sesay, that Tristan is a homebody. Do you recall that?
A. Yes. For his personality, yes.
Q. Traveling 30 times in 2026, would you consider that being a homebody?
A. It depends. If you give a man a choice and agency, and you

say, what would you like to do today, I would hazard a guess that Tristan would like to sleep.

If you offer a man the opportunity to work to provide for his family, and do things that are required of him that he's committed to, like contracts, advertising, these things, then he will be -- he is a hardworking man. He will still go out and work.

Q. Sure. So my question to you is a little bit more specific.

A. Okay.

Q. Would you agree that traveling 30 times in six months is a homebody?

A. In his spare time, Tristan is a homebody. But, he is a hardworking man who's not scared to go out and take all those flights that you were listing, so --

Q. Ms. Sesay, let me ask my question again.

A. Um-hmm.

Q. You appear to not be understanding.

A. Okay.

Q. Do you think traveling 30 times in six months is being a homebody?

A. Again, our ideas of what homebody is differ, because I still see his personality as being someone who likes to be home. It doesn't mean just because he didn't spend all his time at home, that he wouldn't like to be.

THE COURT: Time to move on, Ms. Waxman.

BY MS. WAXMAN:
Q. So Ms. Sesay, you indicated that Andrew is a present father.
A. Yes, I did.
Q. Right? Did you say that?
A. Yes, I did.
Q. And you would agree with me that Andrew travels a lot to be a present father in Dubai, right?
A. That's correct.
Q. And you don't travel with him when he goes on all his promotional videos and private jets, right?
A. Occasionally, I will accompany him.
Q. Okay. But he travels without you, as we've established?
A. Yes.
Q. Now, you indicated, Ms. Sesay, that their personalities online are characters. Is that right?
A. Yes. That's correct.
Q. And that they do it for comedy, is that right?
THE COURT: Hold up for a second.
That was her testimony with respect to one of the two people that are here. I would appreciate if you would separate the questions into the individual. And, likewise, the testimony.
If you have the urge to speak of them collectively, clarify, please, for me, that you are speaking for them both as

opposed to one individual and the other.

THE WITNESS: Apologies, Judge, I will.

THE COURT: You are fine. I just want a clean record.

MS. WAXMAN: I'll separate them.

BY MS. WAXMAN:

Q. Let's talk about Andrew.

You testified that Andrew -- that his online personality is that of a character. Right?

A. Yes.

Q. And that it is for comedy, right?

A. And not exclusively comedy.

Q. You testified it was for comedy, right?

A. Yes.

Q. Ms. Sesay, do you think it is funny to promote violence against women?

A. Could I ask you to explain how he promoted violence to women?

THE COURT: No, sorry. We're going to stay relevant.

THE WITNESS: Yes.

THE COURT: Make sure that as you are asking her these questions, that her state of mind with respect to that question is probative of anything at this hearing. Okay?

So rephrase that last question.

And Ms. Sesay, the questions only run one direction.

THE WITNESS: All right.

THE COURT: She's going to ask you questions. If you can answer them -- if you understand them, okay?

THE WITNESS: I understand.

BY MS. WAXMAN:

Q. Ms. Sesay, do you believe it is comedy to promote violence against women?

THE COURT: So Ms. Waxman, let me reiterate that whether or not Ms. Sesay thinks that it is funny to promote violence against women is not probative of any issue in this hearing. So I'm going to ask you to move on.

BY MS. WAXMAN:

Q. Ms. Sesay, have you seen the father of your children's videos promoting violence against women?

THE WITNESS: Sorry, Judge. Could I ask a question?

THE COURT: No, it is if you understand the question, answer it.

THE WITNESS: I just want to clarify, to clarify something so I can answer correctly.

THE COURT: If you understand the question, you can answer it. And if you can't, then you can't.

THE WITNESS: Yes, I don't understand the question.

BY MS. WAXMAN:

Q. Have you seen the father of your children's videos online promoting violence against women?

A. I can't say that I have.

Q. You haven't seen any of them?
A. Promoting violence against women?
Q. Yes.
A. It is not really something that I've seen.
MS. WAXMAN: No further questions, your Honor.

REDIRECT EXAMINATION

BY MR. BINHAK:
Q. Ms. Sesay, you said, both on direct examination and in response to the lawyer for the United States, that you love Andrew Tate; is that correct?
A. That's correct, I do.
Q. Would you lie for him?
A. No.
MR. BINHAK: No further questions, Judge.
THE COURT: Thank you for coming forward. You can go ahead and have a seat back in the gallery.
THE WITNESS: Thank you, Judge.
THE COURT: Mr. Srebnick, I understand you have one more?
MR. SREBNICK: Actually, we have at least one more. Mr. Tristan Tate would like to take the witness stand.
THE COURT: Okay.
MR. SREBNICK: Stand by.
THE COURT: Well, whatever the marshals want.
THE COURTROOM DEPUTY: Raise your right hand.

(Witness TRISTAN TATE was duly sworn).

THE WITNESS: Yes, I do, ma'am.

THE COURTROOM DEPUTY: Thank you, please be seated.

THE WITNESS: Thank you.

THE COURTROOM DEPUTY: State your name, please, and spell your last name for the record.

THE WITNESS: My name is Tristan Tate, spelled T-A-T-E, Tristan is T-A-N.

DIRECT EXAMINATION

BY MR. MCBRIDE:

Q. Good afternoon, Tristan. How are you today?

A. I've been better and I've been worse, Counselor.

Q. So I advised you not to testify, but here we are. Why are we talking?

A. I'm in a situation where, having never been arrested or charged with so much as a misdemeanor or speeding ticket in my own country, the United States, I found myself in a situation which I can only liken to physical and psychological torture. I am being held in a single room. I don't believe that it has been made clear enough why I need to be on bail.

And, the circumstances around my remaining case, I would very much happily take the chance to clarify some of that.

Q. Okay. So let's unpack a little bit about what you just said.

Describe to me your current living situation.

A. I'm in a room no bigger than five, maybe six feet in one direction, ten, 11 feet in the other.

There is a bunk bed in the room.

There is a toilet, which is fully visible for anybody who passes and looks in the window.

And, although it is a horrible, you know, condition, it is too hot, very often. There is ants, there's roaches in the cell.

I've been subject to chemical attacks by other people who have been sprayed with Mace coming in my cell, and, on top of that it is the duration.

I understand that, as lawyers and judges and legal professionals, these hearings crop up every once in a while. But, since I was last seen in court, I have been in that room, and it is really beginning to grate on me because I can't partake in my legal situation at all from within that room. And, I'm pertaining to Romania, specifically.

Q. Is the legal situation the only thing you cannot partake in?

A. I cannot partake in anything at all besides staring at the wall and counting the days as they go by.

Q. So before we get into the rest of that, tell me how much sunlight you get a week?

A. I get zero hours of sunlight a week. I am apparently entitled to five hours a week of outdoor exercise. I'm lucky

if I get two or three. There's never any sunlight at all in the exercise areas. There's barely fresh air, and I'm grateful for it when I get it.

And I understand that the correctional officers have the facility to work incredibly hard, but they don't always have time to give me the obligations to make -- to maintain obligations to me in terms of my rights.

Q. Exercise -- that sounds nice. Do you get to go to the gym?

A. No. I walk around in a circle.

Q. At the gym?

A. No. I walk around in a circle in the small exercise yard that I'm put in.

Q. What is the exercise -- is the exercise yard an in-factor yard, as I would understand it, in everyday terms?

A. No, it is more like a room, like the roof is grate ceiling. So there's some fresh air, but it's not too much different to being indoors.

And, it's no more than -- that is a lot smaller than half the size of this, the interior of this semicircle.

Q. So is it fair to say that your yard time or exercise time is, in fact, a trip from one cell to another?

A. Correct.

Q. Got it.

So talk to me about -- how much do you weigh now?

A. When the doctors last weighed me, I was 231 pounds.

Q. And how much did you weigh when you were arrested?
A. At least 245.
Q. So you are down approximately how much weight?
A. 14 or so pounds.
Q. 14 or so pounds in approximately a month?
A. Yes; correct.
Q. Is that normal for you?
A. Not at all. It is not normal for me at all. I understand -- and as a smart man, I do understand why the conditions in the special housing unit are so bad. I feel, quite frankly, that a lot of people deserve to be there. I certainly don't. I have made multiple requests to get out of that facility.

Very recently, they started giving me commissary items. So it is a lot of chocolate bars and chips. So I guess it's death by scurvy instead of death by starvation. Doing my best to eat as much as I can.
Q. So in our papers, we said you weren't getting commissary, then the Government filed a receipt that said look, commissary. Do you have access to commissary every day?
A. I only just recently, a couple of days ago, have been given a substantial amount of commissary. The receipt you're referring to, Andrew and I have received 14 small snack items, and I think that was our fourth or fifth week in the secure housing unit.

We're both heavy. I'm six-foot four, 240, 250 pounds, a

very big, heavy man. It is really not a lot to eat.
Q. So during the pendency of your incarceration thus far, you've had allocated commissary disbursements two times?
A. Yes; correct.
Q. And those two times, you just testified that's about 14 items each time?
A. I have been given a lot more items this last time. This last time around, I have been given more actually because I really requested it. And, as you know, you entered a request to the prison to make sure I had enough to eat.
Q. So do you eat it all at one time? Or how does it work?
A. I've tried to ration it.
Q. Tell me. What does that mean, ration it?
A. I get my three meals a day, and Andrew and I, as we're in the same bunk-bedded unit, will discuss like should we have half of a Twix bar each today?
And that constitutes quite a special day, because there is very little sensory in that room.
Q. Talk to me about your lifestyle in terms of health and fitness before you were incarcerated. Was that an important part of your life?
A. My father died very young of heart problems. Myself and my brother have high blood pressure, naturally. My mother almost died a couple of years ago of a severe heart attack. It runs in my family.

As a father, I think it's very important to try to live as long as possible. I train every single day. I haven't gotten -- you know, a friend of mine helps take care of my nutrition. It is a very important part of my life.

Q. Is there a vain part of that?

I mean, I see your pictures online, your shirt ripped off all the time. I'm sure a lot of guys would like to look like you. How much work does it take to get like that?

A. I was a professional athlete as a younger man. I've stayed away from drugs. I drink in moderation. I rarely smoke. I didn't actually smoke until I was 33 years of age.

And, yeah, I've always been a fitness addict. I was into sports. I was into combat sports. I always had a lot of discipline, and, you know, I guess that is a lifetime of hard work to still look like I look at almost 40.

Q. Do you have to consume a certain amount of protein in order to stay healthy, normally?

A. Absolutely, that's correct.

Q. What does that look like? Calories, what is your macro, talking about it?

A. Steak and eggs. A lot -- I eat a lot of steak and eggs. My diet is usual very boring, but you certainly can -- I can't maintain my physical or mental health on chocolate bars and Doritos, even though I do appreciate the fact that the prison has given them to me.

Q. What kind of steak and eggs are you getting inside the SHU?
A. None at all.
Q. Okay.
A. Occasionally, a boiled egg, with breakfast. So that's a lie.
Q. So you mentioned an incident, something about chemicals?
A. Yes.
Q. Did you do something wrong where you -- somebody sprayed you?
A. No. Two gentlemen -- and I use the term loosely -- in the cell opposite me on the secured housing unit had been screaming and shouting for about 48 hours straight. Perhaps they were on substances. I don't know. It didn't seem very normal to me. And as they were getting their meals, they were throwing the food back at the guards in I guess a sort of formal assault. And the guards Maced their cell really heavily.
The guards outside the cell were coughing and sneezing. The air continued, the air-conditioning unit sucked it all into my cell, and I was sitting with a wet T-shirt over my head for a few hours, trying not to choke. In fact, one of my counsel who came to see me was admitted to hospital after the visit, and he was a good 30, 40 feet away from where the spray was. I was maybe ten feet.
Q. Okay. So walk me through that situation. You're sitting in your cell.

A. Um-hmm?

Q. And you hear something that happens. And then what happens? Can you see the gas coming through?

Like, this sounds pretty scary.

A. I hear a loud commotion, a loud screaming. I look outside my cell. There's four of the really big dudes. And the SHU unit doesn't usually have that. It's usually one person doing the rounds. And, they were all standing outside the cell of these two inmates.

The lunch hatch was open, where they pass things through the door. And, immediately, I could smell the chemical, and I saw the officers. One or two were wearing, like, COVID-style face masks. But they all covered their noses and mouths.

And I could see very quickly that the two individuals inside were in pain. They put their hands through the slot to be handcuffed behind their backs so they could take control of these two guys, and they were dragged out.

But, the effects of the chemical spray, I could sense immediately right through the door.

Q. Describe to me, in as granular detail as possible, what the effects were?

Did your eyes water?

Did you choke?

Did you sneeze?

Did you burn?

Did you itch?

Walk me through it.

A. Yes, I had the same symptoms as my lawyer's. My eyes were bright red, so were my brother's. I don't have a very good mirror, but I can see into his face. And it was like every breath you took in, no matter how slowly or carefully you tried to do it, or you breathe in a corner of the room, like a hot, sandy feeling was going down your throat and you couldn't stop from coughing and sneezing. The only relief I found was soaking my only T-shirt in water and running it around my head.

Q. On the scale to one to ten, what was the level of discomfort?

A. Nine. It was extremely unpleasant, because it is unceasing, as well. It didn't end. Even a few hours later, when the T-shirt came off my head, and I could breathe somewhat normally, I could tell the spray was still there. It had just gotten to a point where I guess I didn't notice it much anymore. There was no relief for at least 24 hours.

Q. So T-shirt around your head -- where did you get that idea from?

THE COURT: Mr. McBride, ask a relevant question, please.

MR. MCBRIDE: Your Honor, with all due respect --

THE COURT: Where he got the idea for a wet T-shirt -- not germane to any issue here.

MR. MCBRIDE: Okay.

THE COURT: Move on.

MR. MCBRIDE: Yes.

BY MR. MCBRIDE:

Q. Tell me about the medical attention you were given after you were Maced.

A. Zero.

Q. Tell me about the soap, the special soap that you were given to clean yourself after you were Maced.

A. Zero. I wasn't even asked a question.

Q. Tell me about -- did anybody come down?

Did the warden come down to speak to you?

A. Nobody.

Q. So they just left you there?

A. Yes.

Q. Is that fair?

A. For me, certainly not.

Q. Do you feel like you're being punished?

A. Absolutely.

Q. Let's -- tell me about your children. The Government has said that you are dangerous and a flight risk. How many children do you have?

A. I have eight children.

Q. Are any of your children special needs children?

A. My second eldest daughter is six years old. She is heavily

autistic, yes.
Q. Describe your relationship with her. What's her name?
A. Her name is Scarlett, and she is the biggest joy I have in my life.
Q. And do you see her fairly regularly?
A. Yes. I see her all the time, whenever I'm in -- she actually lives in Dubai, unlike my other children, who live in Romania. And I'm in Dubai often, as you know.
And I have a tradition, no matter what I'm doing, when I'm in that country, I will tuck her into bed personally, myself. And, I do travel a lot, and alternatively, I do travel and I make sure I call her every day.
Q. You love your kids?
A. With all my heart.
Q. Do you love the mother of your children?
A. Some more than others.
Q. Do you beat any of them?
A. Do I?
Q. Do you beat any of them?
A. Absolutely not.
Q. Do you starve any of them?
A. Absolutely not.
Q. Do you kick any of them?
A. Absolutely not.
Q. Do you hurt any of them?

A. Absolutely not.
Q. Do you lock any of them up in chains?
A. Absolutely not.
Q. Have you been called a human trafficker?
A. I have been called a human trafficker, yes.
Q. Are you a human trafficker?
A. Absolutely not.
Q. Tell me about Top G. Who's Top G?
A. Top G is -- if you take five percent of my brother's real personality and give him steroids and project it online -- I think the point of Top G is often missed on the people that misunderstand what it is my brother is trying to report. Top G's cor message is work hard, stay in shape, dedicate yourself, stay away from drugs, stay away from crime. And it always has been for six or -- I guess he started calling himself Top G five, six, seven years ago.
And just that message alone would not get traction on the internet. The reason Borat is such a hilarious comedic figure -- it wouldn't be the same if Sacha Baron Cohen was going around saying the exact same things.
Andrew's core messaging is it roots as an audience, which is in the hundreds of millions. He is one of the most popular people in the history of the internet. Not just right now. And, yes, it is his flamboyant, outlandish, sometimes crude comedy that makes him go viral. But, if you really dial into

what he says, the core messaging is very strong, and we find that to be the best way to purport this core messaging, because the message, alone, is actually very boring, and millions of people do try it.

Q. So there is a core message. In order to get people to the core message, I suppose you have to advertise somehow?

A. Absolutely. And Top G is a hilarious character. I couldn't live with Top G, and I couldn't spend any time in the secured housing unit with Top G. I think he'd get on my nerves. I'd end up punching him in the face. Luckily, Top G is not a real person.

So it's, my brother is a very smart, very calculating man, and he understands how internet marketing works, and how characters work. I think he is the only person I have ever heard of in the world who is held to the standard of a character he plays.

As you know, my brother's name is Emory. His name isn't even Andrew.

Q. So you just said smart and calculating.

A. Yes.

Q. Before the Government gets up here and says, that's evil. Tell me what you meant.

A. I mean, if we want to communicate a certain message, or make a certain clip go viral, Andrew understands how internet marketing works extremely well, and he knows how to spread the

messages he wants to spread.

And, if he has to have people make fun of him, which is usually the reaction to Top G -- Top G says a lot of things which are outlandish. I remember him saying that his high blood pressure was good for him because his blood would be at a thousand miles an hour and breaks the sound barrier. No one takes this person seriously. They laugh at Top G. But, Andrew Tate wouldn't say that. But, that clip, again, has been seen by hundreds of millions of people. And the clip ends with, you know, "So I work out very hard, and I take care of my diet because of my blood pressure issues."

It is just a communication method.

Q. So is it fair to say -- I mean, you and I have had multiple conversations about your online content, both you guys.

A. Um-hmm.

Q. Do I agree with everything you guys say?

A. I don't agree with everything that I say online.

Q. Why is that?

A. Because it's hyperbolic, and it's comedy.

Q. Is it fair to say that both you and Andrew say things that are offensive to women?

A. Yes, but not exclusively. I'm half-Black, half-White. I say things that are offensive to Blacks and Whites and men, and, Americans and British people, of which I'm both.

You know, we make a lot of crude, stupid jokes, as most

comedians do. Dave Chapell is not innocent in this, and neither is any other big comedian.

And, people laugh at our content.

Q. Top G has advertised to the world that he owns a Bugatti. Does he own a Bugatti?

A. Andrew Tate does not own a Bugatti.

Q. Does Top G own a super yacht?

A. No. In fact, when you talked about that yacht, he actually got the size of the boat wrong by almost 25 feet. And if he was the owner of that boat, I don't think he would have made such a stupid mistake.

Q. Does -- is Top G or is Andrew Tate the world's first trillionaire?

A. Of right now, he's not even a millionaire. So absolutely not.

Q. Why would he say he is? Like. "I'm the first trillionaire. Elon, you're number two."

A. Because it is funny. People laugh. It went viral. The only reason you're mentioning that to me is because you've seen it somewhere. So it worked.

Q. Talk to me about the Romanian proceedings. You've been accused of some heinous allegations in Romania, and I want to understand them, from your perspective, of course.

A. So what I won't do is muddy the water by speaking about allegations against myself and my brother. As the judge

pointed out earlier, this is only about myself, because I think that makes things a lot clearer.

I -- if you don't understand the case, you will be led to believe that I have been accused of crimes by a multitude of women, which is not the case.

The Romanian file, I was accused by one person, not of rape, not of human trafficking, of keeping her in my house locked up against her will. And that is the person that, as you know, we're litigating in Palm Springs.

Every single other woman who has been listed as a victim of mine has come out publicly and privately to say the case is fake. They're not a victim. The prosecutor forced them to be a victim against their will.

And these people include anybody who I had ever transferred money to in my life. That was their testimony. I transferred them money. They were a potential victim of human trafficking, and they were put on the list.

But, I have one accuser, and I am litigating that lawsuit in Palm Beach, and I fully expect to win.

The Romanian case, I expect to win. I expect to beat it. I have been working on the Romanian case for three and-a-half years.

My perfect attendance record isn't for this Court. I didn't do it because I'd be here today arguing that I shouldn't be locked up. I did it because I'm eager to destroy the bad

accusations against me. And, the only thing that has ever happened since that case has begun that has now going to stop me from proving I'm innocent, because I've been winning the whole way through, is physically being locked in this prison, in the SHU unit.

I have not spoken to my Romanian lawyer. I have a court date on September 10th. I need to make an application so I can apply there by -- so I can apply to speak there by video call. And, it's this imprisonment, not the impeachment hearing, that's stopping me from fighting the case I have been fighting for the last three and-a-half years of my life. I need to clear my name, Mr. McBride, and I need to take part in these proceedings. I can't do it from the secure housing unit.

Q. The Government has said in its papers that you -- I'm going to paraphrase here, stridently avoided going to the United Kingdom; is that true?

A. An agreement between Romania and England had already been made, and I had already accepted the agreement, that once the Romanian litigation was over, that I was going to go to England.

Romania would have sent me or I would have surrendered or I would have volunteered to go, myself. I'm not avoiding England. This extradition hearing isn't me avoiding England. It's me trying to get my day in court in Romania and Palm Beach, and clear my name. If I had gone to England --

In fact, my Romanian prosecutor, when he handed my passport back to me in 2025, said, "Enjoy your travels. Go anywhere you'd like, but don't go to England."

And I said, "Why shouldn't I go to England?"

"Because," he said, "If they lock you up, then I'll just find you guilty when you're not here."

And I'm facing 20 years in Romania. So it had already been agreed that I was going to go to England after Romania. This was my intention.

I'm not avoiding the UK. But, hitting me at this particular time and locking me in this particular prison, of which nature I have no communication with my Romanian legal team, means the Romanians can steal every single penny I've ever made. Every asset I held, every dollar I made, every car I own, every piece of property is in the hands of the Romanian Government right now. And if I stay in the SHU unit, they're going to find me guilty of something in absence, and take everything I've -- everything I've ever worked for, my kid's inheritance. And, they are going to sentence me to some indeterminate prison sentence.

I will easily win this case, but I need to be able to take part, which is why I'm asking to be put even on the strictest version of house arrest here in Miami.

Q. So you mentioned before that there were a number of girls who were made victims against their will.

A. All of them besides one.
Q. That sounds fantastical, so tell me why that's fact and not fiction.
A. It would never have been allowed to happen in the United States, ever.
Q. Okay.
A. However, with the nature of this crime, the prosecutor has said that everyone I've ever sent money to is a potential victim of human trafficking. That includes, in the official victim list, two of the mothers of my kids, my former yoga instructor, a girl I took on vacation to Spain, and a girl whose cancer treatment I paid for.
These are all in my list of victims, and they have testified in affidavits, notarized statements, to the Romanian authorities multiple times to please remove them from the list of Tristan Tate victims.
It would never stand in the United States. And, when I say it, it sounds ridiculous. Natasha Sesay has met at least ten of these women, and she understands.
You have met and Thomas has met at least 15 of these women, and you guys know that to be the case.
Q. So there are women who have said, "Look, we're not victims."
Have any of them recorded public statements?
A. Many. They are all over the internet. The mainstream

media never publicizes them, but there's at least ten, 15 on the internet, on Twitter, if you search hard enough.

Q. I'd like to play one for you, with the Court's permission. Just give me one moment, here.

THE COURT: No, if you have a recording that you want me to look at in camera, I will do so if you give me a thumb drive, if there's not opposition from the Government.

MR. MCBRIDE: Okay.

THE COURT: Do you want to mark it as an exhibit?

MR. MCBRIDE: Sure. We'll mark it as Defense exhibit -- what would that be, 2, 2 and 3.

MS. WAXMAN: As long as we get a copy, there's no objection.

MR. MCBRIDE: Of course.

(Defendant's Exhibit Nos. 2 and 3 were received in evidence.)

BY MR. MCBRIDE:

Q. How did you get to sue a Romanian accuser in Palm Beach?

A. As you know, because of the ongoing litigation, I can't talk about too many details of the case. But, this person had visited Romania from Florida. I wasn't even around at the time this person was there. They made a report to a team of people in Florida, who are also being sued, that she was locked in my house. She couldn't escape. She was being held against her will. And, that started this entire witch hunt against me.

It was -- when the police came a few days later, she wasn't even in my house at the time. So of course, no one was ever locked in my house against their will.

I have full CCTV video at the house. I was -- I thought it would be over with within 24 hours. But we got the Romania case, we got the English extradition proceedings, which I thought had already been settled, and now I'm here in the United States trying to rebuild my life and trying to win my Romanian case and win my Palm Beach lawsuit, both of which I'm going to lose if I'm kept locked in SHU.

I would never disrespect any judge who gave me the benefit of the doubt of giving me even the strictest form of freedom so I could call my autistic daughter first, call my Romanian lawyer second, and clear my name before ideally and certainly voluntarily flying to the UK to face my mystery accuser.

Q. As a result of the allegations in Romania from the woman that you're also suing in Palm Beach, how much freedom have you lost?

A. It has destroyed my entire life.

Q. How much money have you lost?

A. Everything I own.

Q. And does the Romanian Government, as a result of these allegations, have your money and/or assets seized at the current time?

A. They took everything that I ever made in my life. They

even seized the savings accounts of my children where I kept money for their futures.

Q. How much money are we talking?

A. For the children, 20, 30,000 in total, everything I ever worked for, perhaps 15, plus, million dollars worth of assets, gold bars, cash, cars, properties. Everything I'd ever worked for and everything I'd ever earned, they still have until this day. This case is make or break for me.

Q. So when you say "make or break," and "this case," there are two cases. Tell me, how important is the Romanian case?

A. Well, I won the first case. What happened was it didn't pass the Romanian version of what the Americans refer to as grand jury.

THE COURT: That wasn't the question. Mr. McBride asked you how important the pending Romanian case is. If you want to answer that question -- but you guys have to listen to --

THE WITNESS: Yes, ma'am. I'm sorry.

It is the most important thing currently going on in my life.

BY MR. MCBRIDE:

Q. And, if you were granted bond by this Court, would you go back to Romania to participate in that case, if it was allowed?

A. If I was granted bond by this Court, I could participate in the Romanian case as long as I made petitions to appear by

video.

I would never violate any order that this judge gave me in terms of my conditions here in Florida. And, I would be -- I cannot participate from SHU, and from any American prison, because I can't speak to my legal counsel. My legal counsel does not have a visa to visit the United States. The case will stagnate, and everything in my life will come tumbling down if I lose that case, which I can easily win.

Q. And how do you feel about the same question with the Palm Beach case?

A. The Palm Beach case shows I'm not the person that they said I am. It's going to be bigger than the Johnny Depp, Amber Heard case.

I'm suspicious, and I know the courtroom is no place for conspiracy theories. I'm suspicious at the timing this --

THE COURT: That is not a response to Mr. McBride's question.

THE WITNESS: Sorry, ma'am.

THE COURT: So quit the narrative answers --

THE WITNESS: Sorry.

THE COURT: -- to Mr. McBride. Answer just the questions he's asking.

BY MR. MCBRIDE:

Q. How important is the Palm Beach case?

THE COURT: You've asked that question.

If you have any other questions for Mr. Tate, please ask them now.

MR. MCBRIDE: Okay. Extremely important, ma'am.

BY MR. MCBRIDE:

Q. So the Government has argued that you're a flight risk.

A. Um-hmm.

Q. And they've cited what you've told me and what we found out to be a fake passport.

A. Yes.

Q. Talk to me about Vladimir Scorpius. Who is he?

A. Vladimir Scorpius is a fictional supervillain from one of my favorite books.

Q. Okay. And do you have any real passport in his name?

A. No. That passport was printed by an assistant of mine, probably around 2021. I don't quite remember. It hasn't been in my possession for four or five years. And I would certainly never do anything so stupid as to try to travel on it. The Government has already confirmed it's fake.

Q. Have you ever crossed the border on Vladimir Scorpius?

A. No. Ironically, I've never been to Mexico. So clearly, I didn't get a real passport issued.

Q. How many passports do you have?

A. Two.

Q. And where are they from?

A. I have one from the United States and one from the United

Kingdom, which has expired. So I only have one passport valid to travel, and I believe they're in your pocket right now.
Q. If you were to have the opportunity to litigate the case in Romania and in Palm Beach, would you then take up the opportunity to litigate the case in the United Kingdom?
A. Absolutely. My children are getting old enough to watch the news. I need to clear my name.
Q. And you said you feel good about your chances in Romania and Palm Beach. How do you feel about the UK?
A. I've never committed a crime, so I remain ultimately confident; however, I don't know who the person -- I don't know what I'm supposed to have done to who and when. Not a single detail has been given to me. But, I know I've never committed a crime, so I remain confident.
Q. When you arrived in this country on the 27th of February, 2025, what happened?
A. Florida, for no reason, launched a criminal investigation into me, "Find the man and I'll find the crime."
They tried their absolute best, having seized all my devices, I guess, to charge me with anything.
The Attorney General was on the internet saying he was going to get us. I don't know what for. And, as you know, absolutely nothing came of it. And, I'm very happy for that, because the Americans have shown that I don't have any dirt on me.

Q. One moment, Mr. Tate.

MR. MCBRIDE: Your Honor, I'd like to pass the witness to the Government.

CROSS-EXAMINATION

BY MS. WAXMAN:

Q. Mr. Tate has testified that you've been accused by one victim. But that's not true, is it? Of the Romanian offense, to be clear?

A. In the Romanian offense, I, Tristan Tate, have been accused by one victim.

Q. And that's not accurate, isn't that right?

A. The statements of every other victim pertaining to me have said that they do not consider themselves victims of human trafficking or sexual crimes.

Q. You've been accused of trafficking minors. Isn't that right?

A. I have not. No.

Q. You have been accused of tampering with witnesses, isn't that right?

A. Yes. That is correct.

Q. You've been accused of removing and hiding property from seizure on a continuing basis. Isn't that right?

A. Yes, that is correct.

Q. And money laundering?

A. No, they launched an investigation into money laundering

but no charges ever materialized.
Q. And human trafficking, as well, isn't that right?
A. I have been investigated for that, yes.
Q. Now, you testified about this fictional passport that you obtained from your favorite book?
A. Correct.
Q. Do you remember that?
A. One of my favorite books.
Q. And fictional -- what does that mean?
A. It is not a real story.
Q. Not the book, or the passport?
A. Well, the book -- you've confirmed the passport is not real. But the book is a fictional story.
Q. So as part of obtaining this passport --
THE COURT: Sorry, no. Let's adhere to some measure of normal procedure. Put it down. We don't publish things that we haven't gotten permission from the Court. I don't know what it's going to be before you broadcast to the courtroom, so ask, first.
MS. WAXMAN: Your Honor, permission to publish the Vladimir Scorpius passport.
THE COURT: By exhibit, Ms. Waxman.
Let me get the other side's position on it.
MS. WAXMAN: 37-1, Annex B.
THE COURT: All right, hang on.

So sorry. 37 --

MS. WAXMAN: Annex B.

MR. MCBRIDE: No objection, your Honor.

THE COURT: Okay. But, for purposes of this hearing, what is your intention, to put the entire document in, or to treat Annex B as an exhibit that you're moving to admit?

MS. WAXMAN: To move to admit, your Honor.

THE COURT: Sorry, which one, the entire exhibit, or Annex B?

MS. WAXMAN: The entire exhibit, your Honor.

THE COURT: Okay. That is a different question. So it is a 34B, H document. Your position on its admission for purposes of the hearing?

MR. MCBRIDE: Just the passport.

THE COURT: You guys are talking past each other. So Ms. Waxman is moving to admit the entire 37-1.

Your position on that?

MR. MCBRIDE: We object to the admission of the entire document. We do not object to the admission of the passport.

THE COURT: Ms. Waxman, what do you want to do, argue the entire document, or isolate the passport?

MS. WAXMAN: Argue the entire document, your Honor.

THE COURT: All right.

MS. WAXMAN: The document has a certification attached that was provided to the defense counsel prior to coming into

the hearing today.

THE COURT: Hang on. Let me just make sure. This is the request as it was received from the British Embassy?

MS. WAXMAN: Yes.

THE COURT: And it included Annex B as part of that; correct?

MS. WAXMAN: Yes, your Honor.

THE COURT: Okay.

Mr. McBride, your basis for the objection?

MR. MCBRIDE: It is a question of relevance, your Honor. The passport, itself, is relevant. The alleged certification, we don't know anything about. So our position is that we do not object --

THE COURT: Sorry, what certification you don't know anything about?

MR. MCBRIDE: In terms of -- what I mean colloquially is -- what I'm saying, we don't know when it was made, who made it. The Government has no showing of proof as to who made it, when it was made, how it was made.

Is there a requirement in Mexico?

Did he do it on the internet?

THE COURT: Mr. McBride, are you referring to the passport, or the actual letter from the embassy?

What is the "it," in your sentence, that you are objecting to?

MR. MCBRIDE: My understanding is that they're trying to get a letter from the embassy. Just one moment, your Honor, I'm sorry, I may be misunderstanding the document. There are multiple documents in this case. I would like to have a brief moment.

THE COURT: Of course.

MR. MCBRIDE: I will confer with my counsel and I'll be right back.

THE COURT: That's Exhibit 1 to the Government's response.

MR. MCBRIDE: So your Honor, we object to everything in this document other than the passport, itself. This is what was presented on direct. My client has no knowledge of any of the messages in this document. That's our objection.

THE COURT: So the basis of the objection is that your client doesn't have knowledge of the other matters in the letter?

MR. MCBRIDE: It is a question of relevance, your Honor.

THE COURT: Okay. Overruled.

Admitted over your objection.

(Government's exhibit 1 was received in Evidence.)

THE COURT: You can bring up --

MS. WAXMAN: Permission to publish, your Honor?

THE COURT: Yes, thank you. I was just trying to -- so

the record is clear, it's Page 32 of 34.

Go ahead.

MS. WAXMAN: Thank you, your Honor.

BY MS. WAXMAN:

Q. So you indicated -- you just testified, actually, that the passport is fictional, right?

A. The passport is not a real passport.

Q. It is your date of birth, isn't it?

A. Yes, I told someone to print it for me.

Q. It is your place of birth, isn't it?

A. Sure, absolutely.

Q. In fact, in obtaining this passport, you went to the Mexican authorities to get an actual KERP number assigned to it. You know what that is, right?

A. That's incorrect. I didn't get the document printed, and I also have never been to Mexico in my life.

Q. Well, let's be clear. My question is: You sought Mexican authorities to give you a KERP number, which is a valid Government number, and that is affixed to this passport. Is it not?

A. I certainly did not contact Mexican authorities for any reason. I have never been to Mexico or contacted Mexican authorities for any reason.

Q. This is also your picture on this passport, is it not?

A. Correct.

Q. And the KERP number --
A. I don't know what the KERP number is.
Q. The KERP number is that number at the top -- excuse me, center right-hand side of the document above your face. Do you see that?
A. Okay. Yes.
Q. In obtaining an actual KERP number from the Mexican Government, you had to walk in and provide identification documents to get there passport. Isn't that right?
A. That can't be true because that never took place, and I've never been to Mexico or any embassy of Mexico anywhere in the world. I'm sure you know that.
Q. Now, you also testified on direct about the torturous conditions of FDC Miami. Do you recall that?
A. Yes. Correct.
Q. Now, you do get outside, meaning you leave your cell, isn't that right?
A. I leave my secret for visits with my attorneys and for the occasional recreation of one hour.
Q. And the occasional recreation -- you have had that for more than an hour over the time since you have been in custody in Miami, isn't that right?
A. Yes, I testified that it was two or three times per week, one hour at a time.
Q. In addition to leaving your cell for recreation, you also

obtain commissary to include food and radios, isn't that right?
A. I have testified about the commissary I received thus far.
Q. And you've received radios, as well?
A. I am in the possession now of a wind-up radio, correct.
Q. And the way that you obtained that is by requesting it through the correctional facility services?
A. That's correct.
Q. Now, the doors that you were referring to, the chemical episode?
A. Yes.
Q. The doors in SHU are actually solid steel doors, isn't that right?
A. The doors are solid steel, however, there's gaps underneath them. There's gaps around the tray that they put your lunch into, and there's also holes drilled directly underneath the window which you speak to the correctional officer through. It is not sealed. It is not an airtight door. But, it is a pretty solid door. I haven't tried to break out.
Q. Now, you indicated that the Romanians have approximately, according to your testimony, $15 million of your assets in their custody, is that right?
A. Mine and my brother's assets.
Q. Okay. Now, as part of the influencing that you do -- well, let me get that out of you first. You're also an online influencer. Isn't that right?

A. To a lesser extent. I haven't been able to earn money since this case, and since my assets and bank accounts were frozen. I'm relying largely on my brother and a good deal of others.

Q. Sure. You're on online influencer, right?

A. I don't make money right now being an online influencer, but I'm an internet personality.

Q. And as part of that online influencing, you posted videos of you inside of a custom yacht, isn't that right?

A. Yes, indeed, I did.

Q. And on those videos, you boast about how you are the owner and your yacht is almost done. Isn't that right?

A. Correct. It is no different than any other music video you see a rapper's boat on MTV or the internet today.

MS. WAXMAN: Your Honor, permission to move into evidence Government's Exhibit 5.

MR. MCBRIDE: It's 37-5, and it's the one of the witness video. No objection.

THE COURT: It is -- looks like a static picture of a boat. But, it doesn't look like a video.

MS. WAXMAN: Static picture of a boat, your Honor.

MR. MCBRIDE: Fair enough. Either way, that's fine.

THE COURT: Well, admit it. Go ahead. Keep publishing.

(Government's Exhibit 5 was received in Evidence.)

MS. WAXMAN: Thank you, your Honor.
BY MS. WAXMAN:
Q. This is your handle. Is it not?
A. Yes, that is.
Q. And that is a photograph of you on a luxury vehicle and that handle. Is it not?
A. That's me leaning on the luxury vehicle, yes.
Q. Okay. And this is you posting about the Bugatti?
A. Correct.
Q. That you previously owned?
A. I never owned a Bugatti.
Q. Okay. You would agree with me that the first part of this tweet says when we purchased a Bugatti, right?
A. Sure. But I've also explained the nature of my online persona.
Q. Okay. So you lie for a living? Is that it?
A. As with every rapper, online personality, music artist, I say things that aren't particularly true. If every rapper was held to the word he said, they'd all be indicted on murder and drug trafficking, I assume. Yes, I brag, and it is not always true.
Q. So my question was, you lie for a living, is that not true?
A. No. I was not paid to take this tweet.
Q. So you lie for free?
A. I play a character. No more or less than any actor does.

Q. Now, after posting the blueprints of the yacht, you, in fact, follow up at a later point posting a video of you on that very yacht. Isn't that right?
A. Yes, I was increasing the social media following of that yacht, and I increased it by I think over 20 thousand followers in my various posts. So that was my goal.
Q. By lying. Is that your testimony?
A. By saying it was mine, that was a lie. I do not own a yacht.
MS. WAXMAN: Permission to admit, your Honor, Government's 37-6, which is the video. I'm sorry.
No, I was wrong on that.
MR. MCBRIDE: 36-6 was published.
THE COURT: I don't need the publication of the videos that much. I can take them back in chambers and see them.
MS. WAXMAN: Understood, your Honor.
No further questions.
THE COURT: Okay.
MR. MCBRIDE: A very brief redirect, your Honor.

REDIRECT EXAMINATION

BY MR. MCBRIDE:
Q. So the Government said you're a liar. Do you lie about everything all the time?
A. As I said, no more than any actor does in playing a role.
Q. What do you mean by that, actor playing a role?

A. If Neo says he can move bullets with the power of his mind, then Keanu Reeves isn't lying. He's playing a character in a movie. I'm playing a character online. And that character talked about owning a yacht. It is a construction, it is under construction right now. It wouldn't even float. I don't understand the relevance of Government's questions.
Q. Is that your yacht?
A. No, it's not.
Q. You said it's your yacht. So do you own a yacht?
A. No, it is not my yacht. I said it was mine, yes.
Q. You have a luxury car, that you are standing next to a luxury car. Tell me about that photo on that that was published by the Government.
A. The photo with the luxury car?
Q. Yeah, that James Bond photo.
A. That is actually AI. There is no car in existence that has that English flag printed on it. That was done by AI.
Q. It's not even you? It is not you, it is AI, right?
A. No, it is me leaning on a car, but the car has been AIed.
Q. Right. So it is not a real picture?
A. Yes. And am I a liar by saying I'm leaning on a car that has an England flag as its paint color, I guess so.
Q. Is every picture of you on the internet real?
A. No. Absolutely not.
Q. Why?

A. Because that's not the nature of the character I try to portray.

Q. Is every picture of Tristan Tate in a jail cell on a plane on the moon, are these all real pictures, or is it an AI a thing?

A. I believe many of them are going viral right now, and I have not been a -- I have not had access to a camera. So yes, it is all AI.

Q. Do you lie to your kids?

A. Yes. As any good father does.

Q. What about?

A. Whether Santa is real, the basic stuff.

Q. Got it. Would you lie to this Court?

A. Absolutely not.

Q. Would you lie to the judge?

A. Absolutely not.

Q. Thank you, Tristan.

A. Thank you.

THE COURT: All right, Mr. Tate. You can rejoin your counsel's table.

THE WITNESS: Thank you.

THE COURT: Mr. Srebnick?

MR. SREBNICK: Judge, Mr. Emory Andrew Tate would like to testify. May we have five minutes to take a quick break?

THE COURT: Yes.

MR. SREBNICK: I just need to use the washroom real quick.

THE COURT: Okay.

MR. SREBNICK: Thank you, Judge.

THE COURT: We'll take five.

(Recess indicated in proceeding.)

THE COURT: Mr. Srebnick?

MR. SREBNICK: Your Honor, with the Court's permission, we'd like to call Emory Andrew Tate.

(Witness, EMORY ANDREW TATE was duly sworn).

THE WITNESS: I do.

THE COURTROOM DEPUTY: Thank you, please be seated.

State your name, and spell your last name for the record.

MR. MCBRIDE: Andrew, spell your name for the record, please.

THE WITNESS: E-M-O-R-Y, A-N-D-R-E-W, T-A-T-E.

MR. MCBRIDE: With the Court's permission.

THE COURT: Go ahead.

DIRECT EXAMINATION

BY MR. MCBRIDE:

Q. Hello, Andrew.

A. Hello, Joe.

Q. How are you today?

A. I would say I've been doing better, but it's actually very

refreshing to be in front a judge who understands my words, because for the last half a decade, I've been talking to people who don't even know English while I was locked up.

Q. So what you're saying is you're a sense of convert about the American system?

A. I've always believed in America. My father served for America. I was born on Andrews Air Force Base in Washington, D.C. I hold an American passport, and I am a proud citizen. And, if there's any court in the world which will listen to me and listen to the insanity which has been happening to my brother and I -- I trust it to be an American court. This is my last chance.

Q. We've been arguing back and forth all day about special circumstances. You've read them in the pleadings. And we have to prove them. What is special about your circumstances?

A. Well, special about my circumstances is that if I'm in the SHU, then I cannot participate in my --

THE COURT: Mr. Tate, the sound system in here is a little sensitive. Yes, that was exactly what I was going to suggest. Can you just lean back a little bit, because I know your terror symptoms, and my only transcript is by recording. So one day, a court reporter, God help them, will have to transcribe them. Will you speak slower?

THE WITNESS: Yes.

THE COURT: Thank you.

THE WITNESS: Yes, ma'am.

THE COURT: Okay. Go ahead.

THE WITNESS: What's special about my circumstances not that in the SHU unit is torturous. I believe Tristan has explained that quite accurately, and I don't want to waste the judge's time.

And, I also believe that men should suffer as gracefully as possible.

What is special about my circumstances is that the SHU unit prevents me from speaking to my Romanian legal team. It prevents me from applying to attend the court in Romania via video link, in a case which I have been fighting for four years, which I've already beaten once, which I'm about to beat again. I'm going to lose purely because I can't participate, and I'm going to get sentenced to life in prison in eastern Europe on a case I've already won and will beat, only because I'm in the SHU unit with murderers, as opposed to at home, where I can participate in litigation.

BY MR. MCBRIDE:

Q. Is it fair to say that Tristan's characterization of the circumstances and events and conditions of confinement in the SHU are accurate?

A. Absolutely accurate. But, as I said, I believe men should suffer gracefully. And, prison reform is a funny thing, because to be honest with you, my neighbor, who I believe

murdered his children, belongs there. But, I don't. And that's what makes it so difficult, because I understand why it's a hard place. I've never been convicted of a crime in my life I don't belong next to cannibals and child killers.

Q. So you sound confident about the Romanian case. Are you afraid to go back to Romania and face justice?

A. DIICOT, which is the Romanian version of the FBI, has a 99 percent conviction rate. We're the most expensive case in Romanian history. And despite that, despite the 99 percent conviction rate and the most money spent in history, we've already beaten it. It was beaten at the end of 3-24, when the entire case was returned to the prosecutor. We destroyed the entire case, and the prosecutor, in fear for his job, said he's going to try again, and wants a second case.

The fact I beat that case was insane to remain in the news. No one could believe that anyone had ever beaten them, and I never ran away, facing life in prison in Romania, and now, I'm looking to lose the case I've already won because I can't participate in the legal proceedings, because I'm stuck in the SHU unit with no phone calls, no access to my legal team, no ability to go to court. And now, I'm going to lose everything. And, not just my portion, but an Interpol read-along with a life sentence is going to be applied to my name, purely because I can't use a computer.

Q. I understand. So Tristan and I spent some time speaking

about the Romanian case, and I have to now speak about it in a way that's relevant to this proceeding. You've been accused of similar allegations in Romania, even one time in Los Angeles, and now, in the United Kingdom. And, for lack of a better phrase, the argument is where there's smoke, there's fire. What do you have to say to that?

THE WITNESS: Your Honor, I truthfully see this courtroom as my only chance. And, the Romanians, again, the smoke in which my reputation precedes me, and now I'm haunted constantly by not only a bad reputation, but opportunists, money grabs, ambulance chasers, everyone after money they think I still have that the Romanians stole.

I never committed any of the crimes I'm accused of.

And, my chance of beating only -- this only until three weeks or four weeks ago was organized. I would win my case in Palm Beach, which wins the case in Romania. And then go to England after winning those two cases and win that case.

And, somehow, the Brits have jumped in line now with the intention of keeping me locked up so I lose in Palm Beach and I lose in Romania, meaning I'm going to lose in England also, with Interpol webs flying all the way around the world with life sentences, when everything had already been agreed and I was on the cusp of victory.

With a 99 conviction rate, if I was even slightly guilty of the things I'm accused of, I'd be in a Romanian

prison right now.

Every single girl came out in my defense, Joe, and I have to say this to an American court. Your Honor, nobody listens to us. We keep screaming into the void, and no one is listening.

The girls, themselves, are making videos, crying on camera, saying, "Help the boys. We're not victims, they're lying. They're forcing us to be victims in this case. We said we're not. They say we are."

Anyway...

THE COURT: Mr. Tate, remember I asked you to slow down. You have to take a breath --

THE WITNESS: Sorry.

THE COURT: -- and let Mr. McBride ask his questions.

THE WITNESS: Sorry.

I feel like life is the best disinfectant.

And, although we've suffered this last six weeks, I feel like an American court finally understanding the insanity of the charges against us, in the end, the moral arc of the universe spins towards justice. And, as much as I've suffered, I'm glad to be in this courtroom.

BY MR. MCBRIDE:

Q. Is it fair to say you've said some pretty controversial things about women?

A. I've said a lot of stupid things about a lot of people.

The people I insult most are men. Top G is a caricature in which Top G -- copied from Allie G, is a gangster.

And he's hardworking. He is the strongest man in the world, and he's rich, and he has 25 passports, and unlimited driver's licenses, and police can't catch him, and he's this guy.

But, I do this to shake men out of apathy. I start my videos to men, saying, "You're stupid, poor, and ugly."

And by the end of the video, I'm explaining about how important it is to pay for your mother's cancer treatment as she gets old.

On the internet, you have to shake people up. You can't sit there and be Mr. Clean-cut, for the same reason a rapper -- we're in Miami right now, I'm sure there has been endless rappers in this chair -- who sing about gang-banging and having all this money and killing people. It's not real.

So all the videos that we're going to play are ten years old. I stopped saying stupid things on the internet when I was arrested about five years ago. I learned that a big mouth can bite you, because the Romanians have played all these video to me in front of a Romanian judge saying I should be off in jail.

When I eventually escaped the Romanian jail, I thought, I never could have seen that four years later, that you played to me in a Florida court, talking to me about retaining me in a prison cell.

This is a decade old. And a decade ago, I said stupid things about everyone. I have said -- I can tell you now a thousand dumb things I've said.

I must tell the Court, and I want this on record, that Elon Musk has blocked me for saying that he was the second trillionaire. I thought it was funny. He clearly didn't. And, this is a reality theater. So --

Q. So there are consequences in the world for -- for your statements.

A. I -- as I lay alone at night, in the SHU unit, I blame myself for everything. I believe a man should blame himself for everything. And I sit and I think, how did I end up here? I haven't done anything.

And then I think, would I really have the foresight ten years ago to imagine a joke I made on the internet before the character even caught big, when it got 300 views, would end up being played to me a decade later in a federal court in Florida, when I became the most scrupled man on the planet?

Could I have ever seen that coming?

Could I have ever seen that coming?

And I would like to try and forgive myself for thinking I made stupid videos when no one was watching.

And now, I'm sitting here a decade later being grilled like I'm El Chapo, with a perfect record of attendance, a perfect record of respect for every judicial system that's ever

interacted with me, absolute compliance across the board, and a dedication to clear my name.

Q. You mentioned videos from ten years ago, or so. So let's talk about the infamous belt video. Is when I say infamous belt video, what does that mean to you?

A. There is a video of me and my ex-girlfriend.

Just for the record, I don't love her as much as Tash. She's in here. So that was private between us. That was leaked by the British police, actually, when they raided our house and found a phone from 2014 for a case that never went anywhere.

It was leaked to the press, and it had one thought, I was an abusive man, and it was a private video between her and I.

And she has made six subsequent videos explaining that she's not my victim, that she participated willingly, and that everything that everyone believes about me is wrong.

In fact, on its ten-year anniversary of the famous belt video, we made a ten-year anniversary video together, where we mocked the video, itself. And I think she picked up the belt this time.

So all of these videos can be made available to the judge, if they haven't already. The victim, herself, the girl, herself, said nothing bad happened. And, we live in a world where we're all adults, and we all have consent, and we all have equal rights. And if a woman she's not a victim of

someone, it's actually -- and said there to my Romanian prosecutor, ridiculously misogynistic for you to sit here and call me a misogynist and then force so many victims to say they're not victims.

That doesn't even make sense.

There are no victims in this case. The victims are my brother and I, who have had every single asset stolen, our freedom stolen, our reputations destroyed by Governments who believe in the smoke-fire theory, and are endlessly after us.

And I'm trying to not get emotional. Maybe I'm a fool. Maybe I'm stupid. But, I -- innocent until proven guilty. I believed in the land of the free, home of the brave. Maybe I'm dumb. Because I thought, I've done nothing wrong. Okay, they'll bang me up in Romania, sure, but I'll beat them, too.

But, not here. This is where I'm litigating in Palm Beach. This is where I'm proving my name. This is where I'm proving I never did anything.

That case is going to be bigger than Amber Heard and Johnny Depp times a thousand. The entire world is going to shatter when they see the text messages of them planning all the things they did to us, when they realize the Romanians faked the money grab and took the idea of -- Joe, you understand this -- if I lose a fair fight, I can take it. If a man comes up to me that's better than me, I can take it. It just happened in December. I lost. But I don't want to get stabbed in the

back, I don't want to die that way.

I can beat the Romanians. I beat them and I'm innocent. And the idea they're going to find me guilty, maybe life imprisonment purely because I couldn't participate, because the American Government stopped me having my fair day in court breaks my heart. That is a special circumstance, sir.

All I want is a fair day in court. That's why I complied the whole time. Tristan said it perfectly. We didn't comply with the Romanians because we saw the future and knew we needed that perfect record of attendance in a Florida court. We complied with the Romanians to win. We complied with the Romanians because we're innocent. Who challenges that 99 percent conviction rate in eastern Europe?

Only innocent men. Only the most innocent men.

Q. You mentioned a boxing match, the last fight, you just mentioned it just now. Why did you take that fight?

A. As Natasha correctly pointed out, and I'm glad she's a lawyer, I have responsibilities to provide. And, unfortunately, I'm in a position now where I have to fight people a decade younger than me, 40 pounds heavier than me to pay the bills.

I shouldn't be in that position. I shouldn't have to do that. I shouldn't have to risk my legacy and risk my name and risk my health, risk brain damage, to fight people too big and too young for me to beat. But, when the Romanian state, and

then shortly after, the British state, put seizure orders on every single penny I've ever earned and they steal all of my money, I have no choice but to pay the bills until I win those cases, and my only chance of winning those cases is to get out of the SHU I'm in. Otherwise, I'm going to lose everything.

Q. So we spoke about, Tristan and I, earlier, about the Romanian Government seizing money and assets. To your recollection, what is that number?

A. I think Tristan was pretty accurate. 15. I think the Romanian Government is -- I don't know America, but I trust in our judge's experience that across a long enough career, she has probably seen some pretty crazy cases put together in the American system. She's probably looked at some things prosecutors have done and gone, "That ain't right."

So it doesn't take that much imagination to understand what can happen in a country like Romania.

And, when I say everything was stolen from us, every single thing of value, every piece of jewelry, every watch, every car, our children's toys. Every land, probably every bank they found for our mothers of our kids, for the kids, themselves. Everything was stolen.

Q. I can imagine the prosecutor getting up here and saying, you just said it was all stolen, but there you are on Twitter, with a watch, and there you are --

THE COURT: Mr. McBride, a question, please.

BY MR. MCBRIDE:
Q. Do you own a Bugatti?
A. I don't own a Bugatti. I am a social media influencer. And, like every rapper, like MTV Cribs, I don't know if anyone remembers that, she, Missy Elliott, was on MTV Cribs, and it came out afterwards, after her episode came out, that the house they showed wasn't her house.
THE COURT: Mr. Tate, the question was, do you own a Bugatti?
THE WITNESS: No.
THE COURT: The answer is no.
What's the next question?
BY MR. MCBRIDE:
Q. Do you own a yacht?
A. No.
Q. Do you own a jet?
A. No.
Q. Do you -- are you a billionaire?
A. No. This is social media hyperbole.
Q. Why is that relevant on social media?
A. Top G is a hyperbolic character. He is the richest, youngest, smartest most masculine man in the world. His blood travels through his veins at a thousand miles per hour. And he is invincible, and that's why you should listen to him. You should eat your Cheerios and eat your vegetables.

Very much like Mr. Hulk Hogan. That's how they did it. Look at how big and strong I am. Listen to your parents. Do your homework.

The idea that Top G even is a character who is evil in some way and it's funny and it makes money isn't even true.

Top G is a character that encourages men to avoid drugs, to train hard, to go to the gym, to be their best selves, to dedicate themselves, to be strong.

But, to shake people of apathy, yes, he says ridiculous things. The prosecution is about to play a video with a machete. And, they're going to play about ten seconds of the video. They're not going to play the whole video, because they deliberately cut the video to mislead this Court. Because in the whole video, I'm explaining what I would do if a girl cut my head off.

If a girl cut my head off, I'd get the machete and slap her and threaten her back, if she chopped my head off.

It is a lie. It is a joke. It's not real.

But, they cut off the first part, and then they make I'm some kind of terrible and misogynistic person.

Q. So there are videos out there --

-- and forgive my language, Judge --

-- where you use words like bitch, choke, slap, punch, all this stuff. Is that -- how old are those videos?

A. They're ten years old. And maybe I shouldn't say this. If

a woman chopped my head off with a machete, would I try and stop her?

Maybe. I don't know. But, that's the premise of the video. The premise of the video is if she kills me, and I can't take being killed because I'm Top G.

Q. But there are other videos, right?

A. I think there's two or three that maybe the prosecution are going to have where they managed to cut out a few seconds and remove the context.

Most are not like that. Most are me yelling at men and saying, as a man, your love has no value unless you can provide. As a man, if you can't dedicate yourself to something, nobody is going to respect you. As a man, if you're not afraid to suffer, you're not going to be respected. That's what my videos are about.

And that's why I said here, at the beginning, as much as SHU is difficult, I believe men should suffer gracefully in all things. I believe that builds civilization, the graceful suffering of men.

Q. So I'm going to ask you one more question about this, and then I will move on to another very intimate part and salient question. You also called yourself a pimp. Where does that come from?

How long ago was that?

Is that still how you characterize yourself today?

A. Well, that was back, maybe ten or 11 years ago.
There was a famous wrestler on WWE called the Godfather, and he used to walk out with 12 of his girlfriends.
And my girlfriend at the time, the belt video girl, I used to say I need 13. I'm going to walk out with my 13 girlfriends. I'm a pimp.
And she was like yeah, yeah, whatever.
If you could have told me then that 13 years later I would be sitting in federal court with my hands chained in the SHU unit, looking at life in prison because of a joke over a WWE wrestler, I would have never believed you. I would have never in a million years seen this coming.
Q. So is it fair to say that, to some degree, at least, you've learned from your experiences?
A. I shut up the day the Romanians arrested me, and I saw this, because the prosecution here has simply gone through the Romanian file. They've just copied it.
And I've already beaten it all in the Romanian court. The Romanian judges let me free. And, I shut up from that day, and from then, I've been doing nothing but screaming my innocence, and trying to make people understand that there's something strange going on here, Joe, and I need an American court to look closely.
They have never issued a TCA warrant in the history without the names of the girls. They have never made girls victims who

don't want to be victims, ever. There's something really weird going on.

And, the fact that Keir Starmer, that we can place, saying it is my personal vendetta to get Andrew Tate, and issued this arrest warrant on the last day, the last day of his premiership, there's some -- that's not normal. I'm being framed. And, if I win in Palm Beach and win in Romania, the Brits can't frame me, and that's why they need me to lose. And that's why I am in SHU, and I need an American court to just let me defend myself. I don't need any other help but a fair trial. That's all I need.

Q. So if the Court today were to say to you, "We'll let you defend yourself here, and in your Palm Beach case, and then let you go to England after that," what would you say?

A. Please, if your honorable Judge has not seen, can we provide her with the statement that I gave the Romanian judge after I was first arrested in 2024, when I was arrested in 2024?

I want everyone to understand the context. I was looking at life imprisonment in a Romanian jail, and I have had to have beaten my case. And my lawyer said, "This is perfect. To extradite you to England, you can get rid of this because you are in Romania. It is better than England."

And I said to the judge, "I would love to go home, but I have some matters to finish here first. And my name has been

tarnished, and although I suffer, I believe God has put me through this suffering to learn. So I want to stay in Romania and I want to finish my case, and then I want to go to England."

And then the judge said to me, "If you lose in Romania, you're going to do all your jail first, and then we're going to send you."

And I said, "That's fine. But, I don't want to go."

And the judge said, "Fine. That's the order."

I'm not running from England. I want to do Palm Beach, through Romania, then do England, as has already been agreed by all of the courts.

By skipping the line, by keeping me in SHU, by preventing me from taking place, I lose everywhere, automatically. I never have my fair day in court after half a decade, and I lose everything.

Q. Are you a rapist?

A. Three days ago in SHU, in the middle of the night, Tristan -- I was awake, I didn't even know he was awake -- it must have been 4:00 A.M., he goes, "Andrew."

He says, "We didn't rape anyone."

I said, "I know, but we're still in jail."

He goes, "No, no. In the end, in the end, we didn't do it."

I was like, "I know, but they keep locking us up."

He was like, "No, Andrew. In the end, we just need someone

to listen to us."

I really believe innocent until proven guilty.

It has been five years, Joe. Five years of this. I've never had a trial. I've never had a trial. I'm locked in jail permanently. I'm restricted permanently.

I don't see my kids. I missed my mother's heart attack. She was crying on the phone when she had her actual heart bypass. I couldn't go see her.

I can't pay my bills.

It has been five years, and all the girls are screaming on my side, he's innocent, he's innocent, and I'm getting destroyed by every legal system I interact with. Nobody is giving me the benefit of the doubt. All I want is a computer. All I'm asking for is a computer. I'm not even saying don't extradite me. Even if you're going to destroy all my cases, at least let me show up in Romania. At least. I'm going to lose automatically. That's all I want. Put me on house arrest and make me wear blue socks. Give me the strictest orders in the world. Walk on my hands.

I just need to take part in my cases, Joe. I have been fighting this long. Joe, I've lost everything. I've lost everything, and I just need -- the only way out of the legal problem is the legal solution. I have to continue.

Natasha said something earlier. She said --

THE COURT: Wait, Mr. Tate --

THE WITNESS: Sorry. Sorry, Judge.

THE COURT: There's no question pending.

THE WITNESS: Sorry.

THE COURT: Mr. McBride.

BY MR. MCBRIDE:

Q. I'm going to ask you a yes or no question, Andrew. Look me in the eye. Are you a rapist?

A. No.

Q. Are you a human trafficker?

A. No.

Q. Are you a violent and evil person?

A. No.

Q. Do you lock women away?

A. No.

Q. Will you return to court if granted bail?

A. Absolutely.

Q. Do you have respect for the Court process?

A. Every single court in every single jurisdiction. Everywhere.

Q. You traveled to 34 destinations, came back and forth to Romania. Why did you go back to Romania?

A. I had to check in once a month, and last time I was in Florida, I took a flight in Miami via Istanbul, a 23-hour flight. I landed in Romania. I signed with the Court for 45 minutes, and reboarded the plane and flew back. I have

never missed a date, ever.

Q. Okay.

A. That's what they want me to do so they have an excuse for me to lose when they know I'm innocent.

I'm not missing anything. You can drop me in the middle of the Pacific Ocean with arm bands. I'm going to come to court.

Q. You took a trip to Turkey shortly after you began traveling to Baran.

A. I was arrested in Turkey. The airport said I had to be detained, and they didn't entirely know why. I expected they were going to extradite me to England. This was after the 2024 warrant, even though England had repeatedly agreed with Andrew Ford that they'll wait until after Romania. They seemed fearful now of me winning in Palm Beach or fearful of an American court.

THE COURT: What was the question, Mr. McBride?

BY MR. MCBRIDE:

Q. What happened in Turkey when you flew into Turkey, specifically?

A. I was arrested at the airport, detained.

Q. Were you subsequently released?

A. I was subsequently released; correct.

Q. Did that cause you to flee?

A. Absolutely not. I stayed in Turkey for two weeks.

Q. So you said before that after you got arrested in Romania,

that you went silent. That's really a way of saying that you changed your speech, right?

A. I understood, because I'm not -- I get called lots of things, because you know, the prosecution has yet to call me stupid. The way you say jokes to 200 people who don't watch is different than the way you say jokes to the entire world. And, by the time I was arrested, I was way too big to be making stupid jokes like that, so I had to clean it up.

And, I think everyone here would be -- if they're honest with themselves, understands. The way they speak to one person is different than the way they speak to the entire world. So I didn't shut up about my innocence. I still protested that I was being framed.

Q. So when you say you didn't shut up about your innocence, reconcile that with you tweeted "I miss human trafficking."

THE COURT: Sorry --

BY MR. MCBRIDE:

Q. I'm going to ask you a much more specific question.

Have you ever tweeted, "I miss human trafficking"?

A. Yes.

Q. Why?

A. Because it is hyperbolic, and it highlights the absolute insanity of the case.

After I had my entire case in Romania threw out, after I beat the entire case, I tweeted, "I miss human trafficking,"

and everyone was like, "I can't believe you won that case ha, ha, ha, ha. Yeah, you beat them."

It is hyperbolic. It is called amplification to the point of humor. It is ridiculous. It's like me saying to you, "Joe, you are mean."

You're like, "Yeah, I'm so mean. I'm going to shoot you in the head."

It's such -- it's humor.

Q. When you were arrested in Turkey, were you informed that there were any new charges against you?

A. When I was arrested in Turkey, I didn't know why I was arrested. The Romanians had already let me go. I assumed the English were after me.

They didn't inform me of very much. I don't know exactly. There were some internal conversations inside of Turkey, and a lot of the world, especially since Keir Starmer, the prime minister and over ten MPs that they're out to get me, a lot of the world understands I am being politically persecuted.

THE COURT: Sorry, what's the question?

BY MR. MCBRIDE:

Q. The question was, were you informed in Turkey, yes or no, that there were new charges against you?

A. No.

Q. So were you ever cancelled on the internet?

A. Yes. I was deleted from absolutely everything in 2022, all

my main accounts were wiped from the entire internet for 2020, maybe 2020.

Q. How many social media accounts do you have now that are fully under your control?

A. Zero. Under my control completely, the only account that I have is Twitter@Cobratate, but it's not only under my control, because I have staff who run it. They have been posting from it while I've been incarcerated.

Q. Your Honor has proffered many exhibits to us about this ofWudan account. Did you have any social media accounts at that time?

A. No. And what I did have is hundreds of fan pages. I still have now, as a popular person, of fan pages. Britney Spears has fan pages. You have people who take your content and they post about you, and they keep people updated on you.

The ofWudan accounts actually are particularly annoying ones, because a kid, whoever he was, who was running that account stole -- because he pretended to be me.

THE COURT: Sorry, what was the question?

BY MR. MCBRIDE:

Q. The question was about have you --

THE COURT: The question was, is this your account; correct?

MR. MCBRIDE: No. I'm sorry, your Honor.

THE WITNESS: I never had any other social media

accounts.

THE COURT: Okay.

BY MR. MCBRIDE:

Q. Okay. So regarding the ofWudan account, was that account ever yours?

A. No. There was a kid who was posting pretending to be me, taking things I said, some of the things I said elsewhere, and he copied and pasted them. Some of the things he added himself, and then he started selling a book.

THE COURT: Sir, how do you know the kid who runs this account?

THE WITNESS: I don't know who he is.

THE COURT: Okay. So the answer was no.

What's your next question, Mr. McBride?

BY MR. MCBRIDE:

Q. So there's a video of you that the Government submits says, proof of ownership -- "Where you'd like to follow me on ofWudan."

A. Yes.

Q. What does that mean?

A. That's because I had no social media at the time, so I advertised my biggest fan pages, my biggest fan accounts so you could keep up to date with my life, because if I go to the mall, people will post, "Andrew Tate is at the mall," and thousands of different accounts. That was the biggest one, but

that was actually a very big mistake, the exact video you are describing, because then people thought it was me. The kid wrote a book and released the book and pretended I had written it and stole a couple of hundred thousand dollars selling some Amazon book that had nothing to do with me. I don't even know what was in it.

Q. And when you say, stole, you mean he may money off your name and likeness?

A. Absolutely.

Q. Just one moment, Andrew.

A. Sure.

Q. Do you love your children?

A. Of course, I love my children. My father -- some of his last words to me were to have as many sons as possible.

Q. Would you abandon them?

A. Probably the only thing that keeps me going is the idea that I'm setting an example for them.

Q. So would you ever flee, flee the jurisdiction, flee from fighting any of these cases against you?

A. It's not even the money. It's the reputation. But, I really believe, and maybe I'm an old fool, that if I keep doing the right thing, that if I keep obeying, if I keep listening, even half a decade in, if I keep showing up, if I'm patient, if I sit in SHU, if I stare at the wall, eventually, someone is going to finally treat me like an innocent person, because

that's what I am.

Q. Do you have any idea who the people are who have accused you of these crimes in England?

A. I'm not sure they even exist.

Q. Do you know their names?

A. No, I know nothing. And, Joe, that's important. The prosecution stated earlier that details were provided. That's correct. They said, "15 years ago between January and April, you raped someone."

15 years ago, during a four-month span. No name, no place. No description of the person, no hotel, bedroom, nothing, nothing, nothing. I barely remember what I had for lunch yesterday. How am I supposed to prepare a defense for a case when that is the idea of telling me who my victim is?

Any man in here, any man in here that could say 15 years ago, between these four months, you raped someone, and everyone would be sitting here scratching their head going what are you talking about?

And the fact that the British Government had issued their first ever warrant, ever in history, without names on it, along with the prime minister bragging on the news that they're going to get me, and the American public is just standing by -- this is the most political case in history, Joe.

Q. Thank you, Andrew.

A. Thank you.

CROSS-EXAMINATION

BY MS. LOPEZ:

Q. Good afternoon, Mr. Tate.

A. Good afternoon.

Q. Now, you met with your attorneys before today's hearing; correct, in order to talk about the hearing, how you would defend it, and about your testimony, right?

A. We agreed I wouldn't testify, but we did meet to talk about the hearing.

Q. Okay. Now, you mentioned that you have accusations against you in different places; correct?

A. Correct.

Q. And, some of them, there are four women in a civil case in the UK; correct, which is different from this criminal case that they're charging you with now, correct?

A. Four women in the civil case tried a criminal case and failed. The police said they had no evidence. In fact, the police found text messages between them planning this, in which they found an ambulance-chasing lawyer to go civil, despite we have evidence of the conspiracy; correct.

Q. Right, so then they filed the civil case when they, I guess, couldn't do a criminal case, right?

A. Correct.

Q. And then you have the two women that are in the complaint that the UK is trying to extradite you now on; correct?

A. I have no idea who is in the UK complaint. I don't understand any of it. I can't tell you even how many people it is.
Q. So your attorneys didn't read the complaint to you, or go over it with you?
A. I've gone over it. I think there's three, but they tried -- they tried to muddy the waters by saying I have 52 charges, but I think it is just the same three people and they just repeated a lot of the charges.
Q. Okay. So we know of the four women who tried to do a criminal case, but then did the civil case, the three women that are in this complaint, or two. Then you have the one woman in Los Angeles who accused you of a crime, but the LA DA's office or District Attorney's office decided not to file anything; correct?
A. Well; correct. When that happened, the DA was pretty clear about, she said, "Look, because of your reputation, I'm taking this extremely seriously."
And I said, "Please do. Of course."
Q. And then, according to the Romanians, there are 46 women who have accused you of different things between 2014 and 2022; correct?
A. No. Incorrect. There are 46 women which a prosecutor says I have human trafficked, but all those women, 43, I believe, have made videos in my defense. One of them, you just saw here

on the stand, Natasha Sesay.

Q. But, the point is, is there are 46 victims in that case, according to the Romanian prosecutors?

A. I -- the Romanian law --

Q. It is a yes or no question. According to them, I'm not asking you to say that it's true -- according to the Romanian prosecutors, they have 46 victims that you did different crimes against; correct, according to them?

A. There are 46 potential victims against their will in Romania; correct.

Q. And a lot of these women accuse you of similar things, including choking and raping them either vaginally or anally. Correct?

A. Incorrect. And I would like you to please clarify. "A lot of these women" -- what do you mean?

Q. It is a yes or no question.

A. No. There are women in Romania who defend me.

Q. Now, you mentioned with Mr. McBride that because of, I guess, your persona, you had thousands of fan accounts that were created, prior to you having the cobraTate Twitter account; correct, or the X account, I guess is what it's called now?

A. Right.

Q. And your testimony here is that, @ofwudan was one of those fan accounts?

A. One of thousands; correct.
Q. Now, were you appreciative -- I understand Mr., or whoever runs @ofwudan later on published a book and profited off of you. But, prior to that, you were appreciative of your fan accounts; correct?
A. Truthfully, yes. I didn't know what they said. I didn't read them all. I can't say I approved of what they said because I didn't know what they said. But, I liked that people were posting about me, so I didn't get -- (Unintelligible).
Q. And you were -- even if you didn't read them all, you were aware of many of these accounts, besides @ofwudan?
A. Thousands.
Q. Okay. And you mentioned that in response to why, in a video, you would have said that people should follow you @ofwudan is because, you know, it was a fan account, you might as well have people follow it; correct?
A. Absolutely, yeah. And the guy posted regularly. It wasn't like sporadic. He used to post all the time.
Q. Yet, you provided no evidence that you ever promoted or asked people to follow any of the other thousands of fan accounts that you say you were aware of, though, right?
A. I have not provided evidence of that. However, you've provided evidence that I did mention, I have forgotten, you can also go find the evidence I mentioned the others, if you so wish.

Q. Now, you mentioned that because of the Romanian case, the Romanians have seized pretty much everything that you had up until that point; correct?
A. After four house raids and laying on the floor with an MP-5 to my head, I can't say pretty much everything I'd like to clarify to the American court, absolutely everything.
Q. So they took absolutely everything in the seizures after each one of those raids?
A. Thank you --
Q. As a result of the Romanian case, correct?
A. -- correct.
Q. Now, you run and are the main, I guess, shareholder, along with your brother, of what was once known as Hustler University, and is now known as The Real World, correct?
A. Incorrect.
Q. You promote it all the time on your social media, isn't that correct?
A. I promote that along with hundreds of other things on social media; correct.
Q. And so when the website says that you are the owner or the founder of The Real World, The Real World is a website, is a liar, is that what you're saying?
A. I did. I was involved in the founding of it before I was arrested in 2020. But, it's moved on, even before my first arrest, to other ownership, and I'm just the talking

mouthpiece. I just say, "Hey, you want be to make money like Top G, go here."
Q. Okay. So --
A. I'm not inside of it. I don't teach inside of it. I don't know what's inside of it.
Q. So they -- they just pay you now, I guess, a stipend, or a salary in order to promote it and to talk and teach on it, is that your testimony?
A. Without wanting to sound cheap, most people pay me or pay Top G to say nearly anything about anything.
Q. Well, according to the website, like I said, it says that you are the founder and the owner. So that is a lie on the website. That's what you're saying?
A. "Founder" could be argued, because there was like 15 of us. Owner is absolutely incorrect. If it still says owner, then I don't know why it says that, one, and, two, if I owned it, the Romanians would have it.
Q. And you're partner in a bitcoin that you've also promoted; correct?
A. I think you don't mean bitcoin, you mean, mean coin. And, I have been paid to promote ten to 15 different mean coins, correct.
Q. Specifically, there is one called Zaddy or Daddy; correct, that you've --
A. Daddy.

Q. And are you familiar those are worth 7 million today?
A. I'm aware that the total market cap, which is the total value of all existing coins, is $7 million. But, I don't own those coins. So it's like saying are you aware all the houses on this street are worth this much money?
Well, I don't own the houses, so yeah, they're not my coins. Those are the coins of the people who bought the coin.
Q. So you're not getting a lot of money from The Real World. You're not getting a lot of money from the mean coin. So exactly how do you make money now?
A. Well, unfortunately, I've been reduced to risking my personal health, as I said to Joe, to fight people much bigger and younger than me, in boxing matches that it doesn't seem like I can win anymore.
Up until recently, I had the benefit thinking I could still pull it off, but 39 is not 29. And, outside of that, I have to thank God that even inside of this room, there are ten people who would give me the shirt off their backs. I ended up in America because I was here to promote another boxing event where they paid my flights. So my whole life relies on beating the Romanian case and getting my money back.
Q. Now, you were here when your partner, Mrs. Tate testified; correct? You heard her whole testimony?
A. Correct.
Q. She didn't mention that she's hard up right now, or that

she's unable to pay for her house or anything; correct?
A. Correct.
Q. And, she says that you provide everything for her, isn't that right?
A. Absolutely. I'm very proud of it.
Q. And, in fact, she said that you have paid for luxury designer handbags, shoes, and jewelry for her, right?
A. I bought her a Christmas present. Yes, that's true.
Q. And this was this past Christmas?
A. Yes.
Q. Even though the Romanians took everything from you, you were able to buy her luxury gifts this past Christmas?
A. I fought on December 21st, and I managed to keep my money for four days. My dad used to say to me, the best --
Q. The simple yes or no question, Mr. Tate, is you were able, even though the Romanians took everything, to buy her luxury gifts this past Christmas.
A. Four days after my fight, I had money to buy a $900 bag; correct.
Q. And she also testified that you paid for a surrogate; correct, because you're also expecting another child?
A. Correct, but we paid for all of that before the seizures. So that was paid in advance.
Q. She also mentioned that you traveled both by commercial and charter plane; correct?

A. Correct.
Q. Now, let's talk a little bit about your conditions of confinement. You mentioned that your brother's testimony that you were also here for was accurate as to that, right?
A. Yes.
Q. And, you mentioned that you find it unfair that you should be housed with the kind of people that are in the SHU right now because you have said that you are innocent; correct?
A. I tried to remain logical; however, I'm human. And when I see the other people around me, the things that they've done, considering I'm not even -- I'm not even accused of a crime in America is very difficult to be around these kinds of people; correct.
Q. And one of them is this neighbor you mentioned, who killed his three kids, right?
A. That was in the first week. I moved cells six or seven times.
Q. Do you remember his name?
A. No. The guard told me. I don't know who he is.
Q. You realize that I am the supervisor in the section that would do that case, and that case doesn't exist. We don't have a case against a man who killed his three kids. Are you aware of that?
A. You're very welcome to take the prison guard and put him up here, and try him for perjury. I'm telling you what I was --

have been told.
Q. Now, your brother testified that you do not have a lot of rec time. Isn't that correct?
A. That is correct. However, I believe men should suffer gracefully. I'm asking to participate in my Romanian case so I don't get life, as bad as SHU is. Also, I just want a fair trial.
Q. And I completely understand that. And I think everyone here respects your personal philosophy as to how you handle it. But, the question is, in terms of actual time, hours outside of your cell doing rec time, you're not getting a lot of that, was your testimony. Correct?
A. Correct.
Q. And, in fact, your testimony is you don't get a lot of rec time or time out of your cell in general, besides that, that rec time and the time you meet with your attorneys?
A. Besides meeting with the attorneys, we go to rec three times a week, maybe two times a week, and I don't know how long we're out there. We guess an hour, because they say it is an hour, but of course, we have no access to clocks. I don't know the date. I don't know the time.
Q. Isn't it true, though, that as of August 18th, you and your brother are orderlies in the SHU?
A. Only Tristan is an orderly, not me. So you need to ask Tristan about that. But, yeah. The guards have so much faith

in his decorum and his respect that they're allowing him to paint all of the cells.

Q. So if BOP told me that you and your brother are orderlies who are outside of your cell from one to five additional hours a day, doing work, that would be a lie. That's what you're saying?

A. I state here under the threat of perjury that I'm not an orderly. I remain in the cell, and they said that Tristan is the first orderly in history they trust with paint because they know he is isn't going to do anything and he hasn't done anything wrong. And he wants to be a good person and help the guards, and he has said, "It's not your fault I'm in here. If you need some help, guys, I'll paint the rooms."

That is correct.

Q. You also said Tristan's testimony about being hungry is correct, right?

A. He has lost weight, yes. I don't feel for him. We are close, but he has complained repeatedly about food, correct.

Q. And, actually, you posted or your Twitter account has posted that you have also been hungry and gotten not a lot of food since you have been in the SHU, is that right?

A. Those times, I was hungry. But, three days ago, we got a huge bounty of Doritos and Mars Bars and Snickers, which is not the kind of food we normally eat.

But after six long weeks, we now probably can sustain

ourselves on the absolute worst calories that exist on the planet.
Q. Isn't it true, though, that FDC Miami gives you and your brother three meals a day, in addition to whatever you get from commissary?
A. It is true that we get three meals a day from FDC Miami, yes. If you can call them meals.
Q. So it is just not commissary, is what you are eating?
A. Correct. We have the frozen food, which varies heavily. It very much depends on whoever the chef is.
Q. Now, you mentioned one of the most important things for you right now is that you want to be able to go to Romania to fight your case, right?
A. I don't even expect the court, although as --
Q. It is a yes or no question. Isn't that one of the things you said is the most important right now?
A. The most important thing is to participate. If I can go, that would be a miracle. But, if I can't go, at least, participate so I don't lose by default. I don't want to be stabbed in the back after five years of winning.
Q. Because you said your goal is to go to Romania to fight that case, then to Palm Beach, then to the UK, right?
A. Incorrect. It is Palm Beach, then Romania, then UK. I want the -- the Palm Beach case will be finished long before the Romania case is finished. And, as soon as the Romania case

is finished, I'll be arrested in the courtroom and instantly deported to England, as per my agreement, as per Romania's agreement, as per my lawyer's agreement and the prosecutor's agreement. Everybody agreed that is what would happen. The prosecutor told me not to go to England.

Q. Well, clearly, the UK hasn't agreed to it because they are seeking your extradition from here, right?

A. Up until very recently, they did agree, and I think there's correspondence with Andrew Ford where they conclude and say, yes, we are happy to wait until the end of the Romanian proceedings.

Q. And, in fact, you are so committed to fighting your case in Romania that you stated here today in court that you've even gone back just to sign the paperwork when court has told you to go for a hearing, even though you just immediately returned because you want make sure you show up for all your court hearings. Correct?

A. Absolutely.

Q. You are aware that your attorneys turned over Exhibit 7, excuse me, 8, to their initial motion. It is on the docket as 26-8, which was a travel timeline --

A. Okay.

Q. -- between February 2025 and July 2026. You are aware of that?

A. Okay. But my signing in and my court case began in 2022.

Q. That's not the question I asked.
A. I don't know what they submitted, but I'm sure they submitted that, yes.
Q. Did they talk to you about your travel before they prepared anything so that they could write and be accurate? Do you think?
A. No. I think they requested it from the American Government.
Q. A lot of your travel is to other countries from other countries, so they couldn't get that from the Americans. I'm going to ask you again, if what's in as Exhibit 8 to your attorney's motion for bond, they did not prepare this with you and ask you whether or not it is accurate?
A. Absolutely true. They did not prepare it with me. I've only ever flown, ever, since 2022 on an American passport, which is why I assume the American Government knows where I've been. I've not been asked and I don't remember because it is so many places for work, I couldn't even fill in that document if my life depended on it. I don't know. That must be from the government.
Q. So you're telling this Court that this is not reliable?
A. I'm saying I have never seen it. I'm saying I didn't fill it in. I'm saying I'm assuming it is from the American Government, which would actually make it quite reliable.
MR. MCBRIDE: Excuse me. Could I just see the exhibit

real quick so I can find it?

MS. LOPEZ: Sure. Here is a full (Inaudible) --

THE COURT: (Inaudible) -- it's really for the court reporter, who's going to have to end up dealing with this transcript. It will make it easier. I can understand you.

BY MS. LOPEZ:

Q. So going back to this exhibit, you do admit, though, that between February of 2025 and July of 2026, you have traveled extensively all over the world; correct?

A. Absolutely correct. It was torturous.

Q. And yet, only nine of those, according to your attorneys, only nine of those trips were to Bucharest, Romania, isn't that correct?

A. Well, I return to Romania when I must sign, if I fly to Turkey for work, and then Uzbekistan for work, and then Dubai to see my kids, and then I go to Romania whenever they send me the message, "Get here now."

Q. So out of the 43 trips that they listed as your travel -- because 42 only apply to your brother -- out of the 43 trips that they listed for you, they only listed nine to Romania. And your testimony is that you're so committed to fighting your Romanian case that you've only been there nine times out of the 43?

A. I think a better way to look at it is I've only been there 100 percent of the times I was requested. I don't know why I

would go back in when I am not requested and stand around outside a courtroom that I'm not allowed in. It doesn't make sense.

Q. Even though you're really committed to fighting the case there?

A. Absolutely committed, with 100 percent attendance, yes.

MS. LOPEZ: No further questions.

REDIRECT EXAMINATION

BY MR. MCBRIDE:

Q. How many times do you take a shower?

A. To Tristan's annoyance, once. And annoying him is part of the few joys in the SHU.

MR. MCBRIDE: No further questions.

THE COURT: You can join your defense table (Inaudible).

Mr. Srebnick?

MR. SREBNICK: What we propose to do is Ms. Klein is just going to address the caselaw and the special circumstances. Our best examples of why this, what you've heard, and what you've heard up to now can fit within the special circumstances, as ill-defined as it is.

THE COURT: Ms. Klein?

MS. KLEIN: Yes, Judge.

Your Honor, I just want to point you to some cases where courts have found that special circumstances exist that

mirror some of the circumstances that we are reporting today.

THE COURT: Okay. So these are cases that you didn't cite in either your motion or your reply?

MS. KLEIN: Some of the cases are cited in our motion and reply. Some of the cases are listed in our appendix, but we did not elaborate on them. I can stay brief.

There are a couple of orders from CM/ECF that are not published on Westlaw that I would like to hand so that your clerk can --

THE COURT: You can give us the case number.

MS. KLEIN: The case number?

Are you okay if I describe the case, or do you want me to just --

THE COURT: Okay. I'm trying just to make good use of the time that we have for an evidentiary portion. So particularly, cases that are cited in your brief will be read. So to the extent that you have things that you didn't brief, but think that you need to illustrate for us, go ahead.

MS. KLEIN: Okay. I will be brief, Judge. The first special circumstance that we put forward for you are the Tate stellar record of compliance with their conditions of release -- relief in Romania. In re: Extradition of Manea Ortansa Mirela, the court found defendant's admirable compliance with her bond requirements over and above virtually any other criminal defendant who has appeared before this

magistrate judge over the past 33 years was a special circumstance worthy of release on bond.

THE COURT: Ms. Klein, will you please put the case numbers before the description?

MS. KLEIN: Yes, absolutely. 2018 Westlaw 1634393.

THE COURT: 16343.

MS. KLEIN: 93.

The next case I have is not on Westlaw. It is in re: Extradition of Hulsh. That's a case where -- the case number is 23-CR-74, from the Northern District of Illinois. The docket number is 26.

THE COURT: Okay. When it is outside of my district, then we will go ahead and take a copy of the order. But have you a copy for the Government, as well?

MS. KLEIN: Yes, I do.

THE COURT: Okay.

MS. KLEIN: A copy now, or at the end?

THE COURT: At the end is fine.

MS. KLEIN: In Hulsh, Mr. Hulsh was charged with abduction and obstruction of an official decision in Slovakia. He had taken his children from Slovakia from Chicago without the permission of his wife. His wife filed a Hague petition in the United States District Court, in the Northern District of Illinois in 2019. The Slovakian Government sought his extradition four years later in 2023.

When the court determined whether to release him on bond, they found that there was a special circumstance in that Hulsh had fully complied with all of the United States court orders which had dealt directly with the custody of his children. This includes the compliance with the Court order mandating that he return his children to Slovakia, and appearing in federal court despite knowledge of recent charges filed against him in Slovakia. Such compliance, which appears to be geared towards Hulsh's ultimate desire for lawful reunification with his children, is a special circumstance that would justify bond pending an extradition proceeding.

Moving on to special circumstance two, the Tates's ongoing litigation in Palm Beach and Romania. Courts have recognized, your Honor knows this, that an extraditee's participation in an important domestic litigation or proceeding can constitute a special circumstance. This was recognized as early as 1909 in re: Mitchell by Judge Learned Hand, who held that Mitchell's necessary preparation in a civil suit on which his whole fortune depended was a special circumstance warranting bail.

We also cited in re: Bowey, which is an 11th Circuit case. I'm sure you've read it, where the court found Mr. Bow he would's needs in custody orders in Cobb County was a special circumstance warranting relief. I would also turn the Court's attention to in the matter of the extradition of Blasco, 2018

Westlaw 3691859. That is an Eastern District of California case. Mr. Blasco was being extradited by, I think, Slovakia again, and the Court found, the magistrate judge found that Blasco's participation in his asylum proceedings and his need -- let me find the exact language -- "his preparation for and participation in the merits hearing is immediately necessary."

Blasco's counsel represented that Blasco's presence in court was required for the merits hearing on his asylum application, that he will likely testify in that hearing, and that the hearing was expected to take more than one day, and court found that to be a special circumstance warranting release.

The third special circumstance that I point the Court to is lack of probable cause and likelihood of success on the merits. I have another nonWestlaw case. This is in re: Extradition of Winslow, the case number is 09MC0053, the 2009-case from the Northern District of Ohio. And, in this case, Mexico sought the extradition of Winslow on the charges of sexual abuse of a minor. The warrant is based primarily on statements of the minor and the minor's father. The extraditee was the minor's stepfather.

And, the magistrate judge found that even though there was a dearth of caselaw where the court has found a special circumstance based on a high probability of success on the factual merits of the underlying case, it was a special

circumstance in this case because there was significant evidence that the accuser and her father had fabricated the allegations.

Moving on to the fourth special circumstance, the Tate public visibility.

Your Honor is probably familiar with in re: Chapman. That's the case where Dwayne Lee Chapman, also known as Dog the Bounty Hunter's extradition was sought by Mexico. The magistrate judge in Hawaii found that their fame and their public image and the risk of destroying that public image if they were to flee was a special circumstance warranting release in that case.

THE COURT: I don't really think that is a good summary for Chapman. Chapman -- they very much focus on the fact that they are bounty hunters, that they spent their entire lives pursuing legal proceedings and chasing other criminals.

MS. KLEIN: That was also absolutely a factor in the case also, but, I think the court was very clear to point out that with respect to their show, that millions of people watch it, that they were highly visible, and that goes to risk of flight.

But in the end of the case, when the judge is discussing special circumstances, they note that it -- the risk of destroying their public image is a special circumstance.

The next special circumstance that I would point to is

living openly and the active participation in the other ongoing proceedings. That is in re: Extradition of Pappas, 2023 Westlaw 7220053.

THE COURT: 722?

MS. KLEIN: Sorry?

THE COURT: 722?

MS. KLEIN: 0053. And that's in the Northern District of Illinois, it is a 2023 case. In that case, Pappas was charged in Greece with fraud in 2003.

In 2004, he moved to Chicago, married an American woman, became a U.S. citizen. I think he became a financial advisor at Merrill Lynch. The Greeks tried him without his presence in Greece. He participated, I suppose, remotely, in 2009, and he was convicted, through counsel.

They sought his extradition later in 2023.

And, in granting bail, the magistrate judge held that the fact that Pappas was living openly while complying and participating in the Greek legal process, combined with his extremely remote risk of flight, to be a special circumstance. He did not hide from but actively participated in the Greek legal proceedings, hiring counsel to appear on his behalf in pursuing multiple appeals.

Moving on to the 6th special circumstance, harsh conditions of confinement. We cited at length in our reply the matter of extradition of Toledo Manrique, that's 2020 Westlaw

1307107. The court, I'm sure, is familiar with the case, since we cited it. But, in that case Toledo was also placed on administrative segregation because of his status as a former head of state, and the Court found that the tough conditions of confinement was a special circumstance.

And, the last case that I want to point the court to regarding the lack of diplomatic necessity, as the court knows, the reason for the heavy presumption on bail in extradition cases is the overriding national interest in complying with the United States treaty obligations.

So, when there is not a diplomatic necessity to detain the defendants --

THE COURT: In its brief, it is lack of urgency, and you are characterizing it now as lack of necessity.

MS. KLEIN: Well, I think in our papers, we couch lack of urgency under lack of diplomatic necessity. Diplomatic necessity is a factor that includes many considerations.

We also talk about the availability of bail in the United Kingdom. That goes to the lack of diplomatic necessity because in theory, if the UK doesn't seek to detain extraditee sought by America, why would America need to detain an extraditee here?

But, the one case that I want to point out is another nonWestlaw case. It is called in re: Extradition of Lee. The case number is 23-9089. It is from the District of New Jersey,

and it is at Docket Entry 12.

And, this was a case where Korea sought the extradition of Steven Lee from the United States for embezzlement charges. And, in granting bail, the court considered that Mr. Lee was likely to succeed on the merits of the extradition.

And, in making that determination, the court relied on the fact that Korea had already sought to extradite Mr. Lee from Italy, and Italy refused to extradite Mr. Lee back to Korea. So then Korea went to the United States trying to extradite him.

And, in making their consideration, the court found that to be a special circumstance. The Court's specific language was, "While the court has already concluded that delay, alone, suffices as a special circumstance justifying relief in Mr. Lee's case, this consideration -- that Italy refused to extradite him -- adds further teeth to the determination that bail on conditions is appropriate at this juncture.

And the rest of the cases, I believe we've briefed at length in our papers. I'm sure you reviewed them. They're also listed in our appendix that we filed.

And I would just like to remind the Court that the special circumstance inquiry is cumulative. It doesn't have to just be one special consideration. It can be all of them together.

And with that, I will turn it back to Mr. Srebnick.

THE COURT: Thank you, Ms. Klein. Somebody -- I give you that also.

MS. KLEIN: One more thing, Judge. As to your earlier discussion with Mr. Srebnick regarding the necessity for special circumstances to be over and above, lack of risk of flight and lack of danger to the community, that is not necessarily binding in this District.

The Supreme Court has never held that.

And, several courts across the country have reasoned that logically, the lack of risk of flight and the lack of danger to the community are the two interests that drive the heavy presumption of bail.

And, I have cited for your Honor, Judge Hacker, in in re: Extradition of Garcia, that is a 761 F.Supp. 2d 468, stated that "This Court recognizes that flight risk is a crucial factor in determining whether a potential extraditee should be detained or released on bond. Nonetheless, this Court also recognizes that treating flight risk, as the majority of the district courts do, as a separate and independent inquiry could be problematic; that is, treating flight risk as an independent factor from the special circumstances inquiry could, in theory, lead to absurd results.

"It is illogical to have a test where a potential extraditee can pose no risk of flight, but is required to be

detained because of the lack of a so-called special circumstance."

THE COURT: What was that cite again?

MS. KLEIN: That cite was in re: Extradition of Garcia, 761 F.Supp. 2d 468. And actually, the case that I'm going to give you, in re: Hulsh, has a very good discussion of that issue for your review.

Thank you.

THE COURT: Okay. Ms. Klein, do you have a copy for the Government?

MS. KLEIN: I do.

Do you mind if I pull them out and I will hand them to your clerk?

THE COURT: Okay.

Does that conclude your presentation, Mr. Srebnick?

MR. SREBNICK: It does. I understand that at some point, I'll be able to wrap up after the Government. Is that what you said?

THE COURT: Yes. You get first and last during the motions. You are the burden carrier.

MR. SREBNICK: I will defer my closing arguments until after they --

THE COURT: Understood.

All right. Ms. Lopez, do you need a short comfort break before you begin?

MS. LOPEZ: If we could just briefly -- and also, we spoke to counsel on the last break. Without objection, Government's Exhibits 1 through 20 will be admitted. 12 through 20, we have not had the opportunity to file on the record, unfortunately, because it is not attached to any pleading.

And so the Clerk's office would have to introduce them here, and then do the notice afterwards. I did give your clerk, after speaking to the defense, a flash drive with all of them.

THE COURT: Oh, that was going to be my question. I was handed this. This was what --

MS. LOPEZ: Yes, it has everything, one through 11, which were originally filed with our response at Docket Entry 37, and then 12 through 20, which include the one that's we're going to present today, and that are -- the defense does not have an objection to their admission.

THE COURT: Okay. This is -- Exhibits 1 through 20?

MS. LOPEZ: Yes, your Honor.

THE COURT: Okay. And are they all videos?

MS. LOPEZ: No, your Honor. There is about six or seven videos, and then some of them are PDFs, some of which were already attached to the Docket Entry 37, but some, as I mentioned, I could not file separately because of the rules on filing exhibits.

THE COURT: And you are treating all as the Government's Exhibits 1 through 20 for purposes of this hearing, and you've conferred on all 20, or you told me you've only conferred on --

MS. LOPEZ: Yes, your Honor. We conferred with Mr. Srebnick and Mr. Binhak on all 20. They've received two, or 12 through 20 yesterday. So they have them, and they have no objection.

MR. SREBNICK: That's correct, Judge.

THE COURT: Okay. Then it will be admitted without objection.

(Government's Exhibits 12 - 20 were received in evidence.)

THE COURT: I feel like I'm asking this for a third time, and I apologize. The only thing I need a thumb drive for are videos. But this, gratuitously, just has copies of the PDFs that you're going to upload?

MS. LOPEZ: Yes, your Honor.

THE COURT: All right. Okay.

Back by five, okay.

MS. LOPEZ: Yes, thank you.

THE COURT: That did not mean 5:00 o'clock. That was five minutes.

MS. LOPEZ: Yes, your Honor, understood.

(Recess indicated in proceedings.)

THE COURT: Ms. Lopez, are you ready?

MS. LOPEZ: The Government's ready, your Honor.

Ms. Waxman will go first to discuss risk of flight and dangerousness, and I will discuss special circumstances.

THE COURT: Thank you.

MS. WAXMAN: Permission to proceed, your Honor?

THE COURT: Yes.

MS. WAXMAN: Your Honor, the extraditees have the burden of establishing that they are not a danger, they are not a risk of flight, that there are special circumstances that exist, and they have failed to do all three.

Your Honor, I want to start with dangerousness, specific to the charges -- well, let me start with Romania. The fact that Romania released -- sorry. Your Honor, we have a PowerPoint.

The fact that Romania released the brothers is not dispositive on this Court. And, this Court, neither is there compliance with any Romanian conditions that had been raised before your Honor.

And, your Honor, in Duarte, made a similar assessment about prior compliance with conditions doesn't necessarily rise to the level of not being a risk of flight, not being a danger to the community or special circumstances.

And, your Honor, as it relates to dangerousness of these charges, the nature of offenses, specifically here, your

Honor, Andrew Tate is accused of choking, holding, and while his victims are unconscious, anally and vaginally penetrating them.

We keep hearing something. So sorry. That's why we're exchanging looks.

Aside from that, your Honor, Tristan is accused of human trafficking, money laundering, violence against minors, and on top of all of those allegations, your Honor, there is also the witness tampering element to both of their conduct; specifically, your Honor, one of the exhibits that the Government admitted without objection from the defense is a video of Andrew Tate.

And your Honor, the videos are indicia of who these individuals are. And what was raised by the defense is that the best test, the best assessment for this Court is while they have been under court order. And, the Government would argue that that's not the best assessment of an individual, when they know they're being watched. It's when they don't believe they're being watched by a court. It is when they are speaking to their audience, to the people that they want to encourage to, as Andrew testified, to make money, do right.

But also, your Honor, they promote incredible violence against women, consistent with the allegations that have been brought by the UK.

[Recording indicating Video played].

MS. WAXMAN: The intimidation of witnesses, your Honor, is something that has come up with both of the brothers.

In their motion for bond, your Honor, they stated that there were no allegations of criminal conduct while on release. They have not been charged with current wrongdoing while on release. And, they have no other criminal history in the United States, the United Kingdom, Romania or any other country. Incorrect.

Specifically, your Honor, they were told that they were not permitted to have contact with these witnesses. What they did is they went out and they violated those orders to have contact with these witnesses.

Now, you heard, your Honor, that either Andrew or Tristan, or both, what they did is they facilitated these witnesses coming to the Government. They did so, your Honor, by paying for their travel, by paying for their lodging. They did so by violating court order.

Specifically, your Honor, between December 29, 2022, and July 3, 2026, during those days, the judicial authorities in Romania notified Emory Andrew Tate and Tristan Tate of their standing as defendants and of charges brought against them in connection with commission of several offenses.

From this, your Honor, comes their contact with the witnesses.

Here, your Honor, this is a video of Andrew indicating

that he knew about the charges against him.

(Recording indicating video was played).

THE COURT: Is this admitted as an exhibit?

MS. WAXMAN: Yes, your Honor.

THE COURT: Which exhibit is it?

MS. WAXMAN: PX12, your Honor.

THE COURT: Okay. I can watch it without the Volume XI -- wait. You said it was Government's Exhibit 11?

MS. WAXMAN: 12, your Honor.

THE COURT: All right, thank you.

MS. WAXMAN: Your Honor, then, there were new charges for influencing statements on a continuing basis, specifically, the witness tampering. In this regard, in the case of Emory Andrew Tate, it was found that between January 2023 to July 2024, he influenced or attempted to influence seven victims with the aim inducing them to make false statements, to refrain from making any statements, or to retract their statements.

And, in the case of the defendant, Tristan Tate, it was found that between August 2023 and May 2024, he influenced or attempted to influence a total of 12 victims under the same circumstances.

THE COURT: Ms. Waxman, which exhibit is this?

MS. WAXMAN: PX2, and it is at Tate 0039. That's the Bates number, your Honor.

THE COURT: Thank you. One second.

2, as filed, or new, for the purposes of this hearing? Is it at 30-2?

MS. WAXMAN: Yes, your Honor. 37-2.

THE COURT: Oh, 37. Thank you.

MS. WAXMAN: Correct, your Honor.

THE COURT: Give me the Bates stamp again, please.

MS. WAXMAN: Tate 39. Sorry, your Honor.

MR. SREBNICK: Can you say the exhibit again, please? 37?

MS. WAXMAN: Dash 2.

MR. SREBNICK: At Tate 39?

Thank you.

THE COURT: I'm looking at Tate 39, and I don't see what you've got displayed on the screen.

The document that ends with Tate 39 begins -- it has the heading Romania Public Ministry.

MS. WAXMAN: Your Honor, that's my mistake. It is Tate 47 on Exhibit 3.

THE COURT: Got it.

MS. WAXMAN: And your Honor, this comes from an "under seal" Romanian account.

Your Honor, in the extraditees' motion for bond, they indicate there were no other allegations of criminal conduct while on release.

There were allegations of criminal conduct after pretrial release in 2025. Specifically, from extraditees' Exhibit 9 to their reply, it raises specifically Stern initially found Tate charming and affectionate, and the two became sexually intimate during that June 2024 trip.

If the Court continues reading, it says Stern claims that Tate was verbally abusive during sex, including claims that Stern was his property, and that she had not been hit hard enough.

He would tell Stern, in part, "If you try to leave me, I will ruin your life."

Or, "if you" --

-- excuse me, your Honor --

-- "fuck up again, I will abandon you. And, if you ever fuck with me, I will fucking kill you."

THE COURT: Which exhibit is this?

MS. WAXMAN: Defense Exhibit 9 to their reply.

THE COURT: For me, Defense Exhibit 9, I think is the declaration of Mr. Koch?

Do you have the ECF number?

MS. WAXMAN: Your Honor, sorry. It is our exhibit, it is 46.

THE COURT: Ms. Waxman, this exhibit that you have on the screen, can you tell me where it is on the docket?

MS. WAXMAN: Yes, your Honor.

Oh, it is the Koch one?

MS. WAXMAN: Yes.

THE COURT: Okay. Thank you.

MS. WAXMAN: Your Honor, the reason that this statement is important for the Court is because of the timing of it. In March of 2025, the brothers were allowed to leave Romania, and on March 10th, 2025, these allegations arose.

Continuing, your Honor, in the same statement, after making the allegations, Stern filed a police report. Stern sought and received a DBTRO from Los Angeles Superior Court, and the parties would eventually agree to the entry of a longer-term restraining order on or about September 4th, 2025.

This specifically cuts against the extraditees' arguments that they have been out without any contact or any issue with law enforcement because when they were released from Romania, they came here, and this allegation arose.

MR. SREBNICK: Judge, can we just clarify, is this -- this relates to the California Los Angeles accuser, the charges were declined by the Los Angeles prosecutor, so we're clear what we're talking about here?

MS. WAXMAN: Yes, your Honor.

THE COURT: Yes.

MS. WAXMAN: And, in the extraditees' filing, it said there were no allegations of criminal conduct, and there were.

Your Honor, as it relates to risk of flight, risk of

flight comes in quite a few ways. The extraditees have portrayed themselves and the Government would assert that it is not a character. It is who they are, as millionaires, billionaires, having unfettered access to travel and to funds. Specifically, in the extraditees' filing, they provided a list of travel that they had completed.

So your Honor, specifically, beginning with @ofWudan.

The court heard from Andrew Tate of @ofWudan, and how it is actually somebody else's account, that it is a fan's account that he liked and he took credit for, but that he wasn't associated with it.

Except, your Honor, what we have is we have him accepting credit for that; specifically, in this account, these are all of the messages made by @ofWudan about his lack of ties to any particular location, about his ability to travel, about taunting, "If you want to come get me, then come get me."

And, your Honor, specifically, he goes through his seven passports. He goes through -- he goes through his access to cryptocurrency.

And, what it establishes for this Court is that he is, in fact, a risk of flight.

Now, your Honor, additionally, on top of the defendant -- I apologize -- the extraditees taking credit for this account, it is others who associate with the extraditee who are also taking credit for it, this being his account. It

is photographs of him with others who he associates with. It is videos of him saying, "Follow me at this account."

It is him putting himself out there under this account that demonstrates he's not tied to anything.

This, your Honor.

(Recording indicates video played).

MS. WAXMAN: Your Honor what we hear the extraditee saying is we hear him taking credit for going to multiple accounts for this specific account. And in the photographs and videos, it is him. Partially, what the Court heard today was a little bit of testimony that maybe some of the social media postings are AI.

Certainly, your Honor, the video of him talking, with the tattoo that he has on his body and the voice that the Court just heard today, certainly, that's not a believable position to take.

As it relates to his multiple passports, your Honor, now, we're moving to Tristan.

The multiple passports, your Honor, specifically relate to this Vladimir Scorpius passport. What he indicated in his testimony is that that is a passport that someone went and got for him, and it was fake. It has his date of birth, it has his place of birth, it has his photograph, and the thing that is important, your Honor, for this Court, is that it has this KERP number. The KERP number is a number that comes from the

Mexican Government. And, while there are two methods for obtaining that KERP number, a person going in and obtaining it, or, doing so online, what is required is identification documents in order to obtain that number.

That, your Honor, establishes, at a minimum, that there is a passport that Tristan has that this Court is not aware of because it has not been reported by the extraditees, themselves.

THE COURT: I still don't understand your proffer on this one, because are you in a position to tell me that that is a true KERP number, that the Mexican authority has confirmed that that is a passport number that has been issued?

Because I did not -- I don't think that I've seen that in the record.

MS. WAXMAN: No, your Honor. That it is a real KERP number, yes.

THE COURT: What have you advanced that substantiates that?

MS. WAXMAN: Your Honor, it's Government's --

THE COURT: If you want me to make that finding, I want to make sure that I understand its basis.

MS. WAXMAN: It's Government's Exhibit 15.

THE COURT: Okay. But the ECF number then?

MS. LOPEZ: That's one of the exhibits that we weren't able to file, but is on the flash drive for your Honor.

THE COURT: But, you have a physical copy for me to look at now?

MS. LOPEZ: No, your Honor, but it is up on the screen.

THE COURT: This is demonstrative.

MS. LOPEZ: Yes, your Honor. It is in the presentation in order to show it, and for --

THE COURT: No, I meant, you guys have added some texts to it, you've blown it up.

MS. LOPEZ: No, your Honor, just the --

THE COURT: It comes with this big red circle next to it?

MS. LOPEZ: Just the Government's exhibit number and the Bates stamp number, which were given to the defense, and they agreed that this should come in.

THE COURT: Okay.

MS. WAXMAN: So the page, your Honor, on the left has not been altered or enhanced by the Government.

THE COURT: And this has been admitted as Government's Exhibit 15?

MS. WAXMAN: Correct, your Honor.

THE COURT: And what is it?

MS. WAXMAN: Your Honor, what this is, is this is a record demonstrating that this KERP number is associated with the name, Vladimir Scorpius, and the photograph of Tristan Tate.

THE COURT: Okay. But it is also in Spanish. Is there an English certified translation?

MS. WAXMAN: No, your Honor.

THE COURT: Okay. It came in without objection, so I lack any foundation. How did you get this document?

MS. LOPEZ: Your Honor, I went onto the Government website that's listed there, https:backslashwww.gov.mxbackslashcorpbackslash. That is a Mexican Government website. At that website, you can put in a KERP number and it will give you this certificate that you can present anywhere in Mexico to say that this is a valid KERP number that is still active for the person that is listed and named in that particular certificate.

The Court can go on that website. It is open. You need to either have the KERP number, itself, or your personal identifying information, such as your birth that is associated with it. When you put in the KERP number that is on this Government's Exhibit 1, Annex B, it comes up with Vladimir Scorpius, which is consistent with the passport that is pictured in Annex B, along with the name and the photograph of Tristan Tate.

THE COURT: Can you close the image in the image, so that I can see the document?

Within the body of this document, what does it tell me?

MS. WAXMAN: All that it does is say that it is a valid

KERP number.

THE COURT: All of that text under the sticker for Exhibit 15 says that this is just a valid KERP number?

MS. WAXMAN: Basically, your Honor.

THE COURT: Okay. So having admitted it, and knowing that our local rules require a certified English translation, you have or will have one available when you upload it?

MS. WAXMAN: Yes, your Honor.

THE COURT: Does this provide an issuance date?

MS. WAXMAN: No, your Honor.

THE COURT: Okay.

MS. WAXMAN: Your Honor, as part of Government's exhibits, we also have videos of Andrew Tate indicating that he has multiple passports and identifications. None that are substantiated the way that the Vladimir Scorpius one is for Tristan Tate.

MR. SREBNICK: Same.

MS. WAXMAN: It's Government's 8, 9, 16, and 7, as well as -- now, as part of the extraditees' presentation, they submitted a travel list for the Court to consider to verify where they've been documenting their travel.

However, your Honor, there's locations left off of this that the Court should consider. The reason that the Court should consider these is because the way that the extraditees travel prevents them from being fully tracked, they take

private planes. They haven't documented all their travel.

There is the possibility, your Honor, of them traveling on one passport and coming back on another.

So specifically, your Honor, the first day between August 4th, 2025, and October 14th, 2025, on September 2nd, 2025, Andrew Tate posted "Bulgaria-bound to see Sophia."

This, your Honor, is not part of the extraditees's presentation of travel.

The next one, your Honor, comes in between October 14th and December 23rd, 2025. Specifically, on December 8th, 2025, they took a private jet from Dubai to Romania to play Smash Brothers for 30 minutes, and then flew right back.

The next travel, your Honor, comes in between December 23rd and June 10th, two -- I'm sorry, December 23rd, 2025, and January 10, 2026.

This one, your Honor, shows the brothers celebrating in Dubai on December 31st, 2025, where on their social media, they post "Happy New Year."

January 2nd, your Honor, Andrew Tate posts that he's waiting for his jet to be fueled. That is in a location that we don't know, and that is not captured on their travel, either.

The next one, on January 4th, 2026, "I'm in Romania."

Another one, your Honor, between January 26th, 2026, and February 10th, 2026.

Specifically, they took a chartered plane. It indicates "GM" -- good morning, and it is dated January 27th, and it is the brothers sitting next to each other on a private plane.

This is not captured on their travel presented to the Court.

The next one, is January 28th, 2026, and it is where they post "GM, Bahamas," with a Bahamian flag and a photograph of the two of them standing near the beach.

The next one, your Honor, is January 30th, 2026, charter plane again, and the location is unknown.

Their wealth, your Honor. The Government alleges that the Tates are a risk of flight based on their social media claims that they're self-proclaimed billionaires who own high end vehicles, private jets and a custom $50 million super yacht, and have unrestricted access to traditional funds, cryptocurrency, and bitcoin.

Specifically, your Honor, the burden is on the extraditees. What they did is they presented a video, or they promoted themselves on a -- first of all, the blueprints we covered on one of their text messages, and then subsequent to that, a video of Tristan walking around a partially constructed yacht, saying that this is his super yacht.

Here, Government's 5 is the blueprints posted by Tristan Tate, also including that he has a Bugatti, and that

one is super -- and when his super yacht is finished, he's joining the Flotilla.

Subsequent to that, your Honor, they talk about how their vehicles, a $2.1 million Aston Martin, five and $7 million Bugattis, that those were all rented.

However, your Honor, they post themselves out to be owners of this, of diamond watches, of luxury cars, of private jets, and, they can't take the position and they certainly have not met any standard to show that these are rented.

There are no records that they presented to the Court that these are not their actual belongings. There are no records they presented that anything other than what they say and what they photograph in their years of documenting their wealth and their life are untrue.

Here is a collection of photographs of both of the brothers standing in front of luxury vehicles, and the photographs also extending to videos of them driving around in them, of them posting themselves with others in them.

And, your Honor, specifically to the dangerousness is the nature of the offenses, and specific to the risk of flight is the fact that they have come here before you and they've said, over and over again, "We'll return to Romania. We'll return to Romania. We'll return to the UK."

Your Honor, their records establish otherwise.

Ms. Lopez is now going to hand over the conditions of

detention.

MS. LOPEZ: So your Honor, my section is about the special circumstances of these defendants arguing -- or these extraditees, but I'll say for continuity -- the first thing is that they must prove, because it is their burden, not just that they are not a risk of flight, not just that they're not a danger, but they must also prove that special circumstances apply.

And, in this particular case, while this is a case-by-case analysis, and I think the courts are very clear that there's no brightline rule on what constitutes a special circumstance based on the facts of each extradition, they must show this by clear and convincing evidence.

And, that was Judge Matthewman in the matter of extradition of Rangel Prentt. And, I don't believe that, either individually or collectively, they've shown the Court that here today.

I'll start with their first argument, which is that their compliance with the Romanian conditions somehow is a special circumstance.

The first thing is that this is not exceptional. Special circumstances cannot be ordinary. Courts have found that there must be exceptional circumstances in order to be sufficient for a court to find that a special circumstance exists.

Compliance with the terms of your release is what is expected of everyone who has ever been released on pretrial release. That's not new, and it's not special. The fact that they're complying with what a court has ordered them to do is nothing new, and nothing extraordinary.

But, even so this -- the second circumstance in the United States versus Lanier has said that even a low risk of flight isn't a circumstance that is sufficiently unique to constitute a special circumstance. So that is in our response, at Docket Entry 37.

The other issue that they failed to explain to this Court is that the Romanian release is a completely different legal posture than where this Court is. And your Honor pointed that out earlier this morning, that extradition is a very different procedure from pretrial release.

Even in this country, it is, where, as you can see today, this burden is on them, normally, in the criminal context under the Bail Reform Act, it would be the Government's burden, and that's just because they are completely different.

And, the Romanian court was looking at Romanian law in order to determine whether they should be released under Romanian law.

Now, one of the things is that this Court, and many courts, have stated that they should not be in the position to interpret the law of another country. And, in fact, we saw

that clearly here today, because Mr. Ford came in here and he said that he wanted to talk about Romanian law, and he's not even licensed to practice there.

So no one here today who is an actual attorney, licensed to practice in Romania, has explained that to this Court. But, even so, the caselaw states that this Court should not engage in trying to interpret the laws of other countries when trying to figure out why they did a particular thing.

Additionally, another issue with this argument is that Romania granted this prior to the charging of the new crimes, meaning the witness tampering and the witness influencing. And part of the things that -- and it is, in fact, in both their submissions as a part of their reply, with all their Romanian documents, as well as ours, 2 and 3, the Romanian court was partially influenced by the European Court of Human Rights Treaty, something that, again, I don't think that this Court is in a position or anyone here is in a position to argue because the United States is not a part of the European Court of Human Rights.

So as far as what they did in Romania, the Court should reject the ability or the invitation, better said, to try and understand why the Romanian court did what it did.

But, even so, their compliance with it is not extraordinary. It is what everyone should do. And, their public posting about it also is not unique enough to make this

a special circumstance.

First of all, they could stop posting at any time and stop showing up to all sorts of events at any time, in which case this Court would lose track of them and their public view would be a nullity.

The second is, is that the calculation of flight risk has changed, not only because of the new charges in Romania, but because now they have been arrested on these UK charges here, pending extradition.

And, your Honor, in the matter of extradition of Duarte Jacques stated that the absence of evidence of earlier flight is not sufficient to meet that burden to show that they are not a risk of flight now.

And that's what we have here. They want this Court to engage in that analysis. And, you've already found that that's not sufficient to meet their burden that they're not going to be a risk of flight now.

Now, another special circumstance that they argue is the existence of the extradition order in Romania, and the United States asserts that that is also not a special circumstance.

Their argument is essentially that the existence of this order means that the UK is improperly trying to jump the line in front of Romania, because the Romanian court said, "We will extradite them once the Romanian case is done."

But, here is what their argument ignores: First, this does not preclude the United Kingdom from asking for extradition anywhere else; and, the treaty that we're looking at here is not the treaty between the UK and Romania. It is between the United States and the United Kingdom. That's the treaty which we have to look at, and that's the treaty that the Court must decide whether or not extradition is certifiable.

Now, they don't present any legal authority that this precludes the UK, whether in the UK or here in the United States. They presented zero legal authority that the fact that there is an extradition order already in Romania for the UK -- from them pursuing that here.

They do not present any evidence that the UK has been alleged to have violated any agreement or order from Romania. They allege it, but they have provided no evidence, and it is their burden.

And, even if there had been a breach or a misunderstanding between the UK and Romania -- of which there is no evidence -- such a breach would have no bearing on the United States's treaty obligations with the United Kingdom.

Also, this is exclusively a foreign policy consideration that belongs at the discretion of the Secretary of State, who is the executive functionary who shall decide, ultimately, if they should be extradited.

And, finally, I posit to this Court that yes, the

extradition order in Romania is fine in Romania. But, they took the risk that they could be extradited by the UK and anywhere else when they left the jurisdiction of Romania to travel where they travelled.

At any time they knew that any other country that had an extradition treaty with the UK could get that request. If they stayed in Romania the entire time, we'd be in a different position. But, they haven't.

And, by leaving that court's jurisdiction, they now submit themselves to the jurisdiction of whatever country they happen to be in. In this case, it is the United States, and that's why our treaty with the UK is what controls.

The next thing that they argued is that there was some delay in seeking extradition which constitutes a special circumstance; specifically, that when a requesting country significantly delays seeking extradition, the diplomatic necessity for detention is reduced. And that's at their initial motion, docket entries 23 and 24.

And that's at Page 18.

But, again, they have a few issues with this position. No. 1, they've proven nothing about there being a delay. They've again alleged it, but provided no evidence to this Court.

And, in fact, any delay that might exist is theirs.

So not only can they not say that the UK delayed in

some way, shape, or form, but, they delayed, they became aware of these charges, they were in Romania, and they refused to come back to the UK.

In fact, their attorney testified that he knew that they couldn't come back to the UK because they would be arrested. That's not them wanting to submit themselves and running to the court for the process so that they -- there wasn't a delay. That's them delaying it on purpose because they don't want to be arrested on these charges.

Any argument regarding the UK's delay should be rejected, but, again, they haven't provided any proof of that.

Regardless of whether or not there is a delay, the U.S. treaty obligations remain the same. Nowhere in the extradition statute or the extradition treaty that this country has with the United Kingdom does it relieve the United States of its obligation to surrender the fugitives simply because a specific amount of time has passed.

And, in fact, in in re: Extradition of Kezelbard (phonetic), which is also in our pleading, in that, the 9th Circuit found that the Constitution does not, of its own force, impose on foreign governments the obligation to act speedily in seeking extradition of a fugitive from the United States.

So our Constitution doesn't require it.

The extradition statute doesn't require it.

The extradition treaty requires it.

And, they've provided no evidence of it.

This argument has already been rejected by a sister, or I guess brother court of this Court, which was in Martinelli Berocal. Judge Torres found that a number of other courts have rejected arguments similar to this.

And, there have been the cases that the defense cites were extraordinary. 17 years, almost two decades. But, we founds cases that are also in our pleading where delays similar to this one were found not to be unique and also not enough.

So Martin, for example, was a 17-year delay.

Drumm was a seven-year delay. And in the matter of extradition of Johnson, there was a nine-year delay.

That's much closer to here, where if you're going to say that the arrest warrant was issued in 2024 and it is now 2026, that's two years. That's far below these cases where the delay of seven, 17, and nine years was found not to be unique, or extreme enough to be a special circumstance.

And, again, determining if delay should be a factor and ultimately extraditing someone falls to the Secretary of State, and this is clear in our pleading, not only in Chapman, but in Martin.

Now, their next argument as to this request from the UK is that there was a lack of urgency, and that that constitutes a special circumstance.

Their argument is that the UK's request for the

provisional arrest warrant were not sufficiently urgent as contemplated by Article 12(1) of the treaty.

Well, first of all, their interpretation is wrong. The reference to urgency in the treaty specifies that when the requesting state may request a provisional arrest of the person sought pending presentation of the request for extradition, either through the diplomatic channel or directly between the competent authorities of the UK and the United States -- and here, that would be the Crown Prosecution Service and the Department of Justice -- the urgency merely serves as the treaty's contracting parties' guidance to one another, when one state may request that their treaty partner take the necessary steps to secure the provisional arrest warrant before receiving the extradition request.

So the evaluation of whether the requesting party has made a sufficiently urgent request is within the providence of the foreign sovereign.

And, in this country, that falls to the executive which, as your Honor knows, the ultimate decision will be made by the Secretary of State.

And, this makes sense because urgency is not just temporal, but also related to immediacy.

These foreign policy matters are outside the purview of the courts, and that is in Arias Leiva, where the court there stated, "The executive branch by contrast to the courts is well

suited to weigh the sensitive foreign policy issues inherent in this sphere, and we would not politically -- accountable in any way that the courts are not."

Therefore, urgency has been found by many courts not to be justiceable.

This Court can certainly take into account extreme delays, as I mentioned before, to determine if there has been some other kind of special circumstance. But, the transmission of a provisional arrest warrant, no matter how urgent, does not empower the Court to act, because the Court's ability, even to certify extradition is because statute, Congress, and the executive have given the Court that function.

So there's no requirement that a requesting party affirmatively demonstrate urgency for the provisional arrest, nor is there a requirement that the complaint allege urgency. That is a matter of Extradition Ernst.

And, to the extent that some courts have found that the Government's assessment of urgency was reviewable, the Government's determination, at the very least, is entitled to deference, at a minimum, and that's at Messina.

Now, the defendants have also argued that a special circumstance is the possibility of bail in the UK. And, the United States submits that that is not a special circumstance. I will point the court to in re: Extradition of Bell, where Judge Matthewman discusses this.

But, in addition, there are a couple of issues with this argument that they fail to address.

First of all, it is speculative. There is no guarantee they're going to get bail. No court in the UK, because they have yet to submit themselves to the jurisdiction of the courts in the UK, have found that under their laws, they are entitled to bail and that they could get bail.

The fact that they are facing multiple counts of human trafficking, rape, and assault -- which, by the way, they admitted, both of them, on their crosses, that they are facing life imprisonment -- would seem to weigh against this idea that they're going to get bail. We just don't know.

But, this argument has already been rejected. The mere possibility of bail cannot be a special circumstance because there is no mechanism by which to discern whether the particular defendant will get bail in the other country.

In fact, in, in re: Extradition of Sacirbegovic, which is a Southern District of New York case, that court here said, "Here, at best, the fugitives have shown that the requesting bail statute would not preclude his release on bail" -- which is basically what everyone said here today -- but, they go on to say, "There is no basis for the fugitive's suggestion that the mere possibility of bail in the requesting nation constitutes a special circumstance.

And, in fact, in Bell, as I mentioned before, Judge --

former Chief Judge Matthewman stated -- and this is from 2021 -- merely because they seek, they may seek bail once they arrive in the UK, does not mean that they must or should be given bail here in the United States before they ever arrived in the UK.

It is also well-settled that the requesting country's bail practices have no bearing in the United States' mandatory treaty or statutory obligations to deliver fugitives, and that's in Martinelli Berocal as well as in the matter of extradition of Antonovitz.

Additionally, as I mentioned before, it is not an appropriate consideration for them to ask this Court to apply for in law to ensure that isn't actually erroneously interpreted.

And, that's why courts have decided that they will not try to determine whether or not these defendants will or what their probability is of bail because it would be inappropriate to try to figure that out when no one here is actually admitted in those -- in that country.

And, finally, at the lack of priors, which they mentioned before, it doesn't matter when the allegations are serious, and that's actually an in re: Matter of Bell, as well, which we cited to in our discussion, where there, again, the judge, Judge Matthewman, said that the sheer nature of an alleged rape is enough to show that a defendant is a clear

danger to the community.

And, in fact, he said that a defendant he can't, "Fail to meet his burden even by the lesser preponderance of the evidence standard of establishing he is not a danger to the community," where he is, "Alleged to have submitted a forceable rape against a struggling victim," and that's what we have here.

The next argument that they have is their due process concerns. That's the overarching area that they want to discuss with the Court, and there are a couple of subarguments to this. First, they discuss probable cause, and their likelihood of success in the UK.

This is an injunction hearing. This Court has not been empowered to discuss whether or not there is a likelihood of success in the UK. What this Court, at the later hearing, not now -- meaning at the extradition hearing -- must find whether or not the extradition request, within its four corners, for lack of a better way of putting it, provides sufficient probable cause to certify that this case is eligible for extradition.

But, that's not happening here because it is improper to consider the merits of probable cause during bail hearings.

And we cited numerous cases as to why that is that, and from different areas, including from Martinelli Berocal, which, again, is a decision from your brother court, Judge Torres.

Second of all, is that probable cause is after the UK has submitted that extradition request, that's going to happen at some point, either on September 16th or before, and your Honor had requested at the last hearing to know what the status is. We still don't have it. But, the Brits have told us that they will give it to us by the due date.

But, regardless, their argument as to PC is flawed because their main argument is that well, the premise of the possible cause argument that the UK will have is based on testimony from unidentified and uncooperative witnesses.

And they cite to all these cases in other jurisdictions. So perhaps I should ask this Court to look at cases from this jurisdiction in the 11th Circuit.

In the United States versus Martinelli Berocal, again, the court concluded that testimony -- this is the 11th Circuit 2006 -- concluded that testimony from an unidentified victim witness with firsthand knowledge of the criminal activity was sufficient to establish probable cause. And that's even in our own standard, with our own criminal statutes.

In United States v. Golden, another 11th Circuit case, this time from 2013, the United States 11th District Court of Appeals upheld the search warrant based on uncorroborated testimony from a minor victim.

And, to get more granular, Florida Statute 794.02(1) specifically states that the testimony of a victim need not be

corroborated in a prosecution for certain offenses such as rape, human trafficking, which are the ones we have today.

So they can cite -- and I understand that all these things are not binding -- well, the 11th Circuit is binding on the Court, but the Florida Statute is not.

But, it gives the Court an idea that in this circuit -- which they didn't quote, or cite anything from this circuit, because it didn't help them -- in this circuit, we have found that uncorroborated testimony is sufficient based on the circumstances.

Now, the next thing they argue is a due process concern, that the duration of the extradition proceedings, meaning how long it will take for this to finish here before this Court either certifies extradition or the Secretary of State decides if he will, in fact, extradite these fugitives, is going to take too long. And, they say that this, alone, should be a special circumstance because it -- this delay somehow infringes on their due process.

Well, first of all, the 60-day delay between a provisional arrest warrant and the extradition request, not unique.

Again, a special circumstance can't be something that applies to everybody. That is not a unique circumstance. Every person that has ever been extradited from the United States to the UK has had that 60-day provision. So because

this delay universally applies by the authority of the applicable extradition treaty to any fugitive, it is not unique and it's not special.

Now, there have been some courts that have found that an unusual delay in the extradition proceedings may constitute a special circumstance. It is not a brightline rule.

But, they have also found that the delay must be something beyond factors applicable to all defendants facing extradition, as I said before. And, for a delay to constitute a special circumstance, it must be unusual and excessive. We don't have that here. They've only been in custody for about 40 days.

The second thing is their intent to fight extradition is not a reason to grant bail, isn't unique. A lot of defendants and fugitives decide that they're going to fight extradition. And, there are plenty of cases that we cited in our response as to why this is not a special circumstance.

Additionally, it is speculative. We're only at day 40. We're nowhere near this special, unique, excessive delay. And, in fact, in Martinelli Berocal, which again, is from this circuit, Judge Torres stated, "We do not find here that the length of the anticipated extradition process" -- oh, by the way, a former president of Panama -- "real or imagined, warrants a finding of special circumstances sufficient to grant bail, contrary to the presumption of detention."

And that is at Page 1298.

Second of all, or lastly, any delay that they cause cannot create a special circumstance. They cannot, by delaying -- if that, in fact, is what's going to happen -- they cannot cause a special circumstance, "Well, it has taken so long, but we've asked for these delays."

That's something that, again, we don't know if that's going to happen. Although thus far in this proceeding, the only delays or continuances that have been requested have been from the defense.

But, the point is, is that they cannot, in the future, ask for continued delays and then say, "Oh, it's taking too long, Judge. It is now a special circumstance."

They cannot create their own special circumstance.

Now, they discussed for the first time in their reply how their interest in the Palm Beach case was a special circumstance. And I'm going to leave Mirela out of it because it is an open case. But they said they also have an interest in going there and resolving that matter.

Now, their argument is that they should be released because they have this pending Palm Beach case in which they are the plaintiffs, and it is because their reputations are on the line. Again, a few issues with this argument:

First, this case has not hampered their ability to confer or meet with their attorneys, because Messrs. Maniotis

and McBride represent them, represent them in that case. So it's not like there's some foreign attorney that it has to go through many hoops in order to get to them. It is Messrs. Maniotis and McBride, who are here today, who represent them in that case.

Second, there is no Constitutional right to personal appearances in civil cases. And, in fact, a very simple review of the document -- which I did because it is Florida, and we have sunshine laws, and the dockets are pretty much open -- show that in the last few months, neither defendant has shown up in court, despite the fact that there have been hearings scheduled and other things that have happened in court.

What they have been doing is they've been traveling the world during this case, the pendency of the Palm Beach case, and have been actively engaging in discovery. So has this been hampering their ability to prosecute their defamation case against one of these Romanian victims?

It has not.

The first thing I want to point out is that the justice's order dismissing some, some, not all of the victim's counterclaims or the defendant's counterclaims in that case, meaning Jane Doe -- and that's how I'll refer to her from now on -- was without prejudice. He gave her 20 days to amend the complaint to deal with some issues involving sufficiency of pleading. And she did so. And that is -- so that case is

ongoing.

And, thus far, there have been no motions to dismiss that I could find on the docket that were there, although there are some dockets that are sealed.

But, in addition to that, as I mentioned, they've been actively engaged in discovery while they've been on this case. For example, on August 5th, when these defendants were in custody, at Docket Entry 432 and 433, and the last time on August 13th at Docket Entry 449 and 450, Mr. Maniotis noticed Jane and John Doe, two of the defendants, for depositions.

On August 10th, at Docket Entry 435 and 439, they filed objections with the Court to Jane and John Doe's notice of intent to serve subpoena duces tecum.

And, more importantly, on August 4th, Docket Entry 430, and on August 18th, at Docket Entry 551, they filed a motion asking to reset a hearing on a particular motion because they were unavailable, the attorneys were unavailable to appear. That was not sealed.

And, never once in their motion did they ask the Court to move the date because their clients were unavailable. It was because they were unavailable for hearings in front of this Court.

Now, let's talk about the cases that the defense cited in their pleading as proof that having these other cases should be a special circumstance. Let's talk about in re: Mitchell,

which is the oldest case.

THE COURT: Well, before you move into the legal argument, you touched on the West Palm case, but not the Romanian case.

MS. LOPEZ: I apologize, your Honor. Say that again?

THE COURT: Factually, from the evidentiary standpoint, you talked about the West Palm case, but you haven't, the Romanian case.

MS. LOPEZ: Yes. So first of all, your Honor, this would make no difference. As I mentioned -- and I crossed Mr. Tate, Andrew Tate about this -- they've only -- according to the defense's own exhibit, they've only been in Romania nine times over the last 43 trips that they've taken. That hardly shows an interest that they have in finding the case, in being present to do it. In fact, they've been doing it over the phone, is my guess, or through email or text message with their attorneys. So maybe --

THE COURT: And the proffer is that they don't have access to any of those things now.

MS. LOPEZ: Well, I'll get to that on the conditions of confinement, your Honor, because that's also not accurate.

But, my point is with Romania, is that it's not like they've been hunkered down in Bucharest, waiting every day to go to their attorney's office to help fight that case. That case has been pending for four years.

If anything, they've been fighting to travel, and they have done that sufficiently, according to their own exhibit.

Now, the cases that they cited are factually distinguishable. In re: Mitchell, there was a trial that was scheduled in Mitchell's other case. Mitchell was in detention because he was being held for an extradition request from Canada. His petition for bond was not based on the fact that the suit involved a very large sum of money, all of the fortune of the prisoner, which is what they said in their pleading.

First of all, I thought they had no fortune, so I'm not really sure which side of the mouth they're speaking on.

But, the fact was that the trial in re: Mitchell commenced on the 25th. There was a request for a habeas corpus ad testificandum in that case for this defendant.

And, the application that they made to the federal court for bond was made to "Enlarge him upon bail for the reason that at the present, he's entirely unable to consult with his counsel and prepare for the remainder of the trial, which will probably consume in the" -- and then they give some dates.

I've already discussed it, in the Palm Beach case, Messrs. Maniotis and McBride are the ones representing these defendants, and, therefor, that's not really the same when they have access to them here at FDC. And, as I will explain a little later, they have emails. They have letters.

And, in fact, I know that Mr. Ford visited them when he was here. So that's not accurate to say that FDC has been not allowing them to meet with their attorneys on these other cases.

Let's talk about in re: Extradition of Bowey. Those were divorce proceedings. And, there, the criminal charges in France, who was asking for extradition, were that the defendant was wanted to stand trial on criminal charges of child abduction of his own child. The events leading up to this charge arise out of a stormy marriage. The defendant is a citizen of the United States and Great Britain. That is at that decision at 1366.

And the Court decided to let Mr. Bowey out because the estranged wife's accusations in the divorce proceedings where he was seeking custody and the French Government's criminal charges about him taking the children to the United States were, in fact, part and parcel, all related.

The UK case is not related to the Romanian case. And, the fact that they decided to file, they decided to file a civil case against one of the victims in the Romanian case is also not part and parcel. They chose to file that case, knowing that the Romanian case could go at any time before their civil case was finished.

Second of all, Jane Doe, the victim in that case, is not a victim in the UK case. So again, under this Court's

looking at the British request for these defendants under this treaty between the United States and the UK, it's not related.

Finally, in re: Extradition of Vladimir Blasco, this defendant was set for an immigration asylum hearing. And, because of that kind of hearing, and the testimony that he would have to give explaining why he was entitled to asylum, which is what is required in asylum proceedings, the fact that he couldn't make it because he was in extradition proceedings was the reason why the court decided to release him on bond. That's not what we have here.

We know Messrs. Maniotis and McBride are engaging in discovery. There have been several continuances of that trial because of the continuing discovery, including the fact that they've tried to have these victims come in for depositions. Or excuse me, the defendants in that case come in for depositions. So that's not a special circumstance.

But finally, let's talk about the conditions of confinement.

It is important for this Court to know what the conditions are because they've made such a -- hay of what they're allegedly going through. So let's discuss this, because I know Mr. Srebnick spoke to BOP's senior attorney, and so have I.

And so let's be all on the same page on what's going on here.

Let's talk about their allegations that the Tates have limited contact with the outside world. In their first motion, they said that they have limited contact with their families. And, in the second reply, they said they have only one phone call per month.

Well, as to the family visits, staff at FDC, when these two defendants arrived, talked to them about the procedure to receive family visits, and offered the paperwork for them to fill out to have family visits. And, neither one of them took the forms, according to BOP records, and they both advised that they did not have any immediate family that they wanted to add to the list.

Inmates in the SHU are always given attorney phone calls, as many as they want. They are only allowed one social call a month. But, they are also allowed to receive mail.

I understand that perhaps pen-pals is not something we all do anymore. It certainly was something that was common when I was younger. But, Mr. Tate has been posting on CobraTate, through his intermediaries, that he's received thousands of letters from the UK, and thousands of letters from his -- so much that they have to have a cart for it. So clearly, he's getting communications. So it's not like he doesn't have contact with the outside world.

Now, the next thing that they allege is this lack of basic and/or medical care. And they have a couple of these

allegations. The first in their first motion was that they sleep without pillows. Well, what they failed to tell this Court is that the Tates have been provided with an integrated mattress. That is a mattress that has a pillow included in it. And that is permitted by BOP Program Statement 5270.12.

Provisions of pillow separate from a mattress is only required under that statement if the mattress does not have an integrated pillow.

And, Mr. Maniotis has written a letter to BOP stating that he understands that that's the state of play at the statement, and he acknowledges that his clients have an integrated mattress.

So to tell this Court that they have no pillow is not accurate. To say they don't have a separate pillow would be, but, regardless, BOP's statement allows them to have it, and they weren't completely clear with the Court on that.

The next thing that they talk about is this pepper spray incident. And I'll just use pepper spray to not keep saying, I guess, the Latin version of it.

The first thing that they argue is that they were, I guess, exposed to this. And, in their reply, they stated that no officer decontaminated them and no medical staff examined them.

And then they stated that Mr. Maniotis arrived approximately two hours later for the legal visit, and was

brought to the SHU to meet with them, and that he suffered from the same effects.

Well, let's talk about that. First of all, these are the Justice regulations that control OC or pepper spray, not North Miami Beach, or the two police departments that they cited, because those regulations discuss the deployment of pepper spray out in the open when they're trying to subdue a subject. These ones from Justice discuss an incarcerative setting, which is what they're in. They're not out in the open. They're in an incarcerative setting.

OC spray produces a fine aerosol cloud. Indoors, with limited ventilation, airborne particles can linger from minutes to 30 minutes. That's indoors with limited ventilation.

But, once airborne irritant -- when there is, like, ventilation, the level drops rapidly, the level of that compound drops rapidly, and the physical effects resolve within one or two hours of deployment if there is no decontamination. But, when there -- as I said again, if there is ventilation, it drops rapidly.

And, by the way, incidents involving pepper spray can happen in general population as well as in the SHU. That's not extraordinary, and that's not SHU-specific.

Let's talk about what the BOP records with the FDC records show about this particular incident.

There was OC spray used in the cell of another inmate,

which is several cells away from their cell, not across.

And, they did take decontamination measures. First, there is an air exchanger. What is that?

They activated it, and it takes the air out of the SHU to air handlers located on another floor of FDC, recycles it to clean it, and then returns clean air to the SHU. That's the first thing they did once they were done subduing that particular inmate.

Then they added additional ventilation using industrial fans. And, they did physical cleanup of that actual cell where the OC spray was deployed.

And, as your Honor heard, they are steel doors. It is not barred doors like we have in the old west. It is steel doors that are pretty much solid except for where you put in the little slot for your food and a little bit of a crack on the bottom where the floor meets the door.

Now, what's interesting is BOP records don't show that the Tates requested medical attention, complained to staff of any issues, asked to speak to the duty physician's assistant that does rounds in the SHU, or asked to be taken to the clinic, either during or after the OC spray deployment.

Now, the important thing, too, though, is that there are no visiting rules within one of the SHU housing quads. There are four housing quads where the inmates are housed. No one, absolutely no one who is not BOP or the inmates are

allowed in. The visiting rooms are past cement doors that are outside of the housing quad area.

And, as I mentioned, the air -- I guess recyclers were activated immediately after the deployment. So it -- it would be incomplete to say that Mr. Maniotis was brought into the SHU to meet with them. He was brought to the visiting rooms outside of the SHU, because he didn't go into the housing quadrants where the spray actually went.

And, more importantly, during and after the attorney meeting, Mr. Maniotis did not inform FDC staff that his clients needed medical attention.

Let's talk about these attorney meetings, because in their first pleading, they stated that attorney/client meetings take place in rooms monitored by cameras, as if there's something nefarious going on. Well, at the end of the day, FDC Miami is a jail. And, jails have cameras in hallways and in rooms for the safety of the facility, the staff, and the inmates.

Now, the visiting rooms that are provided to them to meet with their attorneys do have cameras because FDC is a jail.

But, crucially, what they don't have is audio. So FDC Miami staff and anyone else who's looking at the camera feed cannot hear what they're talking about because, as your Honor knows, all of that is privileged, and FDC is very clear about

that.

So if this was the state of play and whether or not they believe it is neither here nor there, the actual fact is that there's no audio, so that doesn't impede them from being able to visit with their attorneys.

The next thing that they argued in their next statement about their attorney/client meetings was that undersigned counsel was turned away from the facility twice in the past week alone.

"Alone" almost seemingly indicating that it has happened many, many times. But, just the week that they filed their motion -- because they filed it on August 7th -- they were only turned -- just that week, it was twice.

Well, let's talk about that. First of all, let's talk about the fact that these defendants have been granted joint codefendant meetings with their attorneys. That is not granted to everyone in FDC. Most defendants have to meet individually with their attorney. They are allowed to meet together with all of their attorneys. And there's no limit that FDC places on how long the attorney/client meeting can last.

So let's talk about these alleged incidents where they were turned away. August 3rd, FDC records show that Messrs. Maniotis and McBride arrived at FDC at 6:30. And, during the initial screening to enter FDC, Mr. McBride was told by staff that he could not enter because he had a sweat suit, meaning a

sweat suit is sweat shirt and sweat pants. Well, this should not be a surprise, nor is it nefarious, because it is clearly indicated on FDC Miami's visiting website.

Their visitation guidelines state, in Section M, "The following attire is strictly prohibited, sweat pants and sweat shirts."

So this is not like some sort of weird conspiracy to keep them from meeting with their clients.

In fact, Mr. McBride was told all he had to do was change and return and he would be admitted. He left, and he never returned.

You know who didn't meet with the clients? Mr. Maniotis.

So to say that they were turned away without telling this Court that A, Mr. McBride was offered the opportunity to come back, and, two, that Mr. Maniotis did actually get admitted to meet with the attorneys doesn't really seem to be clear.

Let's talk about August 4th, the next day.

Well, that was the FDC bomb scare where they found a suspicious package and closed down that entire area for hours until they could confirm with the City of Miami that there was no bomb or anything harmful in that package.

Messrs. Maniotis and McBride came to visit their clients during that lockdown and were turned away because of

the lockdown.

But, what they didn't tell this Court is that they came back at 6:00 P.M. that night, they were admitted and they met with their clients.

And, the Government has since found out that on August 12th -- which it couldn't have known that when they filed their August 7th motion, one of them -- and it's not clear which one -- of the many attorneys that the Tates have elected to come visit with them -- but, they were turned away because the cutoff to enter for visitation is 8:00 P.M., because visiting hours end at nine.

Again, not a conspiracy, because it is clearly posted on the FDC Miami's visitation guidelines. It is a special note about legal visitations.

Let's talk about entertainment, because they argue that they don't have television. And that, in fact, is correct. They do not have a television.

But, as Mr. Emory Andrew Tate's ex's account constantly posts, he's asked for books. He's been reading books, All Quiet on the Western Front.

Recently, he posted about Stonewall Jackson, and he says that he's received over a hundred of them. So to say that they don't have anything to entertain them, they're just looking at the ceiling all day -- not accurate.

They also argue about the radios. In their first

motion, they said they had no radio. In their reply, they said they had no radio. But, even they had to admit that now they have one, why?

Because what they failed to tell the Court is that they could order them through commissary. And, in fact, ordered one on August 5th, but FDC was out of stock, and they were told that they could order them again when they came back into stock.

And, how do we know this isn't false?

Government's Exhibit 19, which I provided to the Court on a flash drive -- these are their August 21st FDC Miami commissary order forms where both of them request radios, and Andrew Tate even says, "unless my brother gets it -- one radio between us."

The recreation time they said to this Court, both in their pleadings and in their testimony, that they've only had three days a week, at most, of rec time.

Now, rec time only occurs on the weekdays at FDC. Saturday and Sunday, no one, not even general population, is doing rec time. The inmates are allowed five total hours of rec time per week, that they can choose how to allocate it. And, in fact, the FDC records show that when the Tates do, do recreation time, it is anywhere between one to two hours at a time.

This is the graphic of every day that they have had rec

time. Every check is the day that they've had it. And, these are the first 15 days of rec time here at the front.

They allege they only had four days of rec time in their first 15 days of incarceration, but, FDC records show that's not accurate. They had six in the first 15 days.

And, as your Honor can see, there are many days where they're offered the rec time and they've refused.

It is not that they're not given it. They make the choice not to take advantage of the rec time except for one day when they were asleep and two days when it is not recorded at the very beginning of their incarceration, the 20th and 21st.

So to say in their first motion that they only had four days of rec time in their first 15 is not accurate. That's six recreation days, and, in the total 40 days -- because today is the 40th day that they've been incarcerated -- they've had a total of 28 possible days they could have taken rec time. That's 70 percent of that incarcerative period, actual days that they took up that offer were 15 out of the 28 days, 53 percent out of the total 40. They rejected ten days, which is 25 percent of what they could have been doing, were asleep one day, which was 3.5, and then we don't have information for those two days.

But, like I mentioned when I was crossing Mr. Andrew Tate, let's talk about the time outside their cell. Because in their original motion, they said they only had 11 of 15 days

where they originally got arrested. They had no time outside of their cells. We already know that's not accurate based on the rec time.

But, in the 40 days that they have been in custody, they've been visited by their attorneys 34 out of 40 days. Of those 34 days that their attorneys have visited them, 15 of those days have been two a day; a morning visit and an afternoon visit. And, as I mentioned, there is no limits placed by FDC on how long those visits can last, and all of them have been at least an hour.

FDC records estimate that between the rec time and the attorney visits from July 18th, the day that they were arrested, to July, to August 18th, so that whole month, the Tates averaged four to five hours outside of their cell every day.

But, as they had to admit, they are now orderlies. Mr. Andrew Tate says that he's not an orderly. But, FDC records show the opposite. What do they do?

They do laundry. They fold clothes. They do general sanitation tasks like sweeping, mopping in the SHU.

Their workday as orderlies can last anywhere between one to five hours, depending on the work that needs to get done, and this time is in addition to the time outside of their cells for attorney visits and for rec time.

So FDC estimates that as of August 15th, they now

average anywhere between four to eight hours outside of their cell, depending on how much work they have to do as orderlies in the SHU.

So again, to say that they have like this one hour a day and that's all they get is not accurate. Many times, they have chosen not to do the rec time, and now, they, between attorney visits and the rec time, and their work as orderlies, they do much more than that.

Let's talk about the commissary, because I think this is the most interesting thing out of them all. They allege in their first motion, they had no commissary access, and that they were denied basic grooming products.

But, when the Government filed its response, specifically, Exhibit 10, that showed their receipts, they had to walk that back a little bit.

Then they said they had limited commissary items with access only once every two weeks. Well, let's talk a little bit about how commissary works at FDC, because commissary orders are taken every other week throughout FDC, general population, and the SHU. It is inaccurate for them to testify that the commissary in general population is every day. It is not. Every single inmate in FDC, according to FDC records, makes their records every other week. So that would not change, whether they were in the SHU or not.

And, a captain at FDC has given these defendants

special dispensation to order things off of the general commissary list. The SHU list is very narrow. He has allowed them to make requests off of things that are on the general population commissary list.

This is the schedule. They were offered the week that they first arrived at FDC to do commissary, and they did not make any orders.

So they were offered, they didn't make them.

July 27th was the off week. The next week, August 3rd, they made orders. August 10th was an off week. August 17th, they made orders again, and this week is an off week. So they have the opportunity to ask for more commissary next week.

Government's Exhibit 10 shows that they made, in fact, commissary; when they filed their motion and told this Court that they had no commissary access, they already ordered commissary, and have been charged to their accounts.

And, look here. Men's Speed Stick and VO5 Shampoo Conditioner and Body Wash. Those are grooming products.

So to say that they had no commissary and no access to grooming products at that point when they filed their initial motion is not accurate.

Then we know that they order more things on August 21st. They order vitamins. Mr. Andrew Tate ordered cough drops.

And they ordered an inordinate amount of food; 20 beef

jerky, ten Snickers, 20 individual soups. Those things were charged to their commissary.

This is all Government's Exhibit 19.

And, in fact, Mr. Andrew Tate also got JBC Score headphones. I suppose for all the rec time he's not doing.

They both testified that they lost weight. And, it is in their pleading, as well. They have no access to commissary. This is their first motion, and they're losing weight.

Well, what's interesting is that as I mentioned, FDC gives inmates three meals per day in addition to whatever they have through commissary. And, neither one of these defendants have told them that there are dietary restrictions that don't allow them to eat certain things.

Now, at Government's Exhibit 20, Andrew Tate's Twitter account posted that on the 20th, he received a piece of bread and three fish sticks. That was it. Boo-hoo.

FDC records actually show these were the three meals that were given to everyone at FDC on that date. Breakfast, applesauce, cereal, breakfast pastry, and milk.

Lunch was baked chicken, mashed potatoes, broccoli, and a slice of bread.

Dinner was chicken, fried rice, black beans, and carrots, and a slice of bread.

No fish sticks. Definitely not just three of them and a piece of bread.

So to say that, like commissary, is all they have, not accurate.

There are no scales within the SHU for them to weigh themselves. In fact, there are no scales anywhere besides the clinic to weigh defendants.

Well, let's talk about what they self-reported to the U.S. Marshal Service and BOP when they were arrested, according to FDC records.

On the July 18th report, they self-reported, Mr. Andrew Tate, that he weighed 209 pounds, and Tristan Tate reported he weighed 232 pounds.

Now, as a part of their regular medical care, they had an August 12th physical where Emory Andrew Tate weighed 209.2 pounds, and Tristan Tate weighed 232.1 pounds. So more or less, the same as what they self-reported on the 18th. This is almost a month later, after their arrest, and they haven't lost weight.

But, they were weighed yesterday at a physical, and Andrew Tate now weighs 212 pounds, so that's three more than what he weighed on August 12th, and Tristan Tate weighs 233.8 pounds. That's 1.7 pounds more than on the August 12th physical. So is it accurate to say that they're losing weight?

Absolutely not. The BOP records show that their physicals -- they belie that message that they want to give the Court.

So where we're going to end this particular section is, is this like Toledo Manrique?

Is it like it?

Because they want the Court to believe it is. And, in fact, their argument in their reply was that this was strikingly similar, strikingly similar to that case.

Well, first of all, they argue they are in continued detention and solitary confinement. This is from their initial motion for bond, right?

And, they say that that is unsupported, right, and is inconsistent with due process, this solitary confinement.

Now, the National Institute of Corrections defines solitary confinement as a form of imprisonment in which an inmate is isolated from human contact, isolated from all human contact, typically in a small cell for 22 to 24 hours a day. Well, let's compare them to Mr. Toledo Manrique, if they think it is so strikingly similar.

First, at FDC, they are housed together in the same cell. That's not solitary confinement. They may be in the SHU, but they are housed in the same cell where they have human contact with each other all day, every day.

By contrast, Toledo Manrique was in a cell by himself and was not allowed to have contact with any other inmates. This is an excerpt of Toledo Manrique's own motion opposing the United States's request for detention pursuant to his bond, and

that's the cite. The case is 19-MJ-71055, and it is ECF-19 at Page 13.

He alleged that although he is housed in a pod with 13 other inmates, none of the inmates in administrative separation, including him, were allowed contact with any other inmate. So is that strikingly similar to the Tates?

No. Because Toledo Manrique was in a cell by himself, and he did not have the opportunity to interact with any other inmates.

By contrast, they're housed together and now they're orderlies. So they walk around the SHU and they have contact with other people within the SHU.

Let's talk about recreation time. As I mentioned about the Tates, in the 40 days that they have been incarcerated, they have possible rec time of 70 percent of this incarcerative period. They could have taken rec 28 of those days; 34 days, 85 percent of this time, they have attorney visits; and 37.5 of that time, there were two-a-day visits, meaning morning an afternoon. And then the orderly work hours can go anywhere between one to five hours per day. So the average out of time of the cell, according to FDC now, is somewhere between four to eight.

Contrast that with Mr. Toledo Manrique. He was only allowed out once every other day for an hour. That's from his own pleading. That's ECF19, again, at Page 13.

That means his possible rec time in the amount of time he had been incarcerated was only 50 percent. So he had 20 percent less rec time available to him than these defendants.

His attorney meetings, he said in that pleading, were not daily. He was not an orderly, and he was housed alone.

So four to five hours a day versus one hour every couple of days, assuming that they had enough time because there was a lot of discussion in this pleading about how sometimes he couldn't take rec time if other people had had their chance to. Not the same.

More importantly, let's talk about what they don't want to say, and that's that Toledo Manrique had significant mental health issues, to the point where the district court stated that he had a marked decline in his mental health. This is from Exhibit M, in support of Toledo Manrique's motion asking the district court to review the magistrate's court's denial of his bond.

And, that's again in that same case number, 19-MJ-1055, this is ECF-41 at Page 2.

What did the doctor for Mr. Toledo Manrique -- the reason why the district court reversed the magistrate court -- what did he note was going on with Toledo Manrique?

He said he had a breakdown in basic interest in maintaining his grooming and hygiene.

They are complaining they didn't have any grooming products.

"Marked demoralization, increasing anxiety and depression, increasing psychomotor retardation, makes far less eye contact than when I initially began treating him, and shows increasing memory deficits."

Those were the things that the doctor told the court he had observed of Toledo Manrique which caused him to opine that he was in mental health decline, and the district court to say, "You know what, if we continue to house him in the very restrictive situation he's in" -- which we've already discussed is not what it -- where these defendants are at, that he was going to continue to have marked mental health decline.

Well, Mr. Tate just posted the other day on the 22nd on his Twitter -- and again, I know it's not him. He gives what he wants to be said to his handlers through his attorneys, and then they post it -- he did a thousand pushups, 300 squats, hours of aikido, finished the history of Stonewall Jackson, who he terms is a "G," wrote 45 letters, and is now beginning to write his book.

And then he tells his followers that -- how much work did you do today? Don't be outperformed by a man in a prison cell.

As a matter of fact, the BOP health records not only showing they haven't lost weight, it shows that their thought

content is fine and normal; that their interest in grooming and their appearance is normal; that their psychomotor abilities are normal.

Is that like Toledo Manrique?

Not at all. It is nothing like Toledo Manrique, which is why the Court should refuse to follow Toledo Manrique, who is sort of the harbinger of what this Court should do in this case.

In conclusion, your Honor -- again, this is their burden: They provided this Court nothing but their own statements that are uncorroborated. The same thing that they complain about as a special circumstance -- they shouldn't be allowed to talk out of both sides of their mouth.

They haven't shown that they are not a danger. The facts of the case under Bell are sufficient to show dangerousness, and we know that they've been charged with witness intimidation and false testimony after their initial arrest in Romania.

They haven't rebutted that they are risks of flight. They want to say that @ofWudan is not Andrew Tate, and he testified to that, and yet, he is on video saying that it's him.

THE COURT: And yet, Ms. Waxman covered this, and our one-attorney rule says that you're not going to repeat it.

MS. LOPEZ: Very well, your Honor.

THE COURT: Thank you.

MS. LOPEZ: But, they provided this Court with no evidence to corroborate their allegations.

They have inconsistencies with their travel, and they haven't provided this Court with any proof of what their real financial situation is. Without independent corroboration, this Court cannot rely on their assertions, because if there's one thing that they did admit to today under oath and in their last reply is that they are liars. They exaggerate. They don't tell the truth.

And, without corroboration for what they're saying now, this Court has nothing, nothing beyond clear and convincing evidence that what they've testified to here today and what they've written in their pleadings isn't just another lie and isn't just another exaggeration that suits them.

And that should be enough for this Court.

Mr. Srebnick was right about one thing. There are no special circumstances in this case. What there is, is an exceptional circumstance of two defendants who have come before this Court, not meeting their burden, based on factual bases that they provide that are incomplete, inaccurate and inconsistent. And, this Court should reject any of that evidence. The Court should find they have not met their burden, and the Court should hold them without bail pending the extradition in this case.

Thank you.

THE COURT: Thank you, Ms. Lopez.

You get the last word.

MR. SREBNICK: Let me just start by reminding the Government that when Mr. Manrique's health at the solitary confinement was deteriorating and he was going into mental health distress, the Government was still arguing against bail in his case.

So if the Government comes to the Court showing cases where bail was granted in cases where the Government would have resisted, did resist bail in all of those cases, and so let's start with the reality that, if your Honor, I will make it real simple, if your Honor agrees that, No. 1, they'll obey your court orders and appear in court whenever you tell them to appear in court, that they will not be committing crimes while out on bail, whether it is under house arrest, lockdown and house arrest, if you're satisfied with those two points, which until now, the Romanian courts were satisfied, if you're satisfied with that, then all that is left for you to decide under the current state of the law is whether this case presents what the case calls a special circumstance, which, maybe to use one of the justices's references in an old Supreme Court case --

THE COURT: "You know it when you see it."

MR. SREBNICK: "You know it when you see it."

THE COURT: I knew where you were headed.

MR. SREBNICK: And it's hard to define, but you know it when you see it. You know it when you see that two men -- this may be the very first time in the history of the Southern District of Florida where two extraditees -- I'll prefer just to call them the Tate brothers -- took the witness stand under oath and testified and explained to you in their own words why it is so important to them that they have an opportunity to defend themselves in a Romanian court where they've been defending themselves for years.

Against the testimony of the Tate brothers, the Government did not offer you any witnesses at all. You still don't know the first thing about who the accusers are. You have no idea. You know nothing about if they exist. And, if they do exist, what motives they have, what credibility issues they have.

You do know one thing, though, from a second, a third witness that testified before you, Ms. Sesay, that she, too, was trying to be recruited by the UK to be a witness against the Tate brothers. She was going to be labeled a victim, but she said, "No. I'm not a victim. No, I was not sex-trafficked and I wasn't participating in sex trafficking."

So you had the benefit of live testimony, people willing to show their face, to take an oath, be cross-examined and answer questions. So you know only about the three

witnesses that testified before you, and you know nothing, absolutely nothing about the accusers in Great Britain. For all we know, the Government has labeled Ms. Sesay an accuser in Great Britain. We just don't know. You don't know. So let's just create the playing field.

And what you do know is that there's no doubt that these two men have committed to defend themselves in a country, Romania, where their assets have been seized and they are facing life in prison, and each and every time they were obligated to return, obligated to appear, they did.

And so when the Government says to you that these cases say that risk of flight is not enough, or lack of risk of flight, or a finding of lack of risk of flight is not enough, what makes this case different --

By the way, is the air-conditioning turned off? Because it does feel like we've lost the air conditioning in this --

THE COURT: So the reality is that at 5:00 o'clock, the Government building does, in fact, change.

MR. SREBNICK: I see. So the Government filibustered long enough so I would have to take the podium after all. I see how it works --

THE COURT: I think it is a different agency, but --

MR. SREBNICK: -- I got it.

In any event, what we have here is not --

THE COURT: It hasn't reached me yet, so I'm still paying attention.

Go ahead.

MR. SREBNICK: What we have here is evidence that they actually obeyed the court orders, not just you having to make an educated guess about it. We actually have a record of their appearances in court.

And, against that, the Government puts up flight records that we proffered that shows dozens of flights. And perhaps it doesn't include all of the flights, so that we could gather from the records we had available, and if there are more, more to them. More flights means more times they did not take advantage of an opportunity that the Government says they would take advantage of and flee.

More times that they obeyed a court order of a Romanian court to appear.

And so what you have here is an exceptional showing that they have not presented a risk of flight in a real court case, not a theoretical, what will they do in the future?

You actually have the benefit of what they did in the past.

Now, what constitutes special circumstances?

And I'll return to some of the arguments the Government made about danger and risk of flight. But, I think we just all need to come to some understanding of what it takes, because

the Government has never agreed that special circumstances exist.

They've resisted bail at every single extradition case that they've cited. They haven't cited us a single case where they admit special circumstances exist. So I ask, rhetorically, to my colleagues at the Government table, what does it take?

Because they haven't told you what it takes. Because, in their view --

THE COURT: But, in fairness, we wouldn't find that if there wouldn't be an opinion. We couldn't search Westlaw and find that.

MR. SREBNICK: That's okay. But, they are the Government. They know the cases.

THE COURT: I understand. They can't find it.

MR. SREBNICK: Exactly. So they haven't shown you a single case where they said, these are special circumstances. I imagine there must be a cooperator somewhere on the planet Earth that got the benefit of that, but they haven't cited him yet.

The point is, in the government's view, there is never a special circumstance. They will always argue against it.

And so what do you have in this case?

You have a compilation of circumstances, I think the most important of which is the Romanian proceeding that these

gentlemen want to defend, not just their assets. The Government made -- overlooked, they made a sarcastic remark, well, they have no fortune. What are they talking about?

You heard the testimony. Their assets have been seized by the Romanian Government. They have a huge financial stake in litigating in Romania. But, even more so, they are facing life in prison by a Romanian court.

And, whether they answer those charges or not, the government of Romania, the UK, are coming to get them.

And they are here to answer those charges. They have a -- all the incentive in the world to clear their names. The Government turns it on them and says, well, they have an incentive to flee.

Again, you had the benefit of listening to them and observing their conduct over four years, the legal team that they have, the efforts that they've made to clear their names.

The Government uses the Palm Beach litigation as if it is, again, some evidence the Government suggests to you of some untoward conduct.

The same accuser in Romania is the person, the Jane Doe in Palm Beach. And, you've heard that in Palm Beach, there is an active litigation. The judge in Palm Beach has not dismissed the defamation accusations levied by the Tate brothers. What the judge in Palm Beach did do is dismiss the original counterclaim. The defendant there had to narrow her

claims. She filed and then had to refile, and the judge rejected her RICO claims, rejected various wild theories against the Tate brothers, and so that case will go to trial.

THE COURT: Is it both brothers?

MR. SREBNICK: I believe so yes.

THE COURT: Okay.

MR. SREBNICK: Yes.

And so you have two active litigations that the brothers have been pursuing. And let's be real, we all know, as lawyers, the litigant doesn't go to court each and every time that there is a proceeding. That's not what this is about. They will be at the trial, of course, but pretrial, and particularly in civil litigation, the litigant doesn't attend all of the Court proceedings.

The point is they need to have access to their counsel. They need to have the ability to prepare, which they have had, uninterrupted, until they got taken to the SHU.

And you know from the records, in order for them to prepare for any litigation, what it takes from the SHU to prepare for that litigation, say nothing about the Romanian -- we'll talk more about that in a moment.

Their main concern is to be able to be at that trial when the judge sets it at the end of this year so they can actively participate in that.

But, that is just this big compared to what's at stake

in the Romania case, where between now and whenever they are deemed to be extraditable, they need to know that they're going to have the ability to defend themselves in Romania, and not be -- try to defend themselves as pretrial detainees here in the Southern District of Florida.

Now, if we could have our wish list, they'd be able to return to Romania to actively litigate in person. We'll cross that bridge if your Honor decides that bail is appropriate.

We'll cross that bridge when the United States decides whether they're going to extradite to England, or versus extraditing them to Romania, which there is no pending request for that; but, in the meantime, the Tate brothers have told you just why it is so important to them that they not be deprived of their opportunity to defend themselves in Romania.

Now, that, to me, sounds at least as strong as the two cases that we've cited where only money was at stake, the one where --

THE COURT: Notwithstanding their motivation to -- I'm not confident that I understand your argument that it is impeding them from participating in the Romanian proceedings. For example, I don't know what proceeding -- it has been going on for four years. I don't know what proceeding it is that they -- you've just recounted litigants don't go to every proceeding. I don't know the status of it.

So I sit here not understanding your proffer that they

are -- that being here impedes them from participating.

MR. SREBNICK: Well, they've had no access to their counsel, their Romanian counsel, who is there, not here, and they don't have access to a telephone or video or any way for them to communicate with their Romanian counsel, as we sit here now. They can send him a pen-pal letter, perhaps, and he might be able to send them a pen-pal letter. But, that's about all the communication they have available under the conditions that they find themselves in.

And, their main concern is that they not be defaulted or somehow proceedings will occur in absentia. And, while you are correct, we don't have a record of how that might pan out, that is their concern. There is, I'm told -- September 10th, there is a court proceeding. I can't give you more detail about what's going to happen.

THE COURT: I did, in fact, hear one of the witnesses recount that there's a proceeding, but I have no evidence about what it is, or -- again, I am just make the point, I don't understand the argument that they are being prevented from participating in the proceeding, other than their attorney apparently can't come here, although he did provide a declaration, right?

MR. SREBNICK: That's right.

THE COURT: Okay.

MR. SREBNICK: Yes, we have his declaration, no doubt.

But, in terms of their ability to confer with counsel, it's -- it's not possible under the circumstances they find themselves in right now.

And so the Government tells you that there is no such thing as a special circumstance; and yet, we have those two active litigations, we've talked to you about the conditions of confinement.

And, the Government portrays the opportunity to be an orderly as some sort of privilege; while one is presumed innocent, one has the privilege of leaving his or her cell so he can mop floors and paint walls just to get out from his cell.

And the Government tells you that hey, good news, they finally got a radio.

On the day that I spoke to the BOP lawyer, there was no radios available in commissary.

And, good news, they're finally getting some more Twix bars and Doritos and a few noodle packages. But, they are being treated in disciplinary segregation, even though they've committed no disciplinary infractions.

And so the chart that the Government displayed for you -- as if we should almost feel hey, they are in great shape -- they get five hours a week where they can leave one cell and move into another -- I think the Government sort of lost perspective here about what it's like to be confined

23 hours a day.

But for the fact that their lawyers are coming to see them regularly, they'd be stuck in there 23 hours a day.

The Government tries to minimize some of the issues that occur while one is housed at FDC. Yeah, things do happen at FDC. Pepper spray was infused in their cell. I don't think anyone is doubting Mr. Maniotis when he tells you that he suffered from that event, and we have Mr. Maniotis here if the Court cares much about that. I think the point was no one doubts what happened. But, that's life at FDC.

The Government says, "Well, too bad. That's what it's like to be there."

That's no answer, particularly for two men that have committed no disciplinary infractions.

And you'll forgive us for not knowing that an integrated pillow -- today is the first I've heard of such a thing -- that there is such a thing as an integrated pillow. When we made a representation they didn't have a pillow, I didn't know of that invention, but I'm glad to know that FDC has come up with some innovative ways of avoiding to give inmates pillows.

Let's talk a few minutes about the delay related to the UK charges. For some context, the events of which they're presumably going to be accused occurred approximately a decade ago. And then two, plus, years ago the UK brings the charge,

supposedly, or opens the investigation, or makes an accusation, however it works in England, and then delays the extradition for two years, of course, trying in the meantime to have the Romanians approve the extradition, and then come to the United States only after an agreement or at least a court order is in place where the UK needs to wait until the Romanian proceedings conclude. That's yet another factor in the totality of factors that the Court can consider in deciding that yes, this does present special circumstances.

The fact that in UK, they are eligible for bail -- there's no guarantee in life of anything, and yet, here in the United States, it's being argued that there's this presumption against bail in the same scenario where they're eligible for bail. Once they get to the UK, there's no presumption against bail in the UK, and yet, we're applying that presumption against them in the United States.

You even asked earlier about the nature of the Romanian proceedings and how bail is determined. And I'm starting to think if a country like Romania, with the reputation it has for -- well, compared to the land of the free and the home of the brave, if a judge in Romania, or judges, I should say, are granting U.S. citizens -- not Romanian citizens, U.S. citizens -- bail in the face of the very same UK extradition request that's being presented to you, one would think that if the Government of Romania has agreed to allow the gentlemen to

fly -- which is what I think the Government or the Court was wondering -- maybe this is an agreement by the Government of Romania; or, if the courts of Romania are allowing U.S. citizens to travel and to be on bail in the face of a UK warrant, I fail to see why a U.S. judge would not, likewise, accord the same privileges to its own citizens that a Romanian judge or a Romanian Government is according to a United States citizen.

It just seems odd to me that that they face a greater hurdle in front of a judge of their own country than they have faced in front of a former communist country of which they are not citizens.

So I wonder out loud, what does it take for U.S. citizens who have no criminal record -- each time they've ever been accused, the accusations have disappeared. In the UK, you heard from Mr. Ford. Investigation over five years, another female accuser, apparently, alleging some sort of sexual misconduct, years later, they are on bail, or at least Andrew is on bail, always complies, investigation closes with no charge.

You heard about Los Angeles.

You heard about the Romanian situation.

And so we have two U.S. citizens who have never been convicted of a crime, have done nothing illegal in the United States, never been charged with any crimes, who have the track

record of appearing, asking a U.S. court to put as much trust in them as a Romanian court has put into their promise to appear, and facing the exact same circumstances, a Romanian criminal case and a UK warrant. Both of those features are before the Romanian court that has granted them bail.

Let's talk about the Government's concern that the personality of Top G, or that the internet personality of Tristan Tate is not the same two people you heard from on the witness stand.

THE COURT: Andrew Tate.

MR. SREBNICK: What did I say?

THE COURT: Tristan Tate.

MR. SREBNICK: Andrew Tate and Tristan Tate, both of whom are on the internet -- Andrew Tate more than Tristan -- and that using Andrew Tate and all of the verbiage that you've seen in some of the posts, some of the language, the Government wants you to define them by what you've seen on the screen rather than who they are as people in a courtroom who have testified to you, corroborated by Ms. Sesay.

And, of course, if you believe that it is Top G who you are having to decide whether to grant bail to, then of course, it would be easy enough for you to say well, if that person, that internet personality, that character had said he has a multitude of passports and driver's licenses, et cetera, and that he would flee from the Germans and the Spanish and the

French -- none of which is real because he has never been wanted by any of those countries -- well then, of course, if you wanted to, you could say well, based on that, I can't count on Andrew to appear in court because if I believe that he is Top G, then I can't believe that he would appear.

But, I think we all know exactly what Top G is, and who Andrew Tate is, based on the record you have before you.

Yes, we have the burden of proof under the current state of the law. But, even for, excuse me, even, for example, in a Bail Reform Act case, where there is a presumption in certain cases against pretrial release, certain drug cases, certain crimes of violence with certain amounts, prison time, the defense has a burden of production, but the Government continues to have the burden of persuasion. If that's not the test here -- and, apparently, under Duarte, you found that it is our burden to persuade you, this is the unusual case where you've heard from --

THE COURT: You say that like I came up with that standard on my own.

MR. SREBNICK: That's the one you applied, and I think that's --

THE COURT: That's true, but that is Supreme Court precedent. So just to be clear, I'm going to follow the law here.

MR. SREBNICK: And our view is that that special

circumstances language in Wright versus Henkel has been applied in the way you have applied it, your Honor, but, that it has been -- no disrespect to your Honor, I think you followed Martin and the other courts that precede you -- I believe that Wright versus Henkel did not mean that a certain -- excuse me, a certain arbitrary special circumstances has to be determined, and it is not enough to be a person who presents no flight risk and no danger.

THE COURT: If I were to reject that Supreme Court precedent, would I be the first?

MR. SREBNICK: I don't know, because the Supreme Court has never heard that issue again in a hundred years.

THE COURT: Would I be the first of any federal court judge to do so?

MR. SREBNICK: I think you would be. I think you would be.

THE COURT: Okay.

MR. SREBNICK: I think you would be. And that's why we understand you're bound by it, because the courts ahead of you have interpreted it that way. But, the Supreme Court has not.

There was an effort to do that by Mr. Martinelli, the President of Panama.

The Supreme Court did not accept cert in that case some years ago. It was out of this district. In our view, it is an open question whether the circuits have applied that Wright

versus Henkel language correctly.

But, to the extent that the Court is bound by it, which I believe you are, I think we've met the test, because this is the exceptional case where you have so many factors in a defendant -- or excuse me, an extraditee, the Tate brothers, willing to take the witness stand and look you in the eye and explain to you why it's so important to them that they be able to have the privilege of bail under these circumstances.

THE COURT: Can I ask you, Mr. Srebnick, to respond to the Government's Exhibit 15 that came in, that purports to show that the Mexican passport issued with Mr. Tristan Tate's photograph, date of birth, but not his name, in fact, issued?

MR. SREBNICK: So what I understand the Government to say is that there's some database that the prosecutor checked which has Tristan's photograph, date of birth, and some control number, I think KERP number, I think that's what they're referring to.

THE COURT: But, the way that I understood the proffer and the explanation of the exhibit is that that image was available from the Mexican Government's website, that stores passports, that is searchable by --

MS. LOPEZ: Your Honor, if I may, it's -- it stores the KERP number, not the passports. I just want to make sure that the Court is aware.

THE COURT: It stores the information about the

passport that is searchable by the KERP number, which is how you said you found it.

MS. LOPEZ: No, your Honor. I searched it online, but it's only a database as to KERP numbers.

THE COURT: Right. It doesn't -- you use the KERP number to find that image, is how I understood your proffer.

MS. LOPEZ: The KERP number from the passport in Exhibit 1 in Annex B. We used that to plug it in, but it doesn't purport -- that certificate does not purport, according to the Government website, to be proof of the passport. It's proof that the KERP number on that passport is, in fact, issued by the Mexican Government for the person who is named and pictured in that certificate.

THE COURT: And does the KERP number have any other existence besides it identified the passport?

MS. LOPEZ: Yes. The KERP number exists. And when we get the translations for your Honor, it exists as almost like an identification number for foreign nationals who live in Mexico. When they present that certificate, they can do -- the word in Spanish is "tramites", so that they can do transactions with the Government.

The certificate will show, when we translate it, that you can get Government benefits and do other things with the Mexican Government if you have the KERP number.

THE COURT: Never mind, Mr. Srebnick. I thought that

was proof that the passport had issued.

MR. SREBNICK: But there is no -- there is none.

Let us spend then, a few minutes, talking about the Government's allegations of dangerousness.

The Government -- what it has to rely upon for dangerousness is Top G's words that the Government focuses on a few instances of statements, because the Government would like to describe it -- if I look the word up, "promoting violence against women" is the phrase that I think the Government was using when cross-examining the witnesses.

And, we don't have a single person who has come to court and actually said they've ever been a victim of violence. And the one witness we do have, Ms. Sesay, has told you much about not only her relationship with Mr. Andy Tate, but she is also familiar with women with whom Mr. Tate has children, and the relationships that they have.

And, in front of you, there's no evidence of any acts of violence by the Tates. None.

You have undefined accusations in UK. We're not even sure what the status of that is, and then we have the Romanian proceeding which, four years now, still no, and you heard the testimony from the brothers about the nature of those accusations.

And, it feeds into that little clip where you heard that Andrew Tate -- that the Government was focusing on how

Andrew Tate admitted that there were women who the police were trying to speak to that didn't have the money to get to the police station. These are women that he has friendships and relationships with, and he wanted them to speak to the police. And so he admits that yes, they needed money to go speak to the police. They needed a car rental or a bus trip.

He admits that yes, he funded their ability to go talk to the police and tell them the truth. And still, we have nothing to suggest that any of those women can accuse the brothers of anything.

And so what is the Court relying upon -- I know the probable cause issue is for another day. But, in terms of the strength of the Government's case as you see it here in this courtroom, in evaluating just how strong the Government of either Romania or UK -- and in this case, of course, it's UK -- what is the strength of the UK case in deciding whether to grant bail or not?

The Government of the United States has presented nothing to you because the Government of the UK has presented nothing to the Government of the United States to warrant the detention of these two men in the face of their record of having committed no crimes in the United States, convicted of no crimes, and a perfect attendance record when it comes to going to court.

If I could just have a moment?

THE COURT: Of course.

MR. SREBNICK: One more moment, your Honor.

THE COURT: Okay.

MR. SREBNICK: Judge, I want to be able to address your concern, and I don't have an answer in the courtroom about what actually would happen in the Romanian proceeding if they don't attend, because I think that is an important question you asked me. And so I can't say that I know exactly, but I'm sure that I can get the answer to you, how it works in Romania if they're unable to participate physically in the court proceedings that are upcoming.

And so if you'll give me -- today is Thursday -- if you give me until Monday, if this is a question that is of concern to you and might make a difference to you to know the answer to that, I want to give you the best that I can give you on that.

THE COURT: You've raised it as a factor, and my observation is that I don't feel that I understand the facts you are asking me to find.

So you know me, Mr. Srebnick. I don't want to mislead you that that is the thing. If you want three days to supplement it, you'll have it. And then I'll ask Ms. Lopez whether or not she wants to respond.

Okay?

You want the -- I feel like there is a holiday coming up. Is that this Monday, or next?

Oh, okay. So Monday is an open day, and that's fine.

MR. SREBNICK: So we'll have an answer to you by Monday of the upcoming proceedings and what impact their absence will have on that.

They've already missed the last proceeding. But, I want to be able to answer that for you as directly as possible.

THE COURT: Okay. That's Monday the 31st.

Well, Ms. Lopez, as you sit here, do you want to see it before you decide if you want to file a response, or do you want to see it and ask for specific time to respond?

MS. LOPEZ: We would like to see it, first, your Honor. It will take us -- unlike them, we do have to go through the diplomatic channels to get an answer if we need to double-check. So I mean, maybe, what they give us is accurate, maybe it isn't, but it will take us a couple of days to get that answer.

THE COURT: Well, consider the -- well, if they're supplementing on the 31st, I will wait until by Wednesday, could you tell me that you're seeking an opportunity to respond, and within how much time?

MS. LOPEZ: Yes, we could -- Wednesday is the second?

THE COURT: Wednesday is the second. Again, that is a deadline to ask if you intend to respond. If you look at it and you don't disagree with the information that they've provided, and those facts are without dispute, you can likewise

tell me and then I know that the briefing is closed.

So it is our intention to get you an order very quickly, but not before your briefing closes.

So I'll wait to see what Ms. Lopez says on the 2nd.

MS. LOPEZ: Would your Honor like that notification to be done by email or through a pleading that's filed?

THE COURT: A pleading. So with the docket.

Again, I know that you've seen the notice of court practice, and know that there should never be communications with the Court via email or any other informal method.

So yes, if you don't mind, on the 2nd, just let me know how much time you need, if you're going to respond. If you're not going to know, it is closed.

MR. SREBNICK: Thank you for that, Judge.

THE COURT: Of course. And I appreciate the offer.

So with that, you know -- and I would anticipate that whatever it is that you're providing to me is answering the questions that I've already asked, and that we would not need to set an additional hearing.

But, if either of you think that further argument or testimony is required in order to explain it, please include it with your respective proceedings, just again, so I know your positions, okay?

MR. SREBNICK: Understood.

MS. LOPEZ: Thank you.

THE COURT: Okay. All right. Well, this has been a long proceeding, and I appreciate everybody's patience. I'll obviously be taking it under advisement until the briefing is closed, and we'll get you an order as fast as we can thereafter.

THE COURTROOM DEPUTY: All rise.

(Conclusion of transcription of proceeding).

\- - -

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the recording of proceedings in the above-entitled matter.

September 3, 2026 /s/Sharon Velazco

DATE

SHARON VELAZCO, RPR, FPR
Official Court Reporter
United States District Court
400 North Miami Avenue
9th Floor
Miami, Florida 33128

## $

**$15** [1] - 131:20
**$50** [1] - 206:15
**$900** [1] - 171:18

## '

**'90s** [1] - 18:4

## /

**/s/Sharon** [1] - 275:14

## 0

**0039** [1] - 195:24
**0053** [1] - 185:7
**09MC0053** [1] - 183:16

## 1

**1** [23] - 1:9, 3:3, 4:12, 26:12, 34:8, 53:14, 53:23, 54:5, 54:18, 54:19, 56:14, 57:11, 128:9, 128:22, 190:3, 190:18, 191:2, 203:18, 213:21, 252:13, 269:8
**1,000** [2] - 19:24, 30:15
**1,193** [1] - 57:21
**1.7** [1] - 245:21
**10** [4] - 28:1, 205:15, 242:14, 243:13
**100** [2] - 178:25, 179:6
**10007** [1] - 2:24
**10th** [11] - 67:7, 67:22, 68:10, 68:15, 115:7, 198:7, 205:14, 205:25, 226:11, 243:10, 260:13
**11** [6] - 48:6, 100:2, 152:1, 190:13, 195:8, 240:25
**118** [1] - 4:13
**11th** [6] - 182:21, 221:13, 221:15, 221:20, 221:21, 222:4
**12** [11] - 18:9, 29:19, 29:25, 152:3, 187:1, 190:3, 190:15, 191:7, 191:12, 195:9, 195:21
**12(1** [1] - 216:2
**12-20** [1] - 4:12
**124** [1] - 3:24
**1298** [1] - 224:1
**12th** [6] - 21:24, 26:6, 238:6, 245:13, 245:20, 245:21
**13** [6] - 152:5, 152:8, 247:2, 247:3, 247:25
**1300** [4] - 2:8, 2:12, 2:16, 2:20
**1305** [5] - 20:9, 21:1, 26:5, 26:8, 28:8
**1307107** [1] - 186:1
**132** [1] - 4:12
**134** [1] - 3:23
**1366** [1] - 229:12
**137** [1] - 4:5
**13th** [2] - 18:8, 226:9
**14** [4] - 102:4, 102:5, 102:22, 103:5
**14th** [3] - 23:10, 205:5, 205:9
**15** [20] - 117:20, 118:1, 120:5, 148:9, 163:8, 163:10, 163:15, 169:14, 169:21, 201:22, 202:19, 204:3, 240:2, 240:4, 240:5, 240:13, 240:18, 240:25, 241:6, 268:10
**15th** [2] - 21:8, 241:25
**16** [1] - 204:18
**16343** [1] - 181:6
**1634393** [1] - 181:5
**164** [1] - 4:5
**16th** [3] - 61:1, 61:7, 221:3
**17** [2] - 215:7, 215:16
**17-year** [1] - 215:10
**179** [1] - 4:5
**17th** [2] - 6:17, 243:10
**18** [2] - 29:18, 213:19
**180** [2] - 54:14, 55:8
**1800** [1] - 3:3
**182** [3] - 50:4, 54:16, 55:2
**18th** [6] - 173:22, 226:15, 241:12, 241:13, 245:9, 245:15
**19** [2] - 239:10, 244:3
**19-MJ-1055** [1] - 248:19
**19-MJ-71055** [1] - 247:1
**1909** [1] - 182:17
**198** [1] - 4:12
**19th** [2] - 23:2, 66:3
**1:00** [1] - 68:18
**1:26-MJ-03259** [1] - 1:3
**1:26-MJ-03260** [1] - 1:3

## 2

**2** [15] - 4:12, 4:13, 51:3, 51:11, 55:14, 55:18, 56:17, 56:20, 118:11, 118:15, 196:2, 196:11, 210:14, 248:20
**2.1** [1] - 207:4
**20** [17] - 116:7, 120:4, 134:5, 190:3, 190:4, 190:15, 190:18, 191:2, 191:3, 191:6, 191:7, 191:12, 225:23, 243:25, 244:1, 244:14, 248:3
**20,000** [1] - 39:5
**200** [1] - 158:5
**2000s** [1] - 18:4
**2002** [1] - 33:25
**2003** [1] - 185:9
**2004** [1] - 185:10
**2006** [1] - 221:16
**2009** [1] - 185:14
**2009-case** [1] - 183:17
**201** [4] - 2:8, 2:12, 2:16, 2:20
**2013** [1] - 221:21
**2014** [2] - 145:10, 165:21
**2015** [1] - 42:15
**2018** [2] - 181:5, 182:25
**2019** [2] - 42:15, 181:24
**202** [1] - 34:8
**2020** [4] - 160:1, 160:2, 168:24, 185:25
**2021** [2] - 122:15, 219:2
**2022** [10] - 20:25, 24:13, 34:1, 40:8, 88:18, 159:25, 165:21, 176:25, 177:15, 194:18
**2023** [16] - 20:25, 21:2, 21:8, 21:16, 21:20, 27:24, 28:1, 28:3, 28:17, 60:3, 181:25, 185:2, 185:8, 185:15, 195:14, 195:20
**2024** [22] - 7:11, 21:24, 22:12, 22:18, 23:2, 28:3, 28:4, 28:6, 29:19, 36:25, 37:2, 43:16, 45:14, 83:16, 83:21, 153:17, 153:18, 157:11, 195:15, 195:20, 197:5, 215:14
**2025** [32] - 7:20, 11:8, 23:7, 23:8, 23:10, 23:24, 25:18, 25:25, 26:6, 26:11, 28:7, 29:24, 46:5, 46:17, 59:1, 63:10, 66:3, 116:2, 123:16, 176:23, 178:8, 197:2, 198:6, 198:7, 198:12, 205:5, 205:6, 205:10, 205:15, 205:17
**2026** [39] - 1:5, 26:3, 26:5, 26:6, 26:8, 26:12, 26:13, 26:19, 26:22, 27:6, 27:22, 28:2, 28:8, 28:9, 28:17, 29:18, 40:15, 40:18, 40:21, 40:22, 41:11, 41:19, 41:21, 42:3, 51:14, 51:16, 93:23, 176:23, 178:8, 194:19, 205:15, 205:23, 205:24, 205:25, 206:7, 206:10, 215:15, 275:14
**209** [1] - 245:10
**209.2** [1] - 245:14
**20th** [3] - 26:19, 240:11, 244:15
**212** [1] - 245:19
**21st** [5] - 22:12, 171:13, 239:11, 240:11, 243:23
**22** [1] - 246:15
**22nd** [2] - 27:24, 249:14
**23** [5] - 26:22, 61:21, 213:18, 262:1, 262:3
**23-9089** [1] - 186:25
**23-CR-74** [1] - 181:10
**23-hour** [1] - 156:23
**231** [1] - 101:25
**232** [1] - 245:11
**232.1** [1] - 245:14
**233.8** [1] - 245:21
**23rd** [3] - 205:10, 205:14
**24** [5] - 22:9, 107:18, 119:5, 213:18, 246:15
**24/7** [1] - 14:23
**240** [1] - 102:25
**245** [1] - 102:2
**25** [6] - 20:11, 26:11, 29:24, 113:9, 143:4, 240:20
**250** [1] - 102:25
**2557** [5] - 20:9, 21:10, 23:9, 26:7, 26:10
**25th** [1] - 228:13
**26** [1] - 181:11
**26-2359** [1] - 69:3
**26-3259** [1] - 5:18
**26-3260** [2] - 5:20, 69:5
**26-8** [1] - 176:21
**26th** [3] - 40:3, 42:22, 205:24
**27** [2] - 1:5, 25:25
**27th** [6] - 26:3, 28:2, 59:1, 123:15, 206:2, 243:9
**28** [3] - 240:16, 240:18, 247:16
**28th** [1] - 206:7
**29** [2] - 170:16, 194:18
**2d** [2] - 188:15, 189:5
**2nd** [4] - 205:5, 205:19, 274:4, 274:11

## 3

**3** [9] - 4:13, 26:6, 26:13, 118:11, 118:15, 194:19, 196:19, 210:14, 275:14
**3-24** [1] - 140:11
**3.5** [1] - 240:21
**30** [11] - 15:4, 18:9, 68:16, 84:3, 93:23, 94:10, 94:19, 105:22, 205:12, 233:13
**30,000** [1] - 120:4
**30-0** [1] - 20:24
**30-2** [1] - 196:3
**30-3** [3] - 20:24, 27:1, 28:20
**30-4** [3] - 20:24, 27:1, 28:20
**30-5** [1] - 23:24
**300** [3] - 25:7, 144:16, 249:17
**305** [1] - 2:23
**30th** [2] - 20:25, 206:10
**31** [1] - 20:25
**31st** [5] - 21:2, 51:16, 205:17, 273:7, 273:18
**32** [1] - 129:1
**33** [3] - 3:19, 104:11,

181:1
**33126** [1] - 3:8
**33128** [2] - 3:14, 275:17
**33131** [7] - 1:24, 2:4, 2:9, 2:13, 2:17, 2:21, 3:4
**33132** [2] - 1:16, 1:20
**34** [10] - 7:21, 7:22, 29:25, 57:24, 129:1, 156:20, 241:5, 241:6, 247:16
**34B** [1] - 126:12
**35** [1] - 68:16
**36-6** [1] - 134:13
**3691859** [1] - 183:1
**37** [6] - 126:1, 190:15, 190:23, 196:5, 196:10, 209:10
**37-1** [2] - 125:24, 126:16
**37-2** [3] - 28:21, 56:21, 196:4
**37-5** [1] - 132:17
**37-6** [1] - 134:11
**37.5** [1] - 247:17
**39** [5] - 170:16, 196:8, 196:12, 196:14, 196:16
**3rd** [8] - 3:3, 41:20, 41:24, 50:15, 51:13, 51:16, 236:22, 243:9

## 4

**40** [11] - 10:16, 104:15, 105:22, 147:20, 223:12, 223:18, 240:14, 240:19, 241:4, 241:5, 247:14
**400** [2] - 3:13, 275:16
**40th** [1] - 240:15
**42** [1] - 178:19
**43** [5] - 165:24, 178:18, 178:19, 178:23, 227:13
**430** [1] - 226:14
**432** [1] - 226:8
**433** [1] - 226:8
**435** [1] - 226:11
**439** [1] - 226:11
**44** [1] - 3:20
**449** [1] - 226:9
**45** [2] - 156:25, 249:19
**450** [1] - 226:9
**46** [6] - 165:20, 165:23, 166:2, 166:7, 166:9, 197:22
**468** [2] - 188:15, 189:5
**47** [1] - 196:19
**48** [1] - 105:12
**4:00** [1] - 154:20
**4th** [8] - 1:15, 1:19, 21:16, 198:12, 205:5, 205:23, 226:14, 237:19

## 5

**5** [5] - 4:12, 22:18, 132:16, 132:25, 206:24
**50** [1] - 248:2
**50-meter** [1] - 22:25
**52** [4] - 3:19, 48:6, 52:22, 165:7
**5201** [1] - 3:7
**5270.12** [1] - 232:5
**53** [1] - 240:19
**54** [1] - 49:22
**551** [1] - 226:15
**5:00** [2] - 191:22, 254:18
**5th** [2] - 226:7, 239:6

## 6

**6** [2] - 26:4, 26:8
**60** [1] - 51:15
**60-day** [2] - 222:19, 222:25
**6:00** [2] - 84:10, 238:3
**6:30** [1] - 236:23
**6th** [1] - 185:23

## 7

**7** [5] - 170:1, 170:3, 176:19, 204:18, 207:5
**70** [3] - 3:21, 240:17, 247:15
**700** [1] - 2:24
**722** [2] - 185:4, 185:6
**7220053** [1] - 185:3
**761** [2] - 188:15, 189:5
**794.02(1** [1] - 221:24
**7th** [4] - 46:5, 46:17, 236:12, 238:7

## 8

**8** [5] - 3:7, 84:13, 176:20, 177:11, 204:18
**85** [1] - 247:17
**87** [1] - 3:22
**8:00** [2] - 84:13, 238:10
**8:30** [1] - 84:13
**8th** [1] - 205:10

## 9

**9** [4] - 197:3, 197:17, 197:18, 204:18
**90-degree** [1] - 67:5
**93** [1] - 181:7
**98** [1] - 3:21
**99** [7] - 1:15, 1:19, 3:23, 140:8, 140:9, 141:24, 147:13
**9th** [3] - 3:14, 214:19, 275:16

## A

**A.M** [2] - 84:10, 154:20
**abandon** [3] - 83:14, 162:15, 197:14
**Abbie** [1] - 6:1
**ABBIE** [1] - 1:14
**abbie.waxman@usdoj.gov** [1] - 1:16
**abduction** [2] - 181:20, 229:9
**abilities** [1] - 250:2
**ability** [14] - 49:23, 62:23, 62:24, 63:5, 140:21, 199:15, 210:21, 217:10, 224:24, 225:16, 258:16, 259:3, 261:1, 271:7
**able** [28] - 16:6, 18:17, 25:19, 26:17, 27:12, 38:6, 38:19, 39:17, 40:5, 54:20, 62:1, 63:3, 68:14, 82:4, 116:21, 132:1, 171:12, 171:15, 175:12, 189:17, 201:25, 236:5, 258:22, 259:6, 260:7, 268:7, 272:4, 273:6
**abnormal** [4] - 37:17, 37:19, 37:22, 43:11
**above-entitled** [1] - 275:12
**absence** [3] - 116:17, 211:11, 273:3
**absent** [1] - 5:12
**absentia** [1] - 260:11
**absolute** [4] - 123:19, 145:1, 158:22, 175:1
**absolutely** [42] - 73:6, 75:2, 76:16, 80:5, 84:2, 85:20, 86:21, 104:18, 108:19, 109:20, 109:22, 109:24, 110:1, 110:3, 110:7, 111:7, 113:14, 123:6, 123:23, 129:11, 135:24, 136:14, 136:16, 139:23, 156:16, 157:24, 159:25, 162:9, 167:17, 168:6, 168:7, 169:15, 171:5, 176:18, 177:14, 178:10, 179:6, 181:5, 184:17, 234:25, 245:23, 254:2
**absurd** [1] - 188:23
**abuse** [1] - 183:19
**abusive** [2] - 145:13, 197:7
**accept** [2] - 35:7, 267:23
**acceptable** [3] - 62:6, 62:7
**accepted** [1] - 115:18
**accepting** [1] - 199:13
**access** [20] - 15:4, 61:22, 61:25, 102:19, 136:7, 140:20, 173:20, 199:4, 199:18, 206:16, 227:19, 228:24, 242:11, 242:17, 243:15, 243:19, 244:7, 258:15, 260:2, 260:4
**accompany** [1] - 95:12
**accord** [1] - 264:6
**according** [19] - 6:21, 15:18, 54:18, 131:20, 165:20, 166:3, 166:5, 166:6, 166:8, 169:11, 178:11, 227:11, 228:2, 231:10, 242:22, 245:7, 247:21, 264:7, 269:9
**account** [25] - 24:22, 39:8, 160:5, 160:10, 160:18, 160:22, 161:4, 161:11, 166:21, 167:15, 174:19, 196:22, 199:9, 199:10, 199:13, 199:24, 199:25, 200:2, 200:3, 200:9, 217:6, 238:18, 244:15
**accountable** [1] - 217:2
**accounts** [16] - 120:1, 132:2, 160:1, 160:3, 160:10, 160:16, 161:1, 161:22, 161:25, 166:19, 166:25, 167:5, 167:11, 167:21, 200:9, 243:16
**accurate** [23] - 23:21, 35:18, 51:20, 124:11, 139:22, 139:23, 148:9, 172:4, 177:5, 177:13, 227:21, 229:2, 232:14, 238:24, 240:5, 240:13, 241:2, 242:5, 243:21, 245:2, 245:22, 273:14, 275:11
**accurately** [1] - 139:5
**accusation** [2] - 6:21, 263:1
**accusations** [8] - 28:22, 115:1, 164:10, 229:14, 257:23, 264:15, 270:19, 270:23
**accuse** [3] - 59:22, 166:11, 271:9
**accused** [26] - 37:23, 48:9, 58:17, 61:18, 63:3, 63:9, 113:22, 114:4, 114:6, 124:6, 124:9, 124:15, 124:18, 124:21, 141:2, 141:13, 141:25, 163:2, 165:13, 165:21, 172:11, 193:1, 193:6, 262:24, 264:15
**accuser** [13] - 37:24, 59:21, 63:7, 63:20, 63:25, 114:18, 118:18, 119:15, 184:2, 198:18, 254:3, 257:20, 264:17
**accusers** [7] - 6:24, 16:3, 37:14, 37:16, 53:8, 253:13, 254:2
**accusing** [1] - 85:20
**achieved** [1] - 55:6
**acknowledged** [2] -

9:9, 11:25
**acknowledges** [1] - 232:11
**act** [6] - 28:3, 77:3, 79:10, 79:12, 214:21, 217:10
**Act** [2] - 209:18, 266:10
**actioned** [1] - 42:16
**actions** [2] - 86:6, 86:17
**activated** [2] - 234:4, 235:4
**active** [9] - 10:20, 16:4, 82:9, 82:12, 185:1, 203:12, 257:22, 258:8, 261:6
**actively** [6] - 16:7, 185:20, 225:15, 226:6, 258:24, 259:7
**activities** [1] - 74:9
**activity** [1] - 221:17
**actor** [3] - 133:25, 134:24, 134:25
**acts** [3] - 21:13, 78:15, 270:17
**actual** [11] - 57:18, 127:23, 129:13, 130:7, 155:7, 173:10, 207:11, 210:4, 234:10, 236:3, 240:17
**ad** [1] - 228:14
**Adams** [1] - 44:13
**Adams(check** [1] - 33:24
**add** [3] - 16:9, 61:3, 231:11
**added** [3] - 161:8, 202:7, 234:9
**addict** [1] - 104:12
**addition** [8] - 12:7, 91:21, 130:25, 175:4, 218:1, 226:5, 241:23, 244:10
**additional** [5] - 10:4, 23:12, 174:4, 234:9, 274:19
**additionally** [4] - 199:22, 210:9, 219:11, 223:18
**address** [13] - 9:16, 10:13, 16:14, 18:17, 27:21, 29:13, 30:25, 32:5, 35:20, 46:6, 179:18, 218:2, 272:4
**addressed** [3] - 7:11, 9:7, 21:25
**adds** [1] - 187:16
**adhere** [2] - 57:25, 125:15
**adjudicated** [1] - 28:23
**adjudication** [1] - 23:6
**adjust** [1] - 69:16
**administrative** [4] - 61:18, 62:9, 186:3, 247:4
**admirable** [1] - 180:23
**admission** [4] - 126:12, 126:18, 126:19, 190:17
**admit** [12] - 15:1, 89:9, 126:6, 126:7, 126:16, 132:23, 134:10, 178:7, 239:2, 241:16, 251:8, 256:5
**admits** [2] - 271:5, 271:7
**admitted** [17] - 31:4, 31:16, 31:21, 105:21, 128:21, 190:3, 191:10, 193:11, 195:3, 202:18, 204:5, 218:10, 219:18, 237:10, 237:17, 238:3, 271:1
**adopted** [1] - 49:3
**adults** [1] - 145:24
**advance** [2] - 64:17, 171:23
**advanced** [1] - 201:17
**advantage** [3] - 240:9, 255:13, 255:14
**advertise** [2] - 30:13, 111:6
**advertised** [4] - 30:12, 66:5, 113:4, 161:22
**advertising** [1] - 94:5
**adverts** [1] - 80:25
**advised** [2] - 99:13, 231:10
**advisement** [1] - 275:3
**advisor** [1] - 185:12
**advocated** [1] - 24:4
**advocates** [1] - 16:23
**advocating** [1] - 17:17
**ADX** [1] - 61:21
**aerosol** [1] - 233:11
**Affairs** [2] - 1:23, 2:3
**affectionate** [1] - 197:4
**affidavit** [2] - 27:9, 28:15
**affidavits** [1] - 117:14
**affirmatively** [1] - 217:14
**affixed** [1] - 129:19
**afford** [2] - 29:3, 68:9
**afraid** [2] - 140:6, 151:14
**afternoon** [12] - 44:11, 69:12, 70:5, 70:6, 72:10, 84:17, 87:25, 99:11, 164:3, 164:4, 241:8, 247:19
**afterwards** [2] - 149:6, 190:8
**age** [1] - 104:11
**agency** [3] - 80:24, 93:25, 254:23
**agent** [3] - 14:11, 14:12, 67:19
**aggressive** [1] - 75:23
**aggressively** [1] - 77:3
**ago** [22] - 64:11, 65:20, 88:9, 88:15, 102:20, 103:24, 110:16, 141:15, 143:19, 144:1, 144:15, 145:3, 151:24, 152:1, 154:18, 163:8, 163:10, 163:16, 174:22, 262:25, 267:24
**agree** [12] - 54:1, 78:14, 78:24, 81:3, 81:6, 94:10, 95:7, 112:16, 112:17, 133:12, 176:8, 198:11
**agreed** [11] - 67:8, 116:8, 141:22, 154:11, 157:12, 164:8, 176:4, 176:6, 202:14, 256:1, 263:25
**agreement** [9] - 115:17, 115:18, 176:2, 176:3, 176:4, 212:14, 263:5, 264:2
**agrees** [1] - 252:13
**ahead** [11] - 35:9, 57:14, 98:16, 129:2, 132:23, 137:19, 139:2, 180:18, 181:13, 255:3, 267:19
**AI** [6] - 135:16, 135:17, 135:18, 136:4, 136:8, 200:12
**Aled** [1] - 135:19
**aikido** [1] - 249:18
**aim** [1] - 195:16
**ain't** [2] - 15:16, 148:14
**air** [11] - 101:2, 101:16, 105:18, 234:3, 234:4, 234:5, 234:6, 235:3, 254:15, 254:16
**Air** [1] - 138:7
**air-conditioning** [2] - 105:18, 254:15
**airborne** [2] - 233:12, 233:14
**airport** [2] - 157:9, 157:20
**airtight** [1] - 131:17
**aklein@royblack.com** [1] - 2:9
**alejandra** [1] - 5:24
**ALEJANDRA** [1] - 1:18
**alejandra.lopez@usdoj.gov** [1] - 1:20
**Alexa** [2] - 6:11, 10:13
**ALEXA** [1] - 2:7
**ALEXANDER** [1] - 3:6
**Alicia** [1] - 71:5
**alienating** [1] - 52:2
**allegation** [2] - 63:11, 198:16
**allegations** [41] - 21:9, 21:15, 22:16, 27:21, 29:2, 29:14, 37:12, 37:23, 37:24, 39:21, 40:2, 40:5, 57:19, 60:15, 60:22, 62:16, 62:18, 64:11, 64:12, 64:13, 85:11, 85:18, 113:22, 113:25, 119:16, 119:23, 141:3, 184:3, 193:8, 193:23, 194:4, 196:24, 197:1, 198:7, 198:9, 198:24, 219:21, 231:1, 232:1, 251:3, 270:4
**allege** [5] - 212:15, 217:15, 231:24, 240:3, 242:10
**alleged** [12] - 22:21, 22:22, 28:3, 28:4, 48:10, 127:11, 212:14, 213:22, 219:25, 220:5, 236:21, 247:3
**allegedly** [1] - 230:21
**alleges** [1] - 206:12
**alleging** [3] - 21:25, 80:12, 264:17
**Allie** [2] - 17:20, 143:2
**allocate** [1] - 239:21
**allocated** [1] - 103:3
**allow** [6] - 13:19, 25:23, 38:5, 38:16, 244:13, 263:25
**allowed** [16] - 22:22, 39:23, 117:4, 120:23, 179:2, 198:6, 231:14, 231:15, 235:1, 236:18, 239:20, 243:2, 246:23, 247:5, 247:24, 250:13
**allowing** [4] - 30:25, 174:1, 229:3, 264:3
**allows** [3] - 34:24, 232:15
**almost** [11] - 25:7, 27:19, 103:23, 104:15, 113:9, 132:12, 215:7, 236:10, 245:16, 261:22, 269:17
**alone** [9] - 58:9, 110:17, 111:3, 144:10, 187:14, 222:16, 236:9, 236:10, 248:6
**alter** [1] - 77:13
**altered** [1] - 202:17
**alternatively** [1] - 109:11
**Amazon** [1] - 162:5
**Amber** [2] - 121:12, 146:18
**ambulance** [2] - 141:11, 164:19
**ambulance-chasing** [1] - 164:19
**amend** [1] - 225:23
**amended** [1] - 41:14
**America** [7] - 138:6, 138:7, 148:10, 170:19, 172:12, 186:21
**AMERICA** [1] - 1:4
**American** [23] - 18:12, 65:1, 65:2, 65:3, 65:11, 121:4, 138:5, 138:8, 138:11, 142:3, 142:18, 147:5, 148:13, 152:22, 153:9, 157:15, 163:22, 168:6, 177:7, 177:15, 177:16, 177:23, 185:10
**Americans** [4] -

112:24, 120:12, 123:24, 177:10
**amount** [5] - 102:21, 104:16, 214:17, 243:25, 248:1
**amounts** [2] - 44:23, 266:12
**amplification** [1] - 159:3
**anally** [2] - 166:12, 193:2
**analogous** [2] - 24:5, 61:21
**analysis** [4] - 13:22, 58:4, 208:10, 211:15
**and-a-half** [6] - 70:21, 71:19, 88:8, 88:15, 114:21, 115:11
**Andrew** [141] - 5:21, 6:10, 16:19, 16:25, 17:1, 17:2, 17:7, 17:16, 18:14, 19:2, 22:15, 23:13, 26:9, 26:21, 27:24, 29:18, 30:22, 33:8, 33:25, 36:11, 36:24, 38:5, 38:10, 38:16, 40:7, 41:20, 42:10, 42:15, 43:15, 47:25, 56:4, 58:25, 59:15, 60:15, 63:9, 64:10, 64:25, 66:3, 69:6, 70:20, 71:14, 71:17, 71:18, 72:7, 74:10, 76:11, 77:21, 77:23, 77:24, 77:25, 78:1, 78:8, 79:1, 79:10, 79:19, 80:3, 80:6, 80:12, 80:14, 81:3, 81:16, 82:2, 82:4, 82:8, 82:18, 83:6, 83:10, 83:13, 85:25, 86:7, 86:20, 86:24, 87:5, 88:8, 88:23, 90:13, 91:13, 91:18, 91:20, 91:25, 95:2, 95:7, 96:6, 96:7, 98:10, 102:22, 103:14, 111:18, 111:24, 112:7, 112:20, 113:6, 113:12, 136:23, 137:9, 137:15, 137:22, 153:4, 154:20, 154:25, 156:6, 157:12, 161:24, 162:10, 163:24, 176:9, 193:1, 193:12, 193:21, 194:13, 194:20, 194:25, 195:14, 199:8, 204:13, 205:6, 205:19, 227:11, 238:18, 239:13, 240:23, 241:17, 243:23, 244:4, 244:14, 245:9, 245:13, 245:19, 250:20, 264:18, 265:10, 265:13, 265:14, 265:15, 266:4, 266:7, 270:25, 271:1
**ANDREW** [6] - 1:8, 3:19, 4:4, 33:4, 137:10, 137:17
**Andrew's** [11] - 22:20, 23:11, 26:14, 74:14, 75:6, 75:8, 77:13, 78:4, 79:6, 90:12, 110:21
**Andrews** [1] - 138:7
**andy** [1] - 270:14
**Angeles** [8] - 63:10, 65:19, 141:3, 165:13, 198:10, 198:18, 198:19, 264:21
**angry** [1] - 73:10
**Annex** [8] - 125:24, 126:2, 126:6, 126:9, 127:5, 203:18, 203:20, 269:8
**anniversary** [2] - 145:17, 145:18
**announced** [2] - 30:11, 41:21
**annoyance** [1] - 179:11
**annoying** [2] - 160:16, 179:11
**answer** [29] - 31:2, 35:2, 35:3, 35:12, 44:22, 47:13, 71:11, 84:22, 86:13, 86:21, 97:2, 97:16, 97:18, 97:20, 120:16, 121:21, 149:11, 161:13, 253:25, 257:8, 257:10, 262:13, 272:5, 272:9, 272:14, 273:2, 273:6, 273:13, 273:16
**answered** [2] - 83:23, 84:24
**answering** [1] - 274:17
**answers** [2] - 84:24, 121:19
**Antarctica** [1] - 63:2
**anticipate** [2] - 16:14, 274:16
**anticipated** [1] - 223:22
**antithetical** [1] - 8:13
**Antonovitz** [1] - 219:10
**ants** [1] - 100:7
**anxiety** [1] - 249:3
**anyway..** [1] - 142:10
**apathy** [2] - 143:7, 150:9
**apologies** [1] - 96:2
**apologize** [7] - 43:23, 44:4, 67:20, 82:15, 191:15, 199:23, 227:5
**appeal** [4] - 12:16, 20:4, 22:20, 27:6
**Appeal** [6] - 21:2, 21:16, 21:25, 22:18, 23:2, 23:10
**appeals** [2] - 22:23, 185:22
**Appeals** [1] - 221:22
**appear** [19] - 7:25, 8:24, 8:25, 10:3, 27:10, 29:6, 42:22, 87:7, 94:17, 120:25, 185:21, 226:17, 252:14, 252:15, 254:10, 255:16, 265:3, 266:4, 266:5
**appearance** [4] - 5:6, 12:4, 60:2, 250:2
**APPEARANCES** [3] - 1:13, 2:1, 3:1
**appearances** [7] - 5:22, 21:18, 28:18, 30:2, 69:7, 225:7, 255:7
**appeared** [3] - 26:24, 30:9, 180:25
**appearing** [4] - 11:12, 56:6, 182:7, 265:1
**appellate** [2] - 9:25, 35:17
**appendix** [2] - 180:5, 187:21
**applesauce** [1] - 244:19
**applicable** [2] - 223:2, 223:8
**Application** [1] - 47:25
**application** [7] - 48:17, 52:14, 54:20, 54:23, 115:7, 183:9, 228:15
**applied** [6] - 34:3, 140:23, 266:20, 267:1, 267:2, 267:25
**applies** [2] - 222:23, 223:1
**apply** [10] - 5:6, 8:17, 9:13, 24:21, 50:10, 115:8, 178:19, 208:8, 219:12
**applying** [3] - 10:1, 139:11, 263:15
**appreciate** [7] - 18:19, 19:4, 78:25, 95:21, 104:24, 274:15, 275:2
**appreciative** [2] - 167:2, 167:4
**approach** [7] - 46:10, 46:11, 46:13, 51:6, 51:8, 55:15, 56:13
**approached** [2] - 80:24, 86:5
**appropriate** [4] - 8:6, 187:17, 219:12, 259:8
**approve** [1] - 263:4
**approved** [1] - 167:7
**April** [4] - 26:4, 26:8, 28:8, 163:8
**arbitrary** [1] - 267:6
**arc** [1] - 142:19
**area** [6] - 21:5, 21:20, 54:2, 220:9, 235:2, 237:21
**areas** [2] - 101:2, 220:24
**argue** [12] - 73:13, 126:20, 126:22, 193:16, 210:17, 211:18, 222:11, 232:20, 238:15, 238:25, 246:7, 256:22
**argued** [6] - 122:5, 169:14, 213:13, 217:21, 236:6, 263:12
**arguing** [5] - 60:21, 114:24, 138:13, 208:3, 252:7
**argument** [30] - 12:5, 13:15, 24:23, 31:18, 35:14, 35:16, 77:6, 141:5, 208:18, 210:9, 211:22, 212:1, 214:10, 215:2, 215:22, 215:25, 218:2, 218:13, 220:8, 221:7, 221:8, 221:9, 224:20, 224:23, 227:3, 246:5, 259:19, 260:19, 274:20
**arguments** [6] - 80:6, 80:9, 189:21, 198:14, 215:5, 255:23
**Arias** [2] - 10:22, 216:24
**arise** [1] - 229:10
**arises** [1] - 58:8
**arm** [1] - 157:6
**arose** [2] - 198:7, 198:16
**arrest** [28] - 6:22, 21:3, 21:17, 21:23, 22:15, 23:11, 27:3, 37:3, 45:21, 45:24, 47:6, 85:3, 87:24, 116:23, 153:5, 155:17, 168:25, 215:14, 216:1, 216:5, 216:13, 217:9, 217:14, 222:20, 245:16, 250:18, 252:16, 252:17
**arrested** [31] - 7:1, 24:12, 29:18, 30:11, 42:21, 47:8, 66:9, 83:22, 83:23, 88:19, 99:15, 102:1, 143:19, 152:15, 153:17, 157:9, 157:20, 157:25, 158:7, 159:9, 159:11, 159:12, 168:24, 176:1, 211:8, 214:6, 214:9, 241:1, 241:13, 245:7
**arrive** [2] - 84:8, 219:3
**arrived** [8] - 49:4, 58:25, 123:15, 219:4, 231:7, 232:24, 236:23, 243:6
**arrives** [1] - 81:18
**Article** [2] - 34:8, 216:2
**artist** [1] - 133:17
**aside** [2] - 75:12, 193:6
**asleep** [2] - 240:10, 240:20
**assault** [4] - 59:22, 62:17, 105:15, 218:9
**assaulted** [1] - 63:11
**assert** [2] - 58:22, 199:2
**assertions** [1] - 251:7
**asserts** [1] - 211:20
**assessment** [5] - 26:20, 192:20, 193:15, 193:17, 217:18
**asset** [2] - 116:14, 146:7
**assets** [10] - 52:2,

119:23, 120:5, 131:20, 131:22, 132:2, 148:7, 254:8, 257:1, 257:4
**assign** [1] - 59:6
**assigned** [1] - 129:13
**assignment** [1] - 57:17
**assistance** [1] - 92:6
**assistant** [2] - 122:14, 234:19
**associate** [1] - 199:24
**associated** [3] - 199:11, 202:23, 203:16
**Associates** [1] - 44:12
**associates** [1] - 200:1
**assume** [2] - 133:20, 177:16
**assumed** [1] - 159:12
**assuming** [3] - 67:18, 177:23, 248:8
**Aston** [1] - 207:4
**asylum** [5] - 183:4, 183:8, 230:4, 230:6, 230:7
**athlete** [1] - 104:9
**atrocities** [1] - 18:8
**attached** [4] - 88:2, 126:24, 190:5, 190:23
**attack** [2] - 103:24, 155:6
**attacks** [1] - 100:9
**attempt** [2] - 41:23, 41:24
**attempted** [3] - 47:20, 195:15, 195:21
**attempting** [1] - 30:12
**attend** [3] - 139:11, 258:13, 272:7
**attendance** [5] - 114:23, 144:24, 147:10, 179:6, 271:23
**attention** [5] - 108:5, 182:25, 234:18, 235:11, 255:2
**attire** [1] - 237:5
**attorney** [17] - 31:5, 32:7, 210:4, 214:4, 225:2, 230:22, 231:13, 235:9, 235:12, 236:18, 241:12, 241:24, 242:7, 247:17, 248:5, 250:24, 260:20
**Attorney** [2] - 59:7, 123:21
**attorney's** [2] - 177:12, 227:24
**Attorney's** [2] - 1:18, 165:14
**attorney/client** [3] - 235:13, 236:7, 236:20
**attorneys** [26] - 19:10, 31:16, 31:21, 35:8, 46:2, 67:18, 130:18, 164:5, 165:4, 173:16, 173:17, 176:19, 178:11, 224:25, 226:17, 227:17, 229:3, 235:20, 236:5, 236:16, 236:19, 237:17, 238:8, 241:5, 241:6, 249:16
**audience** [3] - 79:6, 110:21, 193:20
**audio** [5] - 5:10, 67:9, 70:23, 235:22, 236:4
**audio-visual** [1] - 67:9
**August** [29] - 1:5, 21:16, 22:12, 28:6, 51:16, 173:22, 195:20, 205:5, 226:7, 226:9, 226:11, 226:14, 226:15, 236:12, 236:22, 237:19, 238:6, 238:7, 239:6, 239:11, 241:13, 241:25, 243:9, 243:10, 243:23, 245:13, 245:20, 245:21
**Australia** [1] - 63:1
**authorities** [13] - 17:9, 17:18, 20:19, 28:5, 28:11, 56:7, 117:15, 129:13, 129:18, 129:21, 129:23, 194:19, 216:8
**authority** [6] - 22:19, 26:19, 201:11, 212:8, 212:10, 223:1
**autistic** [2] - 109:1, 119:13
**automatically** [2] - 154:14, 155:17
**availability** [1] - 186:18
**available** [7] - 145:21, 204:7, 248:3, 255:11, 260:8, 261:16, 268:20
**Avenue** [3] - 3:3, 3:13, 275:16
**average** [2] - 242:1, 247:20
**averaged** [1] - 241:14
**avoid** [1] - 150:6
**avoidance** [1] - 27:17
**avoided** [1] - 115:15
**avoiding** [4] - 115:22, 115:23, 116:10, 262:20
**awake** [2] - 154:19
**aware** [27] - 17:12, 34:5, 38:2, 40:20, 41:5, 41:6, 41:13, 41:16, 41:24, 42:5, 42:18, 50:13, 50:19, 50:22, 52:1, 76:19, 167:11, 167:21, 170:2, 170:4, 172:22, 176:19, 176:23, 201:6, 214:1, 268:24

## B

**baby** [1] - 76:17
**backed** [1] - 39:5
**background** [5] - 8:1, 33:20, 33:21, 70:12
**backs** [2] - 106:16, 170:18
**bad** [7] - 86:12, 102:10, 114:25, 141:10, 145:23, 173:6, 262:11
**bag** [2] - 92:17, 171:18
**bags** [7] - 92:10, 92:12, 92:14, 92:15, 92:22, 93:6
**Bahamas** [1] - 206:8
**Bahamian** [1] - 206:8
**Bail** [2] - 209:18, 266:10
**bail** [76] - 6:16, 8:6, 8:11, 8:13, 8:16, 8:22, 9:21, 10:14, 10:17, 10:23, 13:18, 17:13, 19:23, 30:8, 30:17, 34:4, 34:9, 39:16, 41:15, 41:23, 41:25, 42:19, 42:23, 43:1, 43:2, 43:6, 51:2, 51:23, 99:20, 156:15, 182:20, 185:16, 186:8, 186:18, 187:4, 187:17, 188:13, 217:22, 218:4, 218:7, 218:12, 218:14, 218:16, 218:20, 218:23, 219:2, 219:4, 219:7, 219:17, 220:22, 223:14, 223:25, 228:16, 251:24, 252:7, 252:10, 252:11, 252:16, 256:3, 259:8, 263:10, 263:13, 263:14, 263:15, 263:18, 263:23, 264:4, 264:18, 264:19, 265:5, 265:21, 268:8, 271:17
**bailable** [1] - 42:24
**baked** [1] - 244:20
**bands** [1] - 157:6
**bang** [1] - 146:14
**banging** [1] - 143:15
**bank** [2] - 132:2, 148:19
**bar** [3] - 27:8, 45:5, 103:16
**Baran** [1] - 157:8
**bare** [1] - 66:12
**barely** [2] - 101:2, 163:12
**Baron** [2] - 17:21, 110:19
**barred** [1] - 234:13
**barrier** [1] - 112:6
**Bars** [1] - 174:23
**bars** [4] - 102:14, 104:23, 120:6, 261:18
**Base** [1] - 138:7
**based** [15] - 6:17, 45:9, 87:5, 183:19, 183:24, 206:13, 208:12, 221:9, 221:22, 222:9, 228:7, 241:2, 251:20, 266:3, 266:7
**bases** [1] - 251:20
**basic** [4] - 136:12, 231:25, 242:12, 248:24
**basis** [9] - 15:6, 75:13, 76:15, 124:22, 127:9, 128:15, 195:12, 201:21, 218:22
**Bates** [3] - 195:25, 196:7, 202:13
**Batman** [1] - 77:22
**beach** [1] - 206:9
**Beach** [44] - 16:2, 19:1, 29:12, 57:19, 59:17, 59:18, 59:20, 60:1, 60:6, 60:10, 61:4, 62:10, 65:19, 114:19, 115:25, 118:18, 119:9, 119:17, 121:10, 121:11, 121:24, 123:4, 123:9, 141:16, 141:19, 146:15, 153:7, 153:13, 154:10, 157:14, 175:22, 175:23, 175:24, 182:13, 224:16, 224:21, 225:14, 228:21, 233:5, 257:17, 257:21, 257:22, 257:24
**beans** [1] - 244:22
**bearing** [2] - 212:19, 219:7
**beat** [12] - 109:17, 109:19, 114:20, 139:13, 139:16, 140:15, 146:14, 147:2, 147:25, 158:25, 159:2
**beaten** [6] - 139:13, 140:11, 140:16, 152:18, 153:21
**beating** [2] - 141:14, 170:20
**became** [8] - 70:16, 72:15, 85:3, 144:18, 185:11, 197:5, 214:1
**become** [1] - 38:2
**bed** [3] - 74:22, 100:3, 109:10
**bedded** [1] - 103:15
**bedroom** [1] - 163:11
**beef** [1] - 243:25
**BEFORE** [1] - 1:11
**beforehand** [1] - 66:5
**began** [5] - 88:8, 88:25, 157:7, 176:25, 249:5
**begin** [1] - 189:25
**Beginning** [1] - 68:23
**beginning** [8] - 5:23, 52:3, 81:9, 100:15, 151:16, 199:7, 240:11, 249:19
**begins** [1] - 196:16
**begun** [1] - 115:2
**behalf** [7] - 5:25, 6:2, 6:3, 6:5, 69:17, 69:19, 185:21

**behave** [1] - 19:23
**behaves** [1] - 73:7
**behavior** [4] - 75:11, 75:12, 78:14, 79:4
**behaviors** [1] - 86:6
**behind** [2] - 12:9, 106:16
**belie** [1] - 245:24
**belief** [1] - 66:17
**believable** [1] - 200:15
**believes** [1] - 145:16
**Bell** [4] - 217:24, 218:25, 219:22, 250:15
**Bellway** [4] - 70:19, 81:1, 88:24, 88:25
**belong** [1] - 140:4
**belongings** [2] - 84:2, 207:11
**belongs** [4] - 64:9, 64:10, 140:1, 212:22
**below** [1] - 215:15
**belt** [7] - 79:15, 80:4, 145:4, 145:5, 145:17, 145:19, 152:4
**Ben** [1] - 6:10
**benefit** [7] - 119:11, 155:13, 170:15, 253:23, 255:20, 256:19, 257:14
**benefits** [1] - 269:23
**Berocal** [5] - 215:4, 219:9, 220:24, 221:14, 223:20
**best** [15] - 32:10, 35:4, 35:10, 102:15, 111:2, 123:19, 142:16, 150:7, 171:14, 179:19, 193:15, 193:17, 218:19, 272:15
**better** [9] - 68:24, 99:12, 137:25, 141:4, 146:24, 153:23, 178:24, 210:21, 220:18
**between** [44] - 9:18, 9:19, 10:21, 13:24, 28:3, 30:7, 38:2, 58:16, 58:18, 72:16, 79:19, 79:22, 84:19, 115:17, 145:8, 145:13, 163:8, 163:16, 164:18, 165:21, 176:23, 178:8, 194:18, 195:14, 195:20, 205:4, 205:9, 205:13, 205:24, 212:4, 212:5, 212:18, 216:7, 222:19, 230:2, 239:14, 239:23, 241:11, 241:21, 242:1, 242:6, 247:20, 247:21, 259:1
**beyond** [3] - 42:25, 223:8, 251:12
**big** [12] - 59:2, 103:1, 106:6, 113:2, 143:19, 144:16, 147:24, 150:2, 158:7, 162:1, 202:10, 258:25
**bigger** [4] - 100:1, 121:12, 146:18, 170:12
**biggest** [4] - 109:3, 161:22, 161:25
**billionaire** [1] - 149:18
**billionaires** [2] - 199:4, 206:14
**bills** [3] - 147:21, 148:3, 155:9
**binding** [3] - 188:8, 222:4
**BINHAK** [15] - 3:2, 33:13, 33:15, 33:17, 69:12, 69:16, 70:1, 70:4, 70:23, 71:2, 71:9, 71:10, 87:19, 98:7, 98:14
**Binhak** [9] - 3:2, 3:21, 6:9, 16:15, 19:2, 33:3, 33:15, 33:18, 191:6
**binhaks@binhaklaw.com** [1] - 3:4
**birth** [7] - 129:8, 129:10, 200:22, 200:23, 203:16, 268:12, 268:15
**Biscayne** [4] - 2:8, 2:12, 2:16, 2:20
**bit** [18] - 9:23, 20:5, 58:5, 72:7, 73:17, 74:13, 77:20, 77:21, 77:22, 78:9, 94:8, 99:23, 138:20, 172:2, 200:11, 234:15, 242:15, 242:18
**bitch** [1] - 150:23
**bitcoin** [3] - 169:18, 169:20, 206:17
**bite** [1] - 143:20
**Black** [5] - 2:7, 2:11, 2:15, 2:19, 112:22
**black** [1] - 244:22
**Blacks** [1] - 112:23
**blame** [2] - 144:10, 144:11
**Blasco** [3] - 182:25, 183:2, 230:3
**Blasco's** [3] - 183:4, 183:7
**blocked** [1] - 144:5
**blood** [5] - 103:23, 112:5, 112:11, 149:22
**blown** [1] - 202:8
**blue** [1] - 155:18
**Blue** [1] - 3:7
**blueprints** [3] - 134:1, 206:20, 206:24
**board** [1] - 145:1
**boast** [1] - 132:11
**boat** [5] - 113:9, 113:10, 132:14, 132:20, 132:21
**body** [2] - 200:14, 203:24
**Body** [1] - 243:18
**boiled** [1] - 105:4
**boldfaced** [1] - 62:13
**bomb** [2] - 237:20, 237:23
**bond** [22] - 13:24, 39:5, 42:15, 60:20, 60:22, 64:24, 120:22, 120:24, 177:12, 180:24, 181:2, 182:2, 182:11, 188:18, 194:3, 196:23, 228:7, 228:16, 230:9, 246:9, 246:25, 248:18
**Bond** [5] - 65:7, 65:21, 77:21, 77:22, 135:15
**Boo** [1] - 244:16
**Boo-hoo** [1] - 244:16
**book** [11] - 59:24, 125:5, 125:11, 125:12, 125:13, 161:9, 162:3, 162:5, 167:3, 249:20
**books** [4] - 122:12, 125:8, 238:19
**BOP** [11] - 174:3, 231:10, 232:5, 232:9, 233:23, 234:17, 234:25, 245:7, 245:23, 249:24, 261:15
**BOP's** [2] - 230:22, 232:15
**Borat** [1] - 110:18
**border** [4] - 59:11, 59:13, 122:19
**boring** [2] - 104:22, 111:3
**born** [2] - 72:1, 138:7
**bottom** [1] - 234:16
**bought** [3] - 92:17, 170:7, 171:8
**Boulevard** [4] - 2:8, 2:12, 2:16, 2:20
**bound** [3] - 205:6, 267:19, 268:2
**bounty** [2] - 174:23, 184:15
**Bounty** [1] - 184:8
**bow** [1] - 182:22
**Bowey** [3] - 182:21, 229:5, 229:13
**box** [1] - 31:12
**boxing** [7] - 30:12, 66:4, 66:9, 66:12, 147:15, 170:13, 170:19
**boys** [1] - 142:7
**brag** [1] - 133:20
**bragging** [1] - 163:21
**brain** [1] - 147:24
**branch** [3] - 14:8, 14:9, 216:25
**brave** [2] - 146:12, 263:21
**breach** [5] - 21:6, 28:14, 42:14, 212:17, 212:19
**breached** [1] - 42:19
**breaches** [1] - 30:19
**bread** [4] - 244:15, 244:21, 244:23, 244:25
**break** [16] - 32:19, 32:24, 35:9, 35:22, 60:5, 67:6, 67:11, 67:15, 67:17, 68:9, 120:8, 120:9, 131:18, 136:24, 189:25, 190:2
**breakdown** [1] - 248:24
**breakfast** [3] - 105:4, 244:18, 244:19
**breaking** [1] - 66:23
**breaks** [3] - 32:10, 112:6, 147:6
**breath** [2] - 107:6, 142:12
**breathe** [2] - 107:7, 107:15
**Brentwood** [1] - 70:10
**brevity** [1] - 20:9
**bridge** [2] - 259:8, 259:9
**brief** [7] - 128:4, 134:19, 180:6, 180:16, 180:17, 180:19, 186:13
**briefed** [1] - 187:19
**briefing** [3] - 274:1, 274:3, 275:3
**briefly** [4] - 27:21, 43:10, 70:11, 190:1
**bright** [1] - 107:4
**brightline** [2] - 208:11, 223:6
**bring** [3] - 65:8, 83:10, 128:23
**brings** [1] - 262:25
**Britain** [3] - 229:11, 254:2, 254:4
**British** [8] - 52:17, 83:17, 112:24, 127:3, 145:9, 148:1, 163:19, 230:1
**Britney** [1] - 160:13
**Brits** [3] - 141:18, 153:8, 221:5
**broadcast** [1] - 125:18
**broader** [1] - 27:25
**Broadway** [1] - 2:23
**broccoli** [1] - 244:20
**brother** [19] - 28:24, 75:6, 75:8, 103:23, 110:12, 111:12, 113:25, 132:3, 138:11, 146:7, 168:13, 173:2, 173:23, 174:3, 175:4, 178:19, 215:3, 220:25, 239:13
**brother's** [5] - 107:4, 110:9, 111:17, 131:22, 172:3
**Brothers** [1] - 205:12
**brothers** [67] - 6:16, 6:25, 7:2, 7:7, 7:10, 7:14, 7:19, 7:21, 8:4, 8:20, 9:21, 10:3, 11:8, 12:14, 12:18, 14:17, 14:19, 16:2, 16:6, 17:4, 19:22, 20:23, 21:1, 21:6, 22:8, 23:19, 24:11, 24:15, 26:1, 26:23, 27:10, 27:25, 29:3, 29:7, 29:19, 29:23, 30:8, 34:4, 37:8, 39:11, 39:19, 40:14, 42:1, 42:21, 44:14, 54:12, 54:13, 54:19, 69:17, 69:19, 192:16, 194:2, 198:6, 205:16, 206:3, 207:16, 253:6, 253:11, 253:20,

257:24, 258:3, 258:4, 258:9, 259:12, 268:5, 270:22, 271:10
**brothers'** [8] - 12:24, 23:3, 26:4, 41:18, 42:4, 43:4, 43:7, 57:18
**brought** [6] - 51:17, 193:24, 194:21, 233:1, 235:5, 235:6
**Bucharest** [15] - 21:2, 21:16, 21:21, 21:24, 22:14, 23:2, 23:8, 23:10, 26:4, 30:1, 38:15, 46:2, 178:12, 227:23
**Bugatti** [10] - 113:4, 113:5, 113:6, 133:8, 133:11, 133:13, 149:2, 149:3, 149:9, 206:25
**Bugattis** [1] - 207:5
**building** [2] - 91:11, 254:19
**builds** [1] - 151:18
**Bulgaria** [1] - 205:6
**Bulgaria-bound** [1] - 205:6
**bullets** [1] - 135:1
**bunk** [2] - 100:3, 103:15
**bunk-bedded** [1] - 103:15
**burden** [17] - 189:20, 192:9, 206:18, 208:5, 209:17, 209:19, 211:12, 211:16, 212:16, 220:3, 250:10, 251:20, 251:24, 266:8, 266:13, 266:14, 266:16
**burn** [1] - 106:25
**bus** [1] - 271:6
**busier** [1] - 81:11
**business** [1] - 79:24
**businessman** [1] - 78:2
**buy** [4] - 92:15, 171:12, 171:16, 171:18
**BY** [43] - 3:11, 33:17, 36:20, 44:10, 46:15, 51:10, 52:10, 54:9, 55:17, 70:4, 71:10, 87:22, 95:1, 96:5, 97:4, 97:11, 97:22, 98:7, 99:10, 108:4, 118:17, 120:21, 121:23, 122:4, 124:5, 129:4, 133:2, 134:21, 137:21, 139:19, 142:22, 149:1, 149:13, 156:5, 157:17, 158:17, 159:20, 160:20, 161:3, 161:15, 164:2, 178:6, 179:9
**bypass** [1] - 155:8

## C

**calculating** [2] - 111:12, 111:19
**calculation** [1] - 211:6
**calculus** [1] - 29:17
**calendar** [1] - 54:12
**California** [2] - 183:1, 198:18
**calm** [3] - 73:12, 75:21, 78:3
**calories** [2] - 104:19, 175:1
**camera** [7] - 89:1, 89:3, 89:6, 118:6, 136:7, 142:7, 235:23
**cameras** [4] - 62:5, 235:14, 235:16, 235:20
**Canada** [1] - 228:7
**cancelled** [1] - 159:24
**cancer** [2] - 117:12, 143:10
**cannibals** [1] - 140:4
**cannot** [14] - 27:14, 100:18, 100:20, 121:4, 138:17, 208:22, 218:14, 224:3, 224:5, 224:11, 224:14, 235:24, 251:7
**cap** [1] - 170:2
**capital** [1] - 66:1
**captain** [1] - 242:25
**captivity** [1] - 59:16
**captured** [2] - 205:21, 206:5
**car** [12] - 93:8, 93:9, 116:14, 135:11, 135:12, 135:14, 135:16, 135:19, 135:21, 148:18, 271:6
**care** [5] - 92:5, 104:3, 112:10, 231:25, 245:12
**career** [1] - 148:11
**carefully** [1] - 107:6
**cares** [1] - 262:9
**caricature** [1] - 143:1
**caring** [1] - 78:3
**carrier** [1] - 189:20
**carrots** [1] - 244:23
**carry** [1] - 38:19
**carrying** [1] - 22:1
**cars** [5] - 93:2, 93:3, 93:4, 120:6, 207:7
**cart** [1] - 231:21
**CASE** [1] - 1:3
**case** [218] - 8:11, 8:19, 10:18, 10:22, 10:23, 11:2, 12:12, 14:3, 14:13, 16:3, 16:4, 16:5, 16:9, 16:11, 20:3, 23:22, 26:2, 27:15, 27:19, 29:12, 38:6, 47:18, 48:8, 53:3, 54:17, 55:3, 56:10, 59:17, 59:18, 60:1, 61:5, 62:10, 62:11, 65:17, 81:9, 99:21, 114:3, 114:5, 114:11, 114:20, 114:21, 115:2, 115:10, 116:21, 117:21, 118:20, 119:6, 119:9, 120:8, 120:9, 120:10, 120:11, 120:15, 120:23, 120:25, 121:6, 121:8, 121:10, 121:11, 121:13, 121:24, 123:3, 123:5, 128:4, 132:2, 139:12, 139:16, 140:5, 140:8, 140:12, 140:13, 140:14, 140:15, 140:18, 141:1, 141:15, 141:16, 141:17, 142:8, 145:10, 146:6, 146:18, 153:13, 153:21, 154:3, 158:23, 158:24, 158:25, 159:1, 163:13, 163:23, 164:13, 164:14, 164:16, 164:21, 164:22, 165:11, 166:2, 168:1, 168:10, 170:21, 172:21, 172:22, 173:5, 175:13, 175:22, 175:24, 175:25, 176:12, 176:25, 178:22, 179:4, 180:10, 180:11, 180:12, 181:3, 181:8, 181:9, 182:22, 183:2, 183:15, 183:16, 183:18, 183:25, 184:1, 184:7, 184:12, 184:18, 184:22, 185:8, 186:1, 186:2, 186:6, 186:23, 186:24, 186:25, 187:2, 187:15, 189:5, 195:13, 195:19, 208:9, 208:10, 211:4, 211:25, 213:11, 218:18, 220:19, 221:20, 224:16, 224:18, 224:21, 224:24, 225:1, 225:5, 225:14, 225:16, 225:21, 225:25, 226:6, 227:1, 227:3, 227:4, 227:7, 227:8, 227:14, 227:24, 227:25, 228:5, 228:14, 228:21, 229:18, 229:20, 229:21, 229:22, 229:23, 229:24, 229:25, 230:15, 246:6, 247:1, 248:19, 250:8, 250:15, 251:18, 251:25, 252:8, 252:20, 252:21, 252:23, 254:14, 255:19, 256:3, 256:4, 256:17, 256:23, 258:3, 259:1, 265:4, 266:10, 266:16, 267:23, 268:4, 271:13, 271:15, 271:16
**Case** [5] - 1:3, 5:18, 5:20, 69:3, 69:5
**case-by-case** [1] - 208:10
**caselaw** [4] - 10:10, 179:18, 183:23, 210:6
**cases** [42] - 10:13, 11:3, 11:17, 11:20, 16:13, 65:19, 120:10, 141:17, 148:4, 148:12, 155:15, 155:20, 162:19, 179:24, 180:2, 180:4, 180:5, 180:16, 186:9, 187:19, 215:6, 215:8, 215:15, 220:23, 221:11, 221:13, 223:16, 225:7, 226:23, 226:24, 228:3, 229:4, 252:9, 252:10, 252:11, 254:11, 256:14, 259:16, 266:11
**cash** [1] - 120:6
**catch** [1] - 143:5
**caught** [1] - 144:16
**caused** [1] - 249:8
**caveat** [1] - 38:18
**CCTV** [1] - 119:4
**Cea** [1] - 55:21
**ceiling** [2] - 101:15, 238:24
**celebrating** [1] - 205:16
**celebrity** [1] - 14:16
**cell** [39] - 61:22, 84:4, 84:20, 84:25, 100:8, 100:10, 101:21, 105:11, 105:16, 105:17, 105:19, 105:25, 106:6, 106:8, 130:16, 130:25, 136:3, 143:25, 173:11, 173:15, 174:4, 174:8, 233:25, 234:1, 234:10, 240:24, 241:14, 242:2, 246:15, 246:19, 246:20, 246:22, 247:7, 247:21, 249:23, 261:10, 261:12, 261:24, 262:6
**cellphones** [1] - 5:7
**cells** [5] - 172:16, 174:2, 234:1, 241:2, 241:24
**cement** [1] - 235:1
**center** [1] - 130:4
**cereal** [1] - 244:19
**cert** [1] - 267:23
**certain** [15] - 21:21, 79:6, 82:23, 86:6, 104:16, 111:23, 111:24, 222:1, 244:13, 266:11, 266:12, 267:5, 267:6
**certainly** [13] - 89:7, 92:22, 102:11, 104:22, 108:17, 119:14, 122:16, 129:21, 200:13, 200:15, 207:8, 217:6, 231:17
**certifiable** [1] - 212:7
**certificate** [6] - 203:10, 203:13, 269:9, 269:13, 269:19, 269:22
**certification** [3] - 126:24, 127:12, 127:14
**certified** [2] - 203:2,

204:6
**certifies** [1] - 222:14
**certify** [4] - 60:19, 217:11, 220:19, 275:11
**cetera** [1] - 265:24
**chained** [1] - 152:9
**chains** [1] - 110:2
**chair** [1] - 143:15
**challenge** [2] - 26:4, 39:3
**challenges** [2] - 23:3, 147:12
**chamber** [2] - 21:11, 23:3
**Chamberlain** [9] - 47:24, 48:12, 48:21, 49:8, 49:19, 50:6, 52:20, 52:21
**chambers** [1] - 134:15
**champions** [1] - 78:6
**chance** [7] - 11:21, 99:22, 138:12, 141:8, 141:14, 148:4, 248:11
**chances** [1] - 123:8
**change** [8] - 29:17, 30:8, 36:14, 66:12, 69:1, 237:10, 242:24, 254:19
**changed** [9] - 22:4, 27:2, 40:17, 41:9, 41:13, 56:20, 158:2, 211:7
**changes** [1] - 21:18
**channel** [1] - 216:7
**channels** [1] - 273:13
**Chapell** [1] - 113:1
**Chapman** [5] - 184:6, 184:7, 184:14, 215:20
**Chapo** [1] - 144:24
**character** [24] - 17:2, 17:21, 18:15, 65:21, 72:16, 75:11, 75:12, 77:14, 77:17, 77:23, 96:8, 111:7, 111:16, 133:25, 135:2, 135:3, 136:1, 144:16, 149:21, 150:4, 150:6, 199:3, 265:23
**characterization** [1] - 139:20
**characterize** [2] - 61:2, 151:25
**characterized** [2] - 63:22
**characterizing** [1] - 186:14
**characters** [2] - 95:16, 111:14
**charge** [5] - 37:11, 123:20, 229:10, 262:25, 264:20
**charged** [12] - 37:8, 52:1, 52:17, 54:13, 99:16, 181:19, 185:9, 194:5, 243:16, 244:2, 250:16, 264:25
**charges** [68] - 6:18, 7:1, 7:6, 7:15, 8:21, 9:22, 22:1, 27:7, 27:23, 28:9, 37:10, 40:8, 40:11, 40:15, 40:18, 40:22, 40:24, 40:25, 41:11, 41:19, 41:21, 42:22, 42:23, 45:13, 47:14, 49:24, 50:19, 50:25, 51:17, 51:21, 61:2, 83:22, 85:4, 85:8, 87:7, 87:11, 87:16, 87:23, 88:12, 88:15, 88:17, 125:1, 142:19, 159:10, 159:22, 165:8, 165:9, 182:7, 183:18, 187:3, 192:13, 192:25, 194:21, 195:1, 195:11, 198:18, 211:7, 211:8, 214:2, 214:9, 229:6, 229:8, 229:16, 257:8, 257:10, 262:23
**charging** [2] - 164:15, 210:10
**charming** [1] - 197:4
**chart** [1] - 261:21
**charter** [2] - 171:25, 206:11
**chartered** [1] - 206:1
**chasers** [1] - 141:11
**chasing** [2] - 164:19, 184:16
**cheap** [1] - 169:9
**check** [9] - 22:17, 25:20, 26:16, 30:5, 71:3, 82:2, 156:22, 240:1, 273:14
**check-in** [1] - 25:20
**check-ins** [2] - 22:17, 30:5
**checked** [2] - 90:4, 268:14
**checks** [2] - 81:17, 81:19
**Cheerios** [1] - 149:25
**chef** [1] - 175:10
**chemical** [4] - 100:9, 106:11, 106:18, 131:8
**chemicals** [1] - 105:6
**Chicago** [2] - 181:21, 185:10
**chicken** [2] - 244:20, 244:22
**Chief** [2] - 48:1, 219:1
**chief** [3] - 48:16, 49:4, 55:21
**child** [13] - 15:5, 73:2, 73:20, 73:21, 73:23, 90:22, 91:1, 91:2, 91:15, 140:4, 171:21, 229:8, 229:9
**children** [40] - 15:7, 62:1, 71:23, 72:21, 73:5, 74:11, 74:15, 74:17, 74:20, 74:25, 75:17, 76:2, 76:5, 76:8, 76:10, 76:14, 83:3, 83:6, 83:14, 91:11, 91:21, 108:20, 108:22, 108:23, 108:24, 109:7, 109:15, 120:1, 120:4, 123:6, 140:1, 162:12, 162:13, 181:21, 182:5, 182:6, 182:10, 229:16, 270:15
**children's** [3] - 97:12, 97:23, 148:19
**chips** [1] - 102:14
**chocolate** [2] - 102:14, 104:23
**choice** [3] - 93:25, 148:3, 240:9
**choke** [3] - 105:20, 106:23, 150:23
**choking** [2] - 166:12, 193:1
**choose** [1] - 239:21
**chopped** [2] - 150:17, 151:1
**chose** [1] - 229:21
**chosen** [1] - 242:6
**Christmas** [4] - 171:8, 171:9, 171:12, 171:17
**chronology** [1] - 36:22
**circle** [3] - 101:9, 101:11, 202:10
**circles** [2] - 14:25, 43:8
**Circuit** [6] - 182:21, 214:20, 221:13, 221:15, 221:20, 222:4
**circuit** [4] - 222:6, 222:7, 222:8, 223:21
**circuits** [1] - 267:25
**circumstance** [73] - 8:19, 10:9, 11:2, 11:19, 11:23, 12:6, 12:7, 13:5, 14:10, 15:24, 15:25, 30:16, 61:9, 62:12, 147:6, 180:20, 181:2, 182:2, 182:10, 182:12, 182:16, 182:19, 182:24, 183:11, 183:13, 183:24, 184:1, 184:4, 184:11, 184:24, 184:25, 185:19, 185:23, 186:5, 187:12, 187:14, 187:23, 189:2, 208:12, 208:20, 208:24, 209:6, 209:8, 209:9, 211:1, 211:18, 211:21, 213:15, 215:17, 215:24, 217:8, 217:22, 217:23, 218:14, 218:24, 222:17, 222:22, 222:23, 223:6, 223:10, 223:17, 224:3, 224:5, 224:13, 224:14, 224:17, 226:25, 230:16, 250:12, 251:19, 252:21, 256:22, 261:5
**circumstances** [56] - 8:18, 12:2, 14:5, 19:14, 30:20, 34:23, 40:21, 42:5, 42:8, 43:1, 58:6, 58:8, 60:13, 60:14, 60:24, 64:20, 66:17, 66:20, 66:21, 99:21, 138:14, 138:15, 138:16, 139:3, 139:9, 139:21, 179:19, 179:21, 179:25, 180:1, 184:23, 188:6, 188:23, 192:4, 192:10, 192:23, 195:22, 208:3, 208:7, 208:22, 208:23, 222:10, 223:24, 251:18, 255:22, 256:1, 256:5, 256:17, 256:24, 261:2, 263:9, 265:3, 267:1, 267:6, 268:8
**circumventing** [1] - 13:13
**cite** [7] - 180:3, 189:3, 189:4, 221:11, 222:3, 222:7, 247:1
**cited** [17] - 122:7, 180:4, 180:16, 182:21, 185:24, 186:2, 188:14, 219:23, 220:23, 223:16, 226:23, 228:3, 233:6, 256:4, 256:19, 259:16
**cites** [2] - 29:22, 215:6
**citing** [1] - 28:19
**citizen** [4] - 138:8, 185:11, 229:11, 264:8
**citizens** [8] - 263:22, 264:4, 264:6, 264:12, 264:14, 264:23
**City** [1] - 237:22
**civil** [10] - 164:13, 164:16, 164:19, 164:21, 165:11, 182:18, 225:7, 229:20, 229:23, 258:13
**civilization** [1] - 151:18
**claimants** [4] - 42:13, 48:7, 48:22, 52:25
**claims** [5] - 197:6, 197:7, 206:14, 258:1, 258:2
**clarify** [7] - 95:25, 97:17, 99:22, 166:14, 168:6, 198:17
**class** [1] - 32:7
**clean** [6] - 96:3, 108:9, 143:13, 158:8, 234:6
**clean-cut** [1] - 143:13
**cleanup** [1] - 234:10
**clear** [27] - 20:16, 43:3, 49:22, 99:20, 115:12, 115:25, 119:14, 123:7, 124:8, 129:1, 129:17, 145:2, 165:16, 184:18, 198:19, 208:10, 208:13, 215:20, 219:25, 232:16, 235:25, 237:18, 238:8, 251:12, 257:11, 257:16, 266:23
**clearer** [1] - 114:2
**clearly** [8] - 37:24,

122:20, 144:6, 176:6, 210:1, 231:22, 237:2, 238:12
**clerk** [4] - 57:11, 180:9, 189:13, 190:9
**Clerk's** [1] - 190:7
**client** [3] - 10:5, 128:13, 128:16
**clients** [19] - 45:12, 45:18, 45:22, 46:2, 46:22, 47:10, 48:7, 49:9, 49:23, 50:24, 66:20, 67:5, 226:20, 232:11, 235:10, 237:8, 237:12, 237:25, 238:4
**clinic** [2] - 234:21, 245:5
**clip** [4] - 111:24, 112:8, 112:9, 270:24
**clock** [1] - 19:15
**clocks** [1] - 173:20
**close** [4] - 9:12, 74:22, 174:18, 203:22
**closed** [4] - 237:21, 274:1, 274:13, 275:4
**closely** [1] - 152:23
**closer** [1] - 215:13
**closes** [2] - 264:19, 274:3
**closest** [1] - 28:11
**closing** [1] - 189:21
**clothes** [1] - 241:19
**cloud** [1] - 233:11
**CM/ECF** [1] - 180:7
**Cobb** [1] - 182:23
**CobraTate** [1] - 231:19
**cobraTate** [1] - 166:20
**cocounsel** [3] - 31:1, 31:13, 51:4
**code** [1] - 49:6
**codefendant** [1] - 236:16
**codefending** [1] - 25:25
**Cohen** [2] - 17:21, 110:19
**coin** [3] - 169:20, 170:7, 170:9
**coins** [5] - 169:21, 170:3, 170:4, 170:7
**cold** [1] - 68:25
**colleague** [1] - 10:13
**colleagues** [3] - 34:19, 67:2, 256:6
**collection** [1] - 207:15
**collectively** [3] - 68:2, 95:24, 208:16
**College** [1] - 70:14
**colloquially** [1] - 127:16
**Colombia** [3] - 10:18, 10:21, 10:25
**color** [1] - 135:22
**combat** [1] - 104:13
**combined** [1] - 185:18
**comedian** [2] - 75:20, 113:2
**comedians** [1] - 113:1
**comedic** [1] - 110:18
**comedy** [8] - 77:16, 95:18, 96:10, 96:11, 96:12, 97:5, 110:25, 112:19
**comfort** [3] - 68:9, 75:15, 189:24
**comfortable** [1] - 67:4
**coming** [16] - 46:23, 61:7, 64:7, 65:23, 98:15, 100:10, 106:3, 126:25, 144:19, 144:20, 152:12, 194:15, 205:3, 257:9, 262:2, 272:24
**commence** [1] - 54:16
**commenced** [1] - 228:13
**comment** [2] - 43:12, 66:11
**comments** [4] - 31:7, 43:13, 43:14, 78:12
**commercial** [2] - 90:7, 171:24
**commercially** [3] - 89:25, 90:2, 90:9
**commissary** [34] - 15:10, 61:22, 61:25, 102:13, 102:17, 102:18, 102:19, 102:21, 103:3, 131:1, 131:2, 175:5, 175:8, 239:5, 239:12, 242:9, 242:11, 242:16, 242:18, 242:21, 243:2, 243:4, 243:6, 243:12, 243:14, 243:15, 243:16, 243:19, 244:2, 244:7, 244:11, 245:1, 261:16
**commission** [1] - 194:22
**commit** [1] - 10:4
**committed** [18] - 15:11, 48:10, 61:19, 79:10, 79:12, 94:5, 123:10, 123:13, 141:13, 176:12, 178:21, 179:4, 179:6, 254:7, 261:20, 262:14, 271:22
**committing** [3] - 11:5, 18:8, 252:15
**common** [1] - 231:17
**commonly** [1] - 59:20
**Commons** [1] - 43:14
**commotion** [1] - 106:5
**communicate** [3] - 22:22, 111:23, 260:5
**communicated** [1] - 40:8
**communicating** [1] - 27:12
**communication** [4] - 22:20, 112:12, 116:12, 260:8
**communications** [4] - 37:20, 39:25, 231:22, 274:9
**communist** [1] - 264:11
**community** [9] - 12:1, 16:20, 19:14, 24:25, 188:7, 188:12, 192:23, 220:1, 220:5
**companies** [1] - 82:25
**Company** [1] - 70:17
**company** [3] - 70:18, 88:22, 88:23
**comparable** [1] - 8:7
**compare** [1] - 246:16
**compared** [2] - 258:25, 263:20
**comparison** [1] - 17:20
**competent** [2] - 35:21, 216:8
**compilation** [1] - 256:24
**complain** [1] - 250:12
**complainants** [7] - 38:3, 39:4, 39:6, 47:18, 49:1, 49:10, 55:4
**complainants'** [1] - 50:7
**complained** [2] - 174:18, 234:18
**complaining** [2] - 55:10, 249:1
**complaint** [6] - 164:24, 165:1, 165:4, 165:12, 217:15, 225:24
**complaints** [1] - 49:21
**complete** [2] - 39:17, 70:15
**completed** [2] - 49:6, 199:6
**completely** [9] - 25:19, 78:1, 85:18, 87:16, 160:5, 173:8, 209:12, 209:19, 232:16
**compliance** [23] - 20:20, 21:7, 21:19, 26:20, 27:18, 28:15, 28:18, 42:4, 42:6, 42:9, 42:10, 58:11, 65:22, 145:1, 180:21, 180:24, 182:5, 182:8, 192:18, 192:21, 208:19, 209:1, 210:23
**compliant** [5] - 7:7, 11:6, 14:20, 58:17
**complicated** [1] - 86:2
**complied** [13] - 7:25, 11:9, 11:11, 22:5, 26:23, 26:24, 30:9, 30:17, 56:5, 147:7, 147:11, 182:3
**complies** [1] - 264:19
**comply** [3] - 8:24, 23:15, 147:8
**complying** [5] - 11:4, 56:7, 185:17, 186:9, 209:4
**compound** [1] - 233:16
**computer** [3] - 140:24, 155:13, 155:14
**concern** [8] - 27:23, 222:12, 258:22, 260:10, 260:13, 265:6, 272:5, 272:13
**concerning** [2] - 27:24, 27:25
**concerns** [5] - 18:18, 57:17, 87:6, 87:9, 220:9
**conclude** [4] - 9:22, 176:9, 189:15, 263:7
**concluded** [7] - 7:14, 10:24, 13:9, 22:7, 187:13, 221:15, 221:16
**conclusion** [4] - 43:19, 47:9, 250:9, 275:7
**concrete** [2] - 10:10, 84:20
**concurrently** [1] - 63:6
**condition** [1] - 100:6
**Conditioner** [1] - 243:18
**conditioning** [3] - 105:18, 254:15, 254:16
**conditions** [31] - 7:8, 11:6, 14:18, 14:22, 15:23, 34:9, 39:16, 41:10, 41:15, 41:18, 57:20, 61:11, 61:16, 102:9, 121:3, 130:14, 139:21, 172:2, 180:21, 185:24, 186:4, 187:17, 192:18, 192:21, 207:25, 208:19, 227:20, 230:17, 230:20, 260:8, 261:6
**conduct** [9] - 27:23, 28:4, 193:9, 194:4, 196:24, 197:1, 198:24, 257:15, 257:19
**confer** [3] - 128:7, 224:25, 261:1
**conferred** [3] - 191:3, 191:4, 191:5
**confident** [5] - 16:11, 123:11, 123:14, 140:5, 259:19
**confidentiality** [2] - 42:12, 42:14
**confined** [1] - 261:25
**confinement** [15] - 57:20, 61:11, 61:16, 139:21, 172:3, 185:24, 186:5, 227:21, 230:18, 246:8, 246:11, 246:13, 246:19, 252:6, 261:7
**confirm** [2] - 71:4, 237:22
**confirmed** [5] - 26:25, 29:11, 122:18, 125:12, 201:11
**confirming** [1] - 26:20
**confirms** [1] - 28:17
**confluence** [1] - 58:8
**Congress** [2] - 66:1,

217:11
**conjunction** [1] - 83:1
**connected** [1] - 88:18
**connection** [1] - 194:22
**conscience** [1] - 66:18
**consciousness** [1] - 64:19
**consensual** [2] - 79:25, 80:2
**consent** [1] - 145:24
**consequence** [1] - 15:21
**consequences** [3] - 86:5, 86:17, 144:8
**consider** [15] - 11:10, 15:24, 49:5, 72:24, 73:1, 75:7, 79:2, 93:23, 124:13, 204:20, 204:23, 204:24, 220:22, 263:8, 273:17
**consideration** [7] - 25:23, 58:4, 187:11, 187:15, 187:24, 212:22, 219:12
**considerations** [1] - 186:17
**considered** [3] - 22:10, 48:13, 187:4
**considering** [3] - 25:7, 30:17, 172:11
**consistent** [2] - 193:23, 203:19
**consistently** [1] - 23:20
**consolidated** [2] - 26:12, 26:13
**conspiracy** [4] - 121:15, 164:20, 237:7, 238:12
**Constable** [1] - 48:1
**constant** [1] - 23:14
**constantly** [3] - 88:10, 141:10, 238:18
**constitute** [4] - 182:16, 209:9, 223:5, 223:9
**constitutes** [7] - 11:23, 103:17, 208:11, 213:14, 215:23, 218:24, 255:22
**Constitution** [2] - 214:20, 214:23
**Constitutional** [1] - 225:6
**constructed** [1] - 206:22
**construction** [2] - 135:4, 135:5
**consult** [1] - 228:17
**consume** [2] - 104:16, 228:19
**consumption** [1] - 18:12
**Cont'd** [3] - 2:1, 3:1, 4:1
**contact** [25] - 15:8, 20:20, 21:19, 23:12, 26:1, 27:13, 28:13, 28:25, 29:14, 129:21, 194:10, 194:12, 194:23, 198:14, 231:2, 231:3, 231:23, 246:14, 246:15, 246:21, 246:23, 247:5, 247:11, 249:5
**contacted** [2] - 29:3, 129:22
**contained** [3] - 40:4, 40:6, 48:11
**containing** [1] - 25:7
**contemplated** [1] - 216:2
**contend** [1] - 17:17
**content** [5] - 79:7, 112:14, 113:3, 160:14, 250:1
**context** [6] - 17:19, 77:4, 151:9, 153:19, 209:18, 262:23
**continuances** [2] - 224:9, 230:12
**continue** [4] - 69:9, 155:23, 249:10, 249:13
**continued** [9] - 24:14, 26:8, 26:14, 30:1, 30:4, 70:21, 105:18, 224:12, 246:7
**continues** [2] - 197:6, 266:14
**continuing** [5] - 23:14, 124:22, 195:12, 198:8, 230:13
**continuity** [1] - 208:4
**continuous** [1] - 20:18
**contract** [1] - 29:14
**contracting** [1] - 216:11
**contracts** [1] - 94:5
**contradicted** [1] - 50:6
**contrary** [3] - 23:20, 29:1, 223:25
**contrast** [4] - 216:25, 246:22, 247:10, 247:23
**control** [20] - 21:17, 22:16, 23:9, 23:11, 24:15, 26:5, 26:9, 26:14, 26:15, 26:16, 27:3, 28:8, 28:10, 46:22, 106:16, 160:4, 160:5, 160:6, 233:4, 268:15
**controls** [3] - 29:15, 29:16, 213:12
**controversial** [1] - 142:23
**conversation** [1] - 78:21
**conversations** [2] - 112:14, 159:15
**convert** [1] - 138:4
**convicted** [4] - 140:3, 185:14, 264:24, 271:22
**conviction** [6] - 23:5, 28:23, 140:8, 140:10, 141:24, 147:13
**convince** [1] - 17:6
**convincing** [2] - 208:13, 251:12
**cooperator** [1] - 256:18
**Coot** [1] - 33:24
**copied** [3] - 143:2, 152:17, 161:8
**copies** [1] - 191:16
**copy** [10] - 46:16, 47:24, 56:13, 67:10, 118:12, 181:13, 181:14, 181:17, 189:9, 202:1
**cor** [1] - 110:13
**core** [5] - 110:21, 111:1, 111:2, 111:5, 111:6
**corner** [1] - 107:7
**corners** [1] - 220:17
**corpus** [2] - 15:15, 228:13
**correct** [128] - 31:19, 32:6, 37:17, 38:25, 41:7, 44:1, 44:12, 44:16, 44:17, 45:2, 45:3, 45:4, 45:7, 45:10, 45:11, 45:15, 45:18, 45:22, 45:24, 45:25, 46:3, 46:25, 47:7, 47:15, 47:18, 47:21, 47:22, 48:10, 48:23, 48:24, 49:12, 50:15, 50:19, 50:21, 50:25, 51:1, 51:22, 52:14, 53:8, 53:9, 54:15, 54:21, 55:11, 55:12, 80:20, 80:21, 88:3, 89:5, 89:13, 90:11, 90:20, 91:19, 95:9, 95:17, 98:10, 98:11, 101:22, 102:6, 103:4, 104:18, 124:20, 124:23, 125:6, 127:6, 129:25, 130:15, 131:4, 131:7, 132:13, 133:9, 157:22, 160:23, 163:8, 164:6, 164:11, 164:12, 164:14, 164:15, 164:20, 164:23, 164:25, 165:15, 165:16, 165:22, 166:8, 166:10, 166:13, 166:21, 167:1, 167:5, 167:16, 168:3, 168:10, 168:11, 168:14, 168:17, 168:19, 169:19, 169:22, 169:23, 170:23, 170:24, 171:1, 171:2, 171:19, 171:21, 171:22, 171:25, 172:1, 172:8, 172:13, 173:3, 173:4, 173:12, 173:13, 174:14, 174:16, 174:18, 175:9, 176:17, 178:9, 178:10, 178:13, 191:9, 196:6, 202:20, 238:16, 260:12
**correctional** [3] - 101:4, 131:6, 131:16
**Corrections** [1] - 246:12
**correctly** [4] - 51:18, 97:18, 147:17, 268:1
**correspondence** [1] - 176:9
**corroborate** [1] - 251:3
**corroborated** [2] - 222:1, 265:19
**corroboration** [2] - 251:6, 251:11
**cost** [1] - 91:6
**couch** [1] - 186:15
**cough** [1] - 243:24
**coughing** [2] - 105:17, 107:9
**counsel** [32] - 5:22, 15:1, 15:17, 20:22, 24:23, 25:15, 26:25, 27:12, 27:13, 46:11, 46:13, 47:23, 51:6, 52:19, 53:12, 54:10, 105:20, 121:5, 126:25, 128:7, 183:7, 185:14, 185:21, 190:2, 228:18, 236:8, 258:15, 260:3, 260:5, 261:1
**counsel's** [1] - 136:20
**Counselor** [1] - 99:12
**count** [1] - 266:3
**counterclaim** [1] - 257:25
**counterclaims** [2] - 225:21
**counties** [1] - 21:21
**counting** [1] - 100:21
**countless** [1] - 43:13
**countries** [6] - 9:19, 30:1, 177:9, 177:10, 210:7, 266:2
**country** [24] - 13:10, 14:14, 21:22, 54:4, 55:22, 99:17, 109:10, 123:15, 148:16, 188:10, 194:8, 209:16, 209:25, 213:5, 213:10, 213:15, 214:14, 216:18, 218:16, 219:19, 254:7, 263:19, 264:10, 264:11
**country's** [2] - 52:15, 219:6
**counts** [2] - 15:6, 218:8
**county** [1] - 21:23
**County** [1] - 182:23
**couple** [10] - 80:8, 102:20, 103:24, 162:4, 180:7, 218:1, 220:10, 231:25, 248:8, 273:15
**course** [21] - 9:11, 9:18, 52:1, 52:18, 80:23, 89:23, 113:23, 118:14, 119:2, 128:6, 162:13, 165:19, 173:20, 258:12, 263:3, 265:20, 265:21, 266:2, 271:15, 272:1, 274:15
**court** [143] - 5:7, 5:11, 5:15, 7:5, 7:25, 8:3, 8:22, 8:24, 9:19,

9:25, 10:3, 11:22, 11:24, 22:24, 24:5, 24:19, 24:20, 24:22, 25:2, 25:10, 25:23, 30:16, 34:3, 35:17, 36:4, 39:2, 42:11, 43:5, 45:21, 48:4, 48:6, 49:15, 49:25, 50:10, 50:19, 50:22, 51:20, 54:17, 58:13, 62:21, 63:2, 63:7, 64:1, 64:3, 67:15, 100:14, 115:6, 115:24, 138:9, 138:11, 138:22, 139:11, 140:21, 142:3, 142:18, 143:24, 144:17, 147:5, 147:7, 147:10, 152:9, 152:18, 152:22, 153:9, 154:15, 156:15, 156:18, 157:6, 157:15, 168:6, 175:14, 176:13, 176:14, 176:16, 176:25, 178:3, 180:23, 182:1, 182:3, 182:7, 182:22, 183:8, 183:11, 183:23, 184:18, 186:1, 186:6, 186:7, 187:4, 187:6, 187:11, 187:13, 193:16, 193:19, 194:17, 199:8, 208:24, 209:4, 209:20, 210:14, 210:22, 211:24, 214:7, 215:3, 216:24, 217:24, 218:4, 218:18, 220:25, 221:15, 225:11, 225:12, 228:16, 230:9, 248:14, 248:17, 248:22, 249:7, 249:9, 252:14, 252:15, 253:9, 255:5, 255:7, 255:15, 255:16, 255:18, 257:7, 258:10, 260:14, 263:5, 265:1, 265:2, 265:5, 266:4, 267:13, 270:12, 271:24, 272:10, 274:8

**COURT** [263] - 1:1, 5:3, 6:13, 8:7, 9:9, 10:6, 11:14, 11:16, 11:24, 12:22, 13:15, 13:21, 17:23, 18:2, 18:19, 18:23, 19:4, 19:7, 19:20, 20:11, 20:13, 20:15, 23:25, 24:16, 24:18, 25:1, 25:9, 25:16, 31:9, 31:14, 31:20, 32:2, 32:6, 32:9, 32:13, 32:17, 32:19, 32:22, 33:1, 33:14, 34:13, 34:16, 34:18, 34:21, 35:1, 35:8, 35:25, 36:6, 36:18, 43:24, 44:2, 44:7, 53:15, 53:22, 54:1, 54:6, 55:16, 56:15, 56:19, 56:23, 57:2, 57:4, 57:12, 57:14, 57:25, 60:4, 60:9, 60:17, 60:25, 64:14, 66:25, 67:17, 67:23, 68:1, 68:6, 68:8, 68:13, 68:17, 68:24, 69:1, 69:8, 69:14, 70:2, 70:25, 71:3, 94:25, 95:19, 96:3, 96:18, 96:20, 97:1, 97:7, 97:15, 97:19, 98:15, 98:18, 98:22, 98:24, 107:21, 107:24, 108:2, 118:5, 118:9, 120:14, 121:16, 121:19, 121:21, 121:25, 125:15, 125:22, 125:25, 126:4, 126:8, 126:11, 126:15, 126:20, 126:23, 127:2, 127:5, 127:8, 127:14, 127:22, 128:6, 128:9, 128:15, 128:20, 128:23, 128:25, 132:19, 132:23, 134:14, 134:18, 136:19, 136:22, 136:25, 137:3, 137:5, 137:7, 137:19, 138:18, 138:25, 139:2, 142:11, 142:14, 148:25, 149:8, 149:11, 155:25, 156:2, 156:4, 157:16, 158:16, 159:19, 160:19, 160:22, 161:2, 161:10, 161:13, 178:3, 179:14, 179:22, 180:2, 180:10, 180:14, 181:3, 181:6, 181:12, 181:16, 181:18, 184:13, 185:4, 185:6, 186:13, 188:2, 189:3, 189:9, 189:14, 189:19, 189:23, 190:11, 190:18, 190:20, 191:1, 191:10, 191:14, 191:19, 191:22, 192:1, 192:5, 192:7, 195:3, 195:5, 195:7, 195:10, 195:23, 196:1, 196:5, 196:7, 196:14, 196:20, 197:16, 197:18, 197:23, 198:3, 198:22, 201:9, 201:17, 201:20, 201:23, 202:1, 202:4, 202:7, 202:10, 202:15, 202:18, 202:21, 203:1, 203:4, 203:22, 204:2, 204:5, 204:9, 204:11, 227:2, 227:6, 227:18, 250:23, 251:1, 252:2, 252:24, 253:1, 254:18, 254:23, 255:1, 256:10, 256:15, 258:4, 258:6, 259:18, 260:16, 260:24, 265:10, 265:12, 266:18, 266:22, 267:9, 267:13, 267:17, 268:9, 268:18, 268:25, 269:5, 269:14, 269:25, 272:1, 272:3, 272:16, 273:7, 273:17, 273:22, 274:7, 274:15, 275:1

**Court** [144] - 3:12, 3:13, 5:4, 7:4, 8:2, 8:9, 8:12, 8:17, 9:5, 9:16, 11:7, 11:22, 15:10, 15:14, 15:24, 16:11, 17:18, 21:2, 21:16, 21:25, 22:18, 23:2, 23:10, 25:10, 30:14, 32:5, 44:8, 45:8, 56:2, 65:12, 70:7, 76:7, 88:4, 88:7, 114:23, 120:22, 120:24, 125:17, 136:13, 144:4, 150:13, 153:12, 156:17, 156:24, 177:21, 181:23, 182:5, 183:3, 183:13, 186:4, 187:22, 188:9, 188:16, 188:19, 192:17, 193:15, 197:6, 198:5, 198:10, 199:20, 200:10, 200:14, 200:24, 201:6, 203:14, 204:20, 204:23, 206:6, 207:10, 208:16, 209:12, 209:13, 209:23, 210:6, 210:15, 210:16, 210:18, 210:20, 211:4, 211:14, 212:7, 212:25, 213:23, 215:3, 217:6, 217:10, 217:12, 219:12, 220:10, 220:13, 220:15, 221:12, 221:21, 222:5, 222:6, 222:14, 226:12, 226:19, 226:22, 229:13, 230:19, 232:3, 232:13, 232:16, 237:15, 238:2, 239:4, 239:10, 239:15, 243:14, 245:25, 246:4, 250:6, 250:7, 250:10, 251:2, 251:5, 251:7, 251:12, 251:16, 251:20, 251:22, 251:23, 251:24, 252:9, 252:23, 258:14, 262:9, 263:8, 264:1, 266:22, 267:9, 267:11, 267:20, 267:23, 268:2, 268:24, 271:11, 274:10, 275:15, 275:15

**court's** [2] - 213:9, 248:17

**Court's** [13] - 8:1, 11:5, 17:11, 64:19, 66:18, 66:23, 118:3, 137:8, 137:18, 182:24, 187:12, 217:10, 229:25

**courtesy** [1] - 40:12

**courthouse** [1] - 5:14

**courtroom** [15] - 5:6, 5:11, 5:13, 67:5, 68:17, 69:14, 121:14, 125:18, 141:8, 142:21, 176:1, 179:2, 265:18, 271:14, 272:5

**COURTROOM** [13] - 5:18, 33:6, 33:10, 36:2, 36:4, 68:20, 69:3, 69:22, 98:25, 99:3, 99:5, 137:12, 275:6

**courts** [39] - 7:3, 7:11, 7:12, 7:19, 7:24, 8:5, 8:14, 9:17, 12:15, 17:12, 22:11, 28:6, 40:20, 40:23, 41:6, 41:9, 41:17, 47:11, 154:12, 179:25, 182:13, 188:10, 188:20, 208:10, 208:22, 209:24, 215:4, 216:24, 216:25, 217:3, 217:4, 217:17, 218:5, 219:15, 223:4, 252:18, 264:3, 267:4, 267:19

**cover** [1] - 31:17

**covered** [4] - 58:1, 106:13, 206:21, 250:23

**COVID** [2] - 80:23, 106:12

**COVID-style** [1] - 106:12

**CPS** [7] - 40:1, 45:17, 46:1, 46:2, 46:5, 46:21, 49:3

**crack** [1] - 234:15

**crazy** [3] - 78:5, 83:22, 148:12

**create** [3] - 224:3, 224:14, 254:5

**created** [1] - 166:20

**creates** [3] - 13:4, 14:9, 15:24

**credentials** [1] - 33:22

**credibility** [1] - 253:15

**credit** [5] - 199:10, 199:13, 199:23, 199:25, 200:8

**Cribs** [2] - 149:4, 149:5

**crime** [16] - 15:11, 52:17, 61:18, 63:9, 63:18, 86:20, 110:14, 117:7, 123:10, 123:14, 123:18, 140:3, 165:13, 172:11, 264:24

**crimes** [14] - 6:21, 10:4, 11:5, 114:4, 124:14, 141:13, 163:3, 166:7, 210:10, 252:15, 264:25, 266:12, 271:22, 271:23

**criminal** [25] - 1:23, 2:3, 11:11, 23:19,

42:17, 43:12, 123:17, 164:14, 164:16, 164:22, 165:11, 180:25, 194:4, 194:6, 196:24, 197:1, 198:24, 209:17, 221:17, 221:19, 229:6, 229:8, 229:15, 264:14, 265:4
**criminality** [1] - 65:9
**criminals** [1] - 184:16
**crop** [1] - 100:13
**CROSS** [4] - 44:9, 87:21, 124:4, 164:1
**Cross** [2] - 3:17, 4:3
**cross** [4] - 253:24, 259:7, 259:9, 270:10
**CROSS-EXAMINATION** [4] - 44:9, 87:21, 124:4, 164:1
**cross-examined** [1] - 253:24
**cross-examining** [1] - 270:10
**crossed** [2] - 122:19, 227:10
**crosses** [1] - 218:10
**crossing** [1] - 240:23
**crown** [1] - 54:17
**Crown** [6] - 40:1, 40:10, 41:21, 45:17, 49:6, 216:9
**crucial** [1] - 188:17
**crucially** [1] - 235:22
**crude** [2] - 110:24, 112:25
**crying** [2] - 142:6, 155:7
**cryptocurrency** [2] - 199:19, 206:17
**CSOs** [1] - 5:17
**cumulative** [1] - 187:23
**Curley** [1] - 16:3
**current** [6] - 10:8, 99:25, 119:24, 194:5, 252:20, 266:8
**cusp** [1] - 141:23
**custody** [18] - 6:17, 9:2, 20:19, 21:1, 21:7, 27:3, 50:2, 50:4, 54:22, 59:14, 130:21, 131:21, 182:4, 182:23, 223:11, 226:8, 229:15, 241:4
**custom** [2] - 132:9, 206:15
**customs** [1] - 59:13
**cut** [12] - 12:19, 13:11, 13:12, 13:20, 14:15, 63:4, 143:13, 150:13, 150:14, 150:16, 150:19, 151:8
**cute** [1] - 76:17
**cutoff** [1] - 238:10
**cuts** [1] - 198:13

## D

**D.C** [1] - 138:8
**DA** [1] - 165:16
**DA's** [1] - 165:14
**dad** [1] - 171:14
**Daddy** [2] - 169:23, 169:25
**daily** [5] - 75:13, 76:14, 80:6, 80:8, 248:6
**damage** [1] - 147:24
**danger** [17] - 10:5, 12:1, 15:21, 15:22, 16:12, 19:13, 24:25, 188:7, 188:12, 192:9, 192:22, 208:7, 220:1, 220:4, 250:14, 255:24, 267:8
**dangerous** [1] - 108:21
**dangerousness** [7] - 192:4, 192:12, 192:24, 207:19, 250:16, 270:4, 270:6
**DAR** [3] - 71:4, 71:5, 71:6
**dash** [1] - 196:11
**database** [2] - 268:14, 269:4
**DATE** [1] - 275:14
**date** [14] - 48:9, 61:6, 115:7, 129:8, 157:1, 161:23, 173:21, 200:22, 204:9, 221:6, 226:20, 244:18, 268:12, 268:15
**dated** [2] - 51:13, 206:2
**dates** [1] - 228:20
**dating** [1] - 8:10
**daughter** [3] - 74:17, 108:25, 119:13
**daughters** [1] - 76:12
**Dave** [1] - 113:1
**David** [1] - 10:22
**days** [47] - 15:4, 19:24, 30:15, 50:4, 51:15, 54:14, 54:16, 55:2, 55:8, 57:21, 65:22, 100:21, 102:20, 119:1, 154:18, 171:14, 171:18, 174:22, 194:19, 223:12, 225:23, 239:17, 240:2, 240:3, 240:4, 240:5, 240:6, 240:10, 240:13, 240:14, 240:16, 240:17, 240:18, 240:19, 240:22, 240:25, 241:4, 241:5, 241:6, 241:7, 247:14, 247:16, 248:8, 272:20, 273:15
**DBTRO** [1] - 198:10
**deadline** [1] - 273:23
**deal** [5] - 18:25, 61:14, 61:15, 132:3, 225:24
**dealing** [2] - 64:5, 178:4
**dealt** [1] - 182:4
**dearth** [1] - 183:23
**death** [3] - 64:8, 102:14, 102:15
**decade** [9] - 138:2, 144:1, 144:17, 144:23, 147:20, 154:15, 162:23, 262:24
**decades** [1] - 215:7
**decapitation** [1] - 18:10
**December** [14] - 16:5, 20:25, 23:2, 24:13, 61:7, 66:3, 146:25, 171:13, 194:18, 205:10, 205:14, 205:17
**decide** [9] - 10:2, 32:10, 35:23, 212:7, 212:23, 223:15, 252:19, 265:21, 273:9
**decided** [8] - 7:12, 9:11, 165:14, 219:15, 229:13, 229:19, 230:9
**decides** [4] - 87:12, 222:15, 259:8, 259:9
**deciding** [2] - 263:8, 271:16
**decision** [19] - 8:13, 9:20, 13:18, 13:19, 14:9, 24:5, 25:12, 39:3, 43:16, 43:18, 43:25, 47:24, 48:3, 52:20, 54:18, 181:20, 216:19, 220:25, 229:12
**decisions** [2] - 9:7, 24:2
**declaration** [5] - 27:1, 28:15, 197:19, 260:22, 260:25
**declarations** [2] - 20:23, 28:20
**declination** [1] - 63:17
**decline** [3] - 248:15, 249:9, 249:13
**declined** [1] - 198:19
**decontaminated** [1] - 232:22
**decontamination** [2] - 233:17, 234:2
**decorum** [2] - 5:13, 174:1
**dedicate** [3] - 110:13, 150:8, 151:12
**dedication** [1] - 145:2
**deemed** [1] - 259:2
**defamation** [6] - 16:2, 59:17, 59:18, 59:20, 225:16, 257:23
**default** [1] - 175:19
**defaulted** [1] - 260:10
**defend** [12] - 63:5, 87:7, 153:10, 153:13, 164:7, 166:17, 253:9, 254:7, 257:1, 259:3, 259:4, 259:14
**defendant** [16] - 10:24, 11:20, 51:15, 180:25, 195:19, 199:23, 218:16, 219:25, 220:2, 225:10, 228:14, 229:7, 229:10, 230:4, 257:25, 268:5
**defendant's** [2] - 180:23, 225:21
**Defendant's** [2] - 4:13, 118:15
**DEFENDANTS** [1] - 2:7
**defendants** [31] - 1:9, 10:14, 10:16, 11:4, 12:10, 13:5, 26:2, 50:15, 54:3, 54:4, 186:12, 194:21, 208:3, 217:21, 219:16, 223:8, 223:15, 226:7, 226:10, 228:23, 230:1, 230:15, 231:7, 236:15, 236:17, 242:25, 244:11, 245:5, 248:4, 249:12, 251:19
**defending** [2] - 62:15, 253:10
**Defense** [12] - 53:14, 53:23, 54:5, 54:18, 54:19, 56:14, 57:11, 118:10, 197:17, 197:18
**defense** [21] - 20:22, 24:23, 27:18, 35:9, 38:7, 50:9, 53:24, 126:25, 142:2, 163:13, 165:25, 179:14, 190:9, 190:16, 193:11, 193:14, 202:13, 215:6, 224:10, 226:23, 266:13
**defense's** [3] - 35:14, 35:16, 227:12
**defer** [3] - 25:14, 43:25, 189:21
**deference** [1] - 217:20
**deferred** [2] - 22:6, 24:20
**deficits** [1] - 249:6
**define** [4] - 10:8, 11:1, 253:2, 265:17
**defined** [4] - 10:9, 11:22, 66:19, 179:21
**defines** [1] - 246:12
**definitely** [1] - 244:24
**degree** [1] - 152:13
**delay** [21] - 187:14, 213:14, 213:21, 213:24, 214:8, 214:10, 214:12, 215:10, 215:11, 215:12, 215:16, 215:18, 222:17, 222:19, 223:1, 223:5, 223:7, 223:9, 223:19, 224:2, 262:22
**delayed** [2] - 213:25, 214:1
**delaying** [2] - 214:8, 224:4
**delays** [7] - 213:16, 215:8, 217:7, 224:6, 224:9, 224:12, 263:2
**deleted** [1] - 159:25
**deliberately** [1] - 150:13
**delicate** [1] - 73:24
**deliver** [2] - 31:7, 219:8
**delivered** [1] - 90:25

**demographic** [1] - 79:8
**demonstrate** [1] - 217:14
**demonstrated** [2] - 23:21, 30:5
**demonstrates** [1] - 200:4
**demonstrating** [1] - 202:23
**demonstrative** [1] - 202:4
**demoralization** [1] - 249:3
**denial** [1] - 248:17
**denied** [2] - 38:22, 242:12
**deny** [1] - 85:11
**departed** [1] - 57:23
**Department** [7] - 1:22, 2:2, 13:16, 13:23, 55:19, 55:21, 216:10
**Department's** [1] - 13:19
**departments** [1] - 233:5
**depended** [2] - 177:19, 182:19
**deployed** [1] - 234:11
**deployment** [4] - 233:6, 233:17, 234:21, 235:4
**deported** [1] - 176:2
**deposition** [2] - 29:12, 29:13
**depositions** [3] - 226:10, 230:14, 230:16
**Depp** [2] - 121:12, 146:19
**depression** [1] - 249:4
**deprived** [1] - 259:13
**DEPUTY** [13] - 5:18, 33:6, 33:10, 36:2, 36:4, 68:20, 69:3, 69:22, 98:25, 99:3, 99:5, 137:12, 275:6
**DeSantis** [1] - 59:5
**describe** [15] - 18:24, 71:20, 75:10, 75:11, 75:14, 76:7, 76:22, 77:1, 79:18, 83:19, 99:25, 106:20, 109:2, 180:12, 270:8
**described** [2] - 54:19, 77:23
**describes** [1] - 24:18
**describing** [1] - 162:2
**description** [3] - 71:25, 163:11, 181:4
**deserve** [4] - 62:19, 62:20, 102:11
**designed** [1] - 14:18
**designer** [1] - 171:7
**desire** [1] - 182:9
**despite** [5] - 140:9, 164:19, 182:7, 225:11
**destinations** [1] - 156:20
**destroy** [2] - 114:25, 155:15
**destroyed** [4] - 119:19, 140:12, 146:8, 155:12
**destroying** [2] - 184:10, 184:24
**detail** [4] - 90:8, 106:20, 123:13, 260:14
**detailed** [1] - 37:11
**details** [4] - 6:20, 45:6, 118:20, 163:7
**detain** [3] - 186:11, 186:20, 186:21
**detained** [15] - 7:2, 7:19, 13:5, 13:7, 14:17, 22:9, 22:13, 38:18, 39:15, 47:5, 62:9, 157:10, 157:20, 188:18, 189:1
**detainees** [2] - 61:17, 259:4
**detention** [18] - 9:4, 21:3, 22:8, 22:13, 24:11, 27:6, 27:9, 28:6, 28:10, 37:5, 61:24, 208:1, 213:17, 223:25, 228:5, 246:8, 246:25, 271:21
**DETENTION** [1] - 1:11
**deteriorating** [1] - 252:6
**determination** [6] - 8:2, 25:2, 25:3, 187:6, 187:17, 217:19
**determine** [4] - 11:23, 209:21, 217:7, 219:16
**determined** [6] - 7:19, 8:3, 8:5, 182:1, 263:18, 267:6
**determining** [2] - 188:17, 215:18
**devices** [2] - 59:13, 123:20
**dial** [1] - 110:25
**diamond** [1] - 207:7
**dictated** [1] - 43:1
**die** [1] - 147:1
**died** [2] - 103:22, 103:24
**diet** [2] - 104:22, 112:10
**dietary** [1] - 244:12
**differ** [1] - 94:21
**difference** [4] - 58:16, 58:18, 227:10, 272:14
**differences** [1] - 30:7
**different** [32] - 11:2, 14:2, 14:5, 16:13, 24:21, 25:5, 69:14, 72:16, 74:8, 77:17, 78:1, 85:15, 85:16, 86:16, 101:16, 126:11, 132:13, 158:6, 158:11, 161:25, 164:11, 164:14, 165:21, 166:7, 169:21, 209:12, 209:15, 209:19, 213:7, 220:24, 254:14, 254:23
**difficult** [3] - 140:2, 151:17, 172:12
**difficulties** [1] - 50:8
**DIICOT** [3] - 22:19, 29:4, 140:7
**DIICOT's** [2] - 22:20, 27:5
**dinner** [2] - 74:8, 244:22
**diplomatic** [8] - 186:7, 186:11, 186:16, 186:19, 213:16, 216:7, 273:13
**DIRECT** [5] - 33:16, 36:9, 70:3, 99:9, 137:20
**direct** [10] - 28:13, 31:12, 33:3, 45:12, 47:4, 47:14, 50:18, 98:8, 128:13, 130:13
**Direct** [2] - 3:17, 4:3
**direction** [3] - 27:2, 96:24, 100:2
**directly** [4] - 131:15, 182:4, 216:7, 273:6
**Director** [1] - 48:1
**dirt** [1] - 123:24
**disagree** [2] - 70:25, 273:24
**disagreements** [1] - 80:9
**disappear** [2] - 30:12, 87:6
**disappeared** [1] - 264:15
**disappearing** [1] - 30:4
**disbursements** [1] - 103:3
**discern** [1] - 218:15
**disciplinary** [5] - 14:18, 61:19, 261:19, 261:20, 262:14
**discipline** [1] - 104:14
**discomfort** [1] - 107:12
**discourse** [1] - 38:2
**discovery** [5] - 51:12, 225:15, 226:6, 230:12, 230:13
**discretion** [2] - 55:1, 212:22
**discuss** [9] - 103:15, 192:3, 192:4, 220:10, 220:11, 220:14, 230:21, 233:6, 233:8
**discussed** [3] - 224:15, 228:21, 249:11
**discusses** [1] - 217:25
**discussing** [2] - 46:6, 184:23
**discussion** [4] - 188:5, 189:6, 219:23, 248:9
**discussions** [2] - 38:23, 39:10
**disgusting** [1] - 62:18
**disheveled** [1] - 62:3
**disinfectant** [1] - 142:16
**dismiss** [3] - 61:4, 226:2, 257:24
**dismissed** [1] - 257:23
**dismissing** [1] - 225:20
**disobey** [1] - 17:11
**dispensation** [1] - 243:1
**displayed** [2] - 196:15, 261:21
**dispositive** [1] - 192:17
**dispute** [1] - 273:25
**disrespect** [4] - 52:21, 64:23, 119:11, 267:3
**disrupt** [1] - 71:2
**distinguishable** [1] - 228:4
**distress** [1] - 252:7
**District** [19] - 1:19, 3:13, 5:4, 5:5, 66:19, 165:14, 181:10, 181:23, 183:1, 183:17, 185:7, 186:25, 188:8, 218:18, 221:21, 253:5, 259:5, 275:15
**DISTRICT** [3] - 1:1, 1:2, 1:12
**district** [8] - 18:21, 181:12, 188:20, 248:14, 248:17, 248:22, 249:9, 267:24
**Division** [2] - 1:23, 2:3
**DIVISION** [1] - 1:2
**divorce** [2] - 229:6, 229:14
**divulge** [1] - 44:24
**Docket** [9] - 187:1, 190:14, 190:23, 209:10, 226:8, 226:9, 226:11, 226:14, 226:15
**docket** [7] - 53:15, 176:20, 181:11, 197:24, 213:18, 226:3, 274:7
**dockets** [2] - 225:9, 226:4
**doctor** [2] - 248:21, 249:7
**doctors** [1] - 101:25
**document** [17] - 126:5, 126:12, 126:19, 126:21, 126:22, 126:24, 128:3, 128:12, 128:14, 129:15, 130:4, 177:18, 196:16, 203:5, 203:23, 203:24, 225:8
**documented** [1] - 205:1
**documenting** [2] - 204:21, 207:13
**documents** [4] - 128:4, 130:9, 201:4, 210:14
**Doe** [4] - 225:22, 226:10, 229:24, 257:20
**Doe's** [1] - 226:12
**Dog** [1] - 184:7
**DOJ** [1] - 1:15

**DOJ-USAO** [1] - 1:15
**dollar** [1] - 116:14
**dollars** [2] - 120:5, 162:4
**domestic** [1] - 182:15
**done** [26] - 9:1, 21:14, 35:11, 37:19, 46:18, 50:22, 51:1, 51:21, 51:25, 66:16, 71:12, 80:17, 123:12, 132:12, 135:17, 144:13, 146:13, 148:14, 172:10, 174:10, 211:25, 228:2, 234:7, 241:23, 264:24, 274:6
**door** [6] - 29:6, 106:11, 106:19, 131:17, 131:18, 234:16
**doors** [8] - 131:8, 131:11, 131:13, 234:12, 234:13, 234:14, 235:1
**Doritos** [3] - 104:24, 174:23, 261:18
**double** [2] - 71:3, 273:14
**double-check** [2] - 71:3, 273:14
**doubt** [4] - 119:12, 155:13, 254:6, 260:25
**doubting** [1] - 262:7
**doubts** [1] - 262:10
**down** [17] - 8:1, 29:7, 59:2, 61:22, 67:21, 81:10, 81:23, 85:5, 102:3, 107:8, 108:11, 108:12, 121:7, 125:16, 142:12, 227:23, 237:21
**dozens** [1] - 255:9
**dragged** [1] - 106:17
**drawn** [1] - 17:3
**drilled** [1] - 131:15
**drink** [1] - 104:10
**drive** [8] - 19:12, 67:13, 118:7, 188:12, 190:9, 191:15, 201:25, 239:11
**Drive** [1] - 3:7
**driver's** [3] - 17:8, 143:5, 265:24
**driving** [1] - 207:17
**drop** [1] - 157:5
**drops** [4] - 233:15, 233:16, 233:19, 243:24
**drug** [2] - 133:20, 266:11
**drugs** [3] - 104:10, 110:14, 150:6
**Drumm** [1] - 215:11
**drumming** [1] - 66:6
**Duarte** [4] - 8:13, 192:20, 211:10, 266:15
**Dubai** [11] - 66:4, 74:22, 90:17, 90:18, 91:7, 95:8, 109:7, 109:8, 178:15, 205:11, 205:17
**duces** [1] - 226:13
**dudes** [1] - 106:6
**due** [7] - 72:2, 107:23, 220:8, 221:6, 222:11, 222:18, 246:11
**duly** [4] - 33:4, 69:20, 99:1, 137:10
**dumb** [2] - 144:3, 146:13
**duration** [2] - 100:11, 222:12
**during** [19] - 67:11, 80:23, 81:12, 84:22, 85:25, 86:2, 88:14, 103:2, 163:10, 189:19, 194:19, 197:5, 197:7, 220:22, 225:14, 234:21, 235:9, 236:23, 237:25
**duty** [1] - 234:19
**Dwayne** [1] - 184:7

## E

**eager** [1] - 114:25
**ear** [1] - 12:19
**early** [2] - 60:3, 182:17
**earn** [1] - 132:1
**earned** [2] - 120:7, 148:2
**Earth** [1] - 256:19
**easier** [1] - 178:5
**easily** [3] - 82:22, 116:21, 121:8
**Eastern** [1] - 183:1
**eastern** [3] - 8:22, 139:15, 147:13
**easy** [3] - 72:15, 74:22, 265:22
**eat** [10] - 68:14, 102:15, 103:1, 103:10, 103:11, 104:21, 149:25, 174:24, 244:13
**eating** [1] - 175:8
**ECF** [10] - 20:16, 20:24, 23:24, 27:1, 28:20, 28:21, 53:19, 56:21, 197:20, 201:23
**ECF-19** [1] - 247:1
**ECF-41** [1] - 248:20
**ECF19** [1] - 247:25
**Eden** [1] - 59:25
**educate** [1] - 74:6
**educated** [1] - 255:6
**educational** [2] - 33:21, 70:11
**educator** [1] - 74:3
**effects** [4] - 106:18, 106:21, 233:2, 233:16
**effort** [2] - 74:21, 267:21
**efforts** [1] - 257:16
**egg** [1] - 105:4
**eggs** [3] - 104:21, 105:1
**ego** [1] - 77:13
**egregious** [2] - 61:10, 61:15
**eight** [8] - 72:1, 90:21, 93:15, 93:17, 108:23, 242:1, 247:22
**eight-month** [1] - 90:21
**either** [22] - 24:4, 28:24, 31:7, 36:14, 39:15, 42:21, 50:14, 50:24, 51:21, 132:22, 166:12, 180:3, 194:13, 203:15, 205:22, 208:16, 216:7, 221:3, 222:14, 234:21, 271:15, 274:20
**El** [1] - 144:24
**elaborate** [1] - 180:6
**eldest** [1] - 108:25
**elected** [1] - 238:9
**element** [1] - 193:9
**eligible** [3] - 220:19, 263:10, 263:13
**Elliott** [1] - 149:5
**Elon** [2] - 113:17, 144:4
**elsewhere** [1] - 161:7
**email** [4] - 46:6, 227:16, 274:6, 274:10
**emails** [1] - 228:25
**Embassy** [1] - 127:3
**embassy** [3] - 127:23, 128:2, 130:11
**embezzlement** [1] - 187:3
**emergency** [1] - 5:12
**EMORY** [4] - 1:8, 4:4, 137:10, 137:17
**Emory** [11] - 5:21, 47:25, 56:4, 69:6, 111:17, 136:23, 137:9, 194:20, 195:13, 238:18, 245:13
**emotional** [1] - 146:10
**employed** [2] - 44:15, 81:1
**employment** [1] - 33:21
**empower** [1] - 217:10
**empowered** [1] - 220:14
**encourage** [1] - 193:20
**encourages** [1] - 150:6
**end** [23] - 10:12, 26:17, 63:10, 107:14, 111:10, 140:11, 142:19, 143:9, 144:12, 144:16, 154:23, 154:25, 176:10, 178:4, 181:17, 181:18, 184:22, 206:15, 235:15, 238:11, 246:1, 258:23
**End** [1] - 68:21
**ended** [4] - 21:7, 28:7, 29:24, 170:18
**ending** [1] - 28:4
**endless** [1] - 143:14
**endlessly** [1] - 146:9
**ends** [2] - 112:9, 196:16
**enforced** [1] - 28:13
**enforcement** [1] - 198:15
**engage** [2] - 210:7, 211:15
**engaged** [2] - 85:11, 226:6
**engaging** [2] - 225:15, 230:11
**England** [32] - 12:11, 12:14, 12:15, 13:11, 48:13, 70:8, 70:9, 83:21, 115:17, 115:20, 115:23, 115:25, 116:3, 116:4, 116:8, 135:22, 141:17, 141:20, 153:14, 153:22, 153:23, 154:4, 154:10, 154:11, 157:11, 157:12, 163:3, 176:2, 176:5, 259:10, 263:2
**English** [8] - 13:8, 49:15, 119:6, 135:17, 138:3, 159:13, 203:2, 204:6
**enhanced** [1] - 202:17
**enjoy** [1] - 52:16
**Enjoy** [1] - 116:2
**enjoyed** [2] - 79:22, 79:23
**enlarge** [1] - 228:16
**ensure** [2] - 38:7, 219:13
**enter** [3] - 236:24, 236:25, 238:10
**entered** [4] - 21:11, 30:10, 60:2, 103:9
**entertain** [1] - 238:23
**entertained** [1] - 7:3
**entertainer** [1] - 17:20
**entertainers** [1] - 17:5
**entertaining** [1] - 18:6
**entertainment** [2] - 17:13, 238:15
**entire** [21] - 21:22, 118:25, 119:19, 126:5, 126:8, 126:10, 126:16, 126:18, 126:21, 126:22, 140:12, 140:13, 146:19, 158:6, 158:11, 158:24, 158:25, 160:1, 184:15, 213:7, 237:21
**entirely** [3] - 26:5, 157:10, 228:17
**entitled** [7] - 42:23, 42:25, 100:25, 217:19, 218:6, 230:6, 275:12
**entries** [2] - 64:25, 213:18
**Entry** [9] - 187:1, 190:14, 190:23, 209:10, 226:8, 226:9, 226:11, 226:14, 226:15
**entry** [1] - 198:11
**episode** [2] - 131:9, 149:6
**episodes** [1] - 20:8
**equal** [1] - 145:25
**equity** [1] - 3:6

**equivalent** [1] - 29:5
**Ernst** [1] - 217:16
**erroneously** [1] - 219:13
**escape** [1] - 118:24
**escaped** [1] - 143:22
**especially** [1] - 159:16
**espouse** [1] - 13:10
**ESQ** [11] - 1:14, 1:18, 1:22, 2:2, 2:7, 2:11, 2:15, 2:19, 2:22, 3:2, 3:6
**essence** [1] - 34:8
**essentially** [5] - 9:6, 9:25, 12:19, 24:10, 211:22
**establish** [2] - 207:24, 221:18
**established** [1] - 95:13
**establishes** [2] - 199:20, 201:5
**establishing** [2] - 192:9, 220:4
**establishment** [1] - 23:21
**estimate** [1] - 241:11
**estimates** [1] - 241:25
**estranged** [1] - 229:14
**et** [1] - 265:24
**EU** [1] - 37:4
**Eugen** [1] - 20:22
**Europe** [4] - 8:22, 13:2, 139:16, 147:13
**European** [3] - 37:3, 210:15, 210:18
**evade** [2] - 23:19, 25:22
**evading** [2] - 11:11, 58:11
**evaluate** [1] - 31:23
**evaluated** [2] - 20:3, 20:19
**evaluating** [1] - 271:14
**evaluation** [1] - 216:15
**evasion** [3] - 83:24, 85:13, 86:15
**Eve** [1] - 59:24
**event** [6] - 30:12, 66:10, 66:11, 170:19, 254:25, 262:8
**events** [6] - 60:6, 60:10, 139:21, 211:3, 229:9, 262:23
**eventually** [5] - 22:6, 85:5, 143:22, 162:24, 198:11
**everyday** [1] - 101:14
**everywhere** [3] - 65:23, 154:14, 156:19
**evidence** [38] - 19:22, 21:12, 21:14, 28:11, 34:10, 34:15, 34:20, 38:7, 49:5, 49:24, 55:5, 118:16, 132:16, 164:17, 164:20, 167:19, 167:22, 167:23, 167:24, 184:2, 191:13, 208:13, 211:11, 212:13, 212:15, 212:19, 213:22, 215:1, 220:4, 251:3, 251:13, 251:23, 255:4, 257:18, 260:17, 270:17
**EVIDENCE** [1] - 4:11
**Evidence** [2] - 128:22, 132:25
**evidential** [1] - 85:7
**evidentiary** [2] - 180:15, 227:6
**evil** [3] - 111:21, 150:4, 156:11
**ex** [4] - 45:23, 52:12, 79:20, 145:6
**ex's** [1] - 238:18
**ex-girlfriend** [2] - 79:20, 145:6
**exact** [6] - 8:8, 23:16, 110:20, 162:1, 183:5, 265:3
**exactly** [7] - 13:13, 138:19, 159:14, 170:10, 256:16, 266:6, 272:8
**exaggerate** [1] - 251:9
**exaggeration** [1] - 251:15
**exam** [2] - 45:5, 45:6
**EXAMINATION** [13] - 33:16, 36:9, 44:9, 52:9, 70:3, 87:21, 98:6, 99:9, 124:4, 134:20, 137:20, 164:1, 179:8
**examination** [1] - 98:8
**examined** [2] - 232:22, 253:24
**examining** [1] - 270:10
**example** [10] - 11:21, 14:11, 15:5, 17:25, 42:12, 162:17, 215:10, 226:7, 259:21, 266:9
**examples** [3] - 42:9, 43:13, 179:19
**except** [4] - 14:23, 199:12, 234:14, 240:9
**exceptional** [10] - 8:19, 11:18, 14:3, 14:13, 16:11, 208:21, 208:23, 251:19, 255:17, 268:4
**excerpt** [1] - 246:24
**excessive** [2] - 223:10, 223:19
**exchanger** [1] - 234:3
**exchanging** [1] - 193:5
**excited** [2] - 72:19, 72:22
**exclusively** [3] - 96:11, 112:22, 212:21
**exculpatory** [1] - 65:5
**excuse** [12] - 9:20, 47:2, 85:23, 130:3, 157:3, 176:20, 177:25, 197:13, 230:15, 266:9, 267:5, 268:5
**Excused** [1] - 57:16
**executed** [1] - 37:1
**executes** [1] - 77:24
**execution** [1] - 22:6
**executive** [4] - 212:23, 216:18, 216:25, 217:12
**exercise** [8] - 5:13, 100:25, 101:2, 101:8, 101:11, 101:13, 101:20
**exercising** [1] - 64:2
**Exhibit** [31] - 4:12, 51:3, 51:11, 53:23, 55:14, 55:18, 56:17, 56:20, 118:15, 128:9, 132:16, 132:25, 176:19, 177:11, 195:8, 196:19, 197:3, 197:17, 197:18, 201:22, 202:19, 203:18, 204:3, 239:10, 242:14, 243:13, 244:3, 244:14, 248:16, 268:10, 269:8
**exhibit** [23] - 19:7, 20:16, 28:21, 118:9, 118:11, 125:22, 126:6, 126:8, 126:10, 128:22, 177:25, 178:7, 195:3, 195:5, 195:23, 196:9, 197:16, 197:21, 197:23, 202:12, 227:12, 228:2, 268:19
**Exhibits** [4] - 190:3, 190:18, 191:2, 191:12
**exhibits** [6] - 24:3, 160:9, 190:25, 193:10, 201:24, 204:13
**EXHIBITS** [1] - 4:11
**exist** [11] - 65:13, 163:4, 172:21, 175:1, 179:25, 192:11, 213:24, 253:14, 253:15, 256:2, 256:5
**existed** [2] - 27:24, 86:17
**existence** [5] - 12:1, 135:16, 211:19, 211:22, 269:15
**existing** [1] - 170:3
**exists** [4] - 52:11, 208:25, 269:16, 269:17
**exonerate** [2] - 39:20, 62:24
**exonerated** [1] - 62:20
**expanded** [1] - 21:20
**expect** [6] - 17:16, 73:4, 114:19, 114:20, 175:14
**expected** [5] - 35:5, 40:12, 157:10, 183:10, 209:2
**expecting** [4] - 73:5, 91:1, 91:2, 171:21
**expensive** [1] - 140:8
**experience** [7] - 38:12, 55:2, 74:19, 83:13, 87:5, 87:17, 148:11
**experiences** [1] - 152:14
**expired** [1] - 123:1
**explain** [15] - 18:25, 24:1, 24:8, 37:18, 43:10, 73:14, 77:11, 83:19, 86:3, 89:20, 96:16, 209:11, 228:24, 268:7, 274:21
**explained** [5] - 20:23, 133:14, 139:5, 210:5, 253:7
**explaining** [4] - 143:9, 145:14, 150:14, 230:6
**explanation** [3] - 10:10, 60:10, 268:19
**explicitly** [1] - 85:24
**exposed** [1] - 232:21
**exposure** [2] - 29:20, 40:17
**extend** [1] - 54:20
**extending** [1] - 207:17
**extension** [1] - 26:3
**extensively** [1] - 178:9
**extent** [6] - 19:11, 35:19, 132:1, 180:17, 217:17, 268:2
**extraditable** [1] - 259:2
**extradite** [11] - 153:22, 155:15, 157:11, 164:25, 187:7, 187:8, 187:10, 187:16, 211:25, 222:15, 259:10
**extradited** [12] - 6:18, 7:10, 7:15, 8:4, 10:25, 12:10, 12:14, 13:25, 183:2, 212:24, 213:2, 222:24
**extraditee** [8] - 183:20, 186:20, 186:22, 188:17, 188:25, 199:24, 200:7, 268:5
**extraditee's** [1] - 182:14
**extraditees** [8] - 192:8, 199:1, 199:23, 201:7, 204:24, 206:19, 208:4, 253:5
**extraditees'** [6] - 196:23, 197:2, 198:13, 198:23, 199:5, 204:19
**extraditees's** [1] - 205:7
**extraditing** [2] - 215:19, 259:11
**Extradition** [1] - 217:16
**extradition** [88] - 6:23, 7:9, 8:11, 8:13, 9:22, 10:17, 10:19, 11:4, 12:24, 12:25, 13:12, 14:6, 22:10, 30:7, 43:8, 43:15, 43:18, 48:15, 60:19,

115:23, 119:6, 176:7, 180:22, 181:9, 181:25, 182:11, 182:25, 183:16, 183:18, 184:8, 185:2, 185:15, 185:25, 186:8, 186:24, 187:2, 187:5, 188:15, 189:4, 208:12, 208:15, 209:14, 211:9, 211:10, 211:19, 212:3, 212:7, 212:11, 213:1, 213:6, 213:14, 213:16, 214:13, 214:14, 214:18, 214:22, 214:24, 214:25, 215:12, 216:6, 216:14, 217:11, 217:24, 218:17, 219:10, 220:16, 220:17, 220:20, 221:2, 222:12, 222:14, 222:20, 223:2, 223:5, 223:9, 223:13, 223:16, 223:22, 228:6, 229:5, 229:7, 230:3, 230:8, 251:25, 256:3, 263:2, 263:4, 263:23

**extraordinary** [5] - 58:10, 209:5, 210:24, 215:7, 233:22

**extreme** [3] - 14:18, 215:17, 217:6

**extremely** [6] - 30:16, 107:13, 111:25, 122:3, 165:18, 185:19

**eye** [6] - 60:10, 60:12, 60:14, 156:7, 249:5, 268:6

**eyes** [2] - 106:22, 107:3

## F

**F-O-R-D** [1] - 33:12

**F.Supp** [2] - 188:15, 189:5

**fabricated** [3] - 87:17, 87:18, 184:2

**Face** [1] - 15:6

**face** [17] - 17:22, 39:20, 42:22, 58:20, 62:13, 87:13, 106:13, 107:5, 111:10, 119:15, 130:4, 140:6, 253:24, 263:23, 264:4, 264:9, 271:21

**faced** [1] - 264:11

**facie** [1] - 61:5

**facilitate** [1] - 27:18

**facilitated** [1] - 194:14

**facility** [5] - 101:5, 102:12, 131:6, 235:17, 236:8

**facing** [12] - 8:21, 11:4, 40:15, 87:23, 116:7, 140:17, 218:8, 218:10, 223:8, 254:9, 257:6, 265:3

**fact** [73] - 8:12, 13:22, 18:11, 35:18, 58:9, 63:7, 67:21, 79:25, 81:10, 101:21, 104:24, 105:20, 113:8, 116:1, 117:2, 129:12, 134:2, 140:15, 145:17, 153:3, 163:19, 164:17, 171:6, 173:14, 176:12, 184:14, 185:17, 187:7, 192:14, 192:16, 199:21, 207:21, 209:3, 209:25, 210:12, 212:10, 213:24, 214:4, 214:18, 218:8, 218:17, 218:25, 220:2, 222:15, 223:20, 224:4, 225:7, 225:11, 227:15, 228:7, 228:12, 229:1, 229:17, 229:19, 230:7, 230:13, 236:3, 236:15, 237:9, 238:16, 239:5, 239:22, 243:13, 244:4, 245:4, 246:5, 249:24, 254:19, 260:16, 262:2, 263:10, 268:12, 269:11

**factor** [9] - 60:23, 101:13, 184:17, 186:17, 188:17, 188:22, 215:18, 263:7, 272:16

**factors** [8] - 12:4, 16:9, 16:10, 58:8, 60:11, 223:8, 263:7, 268:4

**facts** [9] - 9:13, 23:22, 30:8, 36:23, 49:1, 208:12, 250:15, 272:17, 273:25

**factual** [3] - 10:6, 183:25, 251:20

**factually** [2] - 227:6, 228:3

**fail** [5] - 87:6, 87:7, 218:2, 220:2, 264:5

**failed** [6] - 9:1, 164:17, 192:11, 209:11, 232:2, 239:4

**fair** [15] - 38:7, 101:20, 108:16, 112:13, 112:20, 132:22, 139:20, 142:23, 146:23, 147:5, 147:7, 152:13, 153:10, 154:15, 173:6

**fairly** [1] - 109:5

**fairness** [1] - 256:10

**faith** [1] - 173:25

**fake** [5] - 65:7, 114:12, 122:8, 122:18, 200:22

**faked** [1] - 146:21

**falls** [2] - 215:19, 216:18

**false** [3] - 195:16, 239:9, 250:17

**fame** [1] - 184:9

**familiar** [14] - 48:3, 53:5, 74:10, 76:1, 76:4, 77:9, 77:10, 77:18, 79:15, 79:17, 170:1, 184:6, 186:1, 270:15

**families** [10] - 91:12, 91:14, 91:20, 92:1, 93:12, 93:14, 93:16, 93:17, 93:18, 231:3

**family** [12] - 72:22, 73:7, 75:8, 83:11, 91:11, 91:16, 94:4, 103:25, 231:6, 231:8, 231:9, 231:11

**famous** [3] - 72:16, 145:17, 152:2

**fan** [10] - 160:12, 160:13, 160:14, 161:22, 166:19, 166:25, 167:4, 167:15, 167:20

**fan's** [1] - 199:9

**fans** [1] - 234:10

**fantastical** [1] - 117:2

**far** [11] - 29:17, 34:12, 83:7, 91:21, 103:2, 131:2, 210:20, 215:15, 224:8, 226:2, 249:4

**fashion** [1] - 80:25

**fast** [1] - 275:4

**father** [19] - 70:16, 72:21, 74:18, 74:24, 76:9, 76:12, 91:15, 91:18, 95:3, 95:8, 97:12, 97:23, 103:22, 104:1, 136:10, 138:6, 162:13, 183:20, 184:2

**fault** [1] - 174:12

**favor** [5] - 43:1, 55:24, 56:2, 75:10, 77:11

**favorite** [3] - 122:12, 125:5, 125:8

**FBI** [1] - 140:7

**FDC** [46] - 130:14, 175:3, 175:6, 228:24, 229:2, 231:6, 233:23, 234:5, 235:10, 235:15, 235:20, 235:22, 235:25, 236:17, 236:19, 236:22, 236:23, 236:24, 237:3, 237:20, 238:13, 239:6, 239:11, 239:18, 239:22, 240:4, 241:9, 241:11, 241:17, 241:25, 242:18, 242:19, 242:22, 242:25, 243:6, 244:9, 244:17, 244:18, 245:8, 246:18, 247:21, 262:5, 262:6, 262:10, 262:19

**fear** [1] - 140:13

**fearful** [2] - 157:14

**features** [1] - 265:4

**February** [16] - 23:8, 23:10, 23:24, 25:18, 26:6, 26:11, 27:24, 28:7, 29:24, 59:1, 83:16, 83:21, 123:15, 176:23, 178:8, 205:25

**federal** [6] - 14:11, 144:17, 152:9, 182:7, 228:15, 267:13

**fee** [1] - 39:7

**feed** [1] - 235:23

**feeds** [1] - 270:24

**feelings** [1] - 17:18

**feet** [5] - 100:1, 100:2, 105:22, 105:23, 113:9

**fellow** [1] - 71:14

**female** [1] - 264:17

**few** [16] - 33:19, 66:24, 84:1, 105:20, 107:14, 119:1, 151:8, 179:12, 199:1, 213:20, 224:23, 225:10, 261:18, 262:22, 270:3, 270:7

**fewer** [1] - 27:4

**fiction** [1] - 117:3

**fictional** [5] - 122:11, 125:4, 125:9, 125:13, 129:6

**field** [1] - 254:5

**fifth** [1] - 102:23

**fight** [17] - 58:15, 62:24, 65:18, 65:19, 66:8, 146:23, 147:15, 147:16, 147:19, 147:24, 170:12, 171:18, 175:12, 175:21, 223:13, 223:15, 227:24

**fighting** [9] - 115:10, 139:12, 155:21, 162:19, 176:12, 178:21, 179:4, 228:1

**figure** [4] - 35:10, 110:19, 210:8, 219:18

**file** [20] - 20:7, 20:8, 20:9, 21:1, 21:10, 22:22, 23:9, 23:11, 26:13, 114:6, 152:17, 165:14, 190:4, 190:24, 201:25, 229:19, 229:21, 273:9

**File** [5] - 15:14, 26:5, 26:8, 26:10, 28:8

**filed** [21] - 19:8, 26:7, 56:20, 102:18, 164:21, 181:22, 182:8, 187:21, 190:14, 196:2, 198:9, 226:11, 226:15, 236:11, 236:12, 238:7, 242:13, 243:14, 243:20, 258:1, 274:6

**files** [2] - 26:12, 28:16

**filibustered** [1] - 254:20

**filing** [4] - 53:18, 190:25, 198:23, 199:5

**fill** [3] - 177:18, 177:22, 231:9

**filming** [2] - 82:11, 82:25

**films** [1] - 18:8

**finally** [8] - 142:18, 162:25, 212:25, 219:20, 230:3, 230:17, 261:14, 261:17

**financial** [3] -

185:11, 251:6, 257:5
**financially** [2] - 91:13, 93:17
**findings** [2] - 28:22, 60:18
**fine** [14] - 32:16, 32:21, 32:25, 35:1, 36:1, 56:15, 96:3, 132:22, 154:8, 181:18, 213:1, 233:11, 250:1, 273:1
**Fine** [1] - 154:9
**finish** [5] - 12:20, 66:25, 153:25, 154:3, 222:13
**finished** [6] - 175:24, 175:25, 176:1, 207:1, 229:23, 249:18
**fire** [2] - 141:5, 146:9
**Firm** [1] - 2:23
**firm** [4] - 33:24, 44:14, 45:1, 87:11
**first** [80] - 12:13, 21:3, 21:7, 21:8, 23:4, 27:5, 30:24, 33:20, 36:24, 37:18, 40:9, 45:12, 49:20, 51:7, 52:25, 59:21, 68:21, 69:23, 76:1, 86:17, 113:12, 113:16, 119:13, 120:11, 125:19, 131:24, 133:12, 150:19, 153:17, 153:25, 154:6, 163:20, 168:24, 172:16, 174:9, 180:19, 189:19, 192:3, 205:4, 206:20, 208:4, 208:18, 208:21, 211:2, 212:1, 216:3, 218:3, 220:11, 222:19, 224:15, 224:24, 225:19, 227:9, 228:10, 231:2, 232:1, 232:20, 233:3, 234:2, 234:7, 235:13, 236:14, 238:25, 240:2, 240:4, 240:5, 240:12, 240:13, 242:11, 243:6, 244:8, 246:7, 246:18, 253:4, 253:13, 262:16, 267:10, 267:13, 273:11
**firsthand** [2] - 45:10, 221:17
**fish** [2] - 244:16, 244:24
**fit** [2] - 13:21, 179:20
**fitness** [2] - 103:20, 104:12
**five** [29] - 14:23, 65:10, 71:19, 72:12, 88:8, 88:15, 100:1, 100:25, 110:9, 110:16, 122:16, 136:24, 137:5, 143:19, 155:3, 155:10, 174:4, 175:20, 191:20, 191:23, 207:4, 239:20, 241:14, 241:22, 247:20, 248:7, 261:23, 264:16
**FL** [10] - 1:16, 1:20, 1:24, 2:4, 2:9, 2:13, 2:17, 2:21, 3:4, 3:8
**flag** [3] - 135:17, 135:22, 206:8
**flamboyant** [1] - 110:24
**flash** [3] - 190:9, 201:25, 239:11
**flawed** [1] - 221:7
**fled** [1] - 17:14
**flee** [11] - 11:21, 17:11, 29:23, 157:23, 162:18, 184:11, 255:14, 257:13, 265:25
**fleeing** [3] - 17:18, 58:13, 58:14
**FLEISCHER** [1] - 1:11
**flew** [3] - 156:25, 157:18, 205:12
**flight** [53] - 11:14, 11:16, 11:19, 11:25, 12:4, 12:8, 16:12, 18:14, 19:13, 24:25, 29:17, 57:23, 58:4, 58:14, 64:22, 65:8, 81:17, 81:21, 90:4, 108:21, 122:5, 156:23, 156:24, 184:21, 185:19, 188:7, 188:11, 188:16, 188:19, 188:22, 188:25, 192:3, 192:10, 192:22, 198:25, 199:1, 199:21, 206:13, 207:20, 208:6, 209:8, 211:6, 211:11, 211:13, 211:17, 250:19, 254:12, 254:13, 255:8, 255:18, 255:24, 267:7
**flights** [7] - 29:25, 90:6, 94:14, 170:20, 255:9, 255:10, 255:12
**float** [1] - 135:5
**floor** [8] - 67:7, 67:22, 68:10, 68:15, 84:20, 168:4, 234:5, 234:16
**Floor** [3] - 3:7, 3:14, 275:16
**floors** [1] - 261:11
**FLORIDA** [1] - 1:2
**Florida** [18] - 1:4, 1:19, 3:14, 5:5, 118:21, 118:23, 121:3, 123:17, 143:24, 144:18, 147:10, 156:23, 221:24, 222:5, 225:8, 253:5, 259:5, 275:17
**Flotilla** [1] - 207:2
**flown** [1] - 177:15
**flux** [2] - 61:2, 61:3
**fly** [3] - 46:2, 178:14, 264:1
**flying** [3] - 82:24, 119:15, 141:21
**focus** [1] - 184:14
**focused** [1] - 60:17
**focuses** [2] - 74:15, 270:6
**focusing** [1] - 270:25
**fold** [1] - 241:19
**follow** [10] - 8:2, 67:10, 82:4, 134:2, 161:17, 167:14, 167:16, 167:20, 250:6, 266:23
**Follow** [1] - 200:2
**followed** [2] - 8:14, 267:3
**followers** [3] - 17:4, 134:5, 249:21
**following** [3] - 5:1, 134:4, 237:5
**follows** [1] - 6:25
**food** [9] - 92:6, 105:15, 131:1, 174:18, 174:21, 174:24, 175:9, 234:15, 243:25
**fool** [2] - 146:10, 162:21
**foot** [1] - 102:25
**FOR** [3] - 1:14, 2:2, 2:7
**Force** [1] - 138:7
**force** [2] - 146:3, 214:20
**forceable** [1] - 220:5
**forced** [2] - 62:4, 114:12
**forcing** [1] - 142:8
**Ford** [25] - 6:10, 18:25, 30:22, 31:4, 32:8, 32:20, 33:8, 33:18, 35:5, 35:19, 44:11, 46:16, 46:20, 51:18, 52:11, 55:13, 55:18, 56:16, 63:24, 70:17, 157:13, 176:9, 210:1, 229:1, 264:16
**FORD** [7] - 3:19, 30:24, 31:7, 31:11, 31:19, 32:1, 33:4
**Ford's** [1] - 35:12
**foregoing** [1] - 275:11
**foreign** [7] - 212:21, 214:21, 216:17, 216:23, 217:1, 225:2, 269:18
**foresight** [1] - 144:14
**forget** [1] - 82:17
**forgive** [6] - 34:17, 43:17, 52:15, 144:21, 150:22, 262:15
**forgotten** [1] - 167:23
**form** [3] - 119:12, 214:1, 246:13
**Form** [1] - 70:14
**formal** [2] - 28:9, 105:15
**formality** [2] - 31:15, 36:14
**formally** [1] - 61:1
**former** [5] - 117:10, 186:3, 219:1, 223:23, 264:11
**forms** [2] - 231:10, 239:12
**forth** [2] - 138:13, 156:20
**forthcoming** [1] - 37:10
**fortune** [4] - 182:19, 228:8, 228:10, 257:3
**forward** [2] - 98:15, 180:20
**fought** [2] - 66:3, 171:13
**foul** [1] - 16:21
**foundation** [1] - 203:5
**founder** [3] - 168:21, 169:12, 169:14
**founding** [1] - 168:23
**founds** [1] - 215:8
**four** [36] - 27:19, 27:20, 42:19, 49:6, 57:17, 70:17, 84:19, 91:23, 92:1, 102:25, 106:6, 122:16, 139:12, 141:15, 143:23, 163:10, 163:16, 164:13, 164:16, 165:10, 168:4, 171:14, 171:18, 181:25, 220:17, 227:25, 234:24, 240:3, 240:12, 241:14, 242:1, 247:21, 248:7, 257:15, 259:22, 270:21
**four-month** [1] - 163:10
**four-year** [1] - 42:19
**fourish** [1] - 84:17
**fourth** [2] - 102:23, 184:4
**FPR** [2] - 3:12, 275:14
**frame** [1] - 153:8
**framed** [2] - 153:7, 158:13
**France** [1] - 229:7
**frankly** [2] - 85:14, 102:10
**fraud** [1] - 185:9
**free** [5] - 80:23, 133:24, 146:12, 152:19, 263:20
**freedom** [4] - 62:24, 119:12, 119:17, 146:8
**freedoms** [1] - 62:15
**freely** [1] - 25:24
**French** [3] - 17:9, 229:15, 266:1
**fresh** [2] - 101:2, 101:16
**Friday** [1] - 18:8
**fried** [1] - 244:22
**friend** [3] - 75:7, 82:12, 104:3
**friendly** [1] - 12:19
**friendships** [1] - 271:3
**Front** [1] - 238:20
**front** [14] - 9:14, 14:8, 19:16, 24:6, 64:4, 138:1, 143:21, 207:16, 211:24, 226:21, 240:2, 264:10, 264:11, 270:17
**frozen** [2] - 132:3,

175:9
**fuck** [2] - 197:14, 197:15
**fucking** [1] - 197:15
**fueled** [1] - 205:20
**fugitive** [2] - 214:22, 223:2
**fugitive's** [1] - 218:22
**fugitives** [5] - 214:16, 218:19, 219:8, 222:15, 223:15
**full** [4] - 28:15, 52:23, 119:4, 178:2
**fully** [11] - 7:7, 11:11, 14:20, 56:5, 61:9, 79:24, 100:4, 114:19, 160:4, 182:3, 204:25
**fun** [4] - 74:18, 76:12, 76:24, 112:2
**function** [1] - 217:12
**functionary** [1] - 212:23
**funded** [1] - 271:7
**funds** [2] - 199:4, 206:16
**funny** [7] - 75:20, 96:14, 97:8, 113:18, 139:24, 144:6, 150:5
**future** [4] - 72:20, 147:9, 224:11, 255:19
**futures** [1] - 120:2

## G

**G's** [2] - 110:13, 270:6
**gall** [1] - 65:7
**gallery** [1] - 98:16
**gang** [1] - 143:15
**gang-banging** [1] - 143:15
**gangster** [1] - 143:2
**gaps** [2] - 131:13, 131:14
**Garcia** [2] - 188:15, 189:5
**Garden** [1] - 59:25
**gas** [1] - 106:3
**gather** [2] - 49:23, 255:11
**geared** [4] - 79:7, 79:9, 182:9
**General** [2] - 59:7, 123:21
**general** [10] - 15:19, 61:24, 173:15, 233:21, 239:19, 241:19, 242:19, 242:21, 243:1, 243:3
**generally** [1] - 71:20
**generate** [1] - 66:7
**generous** [4] - 86:12, 92:4, 92:7, 92:21
**Genesis** [1] - 59:24
**gentlemen** [4] - 22:21, 105:10, 257:1, 263:25
**germane** [1] - 107:25
**Germans** [2] - 17:9, 265:25
**gift** [2] - 86:7, 92:20
**gifts** [2] - 171:12, 171:17
**gig** [1] - 77:15
**girl** [10] - 89:1, 89:3, 89:6, 117:11, 142:2, 145:22, 150:14, 150:16, 152:4
**girlfriend** [4] - 63:11, 79:20, 145:6, 152:4
**girlfriends** [2] - 152:3, 152:6
**girls** [5] - 116:24, 142:6, 152:25, 155:10
**given** [19] - 17:4, 17:19, 48:7, 53:3, 53:7, 102:20, 103:7, 103:8, 104:25, 108:5, 108:9, 123:13, 202:13, 217:12, 219:4, 231:13, 240:8, 242:25, 244:18
**glad** [3] - 142:21, 147:17, 262:19
**GM** [2] - 206:2, 206:8
**goal** [2] - 134:6, 175:21
**God** [4] - 66:21, 138:22, 154:1, 170:17
**Godfather** [1] - 152:2
**gold** [1] - 120:6
**golden** [1] - 221:20
**Goldman** [1] - 6:10
**GOLDMAN** [1] - 2:19
**Gov** [1] - 4:12
**government** [5] - 12:10, 12:19, 38:4, 177:20, 257:9
**Government** [112] - 5:23, 9:20, 11:7, 16:17, 17:6, 17:17, 25:8, 27:21, 29:22, 30:18, 35:16, 37:9, 37:21, 38:2, 38:9, 38:14, 39:3, 39:9, 39:10, 39:25, 42:18, 55:18, 58:7, 59:5, 61:12, 64:21, 102:18, 108:20, 111:21, 115:14, 116:16, 118:7, 119:22, 122:5, 122:18, 124:3, 127:18, 129:19, 130:8, 134:22, 135:13, 147:5, 148:7, 148:10, 161:16, 163:19, 177:8, 177:16, 177:24, 181:14, 181:24, 189:10, 189:17, 193:11, 193:16, 194:15, 199:2, 201:1, 202:17, 203:6, 203:9, 206:12, 238:5, 242:13, 252:5, 252:7, 252:9, 252:10, 253:12, 254:3, 254:11, 254:19, 254:20, 255:8, 255:13, 255:23, 256:1, 256:6, 256:14, 257:2, 257:5, 257:12, 257:17, 257:18, 261:4, 261:8, 261:13, 261:21, 261:24, 262:4, 262:11, 263:25, 264:1, 264:2, 264:7, 265:16, 266:13, 268:13, 269:10, 269:12, 269:21, 269:23, 269:24, 270:5, 270:6, 270:7, 270:9, 270:25, 271:14, 271:18, 271:19, 271:20
**Government's** [39] - 28:2, 51:3, 51:11, 55:14, 56:10, 56:17, 56:20, 128:9, 128:22, 132:16, 132:25, 134:11, 135:6, 190:3, 191:2, 191:12, 192:2, 195:8, 201:19, 201:22, 202:12, 202:18, 203:18, 204:12, 204:18, 206:24, 209:18, 217:18, 217:19, 229:15, 239:10, 243:13, 244:3, 244:14, 265:6, 268:10, 268:20, 270:4, 271:13
**government's** [2] - 28:20, 256:21
**governments** [1] - 214:21
**Governments** [1] - 146:8
**governor** [1] - 59:2
**grab** [1] - 146:22
**grabs** [1] - 141:11
**graceful** [1] - 151:18
**gracefully** [4] - 139:8, 139:24, 151:17, 173:5
**graciously** [1] - 67:8
**grade** [1] - 16:22
**grand** [1] - 120:13
**grant** [8] - 13:24, 19:23, 43:18, 49:25, 223:14, 223:24, 265:21, 271:17
**granted** [18] - 7:5, 8:22, 10:14, 10:16, 10:23, 17:13, 26:4, 48:16, 49:7, 54:24, 120:22, 120:24, 156:15, 210:10, 236:15, 236:16, 252:10, 265:5
**granting** [4] - 60:20, 185:16, 187:4, 263:22
**granular** [2] - 106:20, 221:24
**graphic** [1] - 239:25
**grate** [2] - 100:15, 101:15
**grateful** [1] - 101:2
**gratuitously** [1] - 191:16
**gravely** [1] - 11:20
**Great** [3] - 229:11, 254:2, 254:4
**great** [2] - 72:20, 261:22
**greater** [1] - 264:9
**Greece** [2] - 185:9, 185:13
**Greek** [2] - 185:18, 185:20
**Greeks** [1] - 185:12
**grilled** [1] - 144:23
**groom** [1] - 86:11
**groomed** [1] - 86:14
**grooming** [6] - 242:12, 243:18, 243:20, 248:25, 249:1, 250:1
**ground** [1] - 60:20
**grounds** [2] - 23:18, 25:22
**group** [1] - 82:13
**groups** [1] - 79:3
**guarantee** [3] - 39:23, 218:3, 263:11
**guaranteed** [1] - 54:23
**guard** [2] - 172:19, 172:24
**guards** [5] - 105:15, 105:16, 105:17, 173:25, 174:12
**guess** [28] - 9:6, 44:15, 48:25, 50:23, 53:24, 61:17, 69:15, 76:24, 94:1, 102:14, 104:14, 105:15, 107:17, 110:15, 123:20, 135:22, 164:22, 166:19, 166:21, 168:12, 169:6, 173:19, 215:3, 227:16, 232:19, 232:21, 235:3, 255:6
**guidance** [1] - 216:11
**guidelines** [2] - 237:4, 238:13
**guilty** [8] - 58:16, 62:8, 116:6, 116:17, 141:25, 146:11, 147:3, 155:2
**guy** [3] - 78:5, 143:6, 167:17
**guys** [21] - 59:9, 61:24, 65:1, 65:17, 66:15, 66:16, 83:22, 85:19, 88:2, 89:1, 89:11, 89:14, 104:7, 106:17, 112:14, 112:16, 117:21, 120:16, 126:15, 174:13, 202:7
**gym** [3] - 101:8, 101:10, 150:7

## H

**habeas** [2] - 15:15, 228:13
**hac** [1] - 31:5
**Hacker** [1] - 188:14
**Hague** [2] - 12:16, 181:22
**half** [14] - 70:21, 71:19, 78:15, 88:8, 88:15, 101:18, 103:16, 112:22, 114:21, 115:11, 138:2, 154:15, 162:23
**half-Black** [1] - 112:22
**half-White** [1] - 112:22
**Halloween** [1] - 18:9
**hallways** [1] - 235:16
**hamper** [1] - 49:23
**hampered** [1] -

224:24
**hampering** [1] - 225:16
**hand** [6] - 56:22, 98:25, 130:4, 180:8, 189:12, 207:25
**Hand** [1] - 182:17
**handbags** [1] - 171:7
**handcuffed** [1] - 106:16
**handed** [2] - 116:1, 190:12
**handle** [4] - 18:10, 133:3, 133:6, 173:9
**handlers** [2] - 234:5, 249:16
**handling** [1] - 16:4
**hands** [5] - 73:22, 106:15, 116:15, 152:9, 155:19
**hang** [2] - 125:25, 127:2
**happily** [1] - 99:22
**Happy** [1] - 205:18
**happy** [3] - 31:7, 123:23, 176:10
**harbinger** [1] - 250:7
**hard** [11] - 73:15, 101:5, 104:14, 110:13, 112:10, 118:2, 140:3, 150:7, 170:25, 197:8, 253:2
**hardly** [1] - 227:13
**hardworking** [3] - 94:6, 94:13, 143:3
**harmful** [1] - 237:23
**harsh** [1] - 185:23
**hatch** [1] - 106:10
**hateful** [1] - 79:2
**haunted** [1] - 141:9
**Havering** [1] - 70:14
**Hawaii** [1] - 184:9
**hay** [1] - 230:20
**hazard** [1] - 94:1
**head** [14] - 39:5, 93:15, 105:19, 107:10, 107:15, 107:19, 150:15, 150:16, 150:17, 151:1, 159:7, 163:17, 168:5, 186:4
**headed** [1] - 253:1
**heading** [1] - 196:17
**headphones** [1] - 244:5
**health** [11] - 103:19, 104:23, 147:24, 170:12, 248:14, 248:15, 249:9, 249:13, 249:24, 252:5, 252:7
**healthy** [1] - 104:17
**hear** [14] - 15:25, 16:15, 18:16, 71:1, 71:2, 71:8, 76:24, 78:23, 106:2, 106:5, 200:7, 200:8, 235:24, 260:16
**Heard** [2] - 121:13, 146:18
**heard** [26] - 11:7, 18:4, 36:24, 40:21, 57:4, 77:1, 111:15, 170:23, 179:20, 194:13, 199:8, 200:10, 200:15, 234:12, 257:4, 257:21, 262:16, 264:16, 264:21, 264:22, 265:8, 266:17, 267:12, 270:21, 270:24
**HEARING** [1] - 1:11
**hearing** [31] - 9:24, 31:9, 34:24, 67:1, 69:13, 96:22, 97:10, 115:9, 115:23, 126:4, 126:13, 127:1, 164:5, 164:6, 164:9, 176:15, 183:6, 183:8, 183:9, 183:10, 191:3, 193:4, 196:2, 220:13, 220:15, 220:16, 221:4, 226:16, 230:4, 230:5, 274:19
**hearings** [5] - 100:13, 176:17, 220:22, 225:11, 226:21
**heart** [7] - 61:9, 103:22, 103:24, 109:14, 147:6, 155:6, 155:7
**heavier** [1] - 147:20
**heavily** [4] - 66:18, 105:16, 108:25, 175:9
**heavy** [4] - 102:25, 103:1, 186:8, 188:13
**hectic** [1] - 81:12
**heinous** [1] - 113:22
**held** [15] - 8:12, 21:1, 26:18, 39:8, 61:17, 87:11, 99:19, 111:15, 116:14, 118:24, 133:19, 182:17, 185:16, 188:9, 228:6
**hello** [2] - 137:22, 137:23
**help** [9] - 24:7, 24:19, 48:19, 138:22, 153:10, 174:11, 174:13, 222:8, 227:24
**Help** [1] - 142:7
**helpful** [2] - 25:9, 60:4
**helping** [1] - 27:18
**helps** [2] - 64:15, 104:3
**Henkel** [4] - 8:10, 267:1, 267:5, 268:1
**hereby** [1] - 275:11
**herself** [2] - 145:22, 145:23
**hide** [1] - 185:20
**hiding** [1] - 124:21
**high** [7] - 39:2, 42:11, 75:1, 103:23, 112:4, 183:24, 206:14
**highlighted** [1] - 55:25
**highlights** [1] - 158:22
**highly** [1] - 184:20
**hilarious** [2] - 110:18, 111:7
**himself** [7] - 23:16, 110:15, 144:11, 161:9, 200:3, 246:22, 247:7
**hiring** [1] - 185:21
**history** [16] - 10:15, 20:10, 20:18, 20:23, 24:18, 58:10, 110:23, 140:9, 140:10, 152:24, 163:20, 163:23, 174:9, 194:6, 249:18, 253:4
**History** [1] - 70:15
**hit** [1] - 197:8
**hitting** [1] - 116:10
**hmm** [5] - 88:20, 94:16, 106:1, 112:15, 122:6
**Hogan** [1] - 150:1
**Holborn** [2] - 44:11, 44:13
**hold** [5] - 60:17, 82:1, 95:19, 138:8, 251:24
**holding** [4] - 84:5, 84:20, 84:25, 193:1
**holes** [1] - 131:15
**holiday** [1] - 272:24
**Holt** [1] - 33:24
**home** [20] - 19:12, 29:10, 73:7, 73:13, 73:15, 73:16, 73:19, 75:15, 75:18, 78:8, 84:9, 84:11, 85:15, 85:17, 94:23, 94:24, 139:17, 146:12, 153:24, 263:20
**homebody** [7] - 75:15, 93:21, 93:24, 94:11, 94:12, 94:20, 94:21
**Homes** [4] - 70:19, 81:1, 88:24, 88:25
**homework** [1] - 150:3
**honest** [2] - 139:25, 158:9
**Honor** [167] - 5:24, 6:1, 6:15, 19:19, 19:23, 30:14, 31:3, 32:3, 46:10, 46:14, 51:8, 51:9, 53:11, 53:17, 54:7, 56:21, 56:24, 57:11, 57:17, 58:2, 62:19, 64:18, 66:17, 66:22, 68:7, 69:10, 98:5, 107:23, 124:2, 125:20, 126:3, 126:7, 126:10, 126:22, 127:7, 127:11, 128:2, 128:11, 128:19, 128:24, 129:3, 132:15, 132:21, 133:1, 134:10, 134:16, 134:19, 137:8, 141:7, 142:3, 160:9, 160:24, 179:24, 182:14, 184:6, 188:14, 190:19, 190:21, 191:5, 191:18, 191:24, 192:2, 192:6, 192:8, 192:12, 192:14, 192:19, 192:20, 192:24, 193:1, 193:6, 193:8, 193:10, 193:13, 193:22, 194:1, 194:3, 194:9, 194:13, 194:15, 194:18, 194:23, 194:25, 195:4, 195:6, 195:9, 195:11, 195:25, 196:4, 196:6, 196:8, 196:18, 196:21, 196:23, 197:13, 197:21, 197:25, 198:4, 198:8, 198:21, 198:25, 199:7, 199:12, 199:17, 199:22, 200:5, 200:7, 200:13, 200:17, 200:19, 200:24, 201:5, 201:15, 201:19, 201:25, 202:3, 202:5, 202:9, 202:16, 202:20, 202:22, 203:3, 203:6, 204:4, 204:8, 204:10, 204:12, 204:22, 205:2, 205:4, 205:7, 205:9, 205:13, 205:16, 205:19, 205:24, 206:10, 206:12, 206:18, 207:3, 207:6, 207:19, 207:24, 208:2, 209:13, 211:10, 216:19, 221:4, 227:5, 227:9, 227:21, 234:12, 235:24, 240:6, 250:9, 250:25, 252:12, 252:13, 259:8, 267:2, 267:3, 268:22, 269:3, 269:17, 272:2, 273:11, 274:5
**HONORABLE** [1] - 1:11
**honorable** [1] - 153:15
**hoo** [1] - 244:16
**hooks** [2] - 59:8, 59:9
**hoops** [1] - 225:3
**hoping** [1] - 12:18
**horrible** [2] - 62:18, 100:6
**horror** [1] - 18:7
**hospital** [1] - 105:21
**host** [1] - 67:3
**hot** [5] - 36:6, 36:12, 67:14, 100:7, 107:7
**hotel** [2] - 82:24, 163:11
**hour** [12] - 68:2, 112:6, 130:19, 130:21, 130:24, 149:23, 173:19, 173:20, 241:10, 242:4, 247:24, 248:7
**hourly** [2] - 44:18, 44:20
**hours** [30] - 14:23, 22:9, 61:21, 84:1, 100:24, 100:25, 105:12, 105:20, 107:14, 107:18, 119:5, 173:10, 174:4, 232:25, 233:17, 237:21, 238:11, 239:20, 239:23, 241:14, 241:22, 242:1, 246:15,

247:19, 247:20, 248:7, 249:18, 261:23, 262:1, 262:3
**house** [23] - 21:3, 21:17, 21:23, 22:15, 23:11, 27:3, 75:21, 84:1, 114:7, 116:23, 118:24, 119:2, 119:3, 119:4, 145:10, 149:6, 149:7, 155:17, 168:4, 171:1, 249:10, 252:16, 252:17
**House** [1] - 43:14
**housed** [8] - 172:7, 234:24, 246:18, 246:20, 247:3, 247:10, 248:6, 262:5
**houses** [2] - 170:4, 170:6
**housing** [12] - 14:17, 61:20, 92:8, 102:10, 102:24, 105:11, 111:9, 115:13, 234:23, 234:24, 235:2, 235:7
**HOWARD** [1] - 2:11
**Howard** [1] - 6:7
**hsrebnick@ royblack.com** [1] - 2:13
**https: backslashwww.gov. mxbackslashcorpbackslash** [1] - 203:8
**huge** [2] - 174:23, 257:5
**Hulk** [1] - 150:1
**Hulsh** [5] - 181:9, 181:19, 182:3, 189:6
**Hulsh's** [1] - 182:9
**Human** [2] - 210:15, 210:18
**human** [26] - 59:22, 62:16, 64:4, 64:13, 83:24, 85:12, 110:4, 110:5, 110:6, 114:7, 114:16, 117:9, 124:13, 125:2, 156:9, 158:15, 158:19, 158:25, 165:24, 172:9, 193:7, 218:8, 222:2, 246:14, 246:20
**humor** [2] - 159:4, 159:8
**hundred** [5] - 8:10, 35:15, 162:4, 238:22, 267:12
**hundreds** [4] - 110:22, 112:9, 160:12, 168:18
**hungry** [4] - 62:3, 174:15, 174:20, 174:22
**hunkered** [1] - 227:23
**hunt** [1] - 118:25
**Hunter's** [1] - 184:8
**hunters** [1] - 184:15
**hurdle** [1] - 264:10
**hurt** [2] - 62:3, 109:25
**Hustler** [1] - 168:13
**hygiene** [1] - 248:25
**hyperbole** [1] - 149:19
**hyperbolic** [5] - 9:23, 112:19, 149:21, 158:22, 159:3

**I**

**ice** [1] - 59:13
**Iceland** [1] - 63:2
**ID** [1] - 65:7
**idea** [14] - 62:12, 85:19, 107:19, 107:24, 146:22, 147:3, 150:4, 162:16, 163:2, 163:14, 165:1, 218:11, 222:6, 253:14
**ideally** [1] - 119:14
**ideas** [1] - 94:21
**identification** [3] - 130:8, 201:3, 269:18
**identifications** [1] - 204:14
**identified** [2] - 6:24, 269:15
**identify** [3] - 37:23, 40:5, 82:18
**identifying** [1] - 203:16
**identities** [6] - 47:17, 48:22, 48:25, 49:9, 49:21, 50:8
**ignore** [1] - 25:4
**ignores** [1] - 212:1
**Ill** [2] - 4:4, 56:4
**ill** [4] - 10:9, 11:20, 70:16, 179:21
**ill-defined** [2] - 10:9, 179:21
**illegal** [2] - 89:9, 264:24
**Illinois** [3] - 181:10, 181:24, 185:8
**illogical** [1] - 188:24
**illustrate** [1] - 180:18
**image** [7] - 184:10, 184:24, 203:22, 268:19, 269:6
**images** [1] - 80:14
**imagination** [1] - 148:15
**imagine** [3] - 144:15, 148:22, 256:18
**imagined** [1] - 223:23
**immediacy** [1] - 216:22
**immediate** [1] - 231:11
**immediately** [8] - 22:7, 53:21, 59:10, 106:11, 106:19, 176:15, 183:6, 235:4
**immigration** [2] - 13:11, 230:4
**impact** [1] - 273:3
**impeachment** [1] - 115:9
**impede** [1] - 236:4
**impedes** [1] - 260:1
**impeding** [1] - 259:20
**implicated** [1] - 86:20
**implicitly** [1] - 85:24
**important** [25] - 62:23, 74:14, 103:20, 104:1, 104:4, 120:10, 120:15, 120:19, 121:24, 122:3, 143:10, 163:6, 175:11, 175:16, 175:17, 182:15, 198:5, 200:24, 230:19, 234:22, 253:8, 256:25, 259:13, 268:7, 272:7
**importantly** [5] - 17:14, 37:12, 226:14, 235:9, 248:12
**impose** [2] - 25:4, 214:21
**imposed** [10] - 11:9, 11:12, 23:13, 23:15, 26:21, 26:23, 34:10, 51:15, 56:3, 56:6
**impossible** [2] - 85:21
**impression** [1] - 74:25
**imprisonment** [7] - 22:1, 40:16, 115:9, 147:4, 153:20, 218:11, 246:13
**improper** [1] - 220:21
**improperly** [1] - 211:23
**IN** [1] - 4:11
**in-and-outs** [1] - 45:6
**in-factor** [1] - 101:13
**inaccurate** [2] - 242:20, 251:21
**inappropriate** [1] - 219:17
**Inaudible** [2] - 178:2, 178:3
**inaudible** [18] - 20:11, 25:10, 31:9, 32:2, 34:21, 35:8, 36:7, 54:1, 54:2, 57:5, 57:12, 67:1, 67:7, 67:13, 67:19, 67:24, 68:11
**Inaudible)** [2] - 17:23, 19:16
**inaudible)** [5] - 46:18, 57:13, 67:3, 68:19, 179:15
**incarcerated** [9] - 62:7, 65:17, 65:18, 65:20, 103:20, 160:8, 240:15, 247:14, 248:2
**incarceration** [4] - 28:12, 103:2, 240:4, 240:11
**incarcerative** [4] - 233:8, 233:10, 240:17, 247:15
**incentive** [2] - 257:11, 257:13
**incentives** [1] - 29:22
**incident** [3] - 105:6, 232:18, 233:24
**incidents** [2] - 233:20, 236:21
**inclined** [1] - 66:25
**include** [5] - 114:14, 131:1, 190:15, 255:10, 274:21
**included** [3] - 87:23, 127:5, 232:4
**includes** [4] - 58:10, 117:9, 182:5, 186:17
**including** [9] - 7:20, 19:8, 60:6, 166:12, 197:7, 206:25, 220:24, 230:13, 247:5
**inclusive** [1] - 51:16
**income** [2] - 17:5, 66:7
**incomplete** [2] - 235:5, 251:21
**inconsistencies** [1] - 251:4
**inconsistent** [2] - 246:11, 251:22
**incorrect** [8] - 89:2, 129:15, 165:23, 166:14, 168:15, 169:15, 175:23, 194:8
**increased** [1] - 134:5
**increasing** [4] - 134:4, 249:3, 249:4, 249:6
**incredible** [1] - 193:22
**incredibly** [1] - 101:5
**indeed** [3] - 57:25, 91:24, 132:10
**independent** [4] - 25:12, 188:21, 188:22, 251:6
**indeterminate** [1] - 116:20
**indicate** [3] - 11:8, 92:12, 196:24
**indicated** [12] - 36:3, 68:22, 91:25, 93:10, 95:2, 95:15, 129:5, 131:19, 137:6, 191:25, 200:20, 237:3
**indicates** [2] - 200:6, 206:2
**indicating** [5] - 193:25, 194:25, 195:2, 204:13, 236:10
**indicia** [6] - 64:22, 64:23, 65:8, 65:9, 193:13
**indicted** [1] - 133:19
**indictment** [5] - 21:9, 21:11, 23:4, 25:6, 27:5
**indirect** [1] - 28:13
**individual** [6] - 39:19, 95:22, 96:1, 193:17, 244:1
**individually** [3] - 72:18, 208:16, 236:17
**individuals** [3] - 55:10, 106:14, 193:14
**indoors** [3] - 101:17, 233:11, 233:13
**inducing** [1] - 195:16
**industrial** [1] - 234:9
**infamous** [2] - 145:4
**influence** [2] - 195:15, 195:21
**influenced** [3] - 195:15, 195:20, 210:15
**influencer** [4] - 131:25, 132:5, 132:6, 149:3

**influencing** [7] - 27:22, 27:23, 82:23, 131:23, 132:8, 195:12, 210:11
**inform** [2] - 159:14, 235:10
**informal** [1] - 274:10
**information** [14] - 25:8, 31:18, 32:11, 34:7, 37:21, 40:4, 47:15, 55:2, 59:6, 86:19, 203:16, 240:21, 268:25, 273:24
**informed** [3] - 26:22, 159:9, 159:21
**infractions** [2] - 261:20, 262:14
**infringes** [1] - 222:18
**infused** [1] - 262:6
**inherent** [1] - 217:1
**inheritance** [1] - 116:19
**initial** [6] - 176:20, 213:18, 236:24, 243:20, 246:8, 250:17
**injunction** [1] - 220:13
**inmate** [5] - 233:25, 234:8, 242:22, 246:14, 247:6
**inmates** [15] - 14:19, 14:21, 106:9, 231:13, 234:24, 234:25, 235:18, 239:20, 244:10, 246:23, 247:4, 247:9, 262:21
**innocence** [4] - 52:16, 152:20, 158:12, 158:14
**innocent** [23] - 58:19, 61:15, 61:16, 62:8, 63:16, 66:14, 87:12, 87:15, 113:1, 115:3, 146:11, 147:2, 147:12, 147:14, 155:2, 155:11, 157:4, 162:25, 172:8, 261:10
**innovative** [1] - 262:20
**inordinate** [1] - 243:25
**inquiry** [4] - 11:25, 187:23, 188:21, 188:23
**insane** [3] - 15:2, 65:9, 140:15
**insanity** [4] - 64:5, 138:10, 142:18, 158:23
**inseparable** [1] - 72:11
**inside** [8] - 105:1, 106:15, 132:9, 159:15, 169:4, 169:5, 170:17
**insist** [1] - 31:15
**instance** [3] - 40:9, 60:16, 86:7
**instances** [1] - 270:7
**instantly** [1] - 176:1
**instead** [2] - 12:17, 102:15
**Institute** [1] - 246:12
**instructed** [1] - 52:4
**instruction** [1] - 28:24
**instructor** [1] - 117:11
**insult** [1] - 143:1
**integrated** [5] - 232:3, 232:8, 232:12, 262:16, 262:17
**intend** [4] - 18:19, 23:19, 25:22, 273:23
**intent** [2] - 223:13, 226:13
**intention** [7] - 9:3, 11:10, 35:19, 116:9, 126:5, 141:19, 274:2
**interact** [2] - 155:12, 247:8
**interacted** [1] - 145:1
**interaction** [2] - 80:3, 83:16
**interacts** [1] - 76:7
**interest** [7] - 23:21, 186:9, 224:16, 224:18, 227:14, 248:24, 250:1
**interesting** [4] - 82:1, 234:17, 242:10, 244:9
**interests** [1] - 188:12
**interferes** [2] - 63:23, 63:24
**interim** [6] - 7:9, 7:18, 8:5, 11:5, 13:4, 21:24
**interior** [1] - 101:19
**intermediaries** [1] - 231:19
**internal** [1] - 159:15
**international** [5] - 9:18, 12:13, 16:19, 17:19, 29:25
**International** [2] - 1:23, 2:3
**internationally** [1] - 7:21
**internet** [23] - 16:20, 16:25, 17:2, 17:12, 110:18, 110:23, 111:13, 111:24, 117:25, 118:2, 123:21, 127:21, 132:7, 132:14, 135:23, 143:12, 143:18, 144:15, 159:24, 160:1, 265:7, 265:14, 265:23
**Interpol** [2] - 140:22, 141:21
**interpret** [2] - 209:25, 210:7
**interpretation** [1] - 216:3
**interpreted** [2] - 219:14, 267:20
**interrupt** [2] - 71:8, 71:11
**interrupting** [2] - 44:2, 44:4
**interview** [4] - 29:2, 38:15, 39:24, 46:2
**interviewed** [2] - 38:17, 45:19
**intimate** [3] - 19:3, 151:21, 197:5
**intimately** [1] - 93:10
**intimidation** [5] - 38:4, 63:21, 64:1, 194:1, 250:17
**introduce** [3] - 53:13, 53:14, 190:7
**introduced** [1] - 53:11
**invention** [1] - 262:19
**investigated** [1] - 125:3
**investigation** [12] - 6:19, 23:6, 27:15, 27:24, 27:25, 55:9, 85:6, 123:17, 124:25, 263:1, 264:16, 264:19
**investigations** [3] - 30:2, 43:12, 58:21
**investigative** [2] - 21:13, 22:19
**invincible** [1] - 149:24
**invitation** [1] - 210:21
**involuntary** [1] - 58:20
**involved** [4] - 40:7, 93:11, 168:23, 228:8
**involving** [2] - 225:24, 233:20
**ironically** [1] - 122:20
**irritant** [1] - 233:14
**isolate** [1] - 126:21
**isolated** [2] - 246:14
**isolation** [1] - 15:3
**issuance** [1] - 204:9
**issue** [11] - 18:21, 67:22, 83:3, 97:9, 107:25, 189:7, 198:15, 209:11, 210:9, 267:12, 271:12
**issued** [17] - 21:8, 26:20, 37:1, 37:4, 38:24, 45:21, 49:8, 122:21, 152:24, 153:4, 163:19, 201:12, 215:14, 268:11, 268:12, 269:11, 270:1
**issues** [10] - 112:11, 213:20, 217:1, 218:1, 224:23, 225:24, 234:19, 248:14, 253:15, 262:4
**Istanbul** [1] - 156:23
**Italy** [3] - 187:8, 187:15
**itch** [1] - 107:1
**items** [7] - 59:12, 93:8, 102:13, 102:22, 103:6, 103:7, 242:16
**itself** [5] - 58:7, 127:11, 128:12, 145:19, 203:15

## J

**jacket** [1] - 36:12
**Jackie** [2] - 6:11, 6:12
**Jackson** [2] - 238:21, 249:18
**JACQUELINE** [1] - 2:15
**Jacques** [1] - 211:11
**jail** [14] - 15:12, 24:12, 43:4, 62:19, 86:15, 136:3, 143:21, 143:22, 153:20, 154:6, 154:22, 155:4, 235:16, 235:21
**jails** [1] - 235:16
**JAKE** [1] - 2:19
**JAMES** [1] - 3:2
**James** [7] - 3:2, 59:7, 65:7, 65:21, 77:21, 77:22, 135:15
**Jane** [5] - 225:22, 226:10, 226:12, 229:24, 257:20
**January** [11] - 23:7, 28:3, 163:8, 195:14, 205:15, 205:19, 205:23, 205:24, 206:2, 206:7, 206:10
**JBC** [1] - 244:4
**jerky** [1] - 244:1
**Jersey** [1] - 186:25
**jet** [3] - 149:16, 205:11, 205:20
**jets** [3] - 95:11, 206:15, 207:8
**jewelry** [5] - 92:25, 93:1, 93:6, 148:18, 171:7
**jgoldman@royblack.com** [1] - 2:21
**jmcbride@mcbridelawnenyc.com** [1] - 2:25
**job** [8] - 44:21, 91:12, 91:13, 91:15, 91:25, 92:5, 92:6, 140:13
**jock** [1] - 18:4
**Joe** [12] - 6:10, 137:23, 142:2, 146:22, 152:22, 155:3, 155:20, 155:21, 159:4, 163:6, 163:23, 170:12
**John** [3] - 66:11, 226:10, 226:12
**Johnny** [2] - 121:12, 146:18
**Johnson** [1] - 215:12
**join** [1] - 179:14
**joined** [1] - 6:9
**joining** [1] - 207:2
**joint** [1] - 236:15
**joke** [3] - 144:15, 150:18, 152:10
**jokes** [4] - 112:25, 158:5, 158:6, 158:8
**Jones** [1] - 66:11
**JOSEPH** [1] - 2:22
**joy** [1] - 109:3
**joys** [1] - 179:12
**jperczek@royblack.com** [1] - 2:17
**Judge** [47] - 5:19, 5:20, 6:7, 10:18, 10:23, 14:22, 16:3, 33:13, 34:23, 35:24, 36:16, 43:22, 43:23, 44:3, 53:19, 54:4, 67:7, 68:25, 69:4, 69:5, 69:12, 70:1,

72:10, 96:2, 97:14, 98:14, 98:17, 137:4, 150:22, 153:15, 156:1, 179:23, 180:19, 182:17, 188:4, 188:14, 191:9, 208:14, 215:4, 217:25, 218:25, 219:1, 219:24, 220:25, 223:21, 224:13, 274:14
**JUDGE** [1] - 1:12
**judge** [60] - 16:3, 30:22, 32:23, 33:20, 34:2, 36:11, 36:21, 37:19, 43:10, 43:20, 44:5, 52:7, 55:15, 56:12, 56:22, 57:8, 69:17, 70:11, 70:23, 72:6, 73:9, 74:13, 75:11, 76:22, 77:11, 79:18, 80:22, 83:19, 83:20, 87:19, 113:25, 119:11, 121:2, 136:15, 136:23, 138:1, 143:21, 145:21, 153:16, 153:24, 154:5, 154:9, 181:1, 183:3, 183:22, 184:9, 184:22, 185:16, 198:17, 219:24, 257:22, 257:24, 258:1, 258:23, 263:21, 264:5, 264:7, 264:10, 267:14, 272:4
**judge's** [3] - 55:1, 139:6, 148:11
**judges** [6] - 9:7, 21:12, 48:13, 100:12, 152:19, 263:21
**judicial** [26] - 14:9, 19:24, 21:17, 22:16, 23:9, 23:11, 25:20, 26:5, 26:9, 26:14, 26:15, 27:3, 28:8, 28:10, 28:22, 30:5, 39:1, 46:22, 47:10, 47:20, 51:14, 56:7, 57:22, 144:25, 194:19
**July** [33] - 6:17, 26:6, 26:12, 26:13, 26:19, 26:22, 27:6, 27:22, 28:3, 28:9, 28:17, 29:18, 40:3, 40:22, 41:11, 41:19, 41:21, 41:24, 42:3, 42:22, 46:5, 46:17, 50:15, 51:14, 51:16, 176:23, 178:8, 194:19,
195:15, 241:12, 241:13, 243:9, 245:9
**jump** [1] - 211:23
**jumped** [1] - 141:18
**juncture** [1] - 187:18
**June** [3] - 21:8, 197:5, 205:14
**jurisdiction** [9] - 49:11, 49:15, 156:18, 162:18, 213:3, 213:9, 213:10, 218:5, 221:13
**jurisdictional** [2] - 59:8, 59:9
**jurisdictions** [3] - 58:19, 58:22, 221:12
**jury** [1] - 120:13
**Justice** [12] - 1:22, 2:2, 48:12, 48:21, 49:8, 50:6, 52:20, 52:21, 55:19, 216:10, 233:4, 233:8
**justice** [6] - 47:24, 49:19, 52:20, 60:23, 140:6, 142:20
**justice's** [1] - 225:20
**justiceable** [1] - 217:5
**justices's** [1] - 252:22
**justify** [1] - 182:11
**justifying** [1] - 187:14

**K**

**Keanu** [1] - 135:2
**keen** [3] - 39:20, 39:21, 75:17
**keep** [14] - 15:2, 132:23, 142:4, 154:24, 160:15, 161:23, 162:21, 162:22, 162:23, 171:13, 193:4, 232:18, 237:8
**keeping** [3] - 114:7, 141:19, 154:13
**keeps** [1] - 162:16
**Keir** [2] - 153:3, 159:16
**kept** [2] - 119:10, 120:1
**KERP** [28] - 129:13, 129:18, 130:1, 130:2, 130:3, 130:7, 200:24, 200:25, 201:2, 201:11, 201:15, 202:23, 203:10, 203:11, 203:15, 203:17, 204:1, 204:3,
268:16, 268:23, 269:1, 269:4, 269:5, 269:7, 269:11, 269:14, 269:16, 269:24
**KERRY** [1] - 1:22
**Kerry** [1] - 6:5
**kerry.monaco2@usdoj.gov** [1] - 1:24
**Kezelbard** [1] - 214:18
**kick** [2] - 29:6, 109:23
**kid** [4] - 160:17, 161:6, 161:10, 162:2
**kid's** [1] - 116:18
**kids** [11] - 72:20, 75:18, 109:13, 117:10, 136:9, 148:20, 155:6, 172:15, 172:22, 178:16
**kill** [1] - 197:15
**killed** [3] - 151:5, 172:14, 172:22
**killers** [1] - 140:4
**killing** [1] - 143:16
**kills** [1] - 151:4
**kind** [12] - 5:10, 18:11, 74:3, 77:14, 86:20, 92:25, 105:1, 150:20, 172:7, 174:24, 217:8, 230:5
**kinds** [2] - 73:25, 172:12
**King** [1] - 47:25
**Kingdom** [12] - 63:4, 65:11, 115:16, 123:1, 123:5, 141:4, 186:19, 194:7, 212:2, 212:5, 212:20, 214:15
**Klein** [7] - 6:11, 10:13, 179:17, 179:22, 181:3, 188:2, 189:9
**KLEIN** [17] - 2:7, 179:23, 180:4, 180:11, 180:19, 181:5, 181:7, 181:15, 181:17, 181:19, 184:17, 185:5, 185:7, 186:15, 188:4, 189:4, 189:11
**knowing** [6] - 52:15, 81:15, 82:15, 204:5, 229:22, 262:15
**knowledge** [17] - 9:10, 25:14, 35:3, 40:13, 41:8, 41:14, 50:17, 50:18, 51:1,
52:4, 52:14, 58:25, 85:9, 128:13, 128:16, 182:7, 221:17
**known** [9] - 16:20, 29:19, 71:16, 71:18, 79:15, 168:13, 168:14, 184:7, 238:6
**knows** [10] - 7:4, 15:10, 40:25, 74:5, 111:25, 177:16, 182:14, 186:7, 216:19, 235:25
**knuckle** [1] - 66:12
**Koch** [2] - 197:19, 198:1
**Korea** [4] - 187:2, 187:7, 187:9

**L**

**LA** [1] - 165:13
**labeled** [2] - 253:20, 254:3
**lack** [22] - 48:25, 141:4, 183:14, 186:7, 186:13, 186:14, 186:15, 186:16, 186:19, 188:6, 188:7, 188:11, 189:1, 199:14, 203:5, 215:23, 219:20, 220:18, 231:24, 254:12, 254:13
**Lagoon** [1] - 3:7
**land** [4] - 37:10, 146:12, 148:19, 263:20
**landed** [1] - 156:24
**lands** [1] - 81:19
**language** [8] - 16:21, 56:19, 150:22, 183:5, 187:13, 265:16, 267:1, 268:1
**Lanier** [1] - 209:7
**laptops** [1] - 59:14
**large** [1] - 228:8
**largely** [1] - 132:3
**last** [45] - 20:13, 26:17, 33:10, 42:1, 50:13, 51:7, 55:24, 56:24, 56:25, 57:4, 65:25, 66:3, 69:23, 85:22, 87:3, 96:23, 99:6, 100:14, 101:25, 103:7, 103:8, 115:11, 137:13, 138:2, 138:12, 142:17, 147:15, 153:5, 156:22, 162:14, 186:6, 189:19, 190:2,
221:4, 225:10, 226:8, 227:13, 236:20, 241:9, 241:21, 251:9, 252:3, 273:5
**lastly** [1] - 224:2
**late** [2] - 50:7, 84:17
**Latin** [1] - 232:19
**laugh** [5] - 76:13, 79:9, 112:7, 113:3, 113:18
**launched** [2] - 123:17, 124:25
**laundering** [6] - 83:24, 85:12, 87:24, 124:24, 124:25, 193:7
**laundry** [1] - 241:19
**Laura** [1] - 55:21
**LAUREN** [1] - 1:11
**Law** [3] - 2:23, 3:2, 70:14
**law** [25] - 8:10, 9:13, 10:8, 12:13, 22:23, 30:7, 33:24, 35:19, 42:23, 44:14, 44:25, 45:6, 47:11, 48:14, 66:14, 166:4, 198:15, 209:20, 209:22, 209:25, 210:2, 219:13, 252:20, 266:9, 266:23
**lawful** [1] - 182:9
**laws** [5] - 8:8, 52:15, 210:7, 218:6, 225:9
**lawsuit** [2] - 114:18, 119:9
**lawyer** [15] - 10:22, 18:20, 18:21, 31:11, 33:22, 41:4, 50:20, 58:1, 98:9, 115:6, 119:14, 147:18, 153:21, 164:19, 261:15
**lawyer's** [2] - 107:3, 176:3
**lawyers** [5] - 65:24, 87:3, 100:12, 258:10, 262:2
**lay** [4] - 8:1, 49:20, 49:21, 144:10
**laying** [1] - 168:4
**lays** [1] - 73:22
**lead** [3] - 8:3, 8:15, 188:23
**leading** [1] - 229:9
**leads** [1] - 61:8
**leaked** [2] - 145:9, 145:12
**lean** [3] - 63:16, 66:14, 138:20
**leaning** [4] - 65:22,

133:7, 135:19, 135:21
**learn** [1] - 154:2
**learned** [2] - 143:19, 152:14
**Learned** [1] - 182:17
**least** [19] - 10:15, 29:25, 67:5, 68:2, 98:20, 102:2, 107:18, 117:18, 117:20, 118:1, 152:13, 155:16, 175:18, 217:19, 241:10, 259:15, 263:5, 264:18
**leave** [9] - 5:17, 39:23, 84:11, 130:16, 130:18, 197:10, 198:6, 224:17, 261:23
**leaving** [3] - 130:25, 213:9, 261:10
**led** [2] - 50:20, 114:3
**Lee** [6] - 184:7, 186:24, 187:3, 187:4, 187:7, 187:8
**Lee's** [1] - 187:15
**left** [8] - 15:3, 19:25, 108:14, 202:16, 204:22, 213:3, 237:10, 252:19
**legacy** [2] - 74:14, 147:23
**Legal** [1] - 3:6
**legal** [30] - 8:7, 15:17, 34:14, 34:16, 34:18, 44:15, 60:18, 63:21, 100:12, 100:16, 100:18, 116:12, 121:5, 139:10, 140:19, 140:20, 155:12, 155:22, 155:23, 184:16, 185:18, 185:21, 209:13, 212:8, 212:10, 227:2, 232:25, 238:14, 257:15
**legality** [1] - 21:12
**legally** [1] - 22:23
**Leiva** [1] - 216:24
**length** [3] - 185:24, 187:20, 223:22
**less** [6] - 14:24, 40:6, 133:25, 245:15, 248:3, 249:4
**lesser** [2] - 132:1, 220:3
**Lett** [1] - 67:7
**letter** [13] - 46:5, 46:11, 46:13, 46:16, 46:19, 55:19, 63:17, 127:23, 128:2, 128:17, 232:9, 260:6, 260:7
**letters** [4] - 228:25, 231:20, 249:19
**level** [5] - 13:23, 107:11, 192:22, 233:15
**levied** [4] - 88:12, 88:16, 88:17, 257:23
**liar** [3] - 134:22, 135:21, 168:22
**liars** [1] - 251:9
**licensed** [3] - 45:3, 210:3, 210:5
**licenses** [3] - 17:8, 143:5, 265:24
**lie** [16] - 28:24, 62:13, 98:12, 105:5, 133:16, 133:22, 133:24, 134:8, 134:22, 136:9, 136:13, 136:15, 150:18, 169:12, 174:5, 251:14
**life** [45] - 22:1, 22:3, 29:20, 40:16, 75:1, 76:20, 76:23, 78:2, 78:15, 78:16, 79:4, 80:7, 80:8, 87:14, 103:21, 104:4, 109:4, 114:15, 115:11, 119:8, 119:19, 119:25, 120:20, 121:7, 129:16, 139:15, 140:4, 140:17, 140:23, 141:22, 142:16, 147:3, 152:10, 153:20, 161:23, 170:20, 173:6, 177:19, 197:11, 207:14, 218:11, 254:9, 257:7, 262:10, 263:11
**lifestyle** [1] - 103:19
**lifetime** [1] - 104:14
**lifted** [3] - 23:13, 25:19, 25:25
**light** [3] - 9:17, 41:10, 41:18
**likelihood** [4] - 14:7, 183:14, 220:12, 220:14
**likely** [5] - 13:24, 31:24, 75:24, 183:9, 187:5
**liken** [1] - 99:18
**likeness** [1] - 162:8
**likewise** [6] - 18:13, 26:25, 67:12, 95:22, 264:5, 273:25
**limit** [1] - 236:19
**limitation** [1] - 15:9
**limited** [6] - 58:3, 231:2, 231:3, 233:12, 233:13, 242:16
**limiting** [1] - 58:12
**limits** [2] - 50:4, 241:8
**line** [11] - 12:9, 12:20, 13:11, 13:12, 13:20, 14:15, 63:5, 141:18, 154:13, 211:24, 224:23
**lines** [1] - 86:4
**linger** [1] - 233:12
**link** [1] - 139:12
**list** [11] - 114:17, 117:10, 117:13, 117:15, 199:5, 204:20, 231:12, 243:2, 243:4, 259:6
**listed** [8] - 114:10, 178:18, 178:20, 180:5, 187:21, 203:7, 203:12
**listen** [6] - 120:16, 138:9, 138:10, 149:24, 150:2, 155:1
**listening** [3] - 142:5, 162:22, 257:14
**listens** [3] - 78:22, 78:25, 142:4
**listing** [1] - 94:14
**lit** [1] - 67:20
**litigant** [2] - 258:10, 258:13
**litigants** [1] - 259:23
**litigate** [3] - 123:3, 123:5, 259:7
**litigating** [7] - 60:2, 62:14, 62:15, 114:9, 114:18, 146:15, 257:6
**litigation** [18] - 16:1, 16:4, 16:8, 19:1, 38:5, 38:20, 39:18, 57:19, 115:19, 118:19, 139:18, 182:13, 182:15, 257:17, 257:22, 258:13, 258:19, 258:20
**litigations** [2] - 258:8, 261:6
**live** [10] - 5:9, 43:12, 74:22, 84:4, 104:1, 109:7, 111:8, 145:23, 253:23, 269:18
**lives** [3] - 62:14, 109:7, 184:15
**living** [6] - 18:5, 99:25, 133:16, 133:22, 185:1, 185:17
**local** [1] - 204:6
**locate** [2] - 82:8, 82:22
**located** [1] - 234:5
**locating** [1] - 81:15
**location** [4] - 82:19, 199:15, 205:20, 206:11
**locations** [1] - 204:22
**lock** [3] - 110:2, 116:5, 156:13
**lockdown** [4] - 14:23, 237:25, 238:1, 252:16
**locked** [11] - 61:22, 64:23, 114:8, 114:25, 115:4, 118:23, 119:3, 119:10, 138:3, 141:19, 155:4
**locking** [2] - 116:11, 154:24
**lodging** [2] - 29:9, 194:16
**logical** [2] - 87:15, 172:9
**logically** [1] - 188:11
**longer-term** [1] - 198:12
**look** [24] - 16:9, 17:22, 55:24, 59:8, 67:13, 102:18, 104:7, 104:15, 104:19, 106:5, 118:6, 132:20, 150:2, 152:23, 156:6, 178:24, 202:2, 212:6, 221:12, 243:17, 268:6, 270:8, 273:23
**Look** [2] - 117:22, 165:17
**looked** [1] - 148:13
**looking** [12] - 24:24, 35:2, 87:13, 140:18, 152:10, 153:19, 196:14, 209:20, 212:3, 230:1, 235:23, 238:24
**looks** [4] - 73:9, 100:5, 132:19, 193:5
**loosely** [1] - 105:10
**loosening** [1] - 23:14
**LOPEZ** [38] - 1:18, 5:24, 31:3, 44:10, 46:10, 46:15, 51:6, 51:10, 52:6, 190:1, 190:13, 190:19, 190:21, 191:5, 191:18, 191:21, 191:24, 192:2, 201:24, 202:3, 202:5, 202:9, 202:12, 203:6, 208:2, 227:5, 227:9, 227:20, 250:25, 251:2, 268:22, 269:3, 269:7, 269:16, 273:11, 273:21, 274:5, 274:25
**Lopez** [9] - 3:20, 5:24, 189:24, 192:1, 207:25, 252:2, 272:21, 273:8, 274:4
**Los** [8] - 63:10, 65:19, 141:3, 165:13, 198:10, 198:18, 198:19, 264:21
**lose** [19] - 14:12, 119:10, 121:8, 139:14, 140:18, 140:21, 141:19, 141:20, 146:23, 148:5, 153:8, 154:5, 154:14, 154:15, 155:16, 157:4, 175:19, 211:4
**losing** [2] - 244:8, 245:22
**lost** [13] - 62:5, 66:4, 119:18, 119:20, 146:25, 155:21, 174:17, 244:6, 245:17, 249:25, 254:16, 261:25
**loud** [4] - 69:13, 106:5, 264:13
**Louis** [4] - 5:19, 5:20, 69:4, 69:5
**LOUIS** [1] - 1:11
**love** [10] - 72:22, 74:4, 98:9, 109:13, 109:15, 145:7, 151:11, 153:24, 162:12, 162:13
**loving** [4] - 72:12, 72:24, 73:1, 73:4
**low** [1] - 209:7
**luckily** [1] - 111:10
**lucky** [1] - 100:25
**lunch** [6] - 67:17, 68:9, 106:10, 131:14, 163:12, 244:20
**luxury** [20] - 92:12, 92:14, 92:15, 92:17, 92:22, 92:23, 92:25, 93:2, 93:3, 93:4, 133:5, 133:7, 135:11, 135:12, 135:14, 171:6, 171:12, 171:16, 207:7, 207:16

**lying** [3] - 134:7, 135:2, 142:8
**Lynch** [1] - 185:12

## M

**ma'am** [15] - 20:12, 20:17, 24:10, 30:24, 31:8, 32:1, 34:17, 44:22, 56:18, 99:2, 120:18, 121:18, 122:3, 139:1
**Mace** [1] - 100:10
**Maced** [3] - 105:16, 108:6, 108:9
**machete** [3] - 150:11, 150:16, 151:1
**macro** [1] - 104:19
**magistrate** [11] - 45:21, 48:16, 49:4, 69:4, 181:1, 183:3, 183:22, 184:9, 185:16, 248:22
**Magistrate** [3] - 5:19, 5:20, 69:5
**magistrate's** [1] - 248:17
**mail** [1] - 231:15
**main** [6] - 74:15, 160:1, 168:12, 221:8, 258:22, 260:10
**mainstream** [2] - 43:13, 117:25
**maintain** [2] - 101:6, 104:23
**maintaining** [1] - 248:25
**majority** [1] - 188:20
**mall** [2] - 161:24
**man** [31] - 74:3, 86:12, 87:15, 92:4, 92:7, 92:21, 93:13, 93:25, 94:3, 94:6, 94:13, 102:9, 103:1, 104:9, 111:12, 123:18, 143:3, 144:11, 144:18, 145:13, 146:23, 149:22, 151:11, 151:12, 151:13, 163:15, 172:22, 249:22
**man's** [2] - 78:14, 79:4
**managed** [2] - 151:8, 171:13
**mandating** [1] - 182:6
**mandatory** [1] - 219:7
**Manea** [1] - 180:22
**MANIOTIS** [12] - 3:6, 19:19, 19:21, 20:12, 20:14, 20:17, 24:10, 24:17, 24:22, 25:3, 25:13, 25:17
**Maniotis** [22] - 6:10, 9:15, 18:16, 18:24, 19:18, 20:14, 20:15, 34:2, 224:25, 225:4, 226:9, 228:22, 232:9, 232:24, 235:5, 235:10, 236:23, 237:13, 237:16, 237:24, 262:7, 262:8
**maniotis** [1] - 230:11
**Manrique** [13] - 185:25, 246:2, 246:16, 246:22, 247:7, 247:23, 248:13, 248:21, 248:23, 249:8, 250:4, 250:5, 250:6
**Manrique's** [3] - 246:24, 248:16, 252:5
**March** [11] - 7:11, 7:20, 11:8, 20:25, 21:2, 21:24, 26:3, 29:19, 37:1, 198:6, 198:7
**mark** [2] - 118:9, 118:10
**marked** [6] - 53:10, 55:13, 56:17, 248:15, 249:3, 249:13
**market** [1] - 170:2
**marketing** [2] - 111:13, 111:25
**marking** [1] - 53:22
**Markus** [1] - 10:22
**marriage** [1] - 229:10
**married** [1] - 185:10
**Marriott** [1] - 61:14
**Mars** [1] - 174:23
**MARSHAL** [2] - 68:12, 68:16
**marshal** [1] - 35:10
**Marshal** [1] - 245:7
**marshals** [1] - 98:24
**Martin** [4] - 207:4, 215:10, 215:21, 267:4
**Martin's** [1] - 70:13
**Martinelli** [6] - 215:3, 219:9, 220:24, 221:14, 223:20, 267:21
**masculine** [1] - 149:22
**mashed** [1] - 244:20
**masks** [1] - 106:13
**match** [4] - 66:4, 66:12, 147:15
**matches** [1] - 170:13
**material** [3] - 18:11, 37:25, 40:5
**materialized** [1] - 125:1
**matter** [21] - 7:10, 35:18, 58:5, 61:1, 63:1, 80:2, 107:6, 109:9, 182:25, 185:25, 208:14, 211:10, 215:11, 217:9, 217:16, 219:9, 219:21, 219:22, 224:19, 249:24, 275:12
**matters** [3] - 128:16, 153:25, 216:23
**Matthewman** [4] - 208:14, 217:25, 219:1, 219:24
**mattress** [5] - 232:4, 232:6, 232:7, 232:12
**maximum** [2] - 40:14, 40:17
**MCBRIDE** [54] - 2:22, 57:17, 58:2, 60:7, 60:12, 60:21, 61:3, 64:18, 99:10, 107:23, 108:1, 108:3, 108:4, 118:8, 118:10, 118:14, 118:17, 120:21, 121:23, 122:3, 122:4, 124:2, 126:3, 126:14, 126:18, 127:10, 127:16, 128:1, 128:7, 128:11, 128:18, 132:17, 132:22, 134:13, 134:19, 134:21, 137:15, 137:18, 137:21, 139:3, 142:22, 149:1, 149:13, 156:5, 157:17, 158:17, 159:20, 160:20, 160:24, 161:3, 161:15, 177:25, 179:9, 179:13
**McBride** [31] - 2:23, 3:23, 4:5, 6:10, 16:1, 19:1, 29:12, 57:25, 60:4, 64:14, 107:21, 115:12, 120:14, 121:21, 127:9, 127:22, 142:14, 148:25, 156:4, 157:16, 161:14, 166:18, 225:1, 225:4, 228:22, 230:11, 236:23, 236:24, 237:9, 237:15, 237:24
**McBride's** [1] - 121:16
**meals** [7] - 103:14, 105:14, 175:4, 175:6, 175:7, 244:10, 244:17
**mean** [30] - 54:3, 60:7, 78:1, 78:10, 78:21, 88:6, 89:21, 94:23, 103:13, 104:6, 111:23, 112:13, 125:9, 127:16, 134:25, 145:5, 159:5, 159:6, 161:20, 162:7, 166:15, 169:20, 169:21, 170:9, 191:22, 219:3, 267:5, 273:14
**meaning** [13] - 23:19, 25:10, 26:1, 48:7, 86:8, 130:16, 141:20, 210:11, 220:16, 222:13, 225:22, 236:25, 247:18
**meaningful** [2] - 27:13, 35:20
**meaningfully** [3] - 27:11, 32:11, 35:3
**means** [6] - 10:11, 22:17, 116:13, 211:23, 248:1, 255:12
**meant** [3] - 88:10, 111:22, 202:7
**meantime** [5] - 10:5, 13:17, 14:16, 259:12, 263:3
**measure** [7] - 8:14, 26:7, 26:8, 31:24, 34:9, 51:14, 125:15
**measures** [6] - 26:25, 50:24, 51:24, 56:4, 56:8, 234:2
**mechanism** [1] - 218:15
**media** [20] - 16:18, 16:20, 17:20, 39:7, 43:13, 82:14, 118:1, 134:4, 149:3, 149:19, 149:20, 160:3, 160:10, 160:25, 161:21, 168:16, 168:19, 200:11, 205:17, 206:13
**medical** [7] - 92:5, 108:5, 231:25, 232:22, 234:18, 235:11, 245:12
**meet** [18] - 32:20, 62:2, 62:4, 65:24, 164:8, 173:16, 211:12, 211:16, 220:3, 224:25, 229:3, 233:1, 235:6, 235:20, 236:17, 236:18, 237:12, 237:17
**meeting** [5] - 173:17, 235:10, 236:20, 237:8, 251:20
**meetings** [5] - 235:12, 235:13, 236:7, 236:16, 248:5
**meets** [1] - 234:16
**members** [2] - 43:11, 66:1
**memory** [4] - 46:8, 46:20, 84:17, 249:6
**men** [25] - 15:7, 58:19, 63:16, 66:2, 66:14, 79:8, 85:17, 112:23, 139:7, 139:23, 143:1, 143:7, 143:8, 147:14, 150:6, 151:10, 151:17, 151:19, 173:4, 253:3, 254:7, 262:13, 271:21
**men's** [1] - 243:17
**mental** [6] - 104:23, 248:13, 248:15, 249:9, 249:13, 252:6
**mention** [2] - 167:23, 170:25
**mentioned** [32] - 45:12, 46:1, 50:13, 50:18, 58:24, 105:6, 116:24, 145:3, 147:15, 147:16, 164:10, 166:18, 167:13, 167:24, 168:1, 171:24, 172:3, 172:6, 172:14, 175:11, 190:24, 217:7, 218:25, 219:11, 219:21, 226:5, 227:10, 235:3, 240:23, 241:8, 244:9, 247:13
**mentioning** [1] - 113:19
**mere** [2] - 218:13, 218:23
**merely** [4] - 61:16, 62:9, 216:10, 219:2
**meritorious** [1] - 61:5
**merits** [7] - 23:5, 183:6, 183:8, 183:15, 183:25, 187:5, 220:22

**Merrill** [1] - 185:12
**message** [9] - 110:13, 110:17, 111:3, 111:5, 111:6, 111:23, 178:17, 227:16, 245:24
**messages** [6] - 112:1, 128:14, 146:20, 164:18, 199:14, 206:21
**messaging** [3] - 110:21, 111:1, 111:2
**Messina** [1] - 217:20
**Messrs** [6] - 224:25, 225:3, 228:22, 230:11, 236:22, 237:24
**met** [15] - 66:1, 70:20, 72:11, 72:15, 74:17, 81:10, 88:23, 117:18, 117:20, 164:5, 207:9, 238:3, 251:23, 268:3
**method** [2] - 112:12, 274:10
**methods** [1] - 201:1
**Mexican** [12] - 129:13, 129:17, 129:21, 129:22, 130:7, 201:1, 201:11, 203:9, 268:11, 268:20, 269:12, 269:24
**Mexico** [10] - 122:20, 127:20, 129:16, 129:22, 130:11, 183:18, 184:8, 203:11, 269:19
**MIAMI** [1] - 1:2
**Miami** [29] - 1:4, 1:16, 1:20, 1:24, 2:4, 2:9, 2:13, 2:17, 2:21, 3:4, 3:8, 3:13, 3:14, 9:4, 30:12, 116:23, 130:14, 130:22, 143:14, 156:23, 175:3, 175:6, 233:5, 235:16, 235:23, 237:22, 239:11, 275:16, 275:17
**Miami's** [2] - 237:3, 238:13
**mic** [1] - 62:5
**microphone** [1] - 33:7
**middle** [2] - 154:18, 157:5
**might** [11] - 10:9, 11:20, 15:14, 15:21, 20:5, 32:14, 167:15, 213:24, 260:6, 260:12, 272:14
**miles** [3] - 84:3, 112:6, 149:23
**milk** [1] - 244:19
**million** [8] - 120:5, 131:20, 152:12, 170:1, 170:3, 206:15, 207:4, 207:5
**millionaire** [1] - 113:14
**millionaires** [1] - 199:3
**millions** [9] - 17:3, 18:6, 18:7, 66:8, 110:22, 111:3, 112:9, 184:19
**MILTON** [1] - 2:11
**mind** [10] - 33:19, 52:22, 53:24, 56:13, 85:22, 96:21, 135:1, 189:12, 269:25, 274:11
**mine** [9] - 52:16, 87:17, 91:22, 104:3, 114:11, 122:14, 131:22, 134:8, 135:10
**minimize** [1] - 262:4
**minimum** [2] - 201:5, 217:20
**minister** [2] - 159:17, 163:21
**Ministry** [1] - 196:17
**minor** [3] - 183:19, 183:20, 221:23
**minor's** [2] - 183:20, 183:21
**minors** [2] - 124:15, 193:7
**minute** [1] - 32:14
**minutes** [13] - 35:25, 36:1, 66:24, 68:16, 136:24, 156:25, 191:23, 205:12, 233:12, 233:13, 262:22, 270:3
**miracle** [1] - 175:18
**Mirela** [2] - 180:23, 224:17
**mirror** [2] - 107:5, 180:1
**misconduct** [2] - 59:22, 264:18
**misdemeanor** [1] - 99:16
**mislead** [3] - 86:23, 150:13, 272:19
**misogynist** [2] - 78:5, 146:3
**misogynistic** [2] - 146:2, 150:20
**miss** [3] - 158:15, 158:19, 158:25
**missed** [4] - 110:11, 155:6, 157:1, 273:5
**missing** [1] - 157:5
**Missy** [1] - 149:5
**mistake** [3] - 113:11, 162:1, 196:18
**misunderstand** [1] - 110:12
**misunderstanding** [2] - 128:3, 212:18
**Mitchell** [5] - 182:17, 226:25, 228:4, 228:5, 228:12
**Mitchell's** [2] - 182:18, 228:5
**mobility** [1] - 29:21
**mocked** [1] - 145:19
**model** [2] - 14:20, 81:2
**modeling** [3] - 80:19, 80:22, 80:24
**moderation** [1] - 104:10
**modern** [1] - 83:25
**moment** [11] - 59:10, 85:6, 85:10, 118:4, 124:1, 128:2, 128:5, 162:10, 258:21, 271:25, 272:2
**Monaco** [1] - 6:5
**MONACO** [2] - 1:22, 6:5
**Monday** [5] - 272:13, 272:25, 273:1, 273:2, 273:7
**money** [42] - 18:9, 77:16, 83:24, 85:12, 87:23, 91:10, 91:11, 114:15, 114:16, 117:8, 119:20, 119:23, 120:2, 120:3, 124:24, 124:25, 132:1, 132:6, 140:10, 141:11, 143:16, 146:21, 148:3, 148:7, 150:5, 162:7, 162:20, 169:1, 170:5, 170:8, 170:9, 170:10, 170:21, 171:13, 171:18, 193:7, 193:21, 228:8, 259:16, 271:2, 271:5
**moniker** [1] - 77:9
**monitored** [2] - 21:6, 235:14
**month** [15] - 15:8, 23:12, 26:17, 61:23, 72:2, 90:21, 90:25, 92:16, 102:5, 156:22, 163:10, 231:5, 231:15, 241:13, 245:16
**months** [7] - 24:12, 66:5, 72:1, 94:10, 94:19, 163:16, 225:10
**moon** [1] - 136:4
**mop** [1] - 261:11
**mopping** [1] - 241:20
**moral** [1] - 142:19
**morning** [16] - 5:3, 5:24, 6:1, 6:7, 19:19, 19:20, 30:24, 33:13, 33:14, 33:18, 74:21, 74:23, 206:2, 209:14, 241:7, 247:18
**most** [34] - 10:17, 14:6, 14:18, 16:13, 16:22, 29:13, 31:24, 37:12, 75:19, 76:6, 76:16, 81:12, 84:4, 110:22, 112:25, 120:19, 140:8, 140:10, 143:1, 144:18, 147:14, 149:22, 151:10, 163:23, 169:9, 175:11, 175:16, 175:17, 236:17, 239:17, 242:10, 256:25
**mother** [2] - 103:23, 109:15
**mother's** [2] - 143:10, 155:6
**mothers** [3] - 91:23, 117:10, 148:20
**motion** [27] - 6:14, 6:16, 64:22, 176:20, 177:12, 180:3, 180:4, 194:3, 196:23, 213:18, 226:15, 226:16, 226:19, 231:2, 232:1, 236:12, 238:7, 239:1, 240:12, 240:25, 242:11, 243:14, 243:21, 244:8, 246:9, 246:24, 248:16
**motions** [3] - 61:4, 189:20, 226:2
**motivation** [1] - 259:18
**motives** [1] - 253:15
**Motor** [1] - 70:17
**mouth** [3] - 143:19, 228:11, 250:13
**mouthpiece** [1] - 169:1
**mouths** [1] - 106:13
**move** [11] - 67:21, 94:25, 97:10, 108:2, 126:7, 132:15, 135:1, 151:21, 226:20, 227:2, 261:24
**moved** [4] - 14:24, 168:24, 172:16, 185:10
**movement** [1] - 20:20
**movie** [1] - 135:3
**movies** [1] - 18:7
**moving** [6] - 126:6, 126:16, 182:12, 184:4, 185:23, 200:18
**MP-5** [1] - 168:4
**MPs** [3] - 43:14, 159:17
**MR** [181] - 6:7, 6:15, 8:8, 9:15, 10:7, 11:15, 11:17, 12:7, 12:23, 13:17, 14:2, 17:24, 18:22, 18:24, 19:6, 19:17, 19:19, 19:21, 20:12, 20:14, 20:17, 24:10, 24:17, 24:22, 25:3, 25:13, 25:17, 30:22, 30:24, 31:7, 31:11, 31:19, 32:1, 32:3, 32:8, 32:12, 32:16, 32:18, 32:21, 32:23, 33:13, 33:15, 33:17, 34:23, 35:5, 35:24, 36:1, 36:8, 36:10, 36:16, 36:19, 36:20, 43:20, 44:3, 52:7, 52:10, 53:14, 53:18, 53:23, 54:3, 54:8, 54:9, 55:15, 55:17, 56:12, 56:22, 56:25, 57:3, 57:6, 57:8, 57:10, 57:13, 57:17, 58:2, 60:7, 60:12, 60:21, 61:3, 64:18, 66:23, 68:4, 68:25, 69:10, 69:12, 69:16, 70:1, 70:4, 70:23, 71:2, 71:9, 71:10, 87:19, 98:7, 98:14, 98:20, 98:23, 99:10, 107:23, 108:1, 108:3, 108:4, 118:8, 118:10, 118:14, 118:17, 120:21, 121:23, 122:3, 122:4, 124:2, 126:3, 126:14, 126:18, 127:10, 127:16, 128:1, 128:7,

128:11, 128:18, 132:17, 132:22, 134:13, 134:19, 134:21, 136:23, 137:1, 137:4, 137:8, 137:15, 137:18, 137:21, 139:3, 142:22, 149:1, 149:13, 156:5, 157:17, 158:17, 159:20, 160:20, 160:24, 161:3, 161:15, 177:25, 179:9, 179:13, 179:17, 189:16, 189:21, 191:9, 196:9, 196:12, 198:17, 204:17, 252:4, 252:25, 253:2, 254:20, 254:24, 255:4, 256:13, 256:16, 258:5, 258:7, 260:2, 260:23, 260:25, 265:11, 265:13, 266:20, 266:25, 267:11, 267:15, 267:18, 268:13, 270:2, 272:2, 272:4, 273:2, 274:14, 274:24

**MS** [137] - 5:24, 6:1, 6:3, 6:5, 31:3, 44:8, 44:10, 46:10, 46:15, 51:6, 51:10, 52:6, 53:11, 53:17, 54:7, 56:21, 56:24, 57:7, 57:9, 67:15, 67:20, 67:25, 68:5, 68:7, 87:22, 95:1, 96:4, 96:5, 97:4, 97:11, 97:22, 98:5, 118:12, 124:5, 125:20, 125:24, 126:2, 126:7, 126:10, 126:22, 126:24, 127:4, 127:7, 128:24, 129:3, 129:4, 132:15, 132:21, 133:1, 133:2, 134:10, 134:16, 139:19, 164:2, 178:2, 178:6, 179:7, 179:23, 180:4, 180:11, 180:19, 181:5, 181:7, 181:15, 181:17, 181:19, 184:17, 185:5, 185:7, 186:15, 188:4, 189:4, 189:11, 190:1, 190:13, 190:19, 190:21, 191:5, 191:18, 191:21, 191:24, 192:2, 192:6, 192:8, 194:1, 195:4, 195:6, 195:9, 195:11, 195:24, 196:4, 196:6, 196:8, 196:11, 196:18, 196:21, 197:17, 197:21, 197:25, 198:2, 198:4, 198:21, 198:23, 200:7, 201:15, 201:19, 201:22, 201:24, 202:3, 202:5, 202:9, 202:12, 202:16, 202:20, 202:22, 203:3, 203:6, 203:25, 204:4, 204:8, 204:10, 204:12, 204:18, 208:2, 227:5, 227:9, 227:20, 250:25, 251:2, 268:22, 269:3, 269:7, 269:16, 273:11, 273:21, 274:5, 274:25

**MTV** [3] - 132:14, 149:4, 149:5

**muddy** [2] - 113:24, 165:7

**multiple** [12] - 58:19, 58:22, 102:12, 112:13, 117:15, 128:4, 185:22, 200:8, 200:17, 200:19, 204:14, 218:8

**multitude** [2] - 114:4, 265:24

**multiyear** [1] - 20:20

**murder** [2] - 65:14, 133:19

**murdered** [1] - 140:1

**murderers** [1] - 139:17

**music** [4] - 58:20, 80:25, 132:13, 133:17

**Musk** [1] - 144:5

**must** [15] - 8:18, 144:4, 154:20, 177:19, 178:14, 208:5, 208:7, 208:12, 208:23, 212:7, 219:3, 220:16, 223:7, 223:10, 256:18

**mutilation** [1] - 18:10

**mystery** [2] - 65:14, 119:15

## N

**naive** [1] - 74:7

**name** [36] - 20:13, 33:7, 33:8, 33:10, 33:18, 53:7, 62:24, 69:23, 88:22, 99:5, 99:6, 99:7, 109:2, 109:3, 111:17, 115:12, 115:25, 119:14, 122:13, 123:7, 137:13, 137:15, 140:23, 145:2, 146:16, 147:23, 153:25, 162:8, 163:10, 172:18, 202:24, 203:20, 268:12

**named** [5] - 37:14, 39:6, 71:14, 203:13, 269:12

**names** [11] - 37:15, 38:3, 39:4, 47:17, 49:4, 55:10, 152:25, 163:5, 163:20, 257:11, 257:16

**naming** [1] - 42:13

**narrative** [1] - 121:19

**narrow** [2] - 243:2, 257:25

**NATASHA** [2] - 3:21, 69:20

**Natasha** [6] - 69:19, 69:25, 117:18, 147:17, 155:24, 166:1

**nation** [1] - 218:23

**National** [1] - 246:12

**national** [1] - 186:9

**nationals** [1] - 269:18

**naturally** [1] - 103:23

**nature** [16] - 6:20, 37:23, 37:24, 55:3, 60:13, 80:15, 80:22, 116:12, 117:7, 133:14, 136:1, 192:25, 207:20, 219:24, 263:17, 270:22

**NE** [2] - 1:15, 1:19

**near** [2] - 206:9, 223:19

**nearly** [1] - 169:10

**necessarily** [4] - 78:13, 78:22, 188:8, 192:21

**necessary** [6] - 19:9, 34:11, 92:14, 182:18, 183:6, 216:12

**necessity** [9] - 92:14, 186:7, 186:11, 186:14, 186:16, 186:17, 186:19, 188:5, 213:17

**need** [56] - 10:8, 30:14, 32:14, 49:24, 50:11, 62:10, 62:11, 63:13, 63:14, 63:15, 68:13, 73:13, 82:3, 91:10, 91:11, 91:16, 92:2, 92:5, 92:11, 92:13, 92:19, 92:20, 99:20, 115:7, 115:11, 115:12, 116:21, 123:7, 134:14, 137:1, 152:5, 152:22, 153:8, 153:9, 153:10, 153:11, 154:25, 155:20, 155:22, 173:24, 174:13, 180:18, 183:4, 186:21, 189:24, 191:15, 203:15, 221:25, 255:25, 258:15, 258:16, 259:2, 273:13, 274:12, 274:18

**needed** [7] - 10:24, 72:13, 81:24, 147:9, 235:11, 271:5, 271:6

**needs** [5] - 15:6, 108:24, 182:23, 241:22, 263:6

**nefarious** [2] - 235:15, 237:2

**negative** [1] - 76:25

**negotiate** [1] - 70:19

**neighbor** [2] - 139:25, 172:14

**Neo** [1] - 135:1

**nerves** [1] - 111:10

**never** [63] - 17:14, 23:4, 27:2, 45:5, 59:14, 73:17, 73:24, 76:24, 77:4, 77:5, 77:6, 81:17, 83:15, 86:17, 87:11, 89:5, 89:13, 91:16, 99:15, 101:1, 117:4, 117:17, 118:1, 119:11, 121:2, 122:17, 122:20, 123:10, 123:13, 129:16, 129:22, 130:10, 130:11, 133:11, 140:3, 140:17, 141:13, 143:23, 145:10, 146:17, 152:11, 152:24, 152:25, 154:15, 155:4, 157:1, 160:25, 177:22, 188:9, 226:19, 237:11, 256:1, 256:21, 264:23, 264:25, 266:1, 267:12, 269:25, 274:9

**nevertheless** [1] - 8:17

**New** [4] - 2:24, 186:25, 205:18, 218:18

**new** [20] - 22:16, 27:23, 29:22, 40:2, 40:8, 40:24, 40:25, 51:17, 51:21, 64:11, 64:12, 64:13, 159:10, 159:22, 195:11, 196:2, 209:3, 209:5, 210:10, 211:7

**news** [5] - 123:7, 140:15, 163:21, 261:13, 261:17

**next** [32] - 7:6, 12:22, 30:22, 32:17, 48:21, 69:11, 72:2, 135:11, 140:4, 149:12, 161:14, 181:8, 184:25, 202:10, 205:9, 205:13, 205:23, 206:3, 206:7, 206:10, 213:13, 215:22, 220:8, 222:11, 231:24, 232:17, 236:6, 237:19, 243:9, 243:12, 272:25

**nice** [6] - 73:19, 74:19, 76:13, 86:10, 92:21, 101:8

**night** [3] - 144:10, 154:18, 238:3

**nine** [12] - 17:7, 84:15, 84:19, 107:13, 178:11, 178:12, 178:20, 178:22, 215:12, 215:16, 227:12, 238:11

**nine-year** [1] - 215:12

**NO** [1] - 1:3

**nobody** [4] - 108:13, 142:3, 151:13, 155:12

**noncustodial** [2] - 26:9, 27:7

**none** [7] - 54:7, 105:2, 204:14, 247:4, 266:1, 270:2, 270:18

**nonetheless** [2] - 11:24, 188:18

**nonincarceration** [1] - 29:15

**nonWestlaw** [2] - 183:15, 186:24

**noodle** [1] - 261:18

**noon** [2] - 60:5, 60:8

**normal** [12] - 74:9,

80:10, 81:20, 92:21, 102:7, 102:8, 105:13, 125:16, 153:6, 250:1, 250:2, 250:3
**normally** [5] - 13:10, 104:17, 107:16, 174:24, 209:17
**North** [3] - 3:13, 233:5, 275:16
**Northern** [4] - 181:10, 181:23, 183:17, 185:7
**Nos** [1] - 118:15
**noses** [1] - 106:13
**notarized** [1] - 117:14
**note** [4] - 5:22, 184:23, 238:13, 248:23
**noted** [2] - 50:9, 69:7
**notes** [1] - 23:23
**nothing** [26] - 46:21, 51:2, 123:23, 145:23, 146:13, 152:20, 162:5, 163:6, 163:11, 163:12, 209:5, 213:21, 250:5, 250:10, 251:12, 253:14, 254:1, 254:2, 258:20, 264:24, 271:9, 271:19, 271:20
**notice** [7] - 21:18, 53:18, 60:2, 107:17, 190:8, 226:12, 274:8
**noticed** [1] - 226:9
**notification** [1] - 274:5
**notified** [2] - 41:16, 194:20
**notwithstanding** [2] - 8:4, 259:18
**Notwithstanding** [1] - 25:11
**November** [2] - 21:20, 25:25
**nowhere** [2] - 214:13, 223:19
**nullity** [1] - 211:5
**number** [59] - 18:8, 18:9, 20:9, 21:1, 21:10, 23:9, 23:24, 28:21, 113:17, 116:24, 129:13, 129:18, 129:19, 130:1, 130:2, 130:3, 130:7, 148:8, 180:10, 180:11, 181:9, 181:11, 183:16, 186:25, 195:25, 197:20, 200:25, 201:2, 201:4, 201:11, 201:12, 201:16, 201:23, 202:12, 202:13, 202:23, 203:10, 203:12, 203:15, 203:17, 204:1, 204:3, 215:4, 248:19, 268:16, 268:23, 269:1, 269:6, 269:7, 269:11, 269:14, 269:16, 269:18, 269:24
**numbers** [7] - 20:7, 20:16, 20:24, 27:1, 28:20, 181:4, 269:4
**numerous** [1] - 220:23
**nutrition** [1] - 104:4
**NY** [1] - 2:24

## O

**o'clock** [4] - 68:18, 84:13, 191:22, 254:18
**O'Sullivan** [2] - 10:18, 10:23
**oath** [3] - 251:8, 253:7, 253:24
**obey** [2] - 10:3, 252:13
**obeyed** [2] - 255:5, 255:15
**obeying** [2] - 58:13, 162:22
**object** [6] - 24:4, 31:4, 126:18, 126:19, 127:13, 128:11
**objected** [1] - 8:16
**objecting** [1] - 127:25
**objection** [14] - 53:13, 118:13, 126:3, 127:9, 128:14, 128:15, 128:21, 132:18, 190:2, 190:17, 191:8, 191:11, 193:11, 203:4
**Objection** [1] - 54:6
**objections** [1] - 226:12
**obligated** [2] - 254:10
**obligation** [3] - 57:1, 214:16, 214:21
**obligations** [11] - 11:9, 11:12, 26:23, 56:3, 56:6, 101:6, 101:7, 186:10, 212:20, 214:13, 219:8
**obliged** [1] - 44:22
**observation** [1] - 272:17
**observe** [2] - 75:13, 76:22
**observed** [1] - 249:8
**observing** [1] - 257:15
**obstruction** [1] - 181:20
**obtain** [3] - 55:5, 131:1, 201:4
**obtained** [2] - 125:5, 131:5
**obtaining** [6] - 48:25, 125:14, 129:12, 130:7, 201:2
**obvious** [2] - 49:20, 86:3
**obviously** [1] - 275:3
**OC** [5] - 233:4, 233:11, 233:25, 234:11, 234:21
**occasion** [5] - 34:10, 38:18, 56:8, 93:7, 93:8
**occasional** [2] - 130:19, 130:20
**occasionally** [3] - 93:7, 95:12, 105:4
**occasions** [1] - 38:13
**occur** [2] - 260:11, 262:5
**occurred** [2] - 45:20, 262:24
**occurs** [1] - 239:18
**Ocean** [1] - 157:6
**October** [3] - 28:1, 205:5, 205:9
**odd** [1] - 264:9
**OF** [3] - 1:2, 1:4, 1:6
**offend** [1] - 79:1
**offense** [6] - 37:5, 37:9, 37:14, 58:21, 124:7, 124:9
**offenses** [11] - 21:25, 42:16, 42:24, 48:8, 48:10, 61:19, 192:25, 194:22, 207:20, 222:1
**offensive** [3] - 85:14, 112:21, 112:23
**offer** [6] - 39:9, 46:1, 94:3, 240:18, 253:12, 274:15
**offered** [10] - 38:13, 38:14, 38:16, 39:4, 45:16, 231:8, 237:15, 240:7, 243:5, 243:8
**offering** [2] - 86:15, 86:16
**office** [6] - 67:16, 85:1, 165:14, 190:7, 227:24
**Office** [4] - 1:18, 1:23, 2:3, 3:2
**officer** [2] - 131:16, 232:22
**officers** [3] - 85:16, 101:4, 106:12
**official** [3] - 3:12, 117:9, 181:20
**Official** [1] - 275:15
**officially** [1] - 37:8
**often** [3] - 100:7, 109:8, 110:11
**ofwudan** [12] - 160:10, 160:16, 161:4, 161:18, 166:24, 167:3, 167:11, 167:15, 199:7, 199:8, 199:14, 250:20
**Ohio** [1] - 183:17
**old** [13] - 72:1, 79:20, 90:21, 108:25, 123:6, 143:11, 143:18, 144:1, 150:24, 150:25, 162:21, 234:13, 252:22
**oldest** [2] - 74:17, 227:1
**once** [21] - 5:11, 13:8, 15:3, 37:10, 39:24, 49:4, 52:17, 100:13, 115:18, 139:13, 156:22, 168:13, 179:11, 211:25, 219:2, 226:19, 233:14, 234:7, 242:17, 247:24, 263:14
**one** [164] - 10:17, 10:19, 16:2, 16:11, 18:20, 18:21, 19:2, 20:4, 22:21, 24:8, 31:1, 31:16, 31:21, 32:10, 32:17, 34:19, 40:12, 43:20, 53:7, 55:8, 58:1, 58:9, 60:11, 60:18, 65:11, 67:2, 67:5, 67:11, 67:19, 68:18, 72:1, 74:15, 74:17, 77:17, 80:19, 85:19, 85:22, 87:3, 87:10, 90:25, 92:16, 95:20, 96:1, 96:24, 98:18, 98:20, 100:1, 101:21, 103:11, 105:20, 106:7, 106:12, 107:11, 110:22, 112:6, 114:6, 114:18, 117:1, 118:3, 118:4, 119:2, 122:11, 122:25, 123:1, 124:1, 124:6, 124:10, 125:8, 126:8, 128:2, 130:19, 130:24, 132:17, 138:22, 140:16, 141:3, 142:4, 144:22, 145:12, 151:20, 158:10, 161:25, 162:10, 165:12, 165:25, 166:24, 167:1, 168:8, 169:16, 169:23, 172:14, 174:4, 175:11, 175:15, 183:10, 186:23, 187:24, 188:4, 190:13, 190:15, 193:10, 196:1, 198:1, 201:10, 201:24, 204:7, 204:15, 205:3, 205:9, 205:16, 205:23, 205:24, 206:7, 206:10, 206:21, 207:1, 209:23, 210:4, 215:9, 216:11, 219:18, 225:17, 229:20, 231:4, 231:9, 231:14, 233:17, 234:23, 234:25, 238:7, 238:8, 239:3, 239:5, 239:13, 239:19, 239:23, 240:9, 240:21, 241:22, 242:4, 244:11, 247:20, 248:7, 250:24, 251:8, 251:17, 252:22, 253:17, 259:16, 260:16, 261:9, 261:10, 261:23, 262:5, 262:9, 263:24, 266:20, 270:13, 272:2
**one-attorney** [1] - 250:24
**ones** [8] - 15:20, 53:25, 88:17, 88:19, 160:17, 222:2, 228:22, 233:8
**ongoing** [6] - 16:1, 27:15, 118:19, 182:13, 185:1, 226:1
**online** [25] - 72:17, 77:14, 77:18, 78:4, 78:13, 78:15, 79:2, 82:4, 82:10, 95:16, 96:7, 97:23, 104:6, 110:10, 112:14,

112:17, 131:24, 132:5, 132:6, 132:8, 133:14, 133:17, 135:3, 201:3, 269:3
**open** [10] - 10:20, 68:10, 106:10, 203:14, 224:18, 225:9, 233:7, 233:10, 267:25, 273:1
**openly** [3] - 30:10, 185:1, 185:17
**opens** [1] - 263:1
**opine** [1] - 249:8
**opinion** [1] - 256:11
**opportunists** [1] - 141:10
**opportunities** [1] - 29:23
**opportunity** [18] - 38:14, 38:16, 49:5, 50:3, 55:4, 68:10, 94:3, 123:3, 123:5, 190:4, 237:15, 243:12, 247:8, 253:8, 255:13, 259:14, 261:8, 273:19
**opposed** [3] - 19:15, 96:1, 139:17
**opposing** [1] - 246:24
**opposite** [3] - 75:24, 105:11, 241:18
**opposition** [1] - 118:7
**order** [50] - 10:3, 17:11, 20:4, 22:6, 23:24, 28:25, 29:20, 30:2, 34:21, 42:12, 42:14, 49:8, 51:13, 58:13, 66:6, 68:13, 104:16, 111:5, 121:2, 154:9, 164:6, 169:7, 181:13, 182:5, 193:16, 194:17, 198:12, 201:4, 202:6, 208:23, 209:21, 211:19, 211:23, 212:11, 212:14, 213:1, 225:3, 225:20, 239:5, 239:7, 239:12, 243:1, 243:22, 243:23, 255:15, 258:18, 263:5, 274:2, 274:21, 275:4
**ordered** [11] - 8:25, 9:3, 22:6, 26:24, 56:4, 56:8, 209:4, 239:5, 243:15, 243:23, 243:25
**orderlies** [7] - 173:23, 174:3, 241:16, 241:21, 242:2, 242:7, 247:11
**orderly** [7] - 173:24, 174:8, 174:9, 241:17, 247:19, 248:6, 261:9
**orders** [23] - 7:25, 8:24, 11:5, 13:13, 20:3, 24:16, 25:14, 42:4, 42:6, 42:7, 42:11, 148:1, 155:18, 180:7, 182:4, 182:23, 194:11, 242:19, 243:7, 243:10, 243:11, 252:14, 255:5
**ordinary** [1] - 208:22
**organized** [1] - 141:15
**original** [2] - 240:25, 257:25
**originally** [2] - 190:14, 241:1
**Ortansa** [1] - 180:23
**Osman** [2] - 46:7, 46:17
**otherwise** [3] - 39:7, 148:5, 207:24
**ourselves** [1] - 175:1
**outdoor** [1] - 100:25
**outlandish** [2] - 110:24, 112:4
**outperformed** [1] - 249:22
**outrageous** [1] - 16:24
**outs** [1] - 45:6
**outside** [19] - 105:17, 106:5, 106:8, 130:16, 170:16, 173:10, 174:4, 179:2, 181:12, 216:23, 231:2, 231:23, 235:2, 235:7, 240:24, 241:1, 241:14, 241:23, 242:1
**overarching** [1] - 220:9
**overlap** [1] - 18:23
**overlooked** [1] - 257:2
**overriding** [1] - 186:9
**overrule** [1] - 9:6
**overruled** [1] - 128:20
**own** [39] - 10:19, 15:18, 25:4, 27:18, 72:21, 75:15, 75:17, 79:8, 86:22, 99:17, 113:5, 113:6, 113:7, 116:15, 119:21, 134:8, 135:9, 149:2, 149:3, 149:8, 149:14, 149:16, 170:3, 170:6, 206:14, 214:20, 221:19, 224:14, 227:12, 228:2, 229:9, 246:24, 247:25, 250:10, 253:7, 264:6, 264:10, 266:19
**owned** [3] - 133:10, 133:11, 169:16
**owner** [6] - 113:10, 132:11, 168:20, 169:12, 169:15
**owners** [1] - 207:7
**ownership** [2] - 161:17, 168:25
**owning** [1] - 135:4
**owns** [1] - 113:4

## P

**P.M** [2] - 238:3, 238:10
**Pacific** [1] - 157:6
**package** [2] - 237:21, 237:23
**packages** [1] - 261:18
**page** [7] - 51:7, 55:24, 56:23, 56:24, 56:25, 202:16, 230:24
**Page** [7] - 48:6, 129:1, 213:19, 224:1, 247:2, 247:25, 248:20
**PAGE** [1] - 4:11
**pages** [5] - 25:7, 160:12, 160:13, 160:14, 161:22
**Pages** [1] - 1:9
**paid** [12] - 44:18, 44:20, 44:21, 44:23, 117:12, 133:23, 169:21, 170:20, 171:6, 171:20, 171:22, 171:23
**pain** [1] - 106:15
**paint** [6] - 78:4, 135:22, 174:2, 174:9, 174:13, 261:11
**pal** [2] - 260:6, 260:7
**Palm** [46] - 16:2, 19:1, 29:12, 57:19, 59:17, 59:18, 59:20, 60:1, 60:6, 60:10, 61:4, 62:10, 65:19, 114:9, 114:19, 115:24, 118:18, 119:9, 119:17, 121:9, 121:11, 121:24, 123:4, 123:9, 141:16, 141:19, 146:15, 153:7, 153:13, 154:10, 157:14, 175:22, 175:23, 175:24, 182:13, 224:16, 224:21, 225:14, 227:3, 227:7, 228:21, 257:17, 257:21, 257:22, 257:24
**pals** [1] - 231:16
**pan** [1] - 260:12
**Panama** [2] - 223:23, 267:22
**pants** [2] - 237:1, 237:5
**paper** [1] - 64:24
**papers** [8] - 6:23, 19:11, 58:24, 59:11, 102:17, 115:14, 186:15, 187:20
**paperwork** [2] - 176:14, 231:8
**Pappas** [3] - 185:2, 185:8, 185:17
**paradigm** [1] - 8:7
**paragraph** [6] - 34:8, 48:6, 49:22, 52:22, 52:23, 56:25
**paramount** [1] - 75:2
**paraphrase** [2] - 61:13, 115:15
**paraphrasing** [1] - 59:7
**parcel** [2] - 229:17, 229:21
**pardon** [1] - 68:6
**parents** [1] - 150:2
**parlay** [1] - 12:6
**Parliament** [1] - 43:12
**part** [32] - 14:8, 64:15, 71:11, 80:6, 80:8, 81:2, 81:20, 82:22, 103:21, 104:4, 104:5, 115:12, 116:22, 125:14, 127:5, 131:23, 132:8, 133:12, 150:19, 151:21, 155:20, 179:11, 197:10, 204:12, 204:19, 205:7, 210:12, 210:13, 210:18, 229:17, 229:21, 245:12
**part-time** [1] - 81:2
**partake** [3] - 100:16, 100:18, 100:20
**parte** [2] - 45:23, 52:12
**partially** [3] - 200:10, 206:22, 210:15
**participate** [20] - 16:7, 19:25, 38:13, 58:21, 59:16, 63:4, 63:16, 120:23, 120:24, 121:4, 138:17, 139:14, 139:18, 140:19, 147:4, 173:5, 175:17, 175:19, 258:24, 272:10
**participated** [4] - 38:10, 145:15, 185:13, 185:20
**participating** [7] - 38:11, 63:21, 185:18, 253:22, 259:20, 260:1, 260:20
**participation** [5] - 16:7, 182:15, 183:4, 183:6, 185:1
**particles** [1] - 233:12
**particular** [15] - 46:6, 48:3, 53:7, 70:9, 116:11, 199:15, 203:13, 208:9, 210:8, 218:16, 226:16, 233:24, 234:8, 246:1
**particularly** [6] - 40:1, 133:18, 160:16, 180:16, 258:13, 262:13
**particulars** [3] - 48:8, 48:13, 53:3
**parties** [1] - 198:11
**parties'** [1] - 216:11
**partner** [4] - 33:24, 169:18, 170:22, 216:12
**partners** [2] - 19:3
**party** [2] - 216:15, 217:13
**pass** [4] - 44:5, 106:10, 120:12, 124:2
**passed** [2] - 24:2, 214:17
**passes** [1] - 100:5
**passport** [42] - 65:1, 65:2, 116:1, 122:8, 122:13, 122:14, 122:21, 123:1, 125:4, 125:11, 125:12, 125:14, 125:21, 126:14, 126:19, 126:21, 127:11, 127:23, 128:12, 129:6, 129:7, 129:12,

129:19, 129:24, 130:9, 138:8, 177:15, 200:20, 200:21, 201:6, 201:12, 203:19, 205:3, 268:11, 269:1, 269:7, 269:10, 269:11, 269:15, 270:1
**passports** [12] - 17:8, 65:10, 65:12, 122:22, 143:4, 199:18, 200:17, 200:19, 204:14, 265:24, 268:21, 268:23
**password** [1] - 57:19
**past** [9] - 81:11, 126:15, 171:9, 171:12, 171:17, 181:1, 235:1, 236:8, 255:21
**pasted** [1] - 161:8
**pastry** [1] - 244:19
**patience** [1] - 275:2
**patient** [6] - 59:21, 69:2, 74:6, 74:18, 76:11, 162:23
**patrol** [1] - 59:13
**pay** [10] - 18:9, 44:25, 143:10, 147:21, 148:3, 155:9, 169:6, 169:9, 171:1
**paying** [4] - 91:9, 194:16, 255:2
**PC** [1] - 221:7
**PDFs** [2] - 190:22, 191:17
**pen** [3] - 231:16, 260:6, 260:7
**pen-pal** [2] - 260:6, 260:7
**pen-pals** [1] - 231:16
**penalized** [1] - 64:2
**pendency** [2] - 103:2, 225:14
**pending** [23] - 6:19, 7:1, 7:3, 7:5, 7:15, 9:21, 13:6, 13:18, 16:8, 30:3, 37:6, 48:20, 85:4, 120:15, 156:2, 182:11, 211:9, 216:6, 224:21, 227:25, 251:24, 259:11
**penetrating** [1] - 193:2
**penny** [2] - 116:13, 148:2
**people** [65] - 18:5, 18:6, 18:7, 18:8, 18:9, 30:12, 45:9, 50:14, 57:14, 61:15, 61:16, 66:7, 66:8, 78:4, 79:2, 95:21, 100:9, 102:11, 110:11, 110:23, 111:4, 111:5, 112:2, 112:9, 112:24, 113:3, 113:18, 114:14, 118:22, 138:2, 142:25, 143:1, 143:12, 143:16, 147:20, 147:24, 150:9, 152:21, 158:5, 160:14, 160:15, 161:24, 162:2, 163:2, 165:2, 165:8, 167:8, 167:14, 167:16, 167:20, 169:9, 170:7, 170:12, 170:17, 172:7, 172:10, 172:12, 184:19, 193:20, 247:12, 248:10, 253:23, 265:8, 265:18
**pepper** [6] - 232:17, 232:18, 233:4, 233:7, 233:20, 262:6
**per** [12] - 14:23, 18:21, 39:5, 130:23, 149:23, 176:2, 176:3, 231:5, 239:21, 244:10, 247:20
**percent** [15] - 35:15, 85:19, 110:9, 140:8, 140:9, 147:13, 178:25, 179:6, 240:17, 240:19, 240:20, 247:15, 247:17, 248:2, 248:3
**PERCZEK** [1] - 2:15
**Perczek** [1] - 6:12
**perfect** [6] - 114:23, 144:24, 147:10, 153:21, 271:23
**perfectly** [2] - 67:4, 147:8
**performance** [1] - 28:19
**perhaps** [8] - 9:23, 17:20, 105:12, 120:5, 221:12, 231:16, 255:10, 260:6
**period** [8] - 20:21, 38:1, 42:19, 51:15, 54:20, 70:22, 240:17, 247:16
**periods** [1] - 44:23
**perjury** [2] - 172:25, 174:7
**permanently** [2] - 155:5
**permission** [12] - 7:20, 7:23, 118:3, 125:17, 125:20, 128:24, 132:15, 134:10, 137:8, 137:18, 181:22, 192:6
**permit** [1] - 27:17
**permitted** [4] - 21:20, 32:3, 194:10, 232:5
**persecuted** [1] - 159:18
**person** [42] - 11:18, 11:21, 17:1, 18:13, 58:16, 59:19, 62:7, 67:20, 72:16, 72:17, 72:24, 73:1, 73:4, 75:21, 106:7, 111:11, 111:14, 112:7, 114:6, 114:8, 118:20, 118:22, 121:11, 123:11, 150:20, 156:11, 158:10, 160:13, 162:25, 163:11, 174:11, 201:2, 203:12, 216:5, 222:24, 257:20, 259:7, 265:22, 267:7, 269:12, 270:11
**persona** [5] - 66:6, 77:19, 78:4, 133:15, 166:19
**personal** [7] - 79:22, 87:5, 153:4, 170:12, 173:9, 203:15, 225:6
**personalities** [1] - 95:15
**personality** [14] - 16:19, 16:20, 16:24, 16:25, 77:18, 93:22, 94:22, 96:7, 110:10, 132:7, 133:17, 265:7, 265:23
**personally** [5] - 50:14, 77:17, 79:23, 87:10, 109:10
**personifies** [1] - 17:2
**perspective** [2] - 113:23, 261:25
**persuade** [1] - 266:16
**persuasion** [1] - 266:14
**pertaining** [2] - 100:17, 124:12
**petition** [3] - 15:14, 181:22, 228:7
**petitions** [1] - 120:25
**philosophy** [1] - 173:9
**Philosophy** [1] - 70:15
**phone** [7] - 82:9, 140:20, 145:10, 155:7, 227:16, 231:4, 231:13
**phones** [1] - 59:14
**phonetic** [1] - 214:19
**photo** [3] - 135:12, 135:14, 135:15
**photograph** [8] - 133:5, 200:23, 202:24, 203:20, 206:8, 207:13, 268:12, 268:15
**photographs** [4] - 200:1, 200:9, 207:15, 207:17
**photography** [1] - 5:9
**phrase** [2] - 141:5, 270:9
**physical** [9] - 77:25, 99:18, 104:23, 202:1, 233:16, 234:10, 245:13, 245:18, 245:22
**physically** [5] - 42:1, 54:14, 74:16, 115:4, 272:10
**physicals** [1] - 245:24
**physician's** [1] - 234:19
**picked** [1] - 145:19
**picture** [6] - 129:24, 132:19, 132:21, 135:20, 135:23, 136:3
**pictured** [2] - 203:20, 269:13
**pictures** [2] - 104:6, 136:4
**piece** [5] - 64:24, 116:15, 148:18, 244:15, 244:25
**pillow** [8] - 232:4, 232:6, 232:8, 232:13, 232:14, 262:16, 262:17, 262:18
**pillows** [2] - 232:2, 262:21
**pimp** [2] - 151:22, 152:6
**pitch** [1] - 66:20
**place** [12] - 70:9, 86:18, 121:14, 129:10, 130:10, 140:3, 153:3, 154:14, 163:10, 200:23, 235:14, 263:6
**placed** [2] - 186:2, 241:9
**places** [3] - 164:11, 177:18, 236:19
**placing** [1] - 22:14
**Plaintiff** [1] - 1:5
**PLAINTIFF** [2] - 1:14, 2:2
**plaintiffs** [1] - 224:22
**plane** [6] - 136:3, 156:25, 171:25, 206:1, 206:4, 206:11
**planes** [1] - 205:1
**planet** [3] - 144:18, 175:2, 256:18
**planning** [2] - 146:20, 164:18
**plausible** [3] - 11:9, 23:18, 25:22
**play** [10] - 79:22, 118:3, 133:25, 143:17, 150:10, 150:11, 150:12, 205:11, 232:10, 236:2
**played** [3] - 143:20, 143:23, 144:17
**played)** [2] - 195:2, 200:6
**played]** [1] - 193:25
**playing** [6] - 76:12, 134:24, 134:25, 135:2, 135:3, 254:5
**plays** [2] - 77:24, 111:16
**pleading** [14] - 190:6, 214:19, 215:8, 215:20, 225:25, 226:24, 228:9, 235:13, 244:7, 247:25, 248:5, 248:9, 274:6, 274:7
**pleadings** [4] - 60:6, 138:14, 239:16, 251:14
**plenty** [1] - 223:16
**PLLC** [2] - 2:23, 3:6
**plug** [1] - 269:8
**plus** [3] - 85:16, 120:5, 262:25
**pocket** [1] - 123:2
**pod** [1] - 247:3
**podium** [1] - 254:21
**Point** [1] - 64:7
**point** [27] - 35:12, 48:23, 80:19, 107:17, 110:11, 134:2, 159:3, 166:2, 168:3, 179:24, 183:13, 184:18, 184:25, 186:6,

186:23, 189:17, 217:24, 221:3, 224:11, 225:19, 227:22, 243:20, 248:14, 256:21, 258:15, 260:18, 262:9
**pointed** [4] - 66:10, 114:1, 147:17, 209:13
**points** [2] - 57:22, 252:17
**polarizing** [1] - 78:9
**police** [25] - 21:5, 21:18, 28:14, 29:7, 83:17, 83:21, 84:8, 84:12, 84:14, 84:18, 84:23, 85:24, 86:23, 119:1, 143:5, 145:9, 164:17, 164:18, 198:9, 233:5, 271:1, 271:3, 271:4, 271:6, 271:8
**Police** [1] - 48:2
**policy** [3] - 212:21, 216:23, 217:1
**political** [3] - 14:8, 43:8, 163:23
**politically** [2] - 159:18, 217:2
**politics** [1] - 74:3
**poor** [1] - 143:8
**popular** [2] - 110:22, 160:13
**population** [7] - 15:20, 61:24, 233:21, 239:19, 242:20, 242:21, 243:4
**portion** [4] - 51:7, 51:12, 140:22, 180:15
**portray** [1] - 136:2
**portrayed** [2] - 80:12, 199:2
**portrays** [2] - 77:14, 261:8
**pose** [1] - 188:25
**posed** [1] - 84:23
**posing** [2] - 86:6, 86:8
**posit** [1] - 212:25
**position** [19] - 13:22, 41:10, 49:3, 51:2, 56:10, 125:23, 126:12, 126:17, 127:12, 147:19, 147:22, 200:15, 201:10, 207:8, 209:24, 210:17, 213:8, 213:20
**positions** [2] - 16:23, 274:23
**positive** [1] - 86:10
**possessing** [1] - 29:21
**possession** [2] - 122:16, 131:4
**possibility** [5] - 22:3, 205:2, 217:22, 218:14, 218:23
**possible** [14] - 22:1, 29:20, 54:11, 54:25, 104:2, 106:20, 139:8, 162:14, 221:9, 240:16, 247:15, 248:1, 261:2, 273:6
**post** [7] - 160:15, 161:24, 167:18, 205:18, 206:8, 207:6, 249:17
**posted** [12] - 65:25, 82:12, 132:8, 167:17, 174:19, 174:20, 205:6, 206:24, 238:12, 238:21, 244:15, 249:14
**posting** [12] - 82:10, 82:15, 133:8, 134:1, 134:2, 160:7, 161:6, 167:9, 207:18, 210:25, 211:2, 231:18
**postings** [1] - 200:12
**posts** [7] - 16:18, 82:14, 134:6, 205:19, 238:19, 265:16
**posture** [1] - 209:13
**potatoes** [1] - 244:20
**potential** [5] - 114:16, 117:8, 166:9, 188:17, 188:24
**pounds** [12] - 101:25, 102:4, 102:5, 102:25, 147:20, 245:10, 245:11, 245:14, 245:19, 245:21
**Power** [1] - 64:7
**power** [1] - 135:1
**PowerPoint** [3] - 64:8, 65:16, 192:15
**PR** [1] - 40:9
**practice** [5] - 31:4, 45:3, 210:3, 210:5, 274:9
**practices** [1] - 219:7
**prayer** [1] - 81:17
**precede** [1] - 267:4
**precedent** [3] - 10:15, 266:23, 267:10
**precedes** [1] - 141:9
**preceding** [1] - 59:10
**preclude** [2] - 212:2, 218:20
**precluded** [1] - 46:22
**precludes** [1] - 212:9
**predict** [1] - 30:14
**predominantly** [1] - 39:14
**prefer** [1] - 253:5
**preference** [3] - 42:25, 43:3, 43:4
**pregnant** [1] - 90:24
**prejudice** [1] - 225:23
**preliminary** [2] - 21:11, 23:3
**premature** [1] - 60:25
**premiership** [1] - 153:6
**premise** [3] - 151:3, 151:4, 221:8
**Prentt** [1] - 208:15
**preparation** [3] - 16:7, 182:18, 183:5
**prepare** [13] - 17:15, 38:6, 55:3, 62:10, 62:11, 163:13, 177:12, 177:14, 228:18, 258:16, 258:19, 258:20
**prepared** [3] - 32:5, 32:13, 177:4
**preparing** [1] - 50:9
**preponderance** [1] - 220:3
**presence** [5] - 30:11, 55:6, 66:6, 183:7, 185:13
**present** [29] - 10:4, 15:21, 15:22, 16:15, 16:18, 19:2, 35:6, 42:2, 49:23, 54:14, 57:20, 64:9, 67:18, 74:20, 74:24, 76:9, 76:11, 89:23, 95:2, 95:8, 171:8, 190:16, 203:11, 212:8, 212:13, 227:15, 228:17, 263:9, 269:19
**presentation** [12] - 10:12, 18:20, 32:15, 64:7, 64:15, 67:10, 68:3, 189:15, 202:5, 204:19, 205:8, 216:6
**presented** [11] - 34:14, 128:13, 206:5, 206:19, 207:10, 207:12, 212:10, 255:18, 263:24, 271:18, 271:19
**presenting** [1] - 67:23
**presents** [2] - 252:21, 267:7
**preserve** [2] - 38:7, 55:4
**president** [1] - 223:23
**President** [1] - 267:22
**press** [2] - 40:9, 145:12
**pressure** [3] - 103:23, 112:5, 112:11
**presumably** [4] - 6:18, 7:15, 8:21, 262:24
**presumed** [2] - 8:11, 261:9
**presumption** [11] - 8:16, 43:5, 43:6, 52:16, 186:8, 188:13, 223:25, 263:12, 263:14, 263:15, 266:10
**pretend** [1] - 34:7
**pretended** [2] - 160:18, 162:3
**pretending** [1] - 161:6
**pretrial** [11] - 7:22, 12:25, 22:13, 34:5, 197:2, 209:2, 209:15, 258:12, 259:4, 266:11
**pretty** [12] - 72:10, 79:19, 106:4, 131:18, 142:23, 148:9, 148:12, 165:16, 168:2, 168:5, 225:9, 234:14
**prevail** [2] - 13:23, 14:4
**preventative** [6] - 26:7, 34:9, 50:24, 51:14, 51:24, 56:4
**prevented** [2] - 38:19, 260:19
**preventing** [1] - 154:13
**prevents** [4] - 27:11, 139:10, 139:11, 204:25
**preview** [1] - 18:19
**previously** [2] - 69:7, 133:10
**prima** [1] - 61:5
**primarily** [2] - 65:2, 183:19
**prime** [2] - 159:16, 163:21
**print** [2] - 67:16, 129:9
**printed** [4] - 67:10, 122:14, 129:15, 135:17
**priority** [2] - 75:1, 76:14
**priors** [1] - 219:20
**prison** [18] - 22:3, 103:10, 104:24, 115:4, 116:11, 116:20, 121:4, 139:15, 139:24, 140:17, 142:1, 143:25, 152:10, 172:24, 249:22, 254:9, 257:7, 266:12
**prisoner** [1] - 228:9
**private** [10] - 90:8, 90:9, 95:11, 145:8, 145:13, 205:1, 205:11, 206:3, 206:15, 207:7
**privately** [1] - 114:11
**privilege** [3] - 261:9, 261:10, 268:8
**privileged** [1] - 235:25
**privileges** [1] - 264:6
**pro** [1] - 31:5
**probability** [2] - 183:24, 219:17
**probable** [8] - 60:19, 183:14, 220:11, 220:19, 220:22, 221:1, 221:18, 271:12
**probative** [2] - 96:22, 97:9
**problem** [7] - 35:24, 46:9, 57:3, 67:23, 81:15, 89:9, 155:23
**problematic** [1] - 188:21
**problems** [1] - 103:22
**procedure** [5] - 24:9, 24:19, 125:16, 209:15, 231:7
**proceed** [3] - 36:16, 86:9, 192:6
**proceeded** [1] - 23:5
**proceeding** [23] - 5:2, 9:24, 13:1, 15:18, 35:3, 52:13, 137:6, 141:2, 182:11, 182:15, 224:8, 256:25, 258:11, 259:21, 259:22, 259:24, 260:14, 260:17, 260:20, 270:21, 272:6, 273:5, 275:2

**PROCEEDING** [1] - 1:7
**proceeding)** [1] - 275:7
**proceedings** [63] - 7:13, 9:16, 10:17, 12:21, 13:2, 13:6, 13:9, 13:12, 14:6, 16:8, 18:17, 19:1, 19:15, 19:21, 20:1, 20:6, 22:7, 31:15, 31:19, 36:22, 36:23, 36:25, 37:6, 37:13, 38:11, 39:2, 40:7, 42:11, 42:12, 42:17, 43:19, 44:15, 47:9, 50:5, 52:5, 56:11, 60:25, 68:22, 113:21, 115:13, 119:6, 140:19, 176:11, 183:4, 184:16, 185:2, 185:21, 191:25, 222:12, 223:5, 229:6, 229:14, 230:7, 230:8, 258:14, 259:20, 260:11, 263:6, 263:18, 272:10, 273:3, 274:22, 275:11
**process** [19] - 8:14, 30:6, 47:10, 47:21, 48:19, 51:25, 63:17, 63:21, 65:23, 66:15, 86:2, 156:17, 185:18, 214:7, 220:8, 222:11, 222:18, 223:22, 246:11
**proclaimed** [1] - 206:14
**produce** [3] - 35:9, 45:16, 65:6
**produced** [2] - 27:7, 65:4
**producer** [2] - 18:11, 18:13
**produces** [1] - 233:11
**product** [1] - 52:12
**production** [1] - 266:13
**products** [4] - 242:12, 243:18, 243:20, 249:2
**professional** [1] - 104:9
**professionals** [1] - 100:13
**proffer** [7] - 31:15, 31:21, 201:9, 227:18, 259:25, 268:18, 269:6
**proffered** [3] - 24:1, 160:9, 255:9
**profile** [1] - 29:21
**profited** [1] - 167:3
**Program** [1] - 232:5
**progressively** [1] - 27:4
**prohibited** [2] - 39:16, 237:5
**prohibition** [1] - 26:10
**prohibits** [1] - 42:13
**project** [1] - 110:10
**prolific** [1] - 81:12
**promise** [1] - 265:2
**promote** [9] - 96:14, 97:5, 97:8, 168:16, 168:18, 169:7, 169:21, 170:19, 193:22
**promoted** [4] - 96:16, 167:19, 169:18, 206:20
**promoting** [6] - 82:24, 82:25, 97:13, 97:24, 98:2, 270:8
**promotion** [2] - 80:25, 83:2
**promotional** [1] - 95:11
**proof** [10] - 28:18, 127:18, 161:17, 214:11, 226:24, 251:5, 266:8, 269:10, 269:11, 270:1
**properties** [1] - 120:6
**property** [4] - 70:19, 116:15, 124:21, 197:8
**propose** [2] - 25:1, 179:17
**prosecute** [1] - 225:16
**prosecuted** [1] - 49:11
**Prosecution** [6] - 40:1, 40:10, 41:22, 45:17, 49:7, 216:9
**prosecution** [11] - 11:11, 22:13, 23:6, 23:19, 50:10, 150:10, 151:7, 152:16, 158:4, 163:7, 222:1
**Prosecutions** [1] - 48:1
**prosecutor** [26] - 21:8, 23:4, 23:16, 23:17, 24:14, 24:20, 24:23, 25:1, 25:4, 25:11, 25:21, 25:25, 51:13, 63:12, 63:18, 114:12, 116:1, 117:7, 140:12, 140:13, 146:2, 148:22, 165:23, 176:5, 198:19, 268:14
**Prosecutor** [1] - 55:21
**prosecutor's** [1] - 176:3
**prosecutorial** [1] - 28:22
**prosecutors** [7] - 24:4, 24:11, 41:9, 41:17, 148:14, 166:3, 166:7
**prostitution** [3] - 83:23, 85:12, 86:16
**protein** [1] - 104:16
**protested** [1] - 158:12
**protracted** [1] - 38:1
**proud** [2] - 138:8, 171:5
**prove** [6] - 14:7, 65:15, 65:16, 138:15, 208:5, 208:7
**proven** [5] - 8:23, 62:8, 146:11, 155:2, 213:21
**provide** [14] - 31:18, 39:3, 92:2, 92:11, 93:14, 94:3, 130:8, 147:18, 151:12, 153:16, 171:3, 204:9, 251:21, 260:21
**provided** [19] - 39:24, 48:22, 126:25, 163:7, 167:19, 167:22, 167:23, 199:5, 212:15, 213:22, 214:11, 215:1, 232:3, 235:19, 239:10, 250:10, 251:2, 251:5, 273:25
**providence** [1] - 216:16
**provides** [7] - 91:20, 92:3, 92:8, 92:10, 92:19, 93:12, 220:18
**providing** [5] - 91:12, 91:13, 91:15, 92:1, 274:17
**proving** [3] - 115:3, 146:16
**provision** [4] - 49:20, 49:21, 50:7, 222:25
**provisional** [8] - 6:22, 38:24, 216:1, 216:5, 216:13, 217:9, 217:14, 222:20
**provisions** [1] - 232:6
**provocative** [3] - 77:15, 79:1, 79:5
**provoke** [1] - 79:9
**psychological** [1] - 99:18
**psychomotor** [2] - 249:4, 250:2
**Public** [2] - 48:1, 196:17
**public** [13] - 18:12, 29:21, 40:13, 58:24, 66:6, 117:24, 163:22, 184:5, 184:10, 184:24, 210:25, 211:4
**publication** [1] - 134:14
**publications** [1] - 82:18
**publicized** [1] - 59:5
**publicizes** [1] - 118:1
**publicly** [3] - 30:11, 79:15, 114:11
**publish** [3] - 125:16, 125:20, 128:24
**published** [4] - 134:13, 135:13, 167:3, 180:8
**publishing** [1] - 132:24
**pull** [2] - 170:16, 189:12
**punch** [1] - 150:23
**punching** [1] - 111:10
**punished** [1] - 108:18
**purchased** [1] - 133:13
**purely** [3] - 139:14, 140:23, 147:4
**purport** [3] - 111:2, 269:9
**purports** [1] - 268:10
**purpose** [5] - 37:22, 38:3, 38:5, 61:18, 214:8
**purposes** [6] - 48:14, 62:9, 126:4, 126:13, 191:2, 196:2
**purses** [1] - 92:10
**pursuant** [1] - 246:25
**pursuing** [4] - 184:16, 185:22, 212:12, 258:9
**purview** [1] - 216:23
**pushups** [1] - 249:17
**put** [27] - 17:19, 29:5, 32:13, 32:23, 32:24, 50:23, 74:21, 75:12, 101:12, 106:15, 114:17, 116:22, 125:16, 126:5, 131:14, 148:1, 148:12, 154:1, 155:17, 172:24, 180:20, 181:3, 203:9, 203:17, 234:14, 265:1, 265:2
**puts** [1] - 255:8
**putting** [2] - 200:3, 220:18
**PX12** [1] - 195:6
**PX2** [1] - 195:24

## Q

**quad** [1] - 235:2
**quadrants** [1] - 235:8
**quads** [2] - 234:23, 234:24
**questioned** [3] - 35:14, 84:16, 84:25
**questioning** [2] - 84:22, 86:4
**questions** [24] - 33:19, 35:13, 52:6, 56:12, 84:23, 84:24, 85:17, 86:1, 87:19, 95:22, 96:21, 96:24, 97:1, 98:5, 98:14, 121:22, 122:1, 134:17, 135:6, 142:14, 179:7, 179:13, 253:25, 274:18
**quick** [4] - 35:22, 136:24, 137:2, 178:1
**quickly** [3] - 33:20, 106:14, 274:3
**Quiet** [1] - 238:20
**quiet** [1] - 5:15
**quit** [1] - 121:19
**quite** [13] - 74:7, 74:9, 74:22, 75:21, 75:24, 82:22, 102:10, 103:17, 122:15, 139:5, 177:24, 199:1
**quote** [3] - 59:8, 61:13, 222:7

## R

**R1** [1] - 53:25
**RACHEL** [1] - 2:2
**rachel** [1] - 6:3

**rachel.yasser2@usdoj.gov** [1] - 2:4
**radio** [5] - 131:4, 239:1, 239:2, 239:13, 261:14
**radios** [5] - 131:1, 131:3, 238:25, 239:12, 261:16
**raid** [1] - 85:15
**raided** [2] - 83:25, 145:9
**raids** [2] - 168:4, 168:8
**raise** [5] - 72:20, 73:13, 73:18, 77:5, 98:25
**raised** [4] - 73:22, 192:18, 193:14, 272:16
**raises** [2] - 73:10, 197:3
**raising** [3] - 12:12, 74:15, 75:17
**ran** [1] - 140:17
**Rangel** [1] - 208:15
**ranges** [1] - 48:9
**rape** [9] - 59:22, 62:16, 64:12, 114:7, 154:21, 218:9, 219:25, 220:6, 222:2
**raped** [2] - 163:9, 163:16
**rapidly** [3] - 233:15, 233:16, 233:19
**raping** [1] - 166:12
**rapist** [2] - 154:17, 156:7
**rapper** [4] - 133:17, 133:18, 143:13, 149:4
**rapper's** [1] - 132:14
**rappers** [1] - 143:15
**rare** [1] - 30:16
**rarely** [2] - 73:12, 104:10
**rate** [4] - 140:8, 140:10, 141:24, 147:13
**rather** [6] - 14:21, 28:10, 40:9, 58:8, 86:12, 265:18
**ration** [2] - 103:12, 103:13
**rationale** [1] - 15:19
**re** [20] - 180:22, 181:8, 182:17, 182:21, 183:15, 184:6, 185:2, 186:24, 188:15, 189:4, 189:6, 214:18, 217:24, 218:17, 219:22, 226:25, 228:4, 228:12, 229:5, 230:3
**reach** [2] - 61:1, 81:24
**reached** [1] - 255:1
**reaction** [2] - 79:9, 112:3
**read** [17] - 19:5, 34:21, 46:17, 51:12, 51:18, 52:19, 52:22, 52:23, 56:2, 60:5, 138:14, 140:22, 165:4, 167:7, 167:10, 180:16, 182:22
**read-along** [1] - 140:22
**reading** [8] - 24:3, 25:13, 34:13, 34:18, 47:23, 56:16, 197:6, 238:19
**ready** [10] - 16:5, 32:23, 36:16, 52:7, 61:6, 65:11, 69:9, 70:1, 192:1, 192:2
**Real** [4] - 168:14, 168:21, 170:8
**real** [28] - 17:1, 19:22, 78:2, 78:15, 78:16, 79:4, 110:9, 111:11, 122:13, 122:21, 125:10, 125:13, 129:7, 135:20, 135:23, 136:4, 136:12, 137:1, 143:16, 150:18, 178:1, 201:15, 223:23, 251:5, 252:12, 255:18, 258:9, 266:1
**reality** [3] - 144:7, 252:12, 254:18
**realize** [2] - 146:21, 172:20
**really** [24] - 14:18, 22:3, 53:24, 67:14, 77:15, 89:21, 98:4, 100:15, 103:1, 103:9, 105:16, 106:6, 110:25, 144:14, 153:1, 155:2, 158:1, 162:21, 178:3, 179:4, 184:13, 228:11, 228:23, 237:17
**rearrange** [1] - 67:9
**reason** [18] - 5:8, 39:14, 82:2, 82:6, 82:8, 110:18, 113:19, 123:17, 129:22, 129:23, 143:13, 186:8, 198:4, 204:23, 223:14, 228:17, 230:9, 248:22
**reasonable** [2] - 34:10, 34:11
**reasoned** [1] - 188:10
**reasoning** [1] - 55:1
**reasons** [2] - 11:10, 55:8
**reboarded** [1] - 156:25
**rebuffed** [1] - 47:21
**rebuild** [1] - 119:8
**rebutted** [1] - 250:19
**rec** [27] - 173:3, 173:11, 173:14, 173:16, 173:17, 239:17, 239:18, 239:20, 239:21, 239:25, 240:2, 240:3, 240:7, 240:9, 240:13, 240:16, 241:3, 241:11, 241:24, 242:6, 242:7, 244:5, 247:15, 247:16, 248:1, 248:3, 248:10
**recalling** [1] - 69:3
**receipt** [2] - 102:18, 102:21
**receipts** [2] - 65:22, 242:14
**receive** [2] - 231:8, 231:15
**received** [13] - 102:22, 118:15, 127:3, 128:22, 131:2, 131:3, 132:25, 191:6, 191:12, 198:10, 231:19, 238:22, 244:15
**RECEIVED** [1] - 4:11
**receiving** [1] - 216:13
**recent** [1] - 182:7
**recently** [6] - 10:17, 102:13, 102:20, 170:15, 176:8, 238:21
**recess** [5] - 5:12, 31:24, 36:3, 137:6, 191:25
**Recess** [1] - 68:22
**recognized** [2] - 182:14, 182:16
**recognizes** [3] - 58:7, 188:16, 188:19
**recollection** [2] - 53:12, 148:8
**reconcile** [1] - 158:15
**reconsideration** [1] - 7:18
**record** [35] - 5:23, 8:20, 11:4, 12:3, 20:8, 20:16, 29:25, 30:15, 33:11, 33:15, 34:22, 69:24, 84:25, 96:3, 99:6, 114:23, 129:1, 137:14, 137:15, 144:4, 144:24, 144:25, 145:7, 147:10, 180:21, 190:5, 201:14, 202:23, 255:6, 260:12, 264:14, 265:1, 266:7, 271:21, 271:23
**record)** [1] - 36:3
**RECORDED** [1] - 1:7
**recorded** [5] - 5:1, 28:23, 85:1, 117:24, 240:10
**Recording** [1] - 193:25
**recording** [7] - 68:21, 68:23, 118:5, 138:21, 195:2, 200:6, 275:11
**records** [22] - 57:18, 207:10, 207:12, 207:24, 231:10, 233:23, 233:24, 234:17, 236:22, 239:22, 240:4, 241:11, 241:18, 242:22, 242:23, 244:17, 245:8, 245:23, 249:24, 255:9, 255:11, 258:18
**recount** [1] - 260:17
**recounted** [1] - 259:23
**recreation** [7] - 130:19, 130:20, 130:25, 239:15, 239:23, 240:14, 247:13
**recruited** [1] - 253:19
**recyclers** [1] - 235:3
**recycles** [1] - 234:5
**red** [2] - 107:4, 202:10
**Red** [2] - 3:17, 4:3
**redirect** [1] - 134:19
**REDIRECT** [4] - 52:9, 98:6, 134:20, 179:8
**reduced** [5] - 22:15, 28:7, 85:5, 170:11, 213:17
**reduction** [1] - 21:3
**Reeves** [1] - 135:2
**refer** [3] - 59:21, 120:12, 225:22
**reference** [2] - 23:16, 216:4
**references** [1] - 252:22
**referral** [1] - 21:12
**referred** [1] - 54:18
**referring** [6] - 20:15, 91:18, 102:22, 127:22, 131:8, 268:17
**refile** [1] - 258:1
**reform** [1] - 139:24
**Reform** [2] - 209:18, 266:10
**refrain** [1] - 195:17
**refresh** [1] - 46:8
**refreshed** [2] - 46:20, 53:12
**refreshing** [1] - 138:1
**refuse** [1] - 250:6
**refused** [5] - 39:9, 187:8, 187:16, 214:2, 240:7
**regard** [6] - 13:11, 13:12, 34:4, 57:23, 60:22, 195:13
**regarding** [9] - 33:22, 37:21, 56:3, 57:1, 61:4, 161:4, 186:7, 188:5, 214:10
**regardless** [3] - 214:12, 221:7, 232:15
**regular** [4] - 15:6, 61:24, 61:25, 245:12
**regularly** [3] - 109:5, 167:17, 262:3
**regulations** [2] - 233:4, 233:6
**reimposed** [1] - 26:14
**reiterate** [2] - 19:10, 97:7
**reject** [3] - 210:21, 251:22, 267:9
**rejected** [12] - 12:15, 22:14, 22:18, 27:6, 28:6, 214:11, 215:2, 215:5, 218:13, 240:19, 258:2
**rejoin** [1] - 136:19
**relate** [1] - 200:19
**related** [8] - 6:21, 27:22, 57:18, 216:22, 229:17, 229:18, 230:2, 262:22
**relates** [4] - 192:24,

198:18, 198:25, 200:17
**relation** [3] - 37:5, 37:14, 43:15
**relationship** [12] - 71:20, 71:22, 72:8, 72:12, 72:19, 76:4, 76:20, 77:25, 88:8, 88:10, 109:2, 270:14
**relationships** [2] - 270:16, 271:4
**relative** [1] - 36:23
**release** [31] - 7:3, 7:5, 7:8, 7:22, 12:2, 13:1, 19:14, 19:24, 24:3, 24:4, 25:1, 27:17, 30:7, 41:10, 41:18, 180:22, 181:2, 182:1, 183:12, 184:11, 194:4, 194:6, 196:25, 197:2, 209:1, 209:3, 209:12, 209:15, 218:20, 230:9, 266:11
**released** [15] - 7:20, 22:8, 22:9, 79:25, 85:5, 157:21, 157:22, 162:3, 188:18, 192:14, 192:16, 198:15, 209:2, 209:21, 224:20
**relevance** [3] - 127:10, 128:18, 135:6
**relevant** [12] - 20:6, 20:10, 20:18, 36:24, 49:24, 59:18, 59:19, 96:18, 107:21, 127:11, 141:2, 149:20
**reliable** [2] - 177:21, 177:24
**relied** [1] - 187:6
**relief** [5] - 107:9, 107:18, 180:22, 182:24, 187:15
**relies** [1] - 170:20
**relieve** [1] - 214:15
**religion** [1] - 74:2
**rely** [2] - 251:7, 270:5
**relying** [2] - 132:3, 271:11
**remain** [9] - 5:15, 7:19, 9:21, 123:10, 123:14, 140:15, 172:9, 174:8, 214:13
**remainder** [1] - 228:18
**remained** [2] - 26:9, 30:2
**remaining** [1] - 99:21
**remand** [1] - 43:25
**remanded** [1] - 50:2
**remark** [1] - 257:2
**remedy** [1] - 50:11
**remember** [9] - 17:21, 46:19, 112:4, 122:15, 125:7, 142:11, 163:12, 172:18, 177:17
**remembers** [1] - 149:5
**remind** [2] - 20:13, 187:22
**reminding** [1] - 252:4
**remote** [1] - 185:19
**remotely** [1] - 185:13
**remove** [2] - 117:15, 151:9
**removed** [4] - 22:20, 22:25, 26:5, 84:2
**removing** [1] - 124:21
**rental** [1] - 271:6
**rented** [2] - 207:5, 207:9
**repeat** [1] - 250:24
**repeated** [3] - 29:23, 30:1, 165:9
**repeatedly** [5] - 20:19, 28:11, 65:23, 157:12, 174:18
**rephrase** [1] - 96:23
**replaced** [3] - 21:2, 21:17, 23:10
**reply** [13] - 31:12, 180:3, 180:5, 185:24, 197:3, 197:17, 210:13, 224:15, 231:4, 232:21, 239:1, 246:5, 251:9
**report** [6] - 9:2, 27:10, 110:12, 118:22, 198:9, 245:9
**REPORTED** [1] - 3:11
**reported** [6] - 30:9, 201:7, 245:6, 245:9, 245:10, 245:15
**reporter** [2] - 138:22, 178:4
**Reporter** [2] - 3:12, 275:15
**reporting** [2] - 21:18, 180:1
**reports** [1] - 28:15
**represent** [3] - 225:1, 225:4
**representation** [2] - 44:19, 262:18
**representations** [1] - 25:11
**represented** [1] - 183:7
**representing** [3] - 33:25, 40:7, 228:22
**reputation** [6] - 62:25, 141:9, 141:10, 162:20, 165:17, 263:19
**reputations** [2] - 146:8, 224:22
**request** [29] - 6:17, 6:24, 7:3, 7:18, 8:4, 12:15, 22:14, 37:4, 54:11, 103:9, 127:3, 213:6, 215:22, 215:25, 216:5, 216:6, 216:12, 216:14, 216:16, 220:17, 221:2, 222:20, 228:6, 228:13, 230:1, 239:12, 246:25, 259:11, 263:23
**requested** [7] - 103:9, 177:7, 178:25, 179:1, 221:4, 224:9, 234:18
**requesting** [9] - 55:2, 131:5, 213:15, 216:5, 216:15, 217:13, 218:19, 218:23, 219:6
**requests** [3] - 27:6, 102:12, 243:3
**require** [4] - 31:11, 204:6, 214:23, 214:24
**required** [9] - 12:9, 21:17, 94:4, 183:8, 188:25, 201:3, 230:7, 232:7, 274:21
**requirement** [3] - 127:20, 217:13, 217:15
**requirements** [1] - 180:24
**requires** [2] - 66:6, 214:25
**research** [4] - 34:14, 34:16, 34:18, 34:22
**reset** [1] - 226:16
**residence** [1] - 21:18
**residing** [1] - 21:6
**resist** [1] - 252:11
**resisted** [2] - 252:11, 256:3
**resolution** [1] - 23:22
**resolve** [1] - 233:16
**resolving** [1] - 224:19
**resources** [2] - 29:21, 35:10
**respect** [10] - 30:5, 67:12, 95:20, 96:21, 107:23, 144:25, 151:13, 156:17, 174:1, 184:19
**respected** [1] - 151:14
**respectful** [2] - 73:18, 73:21
**respective** [1] - 274:22
**respects** [3] - 78:6, 78:24, 173:9
**respond** [8] - 50:23, 78:20, 268:9, 272:22, 273:10, 273:20, 273:23, 274:12
**response** [15] - 11:12, 26:24, 38:21, 54:10, 56:6, 61:12, 98:9, 121:16, 128:10, 167:13, 190:14, 209:9, 223:17, 242:13, 273:9
**responsibilities** [1] - 147:18
**rest** [3] - 87:14, 100:22, 187:19
**restaurant** [1] - 82:24
**restraining** [1] - 198:12
**restricted** [2] - 61:20, 155:5
**restriction** [5] - 21:4, 22:15, 22:20, 23:1, 26:1
**restrictions** [14] - 20:20, 21:19, 23:13, 23:14, 23:15, 25:5, 25:18, 26:21, 27:4, 28:7, 28:14, 29:24, 30:18, 244:12
**restrictive** [1] - 249:11
**result** [11] - 38:1, 40:17, 42:17, 50:24, 51:17, 51:21, 54:21, 56:3, 119:16, 119:22, 168:10
**results** [1] - 188:23
**resumed** [1] - 23:6
**retaining** [1] - 143:24
**retardation** [1] - 249:4
**retract** [1] - 195:17
**return** [12] - 39:12, 58:3, 156:15, 178:14, 182:6, 207:22, 207:23, 237:10, 254:10, 255:23, 259:7
**returned** [10] - 7:24, 19:25, 23:4, 27:5, 30:8, 57:24, 59:15, 140:12, 176:15, 237:11
**returns** [2] - 30:1, 234:6
**reunification** [1] - 182:10
**reversed** [1] - 248:22
**review** [5] - 5:5, 39:2, 189:7, 225:7, 248:17
**reviewable** [1] - 217:18
**reviewed** [2] - 21:12, 187:20
**revoke** [3] - 41:18, 41:23, 41:25
**revoked** [3] - 23:8, 41:15, 51:23
**rhetorically** [1] - 256:6
**rice** [1] - 244:22
**rich** [1] - 143:4
**richest** [1] - 149:21
**RICO** [1] - 258:2
**rid** [1] - 153:22
**ridiculous** [4] - 85:18, 117:18, 150:9, 159:4
**ridiculously** [1] - 146:2
**right-hand** [1] - 130:4
**Rights** [2] - 210:15, 210:19
**rights** [4] - 58:22, 64:3, 101:7, 145:25
**rigorously** [1] - 11:9
**ring** [2] - 42:12, 42:14
**riot** [1] - 85:15
**ripped** [1] - 104:6
**rise** [6] - 34:11, 36:2, 36:4, 68:20, 192:21, 275:6
**risk** [53] - 11:14, 11:16, 11:19, 11:25, 12:4, 12:8, 15:21, 15:22, 16:12, 18:14, 19:13, 24:25, 39:15, 39:16, 57:23, 58:4, 58:14, 108:21, 122:5, 147:23, 147:24, 184:10, 184:20, 184:23, 185:19, 188:6, 188:11,

188:16, 188:19, 188:22, 188:25, 192:3, 192:10, 192:22, 198:25, 199:21, 206:13, 207:20, 208:6, 209:7, 211:6, 211:13, 211:17, 213:2, 254:12, 254:13, 255:18, 255:24, 267:7
**risking** [1] - 170:11
**risks** [1] - 250:19
**roaches** [1] - 100:7
**rob** [1] - 63:5
**role** [4] - 24:1, 79:22, 134:24, 134:25
**role-play** [1] - 79:22
**Romania** [170] - 7:1, 7:2, 7:4, 7:10, 7:22, 7:24, 8:9, 8:21, 9:1, 9:22, 11:7, 11:8, 12:9, 12:14, 12:20, 12:23, 12:25, 18:25, 19:24, 19:25, 21:9, 21:21, 21:22, 21:23, 22:2, 23:17, 26:13, 26:16, 26:22, 27:10, 27:16, 27:17, 28:13, 28:25, 29:2, 29:16, 30:7, 30:18, 34:5, 34:9, 34:12, 37:1, 38:20, 39:17, 39:22, 40:25, 41:20, 41:24, 41:25, 42:2, 43:16, 43:18, 45:3, 45:9, 46:22, 46:25, 47:1, 48:14, 50:15, 51:1, 51:2, 51:22, 52:2, 55:23, 57:23, 59:16, 60:16, 62:11, 62:12, 62:13, 63:1, 63:6, 65:18, 83:6, 83:10, 83:11, 100:17, 109:8, 113:22, 115:17, 115:21, 115:24, 116:7, 116:8, 118:21, 119:5, 119:16, 120:23, 123:4, 123:8, 139:11, 140:6, 140:17, 141:3, 141:16, 141:20, 146:14, 148:16, 153:7, 153:23, 154:2, 154:5, 154:11, 155:16, 156:21, 156:24, 157:13, 157:25, 158:24, 166:10, 166:17, 175:12, 175:21, 175:23, 175:25, 176:13, 178:12, 178:14, 178:16, 178:20, 180:22, 182:13, 192:13, 192:14, 192:16, 194:7, 194:20, 196:17, 198:6, 198:16, 205:11, 205:23, 207:22, 207:23, 210:5, 210:10, 210:20, 211:7, 211:19, 211:24, 212:4, 212:11, 212:14, 212:18, 213:1, 213:3, 213:7, 214:2, 227:12, 227:22, 250:18, 254:8, 257:6, 257:9, 257:20, 259:1, 259:3, 259:7, 259:11, 259:14, 263:19, 263:21, 263:25, 264:3, 271:15, 272:9
**Romania's** [2] - 21:11, 176:2
**Romanian** [150] - 7:3, 7:5, 7:11, 7:12, 7:13, 7:18, 7:23, 8:3, 8:5, 9:7, 9:10, 9:16, 9:17, 9:19, 9:20, 12:10, 12:15, 13:6, 13:9, 13:13, 16:3, 17:12, 18:17, 19:21, 20:2, 20:7, 20:19, 20:22, 22:7, 22:10, 22:23, 23:17, 24:5, 24:8, 25:2, 25:10, 25:15, 26:19, 26:25, 27:12, 27:13, 28:5, 28:9, 28:17, 34:3, 35:17, 36:23, 40:20, 41:4, 41:6, 41:9, 41:16, 43:19, 45:6, 47:9, 50:19, 50:20, 50:22, 50:25, 51:20, 52:4, 56:9, 59:21, 113:21, 114:6, 114:20, 114:21, 115:6, 115:19, 116:1, 116:12, 116:15, 117:14, 118:18, 119:9, 119:13, 119:22, 120:10, 120:12, 120:15, 120:25, 124:7, 124:9, 139:10, 140:5, 140:7, 140:9, 141:1, 141:25, 143:21, 143:22, 146:1, 147:25, 148:7, 148:10, 152:17, 152:18, 152:19, 153:16, 153:20, 166:3, 166:4, 166:6, 168:1, 168:10, 170:21, 173:5, 176:10, 178:22, 192:18, 196:22, 208:19, 209:12, 209:20, 209:22, 210:2, 210:13, 210:14, 210:22, 211:24, 211:25, 225:17, 227:4, 227:8, 229:18, 229:20, 229:22, 252:18, 253:9, 255:15, 256:25, 257:5, 257:7, 258:20, 259:20, 260:3, 260:5, 263:6, 263:17, 263:22, 264:6, 264:7, 264:22, 265:2, 265:3, 265:5, 270:20, 272:6
**Romanians** [23] - 13:6, 13:8, 20:3, 41:17, 41:23, 116:13, 131:19, 141:8, 141:12, 143:20, 146:21, 147:2, 147:9, 147:11, 147:12, 152:15, 159:12, 165:20, 168:2, 169:17, 171:11, 171:16, 263:4
**romantic** [1] - 71:22
**roof** [1] - 101:15
**room** [12] - 14:24, 62:4, 99:19, 100:1, 100:3, 100:14, 100:16, 101:15, 103:18, 107:7, 170:17
**rooms** [6] - 174:13, 235:1, 235:6, 235:14, 235:17, 235:19
**roots** [1] - 110:21
**rounds** [2] - 106:8, 234:20
**routine** [1] - 81:20
**routinely** [3] - 62:2, 62:3
**RPR** [2] - 3:12, 275:14
**ruin** [1] - 197:11
**rule** [3] - 208:11, 223:6, 250:24
**rules** [8] - 5:5, 5:16, 15:12, 54:12, 58:1, 190:24, 204:6, 234:23
**run** [9] - 63:16, 66:2, 66:14, 87:11, 87:12, 87:16, 96:24, 160:7, 168:12
**running** [7] - 17:8, 58:15, 63:6, 107:10, 154:10, 160:17, 214:7
**runs** [3] - 103:24, 161:10, 167:3
**Ruthemeyer** [1] - 59:7

## S

**S-E-S-A-Y** [1] - 69:25
**Sacha** [2] - 17:21, 110:19
**Sacirbegovic** [1] - 218:17
**safe** [1] - 44:25
**safely** [1] - 81:19
**safety** [2] - 15:19, 235:17
**salary** [1] - 169:7
**salient** [1] - 151:21
**sandy** [1] - 107:8
**sanitation** [1] - 241:20
**Santa** [1] - 136:12
**sarcasm** [1] - 16:21
**sarcastic** [1] - 257:2
**satisfied** [3] - 252:17, 252:18, 252:19
**Saturday** [1] - 239:19
**savings** [1] - 120:1
**saw** [6] - 63:25, 106:12, 147:9, 152:15, 165:25, 209:25
**scale** [3] - 60:23, 60:24, 107:11
**scales** [2] - 245:3, 245:4
**scare** [1] - 237:20
**scared** [1] - 94:13
**Scarlett** [1] - 109:3
**scary** [1] - 106:4
**scenario** [1] - 263:13
**schedule** [1] - 243:5
**scheduled** [5] - 10:4, 16:5, 61:6, 225:12, 228:5
**school** [3] - 16:22, 70:13, 74:21
**Score** [1] - 244:4
**Scorpius** [8] - 122:10, 122:11, 122:19, 125:21, 200:20, 202:24, 203:19, 204:15
**scratching** [1] - 163:17
**screaming** [6] - 75:25, 105:11, 106:5, 142:4, 152:20, 155:10
**screen** [5] - 64:6, 196:15, 197:24, 202:3, 265:17
**screening** [1] - 236:24
**scrupled** [1] - 144:18
**scurvy** [1] - 102:15
**SE** [1] - 3:3
**seal** [2] - 19:8, 196:22
**sealed** [3] - 131:17, 226:4, 226:18
**search** [3] - 118:2, 221:22, 256:11
**searchable** [2] - 268:21, 269:1
**searched** [2] - 59:12, 269:3
**seat** [2] - 57:14, 98:16
**seated** [4] - 33:6, 69:22, 99:3, 137:12
**second** [25] - 9:6, 37:19, 43:20, 62:6, 68:23, 72:2, 83:4, 84:6, 95:19, 108:25, 119:14, 140:14, 144:5, 196:1, 209:6, 211:6, 221:1, 223:13, 224:2, 225:6, 229:24, 231:4, 253:17, 273:21, 273:22
**seconds** [2] - 150:11, 151:8
**secret** [1] - 130:18
**Secretary** [4] - 212:22, 215:19, 216:20, 222:14
**section** [3] - 172:20, 208:2, 246:1
**Section** [1] - 237:4
**secure** [4] - 55:5, 102:23, 115:13, 216:13
**secured** [2] - 105:11, 111:9
**security** [1] - 39:6
**see** [56] - 6:23, 17:16, 23:13, 24:16, 25:8, 27:14, 32:1, 59:8, 64:6, 66:11, 72:17, 74:19, 74:23, 75:18, 75:24, 76:16, 78:6, 78:9, 78:15, 94:22, 104:6, 105:21, 106:3, 106:14, 107:5, 109:5, 109:6, 130:5,

132:14, 134:15, 141:7, 146:20, 155:6, 155:8, 172:10, 177:25, 178:16, 196:14, 203:23, 205:6, 209:16, 240:6, 252:24, 252:25, 253:3, 254:20, 254:22, 262:2, 264:5, 271:13, 273:8, 273:10, 273:11, 274:4
**seek** [4] - 7:17, 186:20, 219:2
**seeking** [8] - 10:18, 43:15, 176:7, 213:14, 213:16, 214:22, 229:15, 273:19
**seem** [6] - 24:5, 86:11, 105:13, 170:13, 218:11, 237:17
**seemingly** [1] - 236:10
**segregated** [1] - 14:17
**segregation** [2] - 186:3, 261:19
**seized** [8] - 59:12, 119:23, 120:1, 123:19, 168:2, 254:8, 257:4
**seizing** [1] - 148:7
**seizure** [2] - 124:22, 148:1
**seizures** [2] - 168:7, 171:22
**selected** [1] - 28:10
**self** [4] - 206:14, 245:6, 245:9, 245:15
**self-proclaimed** [1] - 206:14
**self-reported** [3] - 245:6, 245:9, 245:15
**selling** [2] - 161:9, 162:4
**selves** [1] - 150:7
**semicircle** [1] - 101:19
**send** [4] - 154:7, 178:16, 260:6, 260:7
**senior** [1] - 230:22
**sense** [7] - 58:15, 73:9, 106:18, 138:4, 146:5, 179:3, 216:21
**sensitive** [2] - 138:19, 217:1
**sensory** [1] - 103:18
**sent** [4] - 46:16, 54:17, 115:21, 117:8
**sentence** [9] - 40:14, 40:17, 53:5, 55:25, 57:5, 116:19, 116:20, 127:24, 140:23
**sentenced** [1] - 139:15
**sentences** [1] - 141:22
**separate** [6] - 26:8, 95:21, 96:4, 188:20, 232:6, 232:14
**separately** [1] - 190:24
**separateness** [1] - 11:25
**separation** [1] - 247:5
**September** [9] - 22:18, 28:6, 61:1, 115:7, 198:12, 205:5, 221:3, 260:13, 275:14
**sequence** [1] - 27:2
**serious** [2] - 39:20, 219:22
**seriously** [2] - 112:7, 165:18
**serve** [1] - 226:13
**served** [1] - 138:6
**serves** [1] - 216:10
**Service** [4] - 45:17, 49:7, 216:9, 245:7
**service** [1] - 83:21
**services** [1] - 131:6
**Services** [3] - 40:1, 40:10, 41:22
**Sesay** [23] - 69:19, 87:23, 89:4, 89:7, 89:11, 90:12, 91:6, 93:10, 93:20, 94:15, 95:2, 95:15, 96:24, 97:5, 97:8, 97:12, 98:8, 117:18, 166:1, 253:18, 254:3, 265:19, 270:13
**SESAY** [2] - 3:21, 69:20
**sesay** [2] - 70:5, 96:14
**session** [4] - 5:8, 5:12, 5:15, 36:5
**set** [7] - 9:13, 14:5, 44:23, 68:10, 230:4, 274:19
**sets** [1] - 258:23
**setting** [3] - 162:17, 233:9, 233:10
**settled** [2] - 119:7, 219:6
**seven** [7] - 110:16, 172:16, 190:22, 195:15, 199:18, 215:11, 215:16
**seven-year** [1] - 215:11
**several** [6] - 7:6, 11:17, 188:10, 194:22, 230:12, 234:1
**severe** [1] - 103:24
**severed** [1] - 21:9
**sex** [4] - 6:21, 197:7, 253:21, 253:22
**sex-trafficked** [1] - 253:21
**sexual** [6] - 59:22, 62:16, 80:15, 124:14, 183:19, 264:17
**sexually** [1] - 197:5
**shake** [3] - 143:7, 143:12, 150:9
**shall** [2] - 33:2, 212:23
**Shampoo** [1] - 243:17
**shan't** [1] - 34:7
**shape** [3] - 110:13, 214:1, 261:23
**share** [1] - 36:21
**shareholder** [1] - 168:12
**SHARON** [2] - 3:12, 275:14
**sharon_pellvelazco@flsd.uscourts.gov** [1] - 3:15
**shatter** [1] - 146:19
**sheer** [1] - 219:24
**sheet** [1] - 37:11
**shirt** [8] - 104:6, 105:19, 107:10, 107:15, 107:19, 107:24, 170:18, 237:1
**shirts** [1] - 237:6
**shock** [1] - 18:3
**shoes** [4] - 92:23, 92:24, 93:6, 171:7
**shoot** [1] - 159:6
**short** [2] - 31:24, 189:24
**shortly** [3] - 59:1, 148:1, 157:7
**shoulder** [1] - 87:13
**shouting** [1] - 105:12
**show** [26] - 29:14, 55:13, 63:13, 63:15, 83:1, 155:16, 176:16, 184:19, 202:6, 207:9, 208:13, 211:12, 219:25, 225:10, 233:24, 234:17, 236:22, 239:22, 240:4, 241:18, 244:17, 245:23, 250:15, 253:24, 268:10, 269:22
**showed** [4] - 59:10, 66:9, 149:7, 242:14
**shower** [1] - 179:10
**showing** [14] - 11:18, 46:11, 46:16, 51:6, 51:11, 59:15, 61:5, 86:5, 127:18, 162:23, 211:3, 249:25, 252:9, 255:17
**shown** [9] - 29:16, 51:3, 58:19, 123:24, 208:16, 218:19, 225:10, 250:14, 256:16
**shows** [9] - 29:25, 74:4, 121:11, 205:16, 227:14, 243:13, 249:5, 249:25, 255:9
**SHU** [50] - 15:15, 15:18, 16:6, 105:1, 106:6, 115:5, 116:16, 119:10, 121:4, 131:11, 138:17, 139:4, 139:9, 139:17, 139:22, 140:20, 144:10, 148:5, 151:17, 152:9, 153:9, 154:13, 154:18, 162:24, 172:7, 173:6, 173:23, 174:21, 179:12, 231:13, 233:1, 233:21, 233:22, 234:4, 234:6, 234:20, 234:23, 235:5, 235:7, 241:20, 242:3, 242:20, 242:24, 243:2, 245:3, 246:20, 247:11, 247:12, 258:17, 258:19
**SHU-specific** [1] - 233:22
**shut** [4] - 152:15, 152:19, 158:12, 158:14
**side** [3] - 130:4, 155:11, 228:11
**side's** [1] - 125:23
**sides** [1] - 250:13
**sign** [2] - 176:14, 178:14
**signed** [1] - 156:24
**significant** [4] - 12:12, 50:8, 184:1, 248:13
**significantly** [1] - 213:16
**signing** [1] - 176:25
**silent** [1] - 158:1
**silently** [1] - 46:18
**similar** [12] - 7:1, 7:6, 77:24, 141:3, 166:11, 192:20, 215:5, 215:8, 246:6, 246:17, 247:6
**simple** [4] - 85:17, 171:15, 225:7, 252:13
**simpler** [1] - 32:4
**simply** [3] - 7:13, 152:16, 214:16
**sincerely** [1] - 57:1
**sing** [1] - 143:15
**single** [16] - 99:19, 104:2, 114:10, 116:13, 123:12, 142:2, 146:7, 148:2, 148:17, 156:18, 242:22, 256:3, 256:4, 256:17, 270:11
**sister** [1] - 215:2
**sit** [8] - 35:16, 143:13, 144:12, 146:2, 162:24, 259:25, 260:5, 273:8
**sitting** [7] - 9:25, 105:19, 105:24, 144:23, 152:9, 163:17, 206:3
**situation** [11] - 49:2, 63:6, 99:15, 99:17, 99:25, 100:16, 100:18, 105:24, 249:11, 251:6, 264:22
**situations** [1] - 63:8
**six** [16] - 66:5, 70:20, 94:10, 94:19, 100:1, 102:25, 108:25, 110:15, 110:16, 142:17, 145:14, 172:16, 174:25, 190:21, 240:5, 240:13
**six-foot** [1] - 102:25
**Sixth** [1] - 70:14
**size** [2] - 101:19, 113:9
**skipping** [1] - 154:13
**slap** [2] - 150:16, 150:23
**slavery** [1] - 83:25
**sleep** [4] - 75:16, 75:24, 94:2, 232:2
**slice** [2] - 244:21, 244:23
**slightly** [1] - 141:24
**slot** [2] - 106:15, 234:15
**Slovakia** [5] - 181:20, 181:21,

182:6, 182:8, 183:2
**Slovakian** [1] - 181:24
**slow** [1] - 142:11
**slowed** [1] - 81:10
**slower** [1] - 138:23
**slowly** [1] - 107:6
**small** [5] - 14:24, 101:11, 102:22, 246:15
**smaller** [1] - 101:18
**smart** [3] - 102:9, 111:12, 111:19
**smartest** [1] - 149:22
**Smash** [1] - 205:11
**smell** [1] - 106:11
**smoke** [5] - 104:10, 104:11, 141:5, 141:9, 146:9
**smoke-fire** [1] - 146:9
**smooth** [1] - 32:14
**snack** [1] - 102:22
**sneeze** [1] - 106:24
**sneezing** [2] - 105:17, 107:9
**Snickers** [2] - 174:23, 244:1
**so-called** [3] - 8:18, 80:3, 189:1
**so..** [4] - 68:3, 72:23, 75:9, 92:18
**soaking** [1] - 107:10
**soap** [2] - 108:8
**social** [19] - 16:18, 16:19, 17:19, 39:7, 82:14, 134:4, 149:3, 149:19, 149:20, 160:3, 160:10, 160:25, 161:21, 168:16, 168:19, 200:11, 205:17, 206:13, 231:14
**socks** [1] - 155:18
**soil** [1] - 37:10
**solely** [2] - 9:3, 11:16
**solicitor** [2] - 33:9, 33:23
**solicitor's** [1] - 39:8
**Solicitors** [1] - 44:13
**solid** [4] - 131:11, 131:13, 131:18, 234:14
**solitary** [5] - 246:8, 246:11, 246:13, 246:19, 252:5
**solution** [1] - 155:23
**someone** [11] - 17:10, 64:3, 94:22, 129:9, 146:1, 154:25, 162:24, 163:9, 163:16, 200:21, 215:19
**sometime** [1] - 60:3
**sometimes** [11] - 80:9, 84:25, 85:1, 85:2, 92:16, 92:20, 92:24, 93:1, 110:24, 248:10
**somewhat** [1] - 107:15
**somewhere** [7] - 6:11, 53:16, 76:18, 82:24, 113:20, 247:21, 256:18
**sons** [1] - 162:14
**soon** [2] - 61:7, 175:25
**Sophia** [1] - 205:6
**sorry** [38] - 31:3, 33:25, 40:21, 41:1, 52:21, 56:18, 57:4, 71:11, 73:8, 77:4, 88:6, 89:20, 96:18, 97:14, 120:18, 121:18, 121:20, 125:15, 126:1, 126:8, 127:14, 128:3, 134:11, 142:13, 142:15, 156:1, 156:3, 158:16, 159:19, 160:19, 160:24, 185:5, 192:14, 193:4, 196:8, 197:21, 205:14
**Sorry** [1] - 44:2
**sort** [7] - 45:5, 105:15, 237:7, 250:7, 261:9, 261:24, 264:17
**sorts** [3] - 74:2, 80:25, 211:3
**sought** [14] - 7:9, 22:13, 41:15, 41:25, 129:17, 181:24, 183:18, 184:8, 185:15, 186:21, 187:2, 187:7, 198:10, 216:6
**sound** [7] - 19:15, 31:17, 69:14, 112:6, 138:18, 140:5, 169:9
**sounded** [1] - 19:12
**sounds** [6] - 70:24, 101:8, 106:4, 117:2, 117:18, 259:15
**soups** [1] - 244:1
**source** [1] - 17:4
**SOUTHERN** [1] - 1:2
**Southern** [5] - 1:19, 5:4, 218:18, 253:4, 259:5
**sovereign** [1] - 216:17
**Spain** [1] - 117:11
**span** [1] - 163:10
**Spanish** [4] - 17:9, 203:1, 265:25, 269:20
**spare** [1] - 94:12
**sparse** [1] - 47:15
**speaking** [10] - 18:5, 57:8, 64:18, 95:25, 113:24, 139:10, 140:25, 190:9, 193:19, 228:11
**speaks** [3] - 16:23, 57:23, 60:13
**Spears** [1] - 160:13
**special** [125] - 8:18, 10:9, 11:1, 11:19, 11:23, 12:1, 12:6, 12:7, 13:4, 14:10, 14:11, 14:12, 15:5, 15:24, 15:25, 19:14, 22:19, 30:19, 58:5, 58:7, 60:13, 60:24, 61:8, 61:10, 62:12, 62:13, 62:21, 64:19, 64:20, 66:19, 66:21, 67:19, 93:7, 93:8, 102:10, 103:17, 108:8, 108:24, 138:13, 138:15, 138:16, 139:3, 139:9, 147:6, 179:18, 179:21, 179:25, 180:20, 181:1, 182:2, 182:10, 182:12, 182:16, 182:19, 182:23, 183:11, 183:13, 183:23, 183:25, 184:4, 184:11, 184:23, 184:24, 184:25, 185:19, 185:23, 186:5, 187:12, 187:14, 187:23, 187:24, 188:6, 188:22, 189:1, 192:4, 192:10, 192:23, 208:3, 208:7, 208:11, 208:20, 208:22, 208:24, 209:3, 209:9, 211:1, 211:18, 211:20, 213:14, 215:17, 215:24, 217:8, 217:21, 217:23, 218:14, 218:24, 222:17, 222:22, 223:3, 223:6, 223:10, 223:17, 223:19, 223:24, 224:3, 224:5, 224:13, 224:14, 224:16, 226:25, 230:16, 238:13, 243:1, 250:12, 251:18, 252:21, 255:22, 256:1, 256:5, 256:17, 256:22, 261:5, 263:9, 266:25, 267:6
**specialty** [1] - 14:12
**specific** [10] - 49:1, 94:8, 158:18, 187:12, 192:13, 200:9, 207:20, 214:16, 233:22, 273:10
**specifically** [24] - 100:17, 157:19, 169:23, 192:25, 193:10, 194:9, 194:18, 195:12, 197:2, 197:3, 198:13, 199:5, 199:7, 199:13, 199:17, 200:19, 205:4, 205:10, 206:1, 206:18, 207:19, 213:15, 221:25, 242:14
**specifies** [1] - 216:4
**speculative** [2] - 218:3, 223:18
**speech** [1] - 158:2
**Speed** [1] - 243:17
**speedily** [1] - 214:21
**speeding** [1] - 99:16
**spell** [5] - 33:10, 69:23, 99:6, 137:13, 137:15
**spelled** [1] - 99:7
**spend** [4] - 84:7, 94:23, 111:8, 270:3
**spending** [1] - 54:21
**spends** [1] - 75:17
**spent** [4] - 19:24, 140:10, 140:25, 184:15
**sphere** [1] - 217:2
**spins** [1] - 142:20
**spoken** [4] - 15:16, 41:4, 87:9, 115:6
**sporadic** [1] - 167:18
**sports** [2] - 104:13
**spray** [14] - 105:22, 106:18, 107:16, 232:18, 233:4, 233:7, 233:11, 233:20, 233:25, 234:11, 234:21, 235:8, 262:6
**sprayed** [2] - 100:10, 105:8
**spread** [2] - 111:25, 112:1
**Springs** [1] - 114:9
**squats** [1] - 249:17
**Srebnick** [28] - 2:7, 2:11, 2:15, 2:19, 3:19, 6:8, 6:14, 18:2, 23:25, 24:7, 32:6, 35:1, 35:8, 69:1, 69:8, 98:18, 136:22, 137:7, 179:16, 188:1, 188:5, 189:15, 191:6, 230:22, 251:17, 268:9, 269:25, 272:19
**SREBNICK** [100] - 2:11, 6:7, 6:15, 8:8, 9:15, 10:7, 11:15, 11:17, 12:7, 12:23, 13:17, 14:2, 17:24, 18:3, 18:22, 18:24, 19:6, 19:17, 30:22, 32:3, 32:8, 32:12, 32:16, 32:18, 32:21, 32:23, 34:23, 35:5, 35:24, 36:1, 36:8, 36:10, 36:16, 36:19, 36:20, 43:20, 44:3, 52:7, 52:10, 53:14, 53:18, 53:23, 54:3, 54:8, 54:9, 55:15, 55:17, 56:12, 56:22, 56:25, 57:3, 57:6, 57:8, 57:10, 57:13, 66:23, 68:4, 68:25, 69:10, 98:20, 98:23, 136:23, 137:1, 137:4, 137:8, 179:17, 189:16, 189:21, 191:9, 196:9, 196:12, 198:17, 204:17, 252:4, 252:25, 253:2, 254:20, 254:24, 255:4, 256:13, 256:16, 258:5, 258:7, 260:2, 260:23, 260:25, 265:11, 265:13, 266:20, 266:25, 267:11, 267:15, 267:18, 268:13, 270:2, 272:2, 272:4, 273:2, 274:14, 274:24
**St** [1] - 70:13
**stabbed** [2] - 146:25, 175:20
**staff** [8] - 160:7, 231:6, 232:22, 234:18, 235:10, 235:17, 235:23, 236:24
**stagnate** [1] - 121:7

**stake** [3] - 257:5, 258:25, 259:16
**staked** [1] - 62:25
**stamp** [2] - 196:7, 202:13
**stand** [12] - 32:14, 33:2, 84:1, 98:21, 98:23, 117:17, 166:1, 179:1, 229:8, 253:6, 265:9, 268:6
**standard** [11] - 9:11, 10:2, 24:2, 24:21, 34:3, 34:6, 111:15, 207:9, 220:4, 221:19, 266:19
**standards** [1] - 9:17
**standing** [8] - 29:20, 58:9, 106:8, 135:11, 163:22, 194:21, 206:9, 207:16
**standpoint** [1] - 227:6
**stare** [1] - 162:24
**staring** [1] - 100:20
**Starmer** [2] - 153:3, 159:16
**start** [11] - 24:11, 50:5, 68:18, 70:16, 143:7, 192:12, 192:13, 208:18, 252:4, 252:12
**started** [6] - 70:18, 88:21, 102:13, 110:15, 118:25, 161:9
**starting** [4] - 55:6, 57:1, 60:15, 263:18
**starts** [1] - 59:25
**starvation** [1] - 102:15
**starve** [1] - 109:21
**state** [20] - 10:8, 33:7, 37:4, 37:6, 59:2, 69:23, 96:21, 99:5, 137:13, 147:25, 148:1, 174:7, 186:4, 216:5, 216:12, 232:10, 236:2, 237:4, 252:20, 266:9
**State** [7] - 13:16, 13:19, 13:23, 212:23, 215:19, 216:20, 222:15
**statement** [15] - 29:9, 31:25, 40:9, 40:10, 46:23, 59:2, 63:14, 153:16, 198:4, 198:8, 232:7, 232:11, 232:15, 236:6
**Statement** [1] - 232:5
**statements** [14] - 27:22, 27:23, 45:18, 117:14, 117:24, 124:12, 144:9, 183:20, 195:12, 195:16, 195:17, 195:18, 250:11, 270:7
**STATES** [3] - 1:1, 1:4, 1:12
**states** [4] - 27:9, 28:2, 210:6, 221:25
**States** [68] - 1:18, 3:13, 5:4, 5:19, 5:20, 5:25, 6:2, 6:4, 6:6, 9:13, 10:19, 10:21, 12:18, 12:19, 13:3, 26:18, 26:22, 27:14, 29:18, 30:10, 52:19, 59:1, 64:24, 65:1, 65:24, 69:4, 69:5, 98:9, 99:17, 117:5, 117:17, 119:8, 121:6, 122:25, 181:23, 182:3, 186:10, 187:3, 187:9, 194:7, 209:7, 210:18, 211:20, 212:5, 212:10, 213:11, 214:15, 214:22, 216:8, 217:23, 219:4, 221:14, 221:20, 221:21, 222:25, 229:11, 229:16, 230:2, 259:9, 263:5, 263:12, 263:16, 264:7, 264:25, 271:18, 271:20, 271:22, 275:15
**States'** [1] - 219:7
**States's** [3] - 54:11, 212:20, 246:25
**static** [3] - 49:1, 132:19, 132:21
**stating** [1] - 232:9
**station** [6] - 29:7, 84:3, 84:12, 84:14, 84:18, 271:3
**status** [5] - 61:2, 186:3, 221:4, 259:24, 270:20
**statute** [4] - 214:14, 214:24, 217:11, 218:20
**Statute** [2] - 221:24, 222:5
**statutes** [1] - 221:19
**statutory** [1] - 219:8
**stay** [11] - 14:10, 22:25, 50:10, 96:18, 104:17, 110:13, 110:14, 116:16, 154:2, 180:6
**stay-away** [1] - 22:25
**stayed** [3] - 104:9, 157:24, 213:7
**steak** [3] - 104:21, 105:1
**steal** [2] - 116:13, 148:2
**steel** [4] - 131:11, 131:13, 234:12, 234:13
**stellar** [1] - 180:21
**STENOGRAPHICALLY** [1] - 3:11
**step** [3] - 12:22, 20:2
**stepfather** [1] - 183:21
**STEPHEN** [1] - 3:2
**Stephen** [1] - 3:2
**steps** [1] - 216:13
**Stern** [6] - 197:3, 197:6, 197:8, 197:10, 198:9
**steroids** [1] - 110:10
**Steve** [2] - 33:15, 33:18
**Steven** [2] - 6:9, 187:3
**stick** [1] - 71:17
**Stick** [1] - 243:17
**sticker** [1] - 204:2
**sticks** [2] - 244:16, 244:24
**still** [27] - 8:22, 17:13, 27:7, 27:15, 46:25, 81:1, 85:4, 94:6, 94:22, 104:15, 107:16, 120:7, 141:12, 151:25, 154:22, 158:12, 160:12, 169:15, 170:15, 201:9, 203:12, 221:5, 252:7, 253:12, 255:1, 270:21, 271:8
**stipend** [1] - 169:6
**stock** [2] - 239:6, 239:8
**stole** [4] - 141:12, 160:18, 162:4, 162:7
**stolen** [5] - 146:7, 146:8, 148:17, 148:21, 148:23
**Stonewall** [2] - 238:21, 249:18
**stop** [6] - 84:6, 107:8, 115:2, 151:2, 211:2, 211:3
**stopped** [2] - 143:18, 147:5
**stopping** [1] - 115:10
**stores** [3] - 268:20, 268:22, 268:25
**stormy** [1] - 229:10
**story** [3] - 65:15, 125:10, 125:13
**straight** [1] - 105:12
**strange** [2] - 70:24, 152:22
**streaming** [2] - 5:9, 82:11
**street** [1] - 170:5
**Street** [2] - 1:15, 1:19
**strength** [3] - 60:21, 271:13, 271:16
**strictest** [3] - 116:22, 119:12, 155:18
**strictly** [1] - 237:5
**stridently** [1] - 115:15
**strikes** [1] - 67:1
**strikingly** [4] - 246:6, 246:17, 247:6
**stringent** [1] - 10:1
**stripes** [1] - 66:13
**strong** [5] - 111:1, 150:2, 150:8, 259:15, 271:14
**strongest** [2] - 19:22, 143:3
**struggling** [1] - 220:6
**stuck** [2] - 140:19, 262:3
**studied** [3] - 70:13, 70:14
**studies** [1] - 70:15
**stuff** [2] - 136:12, 150:24
**stupid** [11] - 112:25, 113:11, 122:17, 142:25, 143:8, 143:18, 144:1, 144:22, 146:11, 158:5, 158:8
**style** [1] - 106:12
**styles** [1] - 70:19
**stylish** [1] - 92:15
**subarguments** [1] - 220:10
**subdue** [1] - 233:7
**subduing** [1] - 234:7
**subject** [4] - 25:20, 42:10, 100:9, 233:8
**subjects** [1] - 57:18
**submission** [2] - 28:2, 28:17
**submissions** [1] - 210:13
**submit** [6] - 16:10, 30:19, 49:14, 213:10, 214:6, 218:5
**submits** [2] - 161:16, 217:23
**submitted** [5] - 177:2, 177:3, 204:20, 220:5, 221:2
**subpoena** [2] - 29:5, 226:13
**subsequent** [3] - 145:14, 206:21, 207:3
**subsequently** [4] - 42:16, 51:13, 157:21, 157:22
**substances** [1] - 105:13
**substantial** [1] - 102:21
**substantiated** [1] - 204:15
**substantiates** [1] - 201:17
**succeed** [1] - 187:5
**success** [5] - 14:7, 183:14, 183:24, 220:12, 220:15
**sucked** [1] - 105:18
**sue** [1] - 118:18
**sued** [4] - 16:2, 63:7, 63:19, 118:23
**suffer** [6] - 139:7, 139:24, 151:14, 151:17, 154:1, 173:4
**suffered** [4] - 142:17, 142:20, 233:1, 262:8
**suffering** [3] - 15:20, 151:19, 154:2
**suffices** [1] - 187:14
**sufficiency** [1] - 225:24
**sufficient** [12] - 39:22, 48:14, 55:3, 55:9, 208:24, 211:12, 211:16, 220:18, 221:18, 222:9, 223:24, 250:15
**sufficiently** [4] - 209:8, 216:1, 216:16, 228:2
**suggest** [7] - 9:5, 31:14, 32:9, 64:14, 67:6, 138:20, 271:9
**suggested** [2] - 38:4, 38:9
**suggestion** [5] - 17:10, 42:18, 67:4, 68:8, 218:22
**suggests** [1] - 257:18

**suing** [2] - 59:20, 119:17
**suit** [4] - 182:18, 228:8, 236:25, 237:1
**Suite** [7] - 2:8, 2:12, 2:16, 2:20, 2:24, 3:3, 3:7
**suited** [1] - 217:1
**suits** [1] - 251:15
**sum** [1] - 228:8
**summarize** [1] - 14:23
**summary** [3] - 37:12, 60:6, 184:13
**summer** [1] - 80:24
**summoned** [1] - 27:11
**summonses** [3] - 11:13, 26:24, 56:7
**Sunday** [1] - 239:19
**sunlight** [3] - 100:23, 100:24, 101:1
**sunshine** [1] - 225:9
**super** [5] - 113:7, 206:15, 206:23, 207:1
**superhard** [1] - 75:16
**Superior** [1] - 198:10
**superior** [1] - 35:2
**Supermax** [1] - 61:21
**supervillain** [1] - 122:11
**supervision** [4] - 27:7, 28:19, 51:14, 57:22
**supervisor** [1] - 172:20
**supervisory** [1] - 26:19
**supplement** [1] - 272:21
**supplementing** [1] - 273:18
**support** [3] - 6:23, 67:20, 248:16
**supported** [1] - 29:14
**supporting** [1] - 21:14
**supports** [1] - 93:17
**suppose** [4] - 77:20, 111:6, 185:13, 244:5
**supposed** [4] - 12:20, 26:16, 123:12, 163:13
**supposedly** [2] - 78:19, 263:1
**Supreme** [7] - 188:9, 252:22, 266:22, 267:9, 267:11, 267:20, 267:23
**surely** [1] - 67:9
**surprise** [1] - 237:2
**surprisingly** [1] - 73:12
**surrender** [7] - 22:7, 29:20, 30:2, 63:13, 65:12, 214:16
**surrendered** [5] - 7:14, 13:8, 39:7, 49:10, 115:21
**surrogacy** [3] - 91:5, 91:6, 91:9
**surrogate** [1] - 171:20
**surrounding** [1] - 21:21
**survived** [1] - 61:4
**suspect** [1] - 37:5
**suspicion** [1] - 34:11
**suspicious** [3] - 121:14, 121:15, 237:21
**sustain** [1] - 174:25
**sweat** [6] - 236:25, 237:1, 237:5
**sweeping** [1] - 241:20
**sworn** [1] - 20:23
**sworn)** [4] - 33:4, 69:20, 99:1, 137:10
**symptoms** [2] - 107:3, 138:21
**system** [6] - 69:14, 138:5, 138:18, 144:25, 148:13, 155:12

## T

**T-A-N** [1] - 99:8
**T-A-T-E** [1] - 137:17
**T-shirt** [5] - 105:19, 107:10, 107:15, 107:19, 107:24
**table** [3] - 136:20, 179:14, 256:6
**tail** [1] - 63:10
**tail-end** [1] - 63:10
**tailored** [1] - 29:14
**talks** [1] - 74:16
**tamaniotis@ equitylegal.net** [1] - 3:8
**tampering** [5] - 52:2, 124:18, 193:9, 195:13, 210:11
**tantamount** [2] - 64:1, 86:8
**tarnished** [1] - 154:1
**Tash** [1] - 145:7
**tasks** [1] - 241:20
**Tate** [145] - 5:19, 5:21, 6:16, 6:25, 7:9, 14:16, 14:19, 16:19, 16:25, 17:1, 17:2, 17:4, 17:7, 17:16, 18:14, 19:22, 26:21, 29:19, 33:25, 34:4, 36:24, 37:8, 38:6, 38:10, 39:11, 39:19, 40:14, 41:18, 42:1, 42:4, 42:21, 43:7, 43:15, 44:14, 47:25, 51:15, 54:12, 54:13, 54:19, 56:4, 56:5, 58:25, 60:15, 66:3, 69:4, 69:6, 69:17, 69:19, 71:14, 71:16, 71:17, 71:18, 71:21, 72:7, 74:10, 75:3, 79:10, 79:12, 87:6, 98:10, 98:21, 99:7, 112:8, 113:6, 113:12, 117:16, 122:1, 124:1, 124:6, 124:9, 136:3, 136:19, 136:23, 137:9, 138:18, 142:11, 149:8, 153:4, 155:25, 161:24, 164:3, 170:22, 171:15, 180:20, 184:4, 193:1, 193:12, 194:20, 195:14, 195:19, 195:24, 196:8, 196:12, 196:14, 196:16, 196:18, 197:4, 197:7, 199:8, 202:25, 203:21, 204:13, 204:16, 205:6, 205:19, 206:25, 227:11, 231:18, 239:13, 240:24, 241:17, 243:23, 244:4, 245:10, 245:13, 245:14, 245:19, 245:20, 249:14, 250:20, 253:6, 253:11, 253:20, 257:23, 258:3, 259:12, 265:8, 265:10, 265:12, 265:13, 265:14, 265:15, 266:7, 268:5, 270:14, 270:15, 270:25, 271:1
**TATE** [7] - 1:8, 3:23, 4:4, 99:1, 99:7, 137:10
**Tate's** [8] - 19:2, 29:12, 64:25, 77:18, 238:18, 244:14, 268:11
**Tates** [17] - 36:22, 37:7, 41:10, 43:4, 52:12, 52:16, 53:1, 206:13, 231:1, 232:3, 234:18, 238:8, 239:22, 241:14, 247:6, 247:14, 270:18
**Tates's** [1] - 182:12
**tattoo** [1] - 200:14
**taught** [1] - 16:22
**taunting** [1] - 199:16
**tax** [3] - 83:24, 85:12, 86:15
**TCA** [11] - 36:25, 37:3, 37:15, 37:22, 40:4, 45:13, 45:20, 48:11, 48:17, 49:7, 152:24
**teach** [3] - 74:4, 169:4, 169:7
**team** [6] - 24:1, 116:13, 118:22, 139:10, 140:20, 257:15
**tecum** [1] - 226:13
**teeth** [1] - 187:16
**telephone** [4] - 15:3, 15:4, 15:8, 260:4
**television** [2] - 238:16, 238:17
**temporal** [1] - 216:22
**ten** [25] - 17:8, 35:25, 36:1, 65:20, 84:15, 85:16, 86:15, 100:2, 105:23, 107:11, 117:18, 118:1, 143:17, 144:14, 145:3, 145:17, 145:18, 150:11, 150:25, 152:1, 159:17, 169:21, 170:17, 240:19, 244:1
**ten-year** [2] - 145:17, 145:18
**tens** [1] - 17:3
**term** [2] - 105:10, 198:12
**terms** [11] - 86:4, 101:7, 101:14, 103:19, 121:3, 127:16, 173:10, 209:1, 249:19, 261:1, 271:12
**terrible** [1] - 150:20
**territorial** [1] - 26:10
**terror** [1] - 138:21
**test** [12] - 8:18, 14:4, 21:7, 21:13, 34:8, 34:12, 49:6, 66:19, 188:24, 193:15, 266:15, 268:3
**testificandum** [1] - 228:14
**testified** [29] - 47:4, 47:14, 52:11, 88:4, 88:7, 90:12, 93:20, 96:7, 96:12, 103:5, 117:14, 124:6, 125:4, 129:5, 130:13, 130:23, 131:2, 170:22, 171:20, 173:2, 193:21, 214:4, 244:6, 250:21, 251:13, 253:7, 253:18, 254:1, 265:19
**testify** [8] - 19:3, 31:23, 90:19, 99:13, 136:24, 164:8, 183:9, 242:20
**testifying** [1] - 88:21
**testimony** [32] - 35:7, 35:12, 95:20, 95:23, 114:15, 131:20, 134:7, 164:7, 166:24, 169:8, 170:23, 172:3, 173:12, 173:14, 174:15, 178:21, 200:11, 200:21, 221:10, 221:15, 221:16, 221:23, 221:25, 222:9, 230:5, 239:16, 250:17, 253:11, 253:23, 257:4, 270:22, 274:21
**testing** [1] - 85:7
**text** [5] - 146:20, 164:18, 204:2, 206:21, 227:16
**texted** [1] - 80:11
**texts** [2] - 82:14, 202:7
**THE** [320] - 1:11, 1:14, 2:2, 2:7, 5:3, 5:18, 6:13, 8:7, 9:9, 10:6, 11:14, 11:16, 11:24, 12:22, 13:15, 13:21, 17:23, 18:2, 18:19, 18:23, 19:4, 19:7, 19:20, 20:11, 20:13, 20:15, 23:25, 24:16, 24:18, 25:1, 25:9, 25:16, 31:9, 31:14, 31:20, 32:2, 32:6, 32:9, 32:13,

32:17, 32:19, 32:22, 33:1, 33:5, 33:6, 33:8, 33:10, 33:12, 33:14, 34:13, 34:14, 34:16, 34:17, 34:18, 34:19, 34:21, 35:1, 35:8, 35:25, 36:2, 36:4, 36:6, 36:18, 43:24, 44:1, 44:2, 44:7, 53:15, 53:22, 54:1, 54:6, 55:16, 56:15, 56:18, 56:19, 56:23, 57:2, 57:4, 57:12, 57:14, 57:15, 57:25, 60:4, 60:9, 60:17, 60:25, 64:14, 66:25, 67:17, 67:23, 68:1, 68:6, 68:8, 68:12, 68:13, 68:16, 68:17, 68:20, 68:24, 69:1, 69:3, 69:8, 69:14, 69:21, 69:22, 69:25, 70:2, 70:24, 70:25, 71:3, 94:25, 95:19, 96:2, 96:3, 96:18, 96:19, 96:20, 96:25, 97:1, 97:3, 97:7, 97:14, 97:15, 97:17, 97:19, 97:21, 98:15, 98:17, 98:18, 98:22, 98:24, 98:25, 99:2, 99:3, 99:4, 99:5, 99:7, 107:21, 107:24, 108:2, 118:5, 118:9, 120:14, 120:18, 121:16, 121:18, 121:19, 121:20, 121:21, 121:25, 125:15, 125:22, 125:25, 126:4, 126:8, 126:11, 126:15, 126:20, 126:23, 127:2, 127:5, 127:8, 127:14, 127:22, 128:6, 128:9, 128:15, 128:20, 128:23, 128:25, 132:19, 132:23, 134:14, 134:18, 136:19, 136:21, 136:22, 136:25, 137:3, 137:5, 137:7, 137:11, 137:12, 137:17, 137:19, 138:18, 138:24, 138:25, 139:1, 139:2, 141:7, 142:11, 142:13, 142:14, 142:15, 148:25, 149:8, 149:10, 149:11, 155:25, 156:1, 156:2, 156:3, 156:4, 157:16, 158:16, 159:19, 160:19, 160:22, 160:25, 161:2, 161:10, 161:12, 161:13, 178:3, 179:14, 179:22, 180:2, 180:10, 180:14, 181:3, 181:6, 181:12, 181:16, 181:18, 184:13, 185:4, 185:6, 186:13, 188:2, 189:3, 189:9, 189:14, 189:19, 189:23, 190:11, 190:18, 190:20, 191:1, 191:10, 191:14, 191:19, 191:22, 192:1, 192:5, 192:7, 195:3, 195:5, 195:7, 195:10, 195:23, 196:1, 196:5, 196:7, 196:14, 196:20, 197:16, 197:18, 197:23, 198:3, 198:22, 201:9, 201:17, 201:20, 201:23, 202:1, 202:4, 202:7, 202:10, 202:15, 202:18, 202:21, 203:1, 203:4, 203:22, 204:2, 204:5, 204:9, 204:11, 227:2, 227:6, 227:18, 250:23, 251:1, 252:2, 252:24, 253:1, 254:18, 254:23, 255:1, 256:10, 256:15, 258:4, 258:6, 259:18, 260:16, 260:24, 265:10, 265:12, 266:18, 266:22, 267:9, 267:13, 267:17, 268:9, 268:18, 268:25, 269:5, 269:14, 269:25, 272:1, 272:3, 272:16, 273:7, 273:17, 273:22, 274:7, 274:15, 275:1, 275:6

**theater** [1] - 144:7

**theirs** [1] - 213:24

**themselves** [28] - 15:22, 39:20, 49:14, 61:20, 62:15, 65:25, 124:13, 142:6, 148:20, 150:8, 158:10, 199:2, 201:8, 206:20, 207:6, 207:18, 213:10, 214:6, 218:5, 245:4, 253:9, 253:10, 254:7, 259:3, 259:4, 259:14, 260:9, 261:2

**theoretical** [1] - 255:19

**theories** [2] - 121:15, 258:2

**theory** [4] - 28:5, 146:9, 186:20, 188:23

**thereafter** [2] - 7:17, 275:5

**therefor** [3] - 20:18, 58:14, 228:23

**therefore** [3] - 21:7, 28:5, 217:4

**they've** [47] - 15:4, 15:7, 15:11, 22:4, 51:24, 52:1, 122:7, 152:17, 172:10, 191:6, 204:21, 207:21, 208:16, 213:21, 213:22, 215:1, 223:11, 225:13, 226:5, 226:6, 227:11, 227:12, 227:13, 227:15, 227:23, 228:1, 230:14, 230:20, 239:16, 240:1, 240:7, 240:15, 241:5, 250:16, 251:13, 251:14, 253:9, 256:3, 256:4, 257:16, 260:2, 261:19, 264:14, 270:12, 273:5, 273:24

**thinking** [5] - 18:6, 73:17, 86:23, 144:21, 170:15

**thinks** [1] - 97:8

**third** [6] - 15:25, 42:3, 56:25, 183:13, 191:14, 253:17

**Thomas** [2] - 6:9, 117:20

**THOMAS** [1] - 3:6

**thoughtful** [1] - 78:3

**thousand** [8] - 65:22, 112:6, 134:5, 144:3, 146:19, 149:23, 162:4, 249:17

**thousands** [7] - 161:25, 166:19, 167:1, 167:12, 167:20, 231:20

**threat** [2] - 28:23, 174:7

**threaten** [1] - 150:17

**threatens** [1] - 73:10

**three** [33] - 19:12, 24:12, 30:17, 59:16, 64:16, 85:15, 91:21, 101:1, 103:14, 114:21, 115:11, 130:23, 141:14, 151:7, 154:18, 165:6, 165:8, 165:11, 172:15, 172:22, 173:17, 174:22, 175:4, 175:6, 192:11, 239:17, 244:10, 244:16, 244:17, 244:24, 245:19, 253:25, 272:20

**threw** [1] - 158:24

**throat** [1] - 107:8

**throughout** [9] - 8:23, 9:24, 18:4, 20:7, 25:13, 25:19, 51:25, 56:11, 242:19

**throwing** [1] - 105:14

**thumb** [3] - 67:13, 118:6, 191:15

**Thursday** [1] - 272:12

**ticket** [1] - 99:16

**tied** [1] - 200:4

**ties** [1] - 199:14

**timeline** [1] - 176:21

**timely** [1] - 68:18

**timing** [2] - 121:15, 198:5

**today** [37] - 6:9, 8:2, 9:2, 25:8, 25:17, 36:25, 38:24, 45:8, 66:20, 94:1, 99:11, 103:16, 114:24, 127:1, 132:14, 137:24, 151:25, 153:12, 170:1, 176:13, 180:1, 190:16, 200:10, 200:15, 208:17, 209:17, 210:1, 210:4, 218:21, 222:2, 225:4, 240:14, 249:22, 251:8, 251:13, 262:16, 272:12

**today's** [1] - 164:5

**together** [10] - 72:10, 74:19, 74:20, 81:18, 145:18, 148:12, 187:25, 236:18, 246:18, 247:10

**toilet** [1] - 100:4

**Toledo** [16] - 185:25, 186:2, 246:2, 246:16, 246:22, 246:24, 247:7, 247:23, 248:13, 248:16, 248:21, 248:23, 249:8, 250:4, 250:5, 250:6

**tolerated** [1] - 15:13

**took** [17] - 107:6, 117:11, 119:25, 130:10, 146:22, 156:23, 157:7, 168:7, 171:11, 171:16, 199:10, 205:11, 206:1, 213:2, 231:9, 240:18, 253:6

**Top** [36] - 16:20, 16:25, 17:7, 77:7, 77:9, 77:12, 77:13, 77:23, 110:8, 110:9, 110:11, 110:15, 111:7, 111:8, 111:9, 111:10, 112:3, 112:7, 113:4, 113:7, 113:12, 143:1, 143:2, 149:21, 150:4, 150:6, 151:5, 169:2, 169:10, 265:7, 265:20, 266:5, 266:6, 270:6

**top** [7] - 49:19, 93:15, 100:10, 110:12, 130:3, 193:8, 199:22

**Torres** [3] - 215:4, 220:25, 223:21

**torture** [1] - 99:18

**torturous** [3] - 130:13, 139:4, 178:10

**total** [8] - 120:4, 170:2, 195:21, 239:20, 240:14, 240:16, 240:19

**totality** [2] - 16:10, 263:7

**totally** [1] - 11:6

**touch** [1] - 58:4

**touched** [2] - 39:13, 227:3

**touching** [1] - 59:2

**tough** [1] - 186:4

**towards** [10] - 60:10, 60:12, 73:1, 73:4, 73:18, 79:2, 79:7, 79:8, 142:20, 182:9

**toys** [1] - 148:19

**track** [6] - 8:20, 11:4, 12:3, 30:15, 211:4, 264:25

**tracked** [1] - 204:25

**tracking** [1] - 81:23

**traction** [1] - 110:17

**tradition** [1] - 109:9

**traditional** [1] - 206:16

**trafficked** [2] - 165:24, 253:21
**trafficker** [5] - 64:4, 110:4, 110:5, 110:6, 156:9
**trafficking** [19] - 59:23, 62:16, 64:13, 83:24, 85:12, 114:7, 114:16, 117:9, 124:14, 124:15, 125:2, 133:20, 158:15, 158:19, 158:25, 193:7, 218:9, 222:2, 253:22
**train** [2] - 104:2, 150:7
**tramites** [1] - 269:20
**transactions** [1] - 269:20
**transcribe** [1] - 138:23
**transcript** [2] - 138:21, 178:5
**transcription** [5] - 5:1, 68:21, 68:23, 275:7, 275:11
**TRANSCRIPTION** [1] - 1:6
**transferred** [2] - 114:14, 114:15
**translate** [1] - 269:22
**translation** [2] - 203:2, 204:6
**translations** [1] - 269:17
**transmission** [1] - 217:8
**travel** [56] - 7:20, 21:19, 25:19, 25:24, 26:10, 27:8, 27:14, 29:8, 29:24, 38:14, 38:17, 39:14, 39:17, 57:18, 58:12, 65:1, 74:8, 81:3, 81:6, 81:12, 81:13, 89:4, 89:12, 89:15, 89:16, 89:17, 89:18, 89:22, 89:24, 90:1, 90:2, 95:10, 109:11, 122:17, 123:2, 176:21, 177:4, 177:9, 178:18, 194:16, 199:4, 199:6, 199:15, 204:20, 204:21, 204:25, 205:1, 205:8, 205:13, 205:21, 206:5, 213:4, 228:1, 251:4, 264:4
**traveled** [7] - 7:23, 30:4, 47:4, 90:9, 156:20, 171:24, 178:8
**traveling** [7] - 90:6, 93:23, 94:10, 94:19, 157:7, 205:2, 225:13
**travelled** [1] - 213:4
**travels** [4] - 95:7, 95:13, 116:2, 149:23
**tray** [1] - 131:14
**treat** [2] - 126:6, 162:25
**treated** [2] - 78:8, 261:19
**treating** [4] - 188:19, 188:21, 191:1, 249:5
**treatment** [2] - 117:12, 143:10
**treats** [1] - 76:23
**Treaty** [1] - 210:16
**treaty** [20] - 9:18, 9:19, 10:20, 186:10, 212:3, 212:4, 212:6, 212:20, 213:6, 213:12, 214:13, 214:14, 214:25, 216:2, 216:4, 216:12, 219:8, 223:2, 230:2
**treaty's** [1] - 216:11
**trial** [25] - 7:4, 7:5, 11:11, 16:5, 21:13, 23:5, 23:20, 38:7, 50:5, 54:12, 54:16, 61:6, 153:11, 155:4, 173:7, 228:4, 228:12, 228:18, 229:8, 230:12, 258:3, 258:12, 258:22
**trial-ready** [1] - 16:5
**trials** [1] - 13:2
**tribunal** [3] - 22:14, 23:8, 26:4
**tried** [12] - 12:13, 103:12, 107:6, 123:19, 131:18, 164:16, 165:7, 165:10, 172:9, 185:12, 230:14
**tries** [1] - 262:4
**trillionaire** [3] - 113:13, 113:17, 144:6
**trip** [6] - 63:10, 65:25, 101:21, 157:7, 197:5, 271:6
**trips** [5] - 58:3, 178:12, 178:18, 178:19, 227:13
**Tristan** [95] - 5:19, 15:5, 22:16, 26:6, 26:15, 26:21, 29:11, 29:19, 33:25, 36:24, 38:6, 38:10, 38:16, 40:7, 41:20, 43:15, 47:25, 51:15, 56:5, 58:25, 59:15, 60:15, 64:10, 64:25, 69:4, 75:3, 75:4, 75:5, 75:14, 75:22, 76:2, 76:7, 76:10, 76:14, 76:17, 76:20, 77:18, 77:22, 79:12, 81:3, 81:21, 81:23, 82:2, 82:4, 82:18, 83:8, 83:9, 83:10, 83:13, 85:25, 86:20, 86:24, 87:5, 93:11, 93:14, 93:20, 94:2, 94:12, 98:21, 99:7, 99:8, 99:11, 117:16, 124:9, 136:3, 136:17, 139:4, 140:25, 147:8, 148:6, 148:9, 154:19, 173:24, 173:25, 174:8, 193:6, 194:14, 194:20, 195:19, 200:18, 201:6, 202:24, 203:21, 204:16, 206:22, 206:25, 245:10, 245:14, 245:20, 265:8, 265:12, 265:13, 265:14, 268:11
**TRISTAN** [3] - 1:8, 3:23, 99:1
**Tristan's** [9] - 22:25, 23:9, 28:3, 75:11, 76:1, 139:20, 174:15, 179:11, 268:15
**trouble** [1] - 81:23
**true** [20] - 46:21, 62:19, 62:20, 64:2, 65:15, 115:16, 124:7, 130:10, 133:18, 133:21, 133:22, 150:5, 166:6, 171:8, 173:22, 175:3, 175:6, 177:14, 201:11, 266:22
**truly** [4] - 61:10, 66:21
**trust** [4] - 138:11, 148:10, 174:9, 265:1
**truth** [5] - 29:10, 86:25, 87:1, 251:10, 271:8
**truthfully** [2] - 141:7, 167:6
**try** [17] - 14:15, 17:6, 66:25, 74:6, 104:1, 111:4, 122:17, 136:1, 140:14, 144:21, 151:1, 172:25, 197:10, 210:21, 219:16, 219:18, 259:4
**trying** [29] - 11:1, 13:11, 13:21, 14:1, 14:10, 60:9, 74:4, 79:8, 81:23, 105:20, 110:12, 115:24, 119:8, 128:1, 128:25, 146:10, 152:21, 164:25, 180:14, 187:9, 210:7, 210:8, 211:23, 233:7, 253:19, 263:3, 271:2
**tuck** [1] - 109:10
**tumbling** [1] - 121:7
**Turkey** [10] - 157:7, 157:9, 157:18, 157:24, 159:9, 159:11, 159:15, 159:21, 178:15
**turn** [2] - 182:24, 188:1
**turned** [10] - 51:12, 63:19, 176:19, 236:8, 236:13, 236:22, 237:14, 237:25, 238:9, 254:15
**turns** [1] - 257:12
**tweet** [3] - 65:6, 133:13, 133:23
**tweeted** [4] - 82:9, 158:15, 158:19, 158:25
**tweets** [4] - 64:9, 65:16, 65:20, 82:14
**twice** [3] - 61:22, 236:8, 236:13
**twist** [1] - 86:10
**Twitter** [6] - 118:2, 148:23, 166:20, 174:19, 244:14, 249:15
**Twitter@Cobratate** [1] - 160:6
**Twix** [2] - 103:16, 261:17
**two** [72] - 7:17, 11:4, 12:10, 20:7, 20:8, 26:12, 27:25, 41:22, 58:18, 59:15, 65:11, 67:9, 67:18, 68:2, 71:17, 95:20, 101:1, 103:3, 103:5, 105:10, 106:9, 106:12, 106:14, 106:17, 113:17, 117:10, 120:10, 122:23, 130:23, 141:17, 151:7, 157:24, 164:24, 165:12, 169:16, 173:18, 182:12, 188:12, 191:6, 197:4, 201:1, 205:14, 206:9, 215:7, 215:15, 226:10, 231:7, 232:25, 233:5, 233:17, 237:16, 239:23, 240:10, 240:22, 241:7, 242:17, 247:18, 251:19, 252:17, 253:3, 253:5, 254:7, 258:8, 259:15, 261:5, 262:13, 262:25, 263:3, 264:23, 265:8, 271:21
**two-a-day** [1] - 247:18
**type** [1] - 66:7
**typical** [1] - 40:6
**typically** [1] - 246:15

## U

**U.s** [1] - 1:22
**U.S** [14] - 2:2, 8:9, 42:18, 55:19, 185:11, 214:12, 245:7, 263:22, 264:3, 264:5, 264:13, 264:23, 265:1
**Uganda** [1] - 63:1
**ugly** [1] - 143:8
**UK** [153] - 6:10, 6:18, 7:6, 7:9, 7:10, 7:12, 7:15, 7:16, 7:17, 8:4, 8:5, 8:22, 9:20, 12:8, 12:13, 13:19, 18:25, 21:25, 22:10, 30:23, 31:11, 31:19, 33:9, 33:22, 33:23, 36:22, 36:24, 37:1, 37:5, 37:6, 37:9, 37:10, 37:13, 37:21, 38:2, 38:8, 38:9, 38:11, 38:14, 38:17, 38:24, 39:2, 39:10, 39:12, 39:15, 39:23, 39:25, 40:15, 40:21, 40:22, 40:24, 40:25, 41:11, 41:16, 41:17, 41:19, 41:25, 42:4, 42:7, 42:15, 42:18, 42:21, 42:23, 43:6, 43:8, 44:15, 45:13, 45:21, 46:23, 47:2, 47:5, 47:10, 47:14, 47:18, 49:4, 50:3, 50:19, 50:25, 51:1, 51:22, 52:12, 52:17, 54:13,

54:14, 55:7, 60:25, 65:2, 85:8, 88:12, 88:15, 88:17, 116:10, 119:15, 123:9, 164:14, 164:25, 165:1, 175:22, 175:23, 176:6, 186:20, 193:24, 207:23, 211:8, 211:23, 212:4, 212:9, 212:11, 212:13, 212:18, 213:2, 213:6, 213:12, 213:25, 214:3, 214:5, 215:22, 216:8, 217:22, 218:4, 218:6, 219:3, 219:5, 220:12, 220:15, 221:1, 221:9, 222:25, 229:18, 229:25, 230:2, 231:20, 253:19, 257:9, 262:23, 262:25, 263:6, 263:10, 263:14, 263:15, 263:23, 264:4, 264:15, 265:4, 270:19, 271:15, 271:16, 271:19
**UK's** [2] - 214:10, 215:25
**ultimate** [4] - 10:2, 25:23, 182:9, 216:19
**ultimately** [3] - 123:10, 212:24, 215:19
**um-hmm** [5] - 88:20, 94:16, 106:1, 112:15, 122:6
**unable** [4] - 27:10, 171:1, 228:17, 272:10
**unavailable** [4] - 226:17, 226:20, 226:21
**unceasing** [1] - 107:14
**unconditionally** [1] - 39:12
**unconscious** [1] - 193:2
**uncooperative** [1] - 221:10
**uncorroborated** [3] - 221:22, 222:9, 250:11
**undefined** [1] - 270:19
**under** [46] - 8:7, 8:9, 9:11, 10:8, 14:17, 15:23, 19:8, 22:15, 22:16, 22:23, 26:9, 26:15, 28:19, 34:8, 34:23, 42:23, 46:21, 68:1, 135:4, 160:4, 160:5, 160:6, 174:7, 186:16, 193:16, 195:21, 196:21, 200:3, 204:2, 209:18, 209:21, 218:6, 229:25, 230:1, 232:7, 250:15, 251:8, 252:16, 252:20, 253:6, 260:8, 261:2, 266:8, 266:15, 268:8, 275:3
**underlined** [1] - 51:7
**underlying** [1] - 183:25
**underneath** [2] - 131:13, 131:15
**undersigned** [1] - 236:7
**understood** [8] - 19:17, 134:16, 158:3, 189:23, 191:24, 268:18, 269:6, 274:24
**undertaking** [1] - 39:5
**unfair** [1] - 172:6
**unfettered** [1] - 199:4
**unfortunately** [3] - 147:19, 170:11, 190:5
**unfounded** [1] - 22:14
**unidentified** [2] - 221:10, 221:16
**unintelligible** [4] - 70:20, 74:23, 75:25, 85:14
**unintelligible)** [2] - 69:18, 167:9
**uninterrupted** [1] - 258:17
**unique** [10] - 61:10, 209:8, 210:25, 215:9, 215:16, 222:21, 222:23, 223:2, 223:14, 223:19
**unit** [16] - 102:10, 102:24, 103:15, 105:11, 105:18, 106:7, 111:9, 115:5, 115:13, 116:16, 139:4, 139:10, 139:17, 140:20, 144:10, 152:10
**united** [1] - 3:13
**UNITED** [3] - 1:1, 1:4, 1:12
**United** [83] - 1:18, 5:4, 5:19, 5:20, 5:25, 6:2, 6:3, 6:5, 9:13, 10:19, 10:21, 12:18, 12:19, 13:3, 26:18, 26:22, 27:14, 29:18, 30:10, 52:19, 54:10, 59:1, 63:4, 64:24, 65:1, 65:11, 65:23, 69:4, 69:5, 98:9, 99:17, 115:15, 117:4, 117:17, 119:8, 121:6, 122:25, 123:5, 141:4, 181:23, 182:3, 186:10, 186:19, 187:3, 187:9, 194:7, 209:7, 210:18, 211:20, 212:2, 212:5, 212:9, 212:20, 213:11, 214:15, 214:22, 216:8, 217:23, 219:4, 219:7, 221:14, 221:20, 221:21, 222:24, 229:11, 229:16, 230:2, 246:25, 259:9, 263:4, 263:12, 263:16, 264:7, 264:24, 271:18, 271:20, 271:22, 275:15
**universally** [1] - 223:1
**universe** [1] - 142:20
**University** [1] - 168:14
**unknown** [1] - 206:11
**unless** [3] - 43:1, 151:11, 239:13
**unlike** [3] - 11:3, 109:7, 273:12
**unlimited** [1] - 143:4
**unnecessary** [1] - 28:12
**unpack** [1] - 99:23
**unpleasant** [1] - 107:13
**unprecedented** [1] - 43:17
**unrelated** [1] - 20:8
**unrestricted** [1] - 206:16
**unsupported** [1] - 246:10
**untoward** [1] - 257:19
**untrue** [1] - 207:14
**unusual** [4] - 60:13, 223:5, 223:10, 266:16
**up** [73] - 12:16, 16:9, 32:17, 40:2, 56:22, 58:19, 59:11, 59:15, 60:17, 61:7, 63:13, 63:15, 64:6, 64:23, 64:24, 66:6, 66:9, 67:21, 68:10, 95:19, 100:13, 110:2, 111:10, 111:21, 114:8, 114:25, 116:5, 123:4, 128:23, 131:4, 134:2, 138:3, 141:19, 143:12, 144:12, 144:16, 145:19, 146:14, 146:23, 148:22, 152:15, 152:19, 154:24, 155:16, 158:8, 158:12, 158:14, 161:23, 162:23, 168:2, 170:15, 170:18, 170:25, 172:24, 176:8, 176:16, 178:4, 179:20, 189:17, 194:2, 197:14, 202:3, 202:8, 203:18, 211:3, 225:11, 229:9, 240:18, 255:8, 262:20, 266:18, 270:8, 272:25
**upcoming** [2] - 272:11, 273:3
**updated** [1] - 160:15
**upheld** [2] - 23:3, 221:22
**upload** [2] - 191:17, 204:7
**urge** [1] - 95:24
**urgency** [10] - 186:13, 186:16, 215:23, 216:4, 216:10, 216:21, 217:4, 217:14, 217:15, 217:18
**urgent** [3] - 216:1, 216:16, 217:9
**USAO** [1] - 1:15
**uses** [5] - 16:21, 18:14, 257:17
**usual** [1] - 104:22
**Uzbekistan** [1] - 178:15

## V

**vacation** [1] - 117:11
**vacuum** [1] - 30:15
**vaginally** [2] - 166:12, 193:2
**vain** [1] - 104:5
**valid** [5] - 123:1, 129:18, 203:11, 203:25, 204:3
**value** [3] - 148:18, 151:11, 170:3
**vans** [1] - 85:16
**Vanuatu** [1] - 65:11
**varies** [1] - 175:9
**various** [4] - 24:2, 44:15, 134:6, 258:2
**vegetables** [1] - 149:25
**vehicle** [2] - 133:5, 133:7
**vehicles** [3] - 206:15, 207:4, 207:16
**veins** [1] - 149:23
**Velazco** [1] - 275:14
**VELAZCO** [2] - 3:12, 275:14
**vendetta** [1] - 153:4
**ventilation** [5] - 233:12, 233:13, 233:15, 233:18, 234:9
**veracity** [1] - 60:14
**verbally** [1] - 197:7
**verbiage** [1] - 265:15
**verify** [1] - 204:20
**versa** [1] - 46:4
**version** [4] - 116:23, 120:12, 140:7, 232:19
**versus** [13] - 5:19, 5:20, 8:10, 58:18, 69:4, 69:5, 209:7, 221:14, 248:7, 259:10, 267:1, 267:5, 268:1
**vest** [1] - 36:11
**via** [3] - 139:11, 156:23, 274:10
**vice** [2] - 31:5, 46:4
**victim** [23] - 86:14, 114:10, 114:12, 114:13, 114:16, 117:9, 117:10, 124:7, 124:10, 124:12, 145:15, 145:22, 145:25, 163:14, 220:6, 221:16, 221:23, 221:25, 229:24, 229:25, 253:20, 253:21, 270:12
**victim's** [1] - 225:20
**victims** [24] - 22:21, 22:22, 116:25, 117:13, 117:16, 117:23, 124:13, 142:7, 142:8, 146:3, 146:4, 146:6, 152:25, 153:1, 166:2, 166:7,

166:9, 193:2, 195:16, 195:21, 225:17, 229:20, 230:14
**victory** [1] - 141:23
**video** [45] - 5:9, 17:7, 79:16, 79:19, 79:20, 79:22, 80:4, 115:8, 119:4, 121:1, 132:13, 132:18, 132:20, 134:2, 134:11, 139:12, 143:9, 143:20, 145:4, 145:5, 145:6, 145:13, 145:18, 145:19, 150:10, 150:12, 150:13, 150:14, 151:4, 152:4, 161:16, 162:1, 167:14, 193:12, 194:25, 195:2, 200:6, 200:13, 206:19, 206:22, 250:21, 260:4
**Video** [1] - 193:25
**videos** [30] - 16:17, 67:12, 80:14, 80:25, 95:11, 97:13, 97:23, 132:8, 132:11, 134:14, 142:6, 143:8, 143:17, 144:22, 145:3, 145:14, 145:21, 150:21, 150:24, 151:6, 151:15, 165:25, 190:20, 190:22, 191:16, 193:13, 200:2, 200:10, 204:13, 207:17
**Vidineac** [4] - 20:22, 26:25, 28:14, 28:19
**Vidineac's** [1] - 27:9
**view** [6] - 13:10, 211:4, 256:9, 256:21, 266:25, 267:24
**viewed** [1] - 27:2
**views** [1] - 144:16
**villain** [2] - 65:7, 65:21
**violate** [1] - 121:2
**violated** [6] - 5:16, 15:12, 28:24, 42:5, 194:11, 212:14
**violating** [1] - 194:17
**violence** [14] - 80:12, 96:14, 96:16, 97:5, 97:9, 97:13, 97:24, 98:2, 193:7, 193:22, 266:12, 270:8, 270:12, 270:18
**violent** [8] - 18:13, 73:17, 73:22, 75:22, 77:6, 79:10, 79:12, 156:11
**viral** [5] - 79:19, 110:25, 111:24, 113:18, 136:6
**virtually** [1] - 180:24
**visa** [1] - 121:6
**visibility** [1] - 184:5
**visible** [2] - 100:4, 184:20
**visit** [8] - 105:21, 121:6, 232:25, 236:5, 237:24, 238:9, 241:7, 241:8
**visitation** [3] - 237:4, 238:10, 238:13
**visitations** [1] - 238:14
**visited** [4] - 118:21, 229:1, 241:5, 241:6
**visiting** [6] - 234:23, 235:1, 235:6, 235:19, 237:3, 238:11
**visits** [11] - 15:1, 130:18, 231:6, 231:8, 231:9, 241:9, 241:12, 241:24, 242:7, 247:17, 247:18
**visual** [1] - 67:9
**vitamins** [1] - 243:23
**Vladimir** [9] - 122:10, 122:11, 122:19, 125:21, 200:20, 202:24, 203:18, 204:15, 230:3
**VO5** [1] - 243:17
**voice** [6] - 73:10, 73:13, 73:19, 73:22, 77:5, 200:14
**void** [1] - 142:4
**Volume** [1] - 195:8
**voluntarily** [2] - 39:11, 119:15
**voluntary** [2] - 21:5, 58:20
**volunteered** [1] - 115:22
**vs** [1] - 1:6
**vulgarities** [2] - 16:23, 18:5

## W

**wait** [12] - 7:13, 12:9, 12:20, 14:14, 155:25, 157:13, 176:10, 195:8, 263:6, 273:18, 274:4
**waited** [2] - 12:17, 84:4
**waiting** [4] - 84:20, 90:24, 205:20, 227:23
**walk** [12] - 14:25, 20:2, 101:9, 101:11, 105:24, 107:2, 130:8, 152:3, 152:5, 155:19, 242:15, 247:11
**walking** [1] - 206:22
**wall** [2] - 100:21, 162:24
**walls** [1] - 261:11
**wants** [6] - 112:1, 140:14, 174:11, 249:16, 265:17, 272:22
**warden** [1] - 108:12
**warrant** [29] - 6:22, 19:14, 22:8, 37:1, 37:3, 37:4, 37:22, 38:24, 40:4, 45:14, 45:20, 47:6, 48:17, 52:11, 152:24, 153:5, 157:12, 163:20, 183:19, 215:14, 216:1, 216:13, 217:9, 221:22, 222:20, 264:5, 265:4, 271:20
**warranting** [5] - 12:2, 182:20, 182:24, 183:11, 184:11
**warrants** [7] - 21:25, 37:15, 45:21, 45:24, 48:11, 49:7, 223:24
**Wash** [1] - 243:18
**Washington** [1] - 138:7
**washroom** [1] - 137:1
**waste** [1] - 139:5
**watch** [9] - 18:7, 18:9, 66:11, 123:6, 148:18, 148:24, 158:5, 184:19, 195:7
**watched** [3] - 66:8, 193:18, 193:19
**watches** [1] - 207:7
**watching** [2] - 16:17, 144:22
**water** [3] - 106:22, 107:10, 113:24
**watered** [1] - 68:12
**waters** [1] - 165:7
**wave** [1] - 78:16
**Waxman** [12] - 3:22, 3:24, 4:5, 6:1, 97:7, 125:22, 126:16, 126:20, 192:3, 195:23, 197:23, 250:23
**WAXMAN** [83] - 1:14, 6:1, 44:8, 53:11, 53:17, 54:7, 56:21, 56:24, 57:7, 57:9, 67:15, 67:20, 67:25, 68:5, 68:7, 87:22, 95:1, 96:4, 96:5, 97:4, 97:11, 97:22, 98:5, 118:12, 124:5, 125:20, 125:24, 126:2, 126:7, 126:10, 126:22, 126:24, 127:4, 127:7, 128:24, 129:3, 129:4, 132:15, 132:21, 133:1, 133:2, 134:10, 134:16, 139:19, 164:2, 178:2, 178:6, 179:7, 192:6, 192:8, 194:1, 195:4, 195:6, 195:9, 195:11, 195:24, 196:4, 196:6, 196:8, 196:11, 196:18, 196:21, 197:17, 197:21, 197:25, 198:2, 198:4, 198:21, 198:23, 200:7, 201:15, 201:19, 201:22, 202:16, 202:20, 202:22, 203:3, 203:25, 204:4, 204:8, 204:10, 204:12, 204:18
**waxman** [1] - 94:25
**ways** [3] - 16:24, 199:1, 262:20
**wealth** [2] - 206:12, 207:14
**wear** [1] - 155:18
**wearing** [1] - 106:12
**webs** [1] - 141:21
**website** [11] - 168:20, 168:21, 169:11, 169:13, 203:7, 203:9, 203:14, 237:3, 268:20, 269:10
**Wednesday** [3] - 273:18, 273:21, 273:22
**week** [25] - 14:23, 92:16, 100:23, 100:24, 100:25, 102:23, 130:23, 172:16, 173:18, 236:9, 236:11, 236:13, 239:17, 239:21, 242:19, 242:23, 243:5, 243:9, 243:10, 243:11, 243:12, 261:23
**weekdays** [1] - 239:18
**weeks** [7] - 41:22, 141:15, 142:17, 157:24, 174:25, 242:17
**weigh** [8] - 60:23, 66:18, 101:24, 102:1, 217:1, 218:11, 245:3, 245:5
**weighed** [7] - 101:25, 245:10, 245:11, 245:13, 245:14, 245:18, 245:20
**weighs** [3] - 64:19, 245:19, 245:20
**weight** [7] - 102:3, 174:17, 244:6, 244:8, 245:17, 245:22, 249:25
**weird** [2] - 153:1, 237:7
**welcome** [3] - 5:4, 59:3, 172:24
**well-settled** [1] - 219:6
**West** [2] - 227:3, 227:7
**west** [1] - 234:13
**Western** [1] - 238:20
**Westlaw** [7] - 180:8, 181:5, 181:8, 183:1, 185:3, 185:25, 256:11
**wet** [2] - 105:19, 107:24
**White** [1] - 112:22
**Whites** [1] - 112:23
**whole** [10] - 61:9, 64:3, 115:4, 147:8, 150:12, 150:14, 170:20, 170:23, 182:19, 241:13
**widely** [1] - 59:5
**wife** [2] - 181:22
**wife's** [1] - 229:14
**wild** [1] - 258:2
**willing** [4] - 39:11, 67:3, 253:24, 268:6
**willingly** [1] - 145:15
**win** [13] - 114:19, 114:20, 116:21, 119:8, 119:9, 121:8, 141:15, 141:17, 147:11, 148:3, 153:7, 170:14
**wind** [1] - 131:4
**wind-up** [1] - 131:4
**window** [2] - 100:5, 131:16
**winning** [5] - 115:3,

141:17, 148:4, 157:14, 175:20
**wins** [1] - 141:16
**Winslow** [2] - 183:16, 183:18
**wiped** [1] - 160:1
**wiseguy** [1] - 43:3
**wish** [2] - 167:25, 259:6
**wished** [1] - 90:1
**wishes** [2] - 53:13, 80:1
**witch** [1] - 118:25
**Witness** [1] - 57:16
**WITNESS** [40] - 4:3, 33:5, 33:8, 33:12, 34:14, 34:17, 34:19, 44:1, 56:18, 57:15, 69:21, 69:25, 70:24, 96:2, 96:19, 96:25, 97:3, 97:14, 97:17, 97:21, 98:17, 99:2, 99:4, 99:7, 120:18, 121:18, 121:20, 136:21, 137:11, 137:17, 138:24, 139:1, 141:7, 142:13, 142:15, 149:10, 156:1, 156:3, 160:25, 161:12
**witness** [44] - 16:16, 19:2, 23:12, 27:22, 31:6, 31:10, 31:12, 31:17, 32:4, 32:7, 32:8, 33:2, 33:4, 35:6, 35:7, 44:5, 46:12, 46:14, 51:8, 52:2, 63:21, 64:1, 69:11, 69:20, 76:13, 85:25, 87:20, 98:21, 99:1, 124:2, 132:18, 137:10, 193:9, 195:13, 210:11, 221:17, 250:17, 253:6, 253:18, 253:19, 265:9, 268:6, 270:13
**witnessed** [2] - 72:21, 76:10
**witnesses** [14] - 55:10, 63:23, 63:24, 124:18, 194:1, 194:10, 194:12, 194:15, 194:24, 221:10, 253:12, 254:1, 260:16, 270:10
**WITNESSES** [1] - 3:18
**woman** [8] - 78:6, 92:15, 114:10, 119:16, 145:25, 151:1, 165:13, 185:11
**women** [40] - 29:2, 76:19, 76:23, 78:5, 78:6, 78:7, 79:2, 79:7, 86:9, 96:15, 96:17, 97:6, 97:9, 97:13, 97:24, 98:2, 112:21, 114:5, 117:19, 117:20, 117:22, 142:24, 156:13, 164:13, 164:16, 164:24, 165:10, 165:11, 165:20, 165:23, 165:24, 166:11, 166:15, 166:17, 193:23, 270:9, 270:15, 271:1, 271:3, 271:9
**won** [4] - 120:11, 139:16, 140:18, 159:1
**wonder** [1] - 264:13
**wonderful** [1] - 74:18
**wondering** [1] - 264:2
**word** [6] - 9:23, 14:11, 133:19, 252:3, 269:20, 270:8
**words** [8] - 16:21, 18:14, 40:23, 138:1, 150:23, 162:14, 253:7, 270:6
**workday** [1] - 241:21
**works** [7] - 82:25, 111:13, 111:25, 242:18, 254:22, 263:2, 272:9
**world** [29] - 19:22, 25:20, 58:20, 64:4, 66:5, 66:8, 74:7, 81:7, 87:8, 111:15, 113:4, 130:12, 138:9, 141:21, 143:4, 144:8, 145:23, 146:19, 149:22, 155:19, 158:6, 158:11, 159:16, 159:18, 178:9, 225:14, 231:2, 231:23, 257:11
**World** [4] - 168:14, 168:21, 170:8
**world's** [1] - 113:12
**worse** [1] - 99:12
**worst** [1] - 175:1
**worth** [3] - 120:5, 170:1, 170:5
**worthy** [1] - 181:2
**would's** [1] - 182:23
**wow** [1] - 69:12
**wrap** [1] - 189:17
**wrestler** [2] - 152:2, 152:11
**Wright** [4] - 8:10, 267:1, 267:5, 267:25
**write** [2] - 177:5, 249:20
**written** [4] - 80:11, 162:3, 232:9, 251:14
**wrongdoing** [1] - 194:5
**wrongful** [3] - 63:7, 63:20, 63:25
**wrote** [2] - 162:3, 249:19
**WWE** [2] - 152:2, 152:10

**X**

**XI** [1] - 195:8

**Y**

**yacht** [18] - 113:7, 113:8, 132:9, 132:12, 134:1, 134:3, 134:5, 134:9, 135:4, 135:7, 135:9, 135:10, 149:14, 206:16, 206:23, 207:1
**yard** [4] - 101:11, 101:13, 101:14, 101:20
**Yasmin** [1] - 46:7
**YASSER** [2] - 2:2, 6:3
**Yasser** [1] - 6:3
**Year** [1] - 205:18
**year** [13] - 40:3, 42:19, 50:16, 52:3, 66:3, 70:21, 92:16, 92:17, 145:17, 145:18, 215:11, 215:12, 258:23
**years** [61] - 6:25, 7:7, 7:17, 8:10, 13:2, 27:19, 27:20, 30:17, 44:18, 59:16, 65:20, 70:17, 70:20, 71:19, 72:12, 86:15, 88:9, 88:15, 103:24, 104:11, 108:25, 110:16, 114:22, 115:11, 116:7, 122:16, 139:13, 143:17, 143:19, 143:23, 144:15, 145:3, 150:25, 152:1, 152:8, 152:12, 155:3, 155:10, 163:8, 163:10, 163:15, 175:20, 181:1, 181:25, 207:13, 215:7, 215:15, 215:16, 227:25, 253:10, 257:15, 259:22, 262:25, 263:3, 264:16, 264:18, 267:12, 267:24, 270:21
**yell** [1] - 75:22
**yelling** [1] - 151:10
**yellow** [1] - 55:25
**yesterday** [3] - 163:13, 191:7, 245:18
**yoga** [1] - 117:10
**York** [2] - 2:24, 218:18
**young** [2] - 103:22, 147:25
**younger** [4] - 104:9, 147:20, 170:13, 231:18
**youngest** [1] - 149:22
**yourself** [9] - 63:5, 64:3, 68:14, 108:9, 110:13, 151:12, 151:22, 151:25, 153:13

**Z**

**Zaddy** [1] - 169:23
**zebra** [1] - 66:12
**zero** [7] - 59:21, 87:9, 100:24, 108:7, 108:10, 160:5, 212:10