UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-cv-27049-DAMIAN

EMORY ANDREW TATE, and
TRISTAN TATE,
Petitioners,

v.

TODD BLANCHE,
United States Attorney General, et al.
_________________________________/

**ANDREW AND TRISTAN TATE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PETITION FOR HABEAS CORPUS**

Petitioners Emory Andrew Tate and Tristan Tate, by and through undersigned counsel, respectfully move this Court to extend the deadline to file their reply in support of the Petition for Writ of Habeas Corpus until Monday, November 2, 2026, and in support thereof state as follows:

1. On October 7, 2026, Emory Andrew Tate and Tristan Tate filed a Petition for Writ of Habeas Corpus. ECF#1.

2. On October 10, 2026, the Court entered an Order to Show Cause, requiring Respondents to show cause why the Petition should not be granted on or before October 21, 2026. ECF#10. The Court stated that Petitioners may, but are not required to, file a reply of no more than ten (10) pages within five (5) days after Respondents file their response. *Id*.

3. By paperless order on October 20, 2026, the Court extended the government's deadline to respond until Friday, October 23, 2026. ECF#16.

4. The government timely filed its response at 3:51 p.m. on that October 23, 2026. ECF#19. Under the Court's Order, the Tates' reply is due on October 28, 2026. *See* ECF#10.

5. Since the government's filing on Friday, lead counsel Howard Srebnick was preparing for and attending the October 27, 2026, sentencing hearing of Alon Alexander (and his brothers) in the Southern District of New York (Case No. 24-CR-676-VEC). Mr. Srebnick has not yet had a meaningful opportunity to study the government's response, confer with Petitioners and co-counsel, or work on preparing a reply.

6. Undersigned counsel has conferred with counsel for the government, who has no objection to Petitioners' proposed extension of time.

WHEREFORE, Petitioners respectfully request an extension of time, through and including Monday, November 2, 2026, to file their reply.

Respectfully submitted,

*/s/ Howard Srebnick*
HOWARD SREBNICK (FBN 919063)
HSrebnick@RoyBlack.com
JACKIE PERCZEK (FBN 042201)
JPerczek@RoyBlack.com
ALEXA KLEIN (FBN 1002299)
AKlein@RoyBlack.com
JAKE GOLDMAN (FBN 1074657)
JGoldman@RoyBlack.com

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131 / (305) 371-6421