**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-27049-CIV-DAMIAN**

**EMORY ANDREW TATE**
**Inmate #52354-506**
**and TRISTAN TATE**
**Inmate #52355-506,**

**Petitioners,**
**v.**

**UNITED STATES ATTORNEY GENERAL, *et al.*,**

**Respondents.**
_______________________________________/

## ORDER SETTING HEARING

**THIS CAUSE** came before this Court on Petitioners, Emory Andrew Tate and Tristan Tate's ("Petitioners"), Petition for a Writ of Habeas Corpus, filed on October 7, 2026. [ECF No. 1 ("Petition")].

THE COURT has reviewed the Petition and the pertinent portions of the record and is otherwise fully advised. Finding that a hearing on the issues presented is warranted, it is hereby

**ORDERED** that a Hearing on the Petition is set for November 30, 2026, at 9:30 a.m. The hearing will be conducted in Courtroom 4 at the U.S. Courthouse, 99 Northeast 4th Street, 10th Floor, Miami, Florida 33132.

Counsel for all parties shall appear in person and be prepared to address the Petition and any and all motions or pending matters in the case.

The United States Marshals Service is directed to transport Petitioners, (Emory Andrew Tate, # **52354-506** and Tristan Tate # **52355-506**) who are currently in custody at the Federal Detention Center in Miami, Florida, to the courthouse to appear in person at the scheduled hearing.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 2nd day of November, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

Cc: Counsel of record
The U.S. Marshal's Service