**U.S. Department of Justice**

Criminal Division

VAA:KH:JR:JFG:sb

*Office of International Affairs*

*Washington, D.C. 20530*

October 29, 2026

VIA FEDERAL EXPRESS

Howard Milton Srebnick
201 South Biscayne Boulevard
Suite 1300
Miami, FL 33131

**Re: Request for Legal Assistance from Romania**
**U.S. Ref. No.: CRM-182-87473**

Dear Mr. Srebnick:

I am employed by the Office of International Affairs, a component of the Criminal Division of the U.S. Department of Justice. This office is responsible for the transmission and execution of requests for assistance in criminal matters between the United States and Romania.

Romanian authorities have submitted a request for assistance asking us to serve Andrew Emory Tate III with the enclosed documents. We are forwarding the enclosed documents to you as the represented counsel for Mr. Tate at the request of Romanian authorities, are not otherwise involved in the proceedings in Romania and take no position concerning them. As counsel for Mr. Tate, please review these documents carefully for instructions and deadlines. If you have any questions concerning this matter, please contact the Romanian court directly or the Romanian consulate in your area.

Sincerely,

Vaughn A. Ary
Director

By:

Joni Forster Galvin

Joni Forster Galvin
Trial Attorney

Enclosures as described

*Translation from Romanian*

ROMANIA
BUCHAREST COURT
BD. UNIRII NR.37, SECTOR 3
BUCHAREST
FIRST CRIMINAL DIVISION – RIGHTS AND FREEDOMS
Room 239

**Recipient:**
**TATE EMORY ANDREW**
Miami, Federal Detention Center,
Miami, 33 NE 4th Street, Miami, Florida
33132, Registration Number 52355-506

**CASE FILE No. 27366/3/2026**
Legal subject area: Criminal
Procedural stage of the case file: Merits
Subject matter of the case file: Challenge to a precautionary measure (Article 250 of the Code of Criminal Procedure) – Order of 3 July 2026
Date of birth of the party:
Father's name: Mother's name:

**SUMMONS**
Issued on 13 October 2026

Dear Madam/Sir,

You are summoned to appear before this Court, Room 239, Panel of judges: cdl44, on 5 November 2026, at 10.00 a.m. as an **applicant** in the proceedings concerning Challenge to a precautionary measure (Article 250 of the Code of Criminal Procedure) – Order of 3 July 2026.

Please note that:

- The summoned party has the right to a lawyer to assist him at the trial; such a provision does not apply to witnesses.
- Legal assistance is provided when at least one of the lawyers of the summoned party is present; this provision does not apply to witnesses.
- In the cases referred to in Articles 90 and 93 para. 4 of Law no. 135/2010 on the Code of Criminal Procedure, defence is mandatory when the party does not choose a lawyer to represent them at the hearing set, the court shall appoint a defence counsel; this provision does not apply to witnesses.
- In order to exercise their right of defence, the summoned party may consult the case file in the court's archives; this provision does not apply to witnesses.

- The party who, personally, through a representative or freely-chosen defence counsel or through the official or the person in charge of receiving the correspondence, has been legally handed over the summons for a trial period is no longer summoned for subsequent trials, even if he/she fails to appear at any of those trials, except in cases where his/her presence is mandatory according to the law; this provision does not apply to witnesses.

In the event of unjustified failure to appear following summoning or evading the receipt of the summons, a person may be brought before the court on the basis of a warrant to appear.

**STAMP OF THE PRESIDENT OF THE COURT**
**(stamp)**
*Stamp – Romania, Bucharest Municipal Court, First Criminal Division*

**Signature of the Registrar,**
*Illegible signature*

*Translation from Romanian*

**LETTER OF INFORMATION**

**Attention to: TATE EMORY ANDREW,**
**with his last domicile at Miami, Federal Detention Center,**
**Miami, 33 NE 4th Street, Miami, Florida 33132, Registration Number 52355-506**

Pursuant to Article 260 of Law 135/2010 on the Romanian Code of Criminal Procedure,we hereby inform that we proceeded to publicly displaying this Summons on ................, time ..........., due to the fact that the requirements for the handing over of the procedural papers for case file no. **27366/3/2026** pending on the dockets of BUCHAREST COURT– First Criminal Division – Rights and Freedom, seated in BUCHAREST at BD. UNIRII NR. 37, SECTOR 3, ROMANIA, have not been fulfilled.

