**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-27049-DAMIAN**

**EMORY ANDREW TATE,** and
**TRISTAN TATE,**

**Petitioners,**

**vs.**

**TODD BLANCHE,**
United States Attorney General,

**MARCO RUBIO,**
United States Secretary of State,

**PRISCILLA PEREZ LOPEZ,**
United States Marshal for the
Southern District of Florida, and

**E.K. CARLTON,**
Warden, Federal Detention Center-
Miami,

**Respondents.**
_______________________________________/

**MOTION FOR CONTINUANCE OF**
**THE WRIT HEARING**

The Respondents, by and through the undersigned Assistant United States Attorneys and Trial Attorneys, respectfully move to briefly continue the writ hearing in this matter, which is currently set for November 30, 2026, to Wednesday, December 2, 2026, at or after 1:30 p.m. This request in unopposed by the Petitioners, Emory Andrew Tate and Tristan Tate (collectively, the "Tates" or "Petitioners"). In support, the Respondents aver the following:

**Relevant Procedural History and the Respondents' Request**

1. The Tates filed their motion seeking habeas relief on October 7, 2026. (ECF No. 1). The Respondents filed their response to the Tates' motion on October 23, 2026, and the Tates replied on November 2, 2026. (ECF Nos. 19, 25). The Court also issued an order on November 2, 2026, setting this matter for a hearing on November 30, 2026, at 9:30 a.m. (ECF No. 22).

2. The current date of the writ hearing is the first Monday after the Thanksgiving holiday. Two of the attorneys representing the Respondents, Trial Attorneys Kerry Monaco and Rachel Yasser, do not reside in the Southern District of Florida, and one of the attorneys does not reside on the eastern coast of the United States. The Respondents expect that Trial Attorneys Monaco and Yasser will present part of the Respondents' argument at the hearing in this matter.

3. Due to the Thanksgiving holiday, and prescheduled travel for the holiday, the Respondents request that the hearing in this matter be rescheduled to Wednesday, December 2, 2026, at or after 1:30 p.m., in order for Trial Attorneys Monaco and Yasser to travel to the Southern District of Florida after the holiday weekend in order to participate in the hearing.

**Certificate of Attorney Conferral**

Pursuant to Local Rule 7.1(a)(3), the Respondents have conferred with counsel for the Tates about the instant motion. Howard Srebnick, Esquire, indicated that the Petitioners do not have an objection provided the hearing begins at or after 1:30 p.m. on December 2, 2026.

**CONCLUSION**

WHEREFORE, for the reasons stated above, the Respondents respectfully request that the Court continue the hearing in this matter to December 2, 2026, at or after 1:30 p.m.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

A. TYSEN DUVA
ASSISTANT ATTORNEY GENERAL

CRIMINAL DIVISION

By: */s/ Alejandra L. López*
ALEJANDRA L. LÓPEZ
Assistant United States Attorney
Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

By: */s/ Abbie D. Waxman*
ABBIE D. WAXMAN
Assistant United States Attorney
Fla. Bar No. 109315
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9240
Email: Abbie.Waxman@usdoj.gov

By: */s/ Kerry A. Monaco*
KERRY A. MONACO
Associate Director
Office of International Affairs
U.S. Dep't of Justice, Criminal Division
Court ID: A5503560
1301 New York Avenue NW
Washington, DC 20530
Tel.: (202) 616-4798
Email: Kerry.Monaco2@usdoj.gov

By: */s/ Rachel M. Yasser*
RACHEL M. YASSER
Trial Attorney
Office of International Affairs
U.S. Dep't of Justice, Criminal Division
Court ID: A5503561
1301 New York Avenue NW
Washington, DC 20530
Tel.: (202) 674-5702
Email: Rachel.Yasser2@usdoj.gov


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 16, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF, which caused the same to be served on Howard Srebnick, Esquire, Jackie Perczek, Esquire, Thomas Maniotis, Esquire and Joseph McBride, Esquire, counsel for the Defendant.

*/s/ Alejandra L. López*
Alejandra L. López
Assistant United States Attorney