Please record that you still have the right to come and pick up the procedural documents after the public display hereof, however no later than 0 day, at the seat of the BUCHAREST COURT – First Criminal Division - Rights and Freedom, chamber .........., from Monday to Friday between .... If, for reasonable grounds, you cannot come within the 0-day term to pick up procedural papers, then they shall be considered as duly served on you at the expiry of such 0-day term.

Servant in charge with document handover: ......................
(name, title)
Signature: ....................................

---

Case no. 27366/3/2026, Criminal Matters - Merits
Trial date: 05 November 2026

Panel of judges –CDL44
Courtroom: 239

**PROOF OF HANDOVER**

On....................at..............,the undersigned ..............................(first name, given name, job title), with the following judicial documents to be handed over: an envelope containing the summons relating to the court case no. **27366/3/2026** pending on the dockets of BUCHAREST COURT – First Criminal Division - Rights and Freedom, seated in BUCHAREST at BD. UNIRII NR. 37, SECTOR 3, ROMANIA, I went to **Miami, Federal Detention Center, Miami, 33 NE 4th Street, Miami, Florida 33132, Registration Number 52355-506** the last domicile of **TATE EMORY ANDREW – applicant** in this criminal trial, where:

() The judicial documents have been delivered to the addressee at the place indicated by the court where the addressee signed for receipt acknowledgment /

() documents have been served on the addressee ................ (name) and he/she signed the acknowledgment /

() documents have been served on the addressee who signed the receipt acknowledgment at .........

*Translation from Romanian*

**The receiving person:**
Capacity:
( ) addressee
( ) spouse, kindred, person living with the addressee /
( ) building administrator / door keeper/
( ) servant or person in charge with receipt of communications /
( ) other capacities
( ) the addressee's signature could not be obtained – military/sick/detained/seagoing personnel
because.............................................................................................
**Signature: ..................................................**
**ID paper: (type, series and/or number):.......................................**

**Declarant**
Capacity:
( ) service processor /
( ) servant appointed for communications receipt by the military unit / harbour authorities
/ penitentiary management / administration of the medical unit or social services centre
**Signature: ..................................................**

*Translation from Romanian*

Case no. 27366/3/2026, Criminal Matters - Merits
Trial date: 05 November 2026

Panel of judges –CDL44
Courtroom: 239

## HANDOVER PROTOCOL

On ...... at..............., the undersigned ..................(first name, given name, job title), with the following judicial documents to be handed over: an envelope containing the summons relating to the court case no. **27366/3/2026** pending on the dockets of BUCHAREST COURT – First Criminal Division - Rights and Freedom, I went to **Miami, Federal Detention Center, Miami, 33 NE 4th Street, Miami, Florida 33132, Registration Number 52355-506** the last domicile of **TATE EMORY ANDREW – applicant** in the subject case, is detained, and where, where I prepared this Protocol on the following grounds:

() The judicial documents have been delivered to the spouse, kindred, person living with the addressee or receiving addressee's correspondence / building administrator/door keeper, the said...................., ID paper ...........series .... No....... signature .......... /

() the letter of information was publicly displayed and I send back the remainder of the documents to the issuing court because the addressee /spouse / kindred / person living with the addressee or receiving addressee's correspondence / building administrator/door keeper () is absent () refuses to sign for acknowledgment of receipt

()the addressee/spouse/kindred/person living with the addressee or receiving addressee's correspondence/building administrator/door keeper, the said*.........., ID paper.............series**.......no...., received the documents, but refused to sign the proof of handover/() received the documents, but he could not sign the proof of handover because ..........

() it was impossible for me to complete the service of process and therefore I return to the issuing court all the documents because () the building has been demolished ( ) the building is untenantable or unusable () the addressee no longer lives at that address ( ) fictitious registered office / the legal entity no longer runs business at this address / ( ) other reasons ...............................

**Declarant** (the service processor) (first name. last name, job title)....................

Signature: ..................

*) last name, first name, capacity or position – as appropriate; **) to be filled in if the summons is handed over according to Article 26(2) of the Criminal Procedure Code

---

Date of presentation

**PROOF/HANDOVER PROTOCOL**
To TRIBUNALUL BUCUREŞTI,

**Sectia I Penala – Drepturi si Libertati**
BD. UNIRII NR. 37, SECTOR 3,
BUCURESTI, ROMANIA

Date of return

Post Office: ...................
Registered letter no...........

Date of submission

**U.S. Department of Justice**

Criminal Division

VAA:KH:JR:JFG:sb

---

*Office of International Affairs*

*Washington, D.C. 20530*

October 29, 2026

VIA FEDERAL EXPRESS

Howard Milton Srebnick
201 South Biscayne Boulevard
Suite 1300
Miami, FL 33131

**Re: Request for Legal Assistance from Romania**
**U.S. Ref. No.: CRM-182-87473**

Dear Mr. Srebnick:

I am employed by the Office of International Affairs, a component of the Criminal Division of the U.S. Department of Justice. This office is responsible for the transmission and execution of requests for assistance in criminal matters between the United States and Romania.

Romanian authorities have submitted a request for assistance asking us to serve Tristan Tate with the enclosed documents. We are forwarding the enclosed documents to you as the represented counsel for Mr. Tate at the request of Romanian authorities, are not otherwise involved in the proceedings in Romania and take no position concerning them. As counsel for Mr. Tate, please review these documents carefully for instructions and deadlines. If you have any questions concerning this matter, please contact the Romanian court directly or the Romanian consulate in your area.

Sincerely,

Vaughn A. Ary
Director

By:

Joni Forster Galvin
Trial Attorney

Enclosures as described

*Translation from Romanian*:

**ROMANIA**
**BUCHAREST TRIBUNAL**
**BD. UNIRII NR.37, SECTOR 3**
**BUCHAREST**
**FIRST CRIMINAL DIVISION – RIGHTS AND FREEDOMS**
**Room 239**
**CASE FILE NO. 40306/3/2026**
**Subject Matter:** Criminal
**Procedural Stage:** Trial Court / First Instance
**Object of the Case:** Complaint against judicial supervision (Article 213 New Code of Criminal Procedure) order dated 31 August 2026
**Date of birth of party/participant: -**
**Father's Name: - Mother's Name: -**

**Addressee:**
**TATE TRISTAN**
Bucharest, BD REGINA MARIA NR. 23,
SC. A, ET.1, AP.3, SECTOR 4 –
**ADDRESS FOR SERVICE OF DOCUMENTS**
**LAW OFFICE VIDINEAC EUGEN CONSTANTIN**

**SUMMONS**
**issued on October 14, 2026**

Dear Madam / Sir,

You are summoned to appear before this court, Room 239, Panel CDL5, on **December 02, 2026, at 10:00 AM,** as **Defendant** in the case concerning the complaint against judicial supervision (Article 213 New Code of Criminal Procedure) order dated 31 August 2026.

**Please note that:**

- The summoned party has the right to be assisted by a defence counsel upon appearance at the scheduled hearing; this provision does not apply to witnesses.
- Legal assistance is ensured when at least one of the summoned party's chosen attorneys is present; this provision does not apply to witnesses.
- In the cases provided under Article 90 and Article 93(4) of Law no. 135/2010 on the Code of Criminal Procedure, legal defence is mandatory; if the party does not select a defence counsel to appear at the scheduled hearing, a court-appointed public defender will be assigned; this provision does not apply to witnesses.
- For the purpose of exercising the right to defence, the summoned party may consult the case file at the court registry; this provision does not apply to witnesses.
- A party who has been lawfully served a summons for a court hearing - personally, through a representative, chosen defence counsel, or through an employee/person authorized to receive correspondence - shall no longer be summoned for subsequent hearings, even if absent, except in situations where their presence is mandatory by law; this provision does not apply to witnesses.

In case of unjustified failure to appear following a summons or evasion from receiving the summons, a person may be brought before the court under a bench warrant.

**COURT HEAD'S SEAL**
*(Stamp)*

[Signature: illegible]

**Clerk's Signature,**
[Signature: illegible]

****************

*Translation from Romanian*:

**NOTICE**

**To the attention of: TATE TRISTAN**

**having last known domicile in Bucharest, BD REGINA MARIA NR. 23, SC. A, ET.1, AP.3, SECTOR 4 – ADDRESS FOR SERVICE OF DOCUMENTS LAW OFFICE VIDINEAC EUGEN CONSTANTIN**

In accordance with Article 260 of Law no. 135/2010 on the Code of Criminal Procedure, we hereby notify you that on .... . at .... . hours, we proceeded to display/post this notice, as the conditions for hand-delivering the envelope containing procedural documents related to Case No. **40306/3/2026** pending before **BUCHAREST TRIBUNAL, First Criminal Division – Rights and Freedoms,** located at Bd. Unirii nr. 37, sector 3, BUCHAREST, ROMANIA, were not met.

You are hereby informed that you are entitled to present yourself after .... . from the posting of this notice, but no later than **7 days**, to collect the procedural documents at the registry/seat of the court **BUCHAREST TRIBUNAL, First Criminal Division – Rights and Freedoms**, room .... ., on business days, between hours .... . Furthermore, please note that if, without justified reasons, you fail to appear for the service of documents within the 7-day period, the procedural documents shall be deemed served upon the expiration of this time limit.

**Serving Agent / Process Server**

*(Name, Surname, Position)*

Signature: ---

**Case File No.:** 40306/3/2026, Criminal – First Instance
**Hearing Date:** 02 December 2026
**Panel:** CDL5 | **Room:** 239

**PROOF OF SERVICE / RECEIPT OF SERVICE**

On .... . at .... . hours, I, *(Name, Surname, Position)*, having to deliver the envelope containing a summons in Case No. 40306/3/2026 pending before **BUCHAREST TRIBUNAL, First Criminal Division – Rights and Freedoms,** located at Bd. Unirii nr. 37, sector 3, BUCHAREST, ROMANIA, went to Bucharest, BD REGINA MARIA NR. 23, SC. A, ET.1, AP.3, SECTOR 4 – ADDRESS FOR SERVICE OF DOCUMENTS LAW OFFICE VIDINEAC EUGEN CONSTANTIN, last known domicile of Mr./Ms. **TATE TRISTAN – Defendant** in this trial, where:

( ) the documents were delivered to the addressee at the location designated by the court, and they signed the proof of service /

( ) the documents were delivered to Mr./Ms. *(Name, Surname)* .... . and they signed the proof of service /

( ) the documents were delivered to the addressee, who signed the proof of service, at location .... .

**Recipient**

**Capacity of Recipient:**

( ) Addressee /
( ) Spouse, relative, cohabitant of the addressee /
( ) Building manager or concierge /
( ) Official or person authorized to receive correspondence /
( ) Other capacity .... .

**Agent (Person who executed service)**

**Capacity of Agent:**

( ) Serving Agent / Process Server /

( ) Official designated to receive correspondence by the military unit, port authority, prison administration, medical or social care institution

Signature: ---

Identity Document: *(type, series, and/or number)* ---

( ) The signature of the addressee (military personnel / sick person / deprived of liberty / navigating personnel) could not be obtained because ----

Signature: ---

*Translation from Romanian*:

**Case File No.:** 40306/3/2026, Criminal – First Instance
**Hearing Date:** 02 December 2026
**Panel:** CDL5 | **Room:** 239

**OFFICIAL REPORT OF DELIVERY**

On .... . at .... . hours, having to deliver the envelope containing a summons in Case No. 40306/3/2026 pending before **BUCHAREST TRIBUNAL, First Criminal Division – Rights and Freedoms**, located at Bd. Unirii nr. 37, sector 3, BUCHAREST, ROMANIA, I went to Bucharest, BD REGINA MARIA NR. 23, SC. A, ET.1, AP.3, SECTOR 4 – ADDRESS FOR SERVICE OF DOCUMENTS LAW OFFICE VIDINEAC EUGEN CONSTANTIN, last known domicile of Mr./Ms. **TATE TRISTAN – Defendant** in this trial, where I drafted this Official Report for the following reasons:

( ) The procedural documents were handed over to the spouse / a relative / a cohabitant of the addressee or person receiving correspondence / building manager / concierge, named .... . ID Series .... . No. .... . Signature .... .

( ) The notice was posted and I return the remaining documents to the issuing court, because the addressee / spouse / relative / cohabitant or mail recipient / building manager / concierge [ ] are absent || [ ] refuse to receive the documents

The addressee / spouse / relative / cohabitant or mail recipient / building manager / concierge, named .... . [ ] received the documents but refused to sign the proof of service [ ] received the documents but could not sign the proof of service because ....

( ) Service of procedural documents was impossible and I return the documents to the issuing court because: [ ] property was demolished [ ] property is uninhabitable / unusable [ ] addressee no longer resides at this address [ ] fictitious seat / legal entity no longer operates at this address [ ] other reasons .... .

**Agent (Process Server / Serving Agent)**
*(Name, Surname, Position)* ---
Signature: ---

**PROOF OF SERVICE / OFFICIAL REPORT OF DELIVERY**
**To:**
**BUCHAREST TRIBUNAL, First Criminal Division – Rights and Freedoms**
**Bd. Unirii nr. 37, sector 3, BUCHAREST, ROMANIA**
**Return Date:** .... .
**Presentation Date:** .... .
**Post Office:** .... .
**Registered Mail No.:** .... .
**Arrival Date:** .... .

**U.S. Department of Justice**

Criminal Division

VAA:KH:JR:JFG:sb

*Office of International Affairs*

*Washington, D.C. 20530*

October 29, 2026

VIA FEDERAL EXPRESS

Howard Milton Srebnick
201 South Biscayne Boulevard
Suite 1300
Miami, FL 33131

**Re: Request for Legal Assistance from Romania**
**U.S. Ref. No.: CRM-182-87473**

Dear Mr. Srebnick:

I am employed by the Office of International Affairs, a component of the Criminal Division of the U.S. Department of Justice. This office is responsible for the transmission and execution of requests for assistance in criminal matters between the United States and Romania.

Romanian authorities have submitted a request for assistance asking us to serve Tristan Tate with the enclosed documents. We are forwarding the enclosed documents to you as the represented counsel for Mr. Tate at the request of Romanian authorities, are not otherwise involved in the proceedings in Romania and take no position concerning them. As counsel for Mr. Tate, please review these documents carefully for instructions and deadlines. If you have any questions concerning this matter, please contact the Romanian court directly or the Romanian consulate in your area.

Sincerely,

Vaughn A. Ary
Director

By: Joni Forster Galvin

Joni Forster Galvin
Trial Attorney

Enclosures as described

*Translation from Romanian*

ROMANIA
BUCHAREST COURT
BD. UNIRII NR.37, SECTOR 3
BUCHAREST
FIRST CRIMINAL DIVISION – RIGHTS AND FREEDOMS
Room 239

**Recipient:**
**TATE TRISTAN**
Miami, Federal Detention Center 33,
NE 4th Street, Miami, Florida 33132,
Registration Number 52354-506

**CASE FILE No. 27366/3/2026**
Legal subject area: Criminal
Procedural stage of the case file: Merits
Subject matter of the case file: Challenge to a precautionary measure (Article 250 of the Code of Criminal Procedure) – Order of 3 July 2026
Date of birth of the party:
Father's name: Mother's name:

**SUMMONS**
Issued on 13 October 2026

Dear Madam/Sir,

You are summoned to appear before this Court, Room 239, Panel of judges: cdl44, on 5 November 2026, at 10.00 a.m. as an **applicant** in the proceedings concerning Challenge to a precautionary measure (Article 250 of the Code of Criminal Procedure) – Order of 3 July 2026.

Please note that:

- The summoned party has the right to a lawyer to assist him at the trial; such a provision does not apply to witnesses.
- Legal assistance is provided when at least one of the lawyers of the summoned party is present; this provision does not apply to witnesses.
- In the cases referred to in Articles 90 and 93 para. 4 of Law no. 135/2010 on the Code of Criminal Procedure, defence is mandatory when the party does not choose a lawyer to represent them at the hearing set, the court shall appoint a defence counsel; this provision does not apply to witnesses.
- In order to exercise their right of defence, the summoned party may consult the case file in the court's archives; this provision does not apply to witnesses.

*Translation from Romanian*

- The party who, personally, through a representative or freely-chosen defence counsel or through the official or the person in charge of receiving the correspondence, has been legally handed over the summons for a trial period is no longer summoned for subsequent trials, even if he/she fails to appear at any of those trials, except in cases where his/her presence is mandatory according to the law; this provision does not apply to witnesses.

In the event of unjustified failure to appear following summoning or evading the receipt of the summons, a person may be brought before the court on the basis of a warrant to appear.

**STAMP OF THE PRESIDENT OF THE COURT (stamp)**
*Stamp – Romania, Bucharest Municipal Court, First Criminal Division*

**Signature of the Registrar,**
*Illegible signature*

*Translation from Romanian*

## LETTER OF INFORMATION

**Attention to: TATE TRISTAN,**
**with his last domicile at Miami, Federal Detention Center 33, NE 4th Street, Miami, Florida 33132, Registration Number 52354-506**

Pursuant to Article 260 of Law 135/2010 on the Romanian Code of Criminal Procedure,we hereby inform that we proceeded to publicly displaying this Summons on ................, time ..........., due to the fact that the requirements for the handing over of the procedural papers for case file no. **27366/3/2026** pending on the dockets of BUCHAREST COURT– First Criminal Division – Rights and Freedom, seated in BUCHAREST at BD. UNIRII NR. 37, SECTOR 3, ROMANIA, have not been fulfilled.

Please record that you still have the right to come and pick up the procedural documents after the public display hereof, however no later than 0 day, at the seat of the BUCHAREST COURT – First Criminal Division - Rights and Freedom, chamber ........., from Monday to Friday between .... If, for reasonable grounds, you cannot come within the 0-day term to pick up procedural papers, then they shall be considered as duly served on you at the expiry of such 0-day term.

Servant in charge with document handover: ......................
(name, title)
Signature: ...................................

---

Case no. 27366/3/2026, Criminal Matters - Merits
Trial date: 05 November 2026

Panel of judges –CDL44
Courtroom: 239

## PROOF OF HANDOVER

On....................at..............,the undersigned ..............................(first name, given name, job title), with the following judicial documents to be handed over: an envelope containing the summons relating to the court case no. **27366/3/2026** pending on the dockets of BUCHAREST COURT – First Criminal Division - Rights and Freedom, seated in BUCHAREST at BD. UNIRII NR. 37, SECTOR 3, ROMANIA, I went to **Miami, Federal Detention Center 33, NE 4th Street, Miami, Florida 33132, Registration Number 52354-506** the last domicile of **TATE TRISTAN – applicant** in this criminal trial, where:

() The judicial documents have been delivered to the addressee at the place indicated by the court where the addressee signed for receipt acknowledgment /

() documents have been served on the addressee ................ (name) and he/she signed the acknowledgment /

() documents have been served on the addressee who signed the receipt acknowledgment at .........

*Translation from Romanian*

**The receiving person:**
Capacity:
( ) addressee
( ) spouse, kindred, person living with the addressee /
( ) building administrator / door keeper/
( ) servant or person in charge with receipt of communications /
( ) other capacities
( ) the addressee's signature could not be obtained – military/sick/detained/seagoing personnel
because.........................................................................................................
**Signature: ....................................................**
**ID paper: (type, series and/or number):..........................................**

**Declarant**
Capacity:
( ) service processor /
( ) servant appointed for communications receipt by the military unit / harbour authorities
/ penitentiary management / administration of the medical unit or social services centre
**Signature: .....................................................**

*Translation from Romanian*

Case no. 27366/3/2026, Criminal Matters - Merits
Trial date: 05 November 2026

Panel of judges –CDL44
Courtroom: 239

## HANDOVER PROTOCOL

On ...... at..............., the undersigned .................(first name, given name, job title), with the following judicial documents to be handed over: an envelope containing the summons relating to the court case no. **27366/3/2026** pending on the dockets of BUCHAREST COURT – First Criminal Division - Rights and Freedom, I went to **Miami, Federal Detention Center 33, NE 4th Street, Miami, Florida 33132, Registration Number 52354-506** the last domicile of **TATE TRISTAN – applicant** in the subject case, is detained, and where, where I prepared this Protocol on the following grounds:

() The judicial documents have been delivered to the spouse, kindred, person living with the addressee or receiving addressee's correspondence / building administrator/door keeper, the said .................... ID paper ...........series .... No....... signature .......... /

() the letter of information was publicly displayed and I send back the remainder of the documents to the issuing court because the addressee /spouse / kindred / person living with the addressee or receiving addressee's correspondence / building administrator/door keeper () is absent () refuses to sign for acknowledgment of receipt

()the addressee/spouse/kindred/person living with the addressee or receiving addressee's correspondence/building administrator/door keeper, the said*.........., ID paper.............series**......no...., received the documents, but refused to sign the proof of handover/() received the documents, but he could not sign the proof of handover because ..........

() it was impossible for me to complete the service of process and therefore I return to the issuing court all the documents because () the building has been demolished ( ) the building is untenantable or unusable () the addressee no longer lives at that address ( ) fictitious registered office / the legal entity no longer runs business at this address / ( ) other reasons ...............................

**Declarant** (the service processor) (first name, last name, job title).....................

Signature: ................

*) last name, first name, capacity or position – as appropriate; **) to be filled in if the summons is handed over according to Article 26(2) of the Criminal Procedure Code

---

Date of presentation

**PROOF/HANDOVER PROTOCOL**
To TRIBUNALUL BUCUREŞTI,

**Sectia I Penala – Drepturi si Libertati**
BD. UNIRII NR. 37, SECTOR 3,
BUCURESTI, ROMANIA

Post Office: ...................
Registered letter no...........

Date of return

Date of submission